AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Ryan Gould,<br><br>*Plaintiff(s)*<br>v.<br>Bethany Guerriero et ano.,<br><br>*Defendant(s)* | Civil Action No.  9:24-cv-80022-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bethany Guerriero
10500 N. Military Trail
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Slater
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jan 10, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ryan Gould,<br><br>*Plaintiff(s)*<br>v.<br>Bethany Guerriero et ano.,<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80022-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph Strzelecki
 10500 N. Military Trail
 Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Slater
 Slater Legal PLLC
 113 S. Monroe Street
 Tallahassee, FL 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 10, 2024

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts