UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, et ano.,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,  
CONSENT TO DESIGNATION, AND REQUEST TO  
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Eric A. Rice of Law Office of Eric A. Rice, LLC, 1 W. Water Street, Suite 275, St. Paul, Minnesota 55107, telephone (651) 998-9660, for purposes of appearance as co-counsel on behalf of Plaintiff Ryan Gould in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Eric A. Rice to receive electronic filings in this case, and in support thereof states as follows:

    1.    Eric A. Rice is not admitted to practice in the Southern District of Florida and is an attorney in good standing admitted to practice by the Minnesota Supreme Court. Mr. Rice is also admitted to practice and in good standing with the United States District Court for the District of Minnesota and the United States Court of Appeal for the Eighth Circuit.

    2.    Movant, James M. Slater, of the law firm of Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, FL 32301, telephone (305) 523-9023 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Eric A. Rice has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Eric A. Rice, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Eric A. Rice at email address: eric@ricedefense.com.

WHEREFORE, James M. Slater moves this Court to enter an Order permitting Eric A. Rice to appear before this Court on behalf of Plaintiff Ryan Gould for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Eric A. Rice.

Date: January 11, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff Ryan Gould*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80022-DMM

Ryan Gould,

      Plaintiff,

v.

Bethany Guerriero, et ano.,

      Defendant.

_____/

### CERTIFICATION OF ERIC A. RICE

Eric A. Rice, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

2. I am an attorney in good standing admitted to practice by the Minnesota Supreme Court, the United States District Court for the District of Minnesota, and the United States Court of Appeals for the Eighth Circuit; and

3. I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                   Eric A. Rice

UNITED STATES DISTRICT COURT