UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, et ano.,

    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**
**VERIFIED PETITION TO APPROVE ATTORNEY FEE CONTRACT**

Pursuant to Local Rule 5.4, Plaintiff Ryan Gould files this motion for leave of Court for his attorneys to submit a verified petition to approve Mr. Gould's attorney's fee contract in accordance with the Rules Regulating the Florida Bar (the "Rules"). As grounds, Mr. Gould states:

**I.    BACKGROUND**

1.    This is a lawsuit against two City of Palm Beach Gardens police officers for violations of the Fourth Amendment and Florida law with respect to events that occurred in this District on May 9, 2023. [*See* ECF No. 1].

2.    Mr. Gould retained the undersigned attorneys to represent him in this matter, and those attorneys operate separate law firms.

3.    Rule 4-1.5(f)(4)(D) requires lawyers not in the same firm to divide a contingency fee involving personal injury such that the lawyer assuming primary responsibility for the legal

services receives a minimum of 75% of the total fee and the lawyer assuming secondary responsibility receives a maximum of 25%.

4. To deviate from the presumptive fee division under the Rules, a party may petition a court to "authoriz[e] ... the fee division in excess of 25%." Rule 4–1.5(f)(4). And "th[at] aspect of the file may be sealed." *Id*.

5. Mr. Gould's attorneys intend to file a petition with the Court seeking to deviate from the presumptive fee division under the Rules. Given that the petition will include the parties engagement agreements and other ancillary matters related to the representation of Mr. Gould in this matter, Mr. Gould asks that the Court permit the filing of his attorneys' petition and supporting documents to be made under seal and to remain sealed permanently or until otherwise order, or, alternatively, until the conclusion of this lawsuit and any appeals.

**II.   ARGUMENT**

Although the public has a common-law right of access to judicial proceedings, which "includes the right to inspect and copy public records and documents," that right may be overcome by a showing of good cause. *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1245 (11th Cir. 2007); Local Rule 5.4 (requiring that the party seeking to file the document under seal "sets forth the factual and legal basis for departing from the policy that Court filings be public . . ."). When determining whether such good cause exists, courts have considered many factors, including "whether allowing access would impair court functions or harm legitimate privacy interests" and the degree of any likelihood of injury if made public." *Romero*, 480 F.3d at 1246.

Here, Good cause exists as to why this motion to file under seal should be granted as to Mr. Gould's attorneys' petition. Specifically, the petition will include details about Mr. Gould's attorneys' agreement to represent him in this matter along with other supporting materials related

to such representation. As contemplated by Rule 4–1.5(f)(4)(D)(iii), the engagement agreement between the attorneys and their client and the agreement to divide the fees among the attorneys are confidential and should not be disclosed to the opposing party or be made subject to public review. *See, e.g., Navelski v. Int't Paper Co.*, 2015 WL 13652759, at *2 (N.D. Fla. Jan. 8, 2015) (granting motion to seal petition to deviate from presumptive fee-sharing requirement under Rules).

### III.   CONCLUSION

For these reasons, Mr. Gould respectfully requests that the Court grant this motion and allow his attorneys to file their petition to approve their fee agreement and accompanying exhibits under seal until further order from this Court.

Dated: January 12, 2024.

                                           Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel. (305) 523-9023
james@slater.legal

**Eric A. Rice**
Eric A. Rice (Admitted *pro hac vice*)
Law Office of Eric A. Rice, LLC
1 W. Water Street, Suite 275
St. Paul, Minnesota 55107
Tel. (651) 998-9660
eric@ricedefense.com