UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, et ano.,

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL VERIFIED PETITION TO APPROVE ATTORNEY FEE CONTRACT**

THIS CAUSE is before the Court on Plaintiff's Motion for Leave to File Under Seal Verified Petition to Approve Attorney Fee Contract (the "Motion") [ECF No. 6]. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

Plaintiff's Motion is GRANTED. Plaintiff's attorneys shall be permitted to file under seal their verified petition to approve their attorney fee contract with Plaintiff and any supporting documents thereto. These documents shall remain under seal permanently or until otherwise ordered.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2024.

                                                                                     DONALD M. MIDDLEBROOKS
                                                                                     United States District Judge

Copies to all counsel of record via cm/ecf