UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

      Plaintiff,

v.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

      Defendants.

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

THIS CAUSE comes before the Court upon Plaintiff's Motion for Leave to File Under Seal Verified Petition to Approve Attorney Fee Contract, filed on January 12, 2024. (DE 6). Rule 4-1.5(f)(4)(d) of the Florida Bar Rules requires lawyers from different firms to divide contingency fees involving personal injury lawsuits in a certain manner. Plaintiff represents that he intends to file a petition with the Court to deviate from these presumptive fee division requirements. Given that the petition will include the Plaintiff's engagement agreements and other ancillary matters related to Plaintiff's representation, Plaintiff requests permission to file his attorneys' petition and supporting documents under seal.

When determining whether good cause exists to overcome the common-law right of access to judicial proceedings, courts consider "whether allowing access would impair court functions or harm legitimate private interests." *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1245 (11th Cir. 2007); Local Rule 5.4 (requiring that the party seeking to file the document under seal "sets forth the factual and legal basis for departing from the policy that Court filings be public . . ."). As Plaintiff's engagement letter would only include the fee division among the attorneys, which the Motion

characterizes as being "confidential" in nature, and because the public would not be harmed, I find that Plaintiff has established good cause to file his petition under seal.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion (DE 6) is **GRANTED.** Plaintiff may file his Petition to Approve Attorney Fee Contract and supporting documents under seal.

**SIGNED** at Chambers, in West Palm Beach, Florida, this 29 day of January, 2024.

Donald M. Middlebrooks
United States District Judge