UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 24CV80022-DMM**

RYAN GOULD,

      Plaintiff,
 vs.

BETHANY GUERRIERO, et. al.,

      Defendant.
_____/

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

COMES NOW the Defendant, Bethany Guerriero, by and through undersigned counsel, and respectfully moves this Court to grant a thirty-day (30) day extension of time for the Defendant to respond to the Complaint. As good cause:

1. Plaintiff filed a Complaint on January 10, 2024, and served it on the Defendant on January 15, 2024. Thus, a responsive pleading is due on or before February 6. The Complaint alleges the following causes of action: count I, "Fourth Amendment Violations" and count II, "False Arrest/False imprisonment Under Florida law".

2. Undersigned counsel's law firm was retained yesterday to represent the Defendant. As such, undersigned counsel needs more time (30 days) to respond to the Compliant. This is the first extension of time sought by the Defendant.

3. Undersigned counsel has spoken with Plaintiff's counsel who has no objection to the request made herein.

WHEREFORE, the Defendant, Bethany Guerriero, respectfully requests that his Court grant this motion and give her a 30-day extension of time to respond to the Complaint.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record on February 5, 2024.

                Respectfully Submitted,

                */s/ Gregory J. Morse*
                Gregory J. Morse, Esq.
                King | Morse, PLLC
                2240 Palm Beach Lakes Blvd., Ste. 300
                West Palm Beach, FL 33409
                T: (561) 651-4145
                E-mail: greg@morselegal.com
                                  tiffany@morselegal.com
                Florida Bar No.: 0505099
                Attorney for Defendant