UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, et ano.,

    Defendants.

Case No. 9:24-cv-80022-DMM

## JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1(b)(2), the parties submit this Joint Scheduling Report. The undersigned certify that on February 21, 2024 they conferred in accordance with Rule 26(f) and Local Rule 16.1(b). As set forth in Local Rule 16.1(b)(2), the parties provide the following information:

    **A.**    **Likelihood of Settlement.** The Parties will promptly explore settlement and should know by the date of the Scheduling Conference if settlement is likely at this time. The Parties will continue to explore, in good faith, the possibilities of settlement as contemplated by Local Rule 16.1(b) as this case progresses further.

    **B.**    **Likelihood of Appearance of Additional Parties.** At this time, without the benefit of discovery, the parties cannot gauge the likelihood of the appearance of any other additional parties.

    **C.**    **Proposed Deadlines.** The Court has referred a Scheduling Conference to Magistrate Judge Matthewman. [ECF No. 14]. The parties believe the conference will be helpful in formulating proposed pretrial deadlines given that the trial is scheduled to occur in September.

Should the Court deem it helpful for the parties to provide a proposed scheduling order in advance of the Scheduling Conference, the parties will do so.

      **D.**    **Formulation and Simplification of Issues.** The parties do not believe there are any unique legal or factual aspects of this case or that any of the claims or defenses are frivolous. The parties anticipate that each party will file a single motion for summary judgment, if any.

      **E.**    **Necessity or Desirability of Amendments to the Pleadings.** At this time, there is a pending motion to dismiss filed by Defendant Guerriero, which seeks, in part, to dismiss the Complaint as a shotgun. [ECF No. 15]. Plaintiff will respond to those contentions in his response and depending on the Court's determination, it may be necessary to amend the pleadings.

      **F.**    **Admissions and Stipulations.** The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial. At present, the parties stipulate only as follows:

- At all times relevant Defendants were acting under color of state law.

      **G.**    **Suggestions for Avoidance of Unnecessary Proof/Cumulative Evidence.** The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

      **H.**    **Magistrate Authority.** At this time, the parties agree that discovery matters may be referred to the Magistrate Judge and any other matters the Court deems appropriate for report and recommendation.

      **I.**    **Trial Estimate.** The parties estimate that 3-5 days will be needed for trial.

      **J.**    **Requested Dates for Trial and Pretrial Conference.** The Court has scheduled trial and calendar call in this case. [ECF No. 14]. The parties will discuss with Judge Matthewman

at the Scheduling Conference the Court's preference for timing of the pretrial conference and any other matters.

**K.** **Other Matters.** The parties agree to preserve and exchange relevant ESI in a convenient and cost-effective manner. The parties are unaware of any ESI issues presented by this case at this time. The parties will work together to narrow any privilege claims. The parties agree to assert privilege claims before production.

Dated: February 26, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel. (305) 523-9023
james@slater.legal

**Eric A. Rice**
Eric A. Rice (Admitted pro hac vice)
Law Office of Eric A. Rice, LLC
1 W. Water Street, Suite 275
St. Paul, Minnesota 55107
Tel. (651) 998-9660
eric@ricedefense.com

*Attorneys for Plaintiff*

**Scott D. Alexander**
Scott D. Alexander (FBN 057207)
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
alexander@jambg.com

*Attorneys for Defendant Strzelecki*

**Gregory J. Morse**
Gregory J. Morse (FBN 0505099)
King | Morse, P.L.L.C.
2240 Palm Beach Lakes Blvd., 300
West Palm Beach, FL 33409
Tel. (561) 557-1079
greg@morselegal.com

*Attorneys for Defendant Guerriero*