UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIERO, an individual, and
JOSEPH STRZELECKI, an individual.

    Defendants.

_____/

**<u>NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES</u>**

**PLEASE TAKE NOTICE** that R.E. King, Esq. hereby enters an appearance as counsels of record for Defendant, BETHANY GUERRIERO, in the above-referenced matter, and requests pleadings in this cause be directed to the undersigned counsel.

Defendant, BETHANY GUERRIERO, by and through his undersigned counsels, hereby designates the following email addresses for the purpose of service of all documents required to be served on parties in the above-styled matter as follows:

    Primary e-mail:     rick@kingmorselaw.com
    Secondary e-mail:  kristen@kingmorselaw.com

    Respectfully submitted,

        <u>*/s/ R.E. "Rick" King, III*</u>
        R.E. "Rick" King, III, Esq.
        King | Morse, PLLC
        2240 Palm Beach Lakes Blvd.
        Suite 300
        West Palm Beach, FL 33409
        T: (561) 557-1079
        E-mail: rick@kingmorselaw.com
        FL Bar No.: 90473

GOULD v. GUERRIERO, et al.
Case No.: 9:24-CV-80022-DMM
Notice of Appearance and Designation of Email Addresses
Page 2

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically according to CME/CF guidelines established by U.S. District Court for the Southern District of Florida on this 19th day of March 2024 on all counsel or parties of record on the Service List below.

## SERVICE LIST

James Murray Slater, Esq.
Slater Legal, PLLC
PO Box 522
Tallahassee, FL 32302
T: (305) 523-9023
E-mail: james@slater.legal
Counsel for Plaintiff

Eric A. Rice, Esq.
Eric A. Rice, LLC
1 W. Water Street, Suite 275
St. Paul, MN 55107
T: (651) 998-9660
E-mail: eric@ricedefense.com
Counsel for Plaintiff

Scott David Alexander, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & McDuff
International Building
2455 E. Sunrise Blvd., Suite 1000
PO Box 030220
Ft. Lauderdale, FL 33304
T: (954) 463-0100
E-mail: alexander@jambg.com
Counsel for Defendant Strzelecki