UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

## **PLAINTIFF'S NOTICE OF MEDIATOR SELECTION**

Pursuant to the Court's Order Referring Case to Mediation [ECF No. 22], Plaintiff Ryan Gould, through his counsel, hereby gives notice that the parties have conferred and agreed to mediate this case virtually before Erika Deutsch Rotbart of Law Offices of Deutsch Rotbart & Associates, P.A., 4755 Technology Way, Suite 106, Boca Raton, Florida 33431, who is on the list mediators certified by this Court.

Dated: April 9, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

Eric Rice (admitted *pro hac vice*)
Law Office of Eric A. Rice LLC
1 West Water Street, Suite 275
St. Paul, Minnesota 55107
Tel.: (651) 998-9660
eric@ricedefense.com

*Attorneys for Plaintiff*