UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

James M. Slater files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Slater Legal PLLC |
| Address: | 9000 Dadeland Blvd. #1500<br>Miami, Florida 33156 |

Dated: May 14, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*