UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

### DEFENDANT, JOSEPH STRZELECKI'S
### UNOPPOSED MOTION FOR CONVENTIONAL FILING

Defendant, Defendant, JOSEPH STRZELECKI, by and through his undersigned counsel, requests to conventionally file videos, and states:

1. The CM/ECF filing system only allows for PDF documents to be uploaded. STRZELECKI desires to provide the court with police body worn camera videos that depict the following: (1) the events recorded by Defendant, Strzelecki; (2) the events recorded by Defendant, Guerriero; and (3) the events and colloquy between Plaintiff, Gould, and other law enforcement officers, primarily after Plaintiff was placed under arrest and seated in the back of a police car.

2. The videos have been transferred to a USB flash drive, and will be delivered to the U.S. District Court Clerk's office in West Palm Beach, subject to the Court's permission to conventionally file the drive.

3. Plaintiff's counsel does not oppose the relief requested herein.

WHEREFORE, Defendants move for leave to conventionally file video.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 3rd day of June, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

             JOHNSON, ANSELMO, MURDOCH,
             BURKE, PIPER & HOCHMAN, P.A.
             ***Attorneys for Defendant, Strzelecki***
             2455 East Sunrise Blvd., Suite 1000
             Fort Lauderdale, Florida 33304
             (954) 463-0100 - Telephone
             (954) 463-2444 – Facsimile
             Alexander@jambg.com
             Cintron@jambg.com Andrews@jambg.com

             */s/ Scott D. Alexander*
             SCOTT D. ALEXANDER
             FLA. BAR NO. 057207

**SERVICE LIST**

*Counsel for Plaintiff*
**James M. Slater, Esq. (111779)**
Slater Legal, PLLC
9000 Dadeland Blvd., Suite 1500
Miami, FL 33156
Tel: 305.523.9023
james@slater.legal
alicia@slater.legal

*Co-Counsel for Plaintiff*
**Eric A. Rice, Esq.**
**Law Office of Eric A. Rice, LLC.**
1 W. Water Street, Suite 275
St. Paul, MN 55107
Tel: 651.998.9660
Fax: 651.344.0763
eric@ricedefense.com

*Counsel for Defendant, Guerriero*
**Gregory J. Morse, Esq. (0505099)**
**R.E. "Rick" King, III, Esq. (90473)**
King Morse PLLC
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
Tel: 561.651.4145 / 561.557.1079
greg@morselegal.com
rick@kingmorselaw.com
kristen@kingmorselaw.com

*Counsel for Defendant, Strzelecki*
**SCOTT D. ALEXANDER, ESQ. (057207)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com