## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

       Plaintiff,

vs.

BETHANY GUERRIERO and
JOSEPH STRZELECKI,

       Defendants.

_____/

### ORDER GRANTING MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court upon the Defendant Joseph Strzelecki's Motion for Conventional Filing, filed on June 3, 2024. (DE 27). Defendant requests to provide the Court with police body worn camera videos on a flash drive that would be delivered to the U.S. District Court Clerk's office in West Palm Beach. Defendant states that the videos depict events recorded by Defendants, primarily after Plaintiff was placed under arrest and seated in the back of a police car. Plaintiff does not oppose the Motion.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) Defendant's Motion (DE 27) is **GRANTED.**

2) Defendant Joseph Strzelecki may file conventionally on a flash drive the police body worn camera videos.

**SIGNED** in Chambers at West Palm Beach, Florida, this 4 day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE