UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/



FILED BY __NC__ D.C.

JUN 05 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### DEFENDANT, JOSEPH STRZELECKI'S
### NOTICE OF CONVENTIONAL FILING

Defendant, Defendant, JOSEPH STRZELECKI, by and through his undersigned counsel, gives notice that he has conventionally filed a USB Flash Drive with body worn camera video, as permitted by the Order Granting Motion for Conventional Filing.

Dated: June 5, 2024

Respectfully submitted,

_/s/ Scott D. Alexander_

Scott D. Alexander (057207)
alexander@jambg.com
cintron@jambg.com
andrews@jambg.com
Johnson Anselmo Murdoch Burke
Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
***Counsel for Defendant, Strzelecki***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
*Attorneys for Defendant, Strzelecki*
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 – Facsimile
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com

_____
SCOTT D. ALEXANDER
FLA. BAR NO. 057207

## SERVICE LIST

*Counsel for Plaintiff*
**James M. Slater, Esq. (111779)**
Slater Legal, PLLC
9000 Dadeland Blvd., Suite 1500
Miami, FL 33156
Tel: 305.523.9023
james@slater.legal
alicia@slater.legal

*Co-Counsel for Plaintiff*
**Eric A. Rice, Esq.**
**Law Office of Eric A. Rice, LLC.**
1 W. Water Street, Suite 275
St. Paul, MN 55107
Tel: 651.998.9660
Fax: 651.344.0763
eric@ricedefense.com

*Counsel for Defendant, Guerriero*
**Gregory J. Morse, Esq. (0505099)**
**R.E. "Rick" King, III, Esq. (90473)**
King Morse PLLC
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
Tel: 561.651.4145 / 561.557.1079
greg@morselegal.com
rick@kingmorselaw.com
kristen@kingmorselaw.com

*Counsel for Defendant, Strzelecki*
**SCOTT D. ALEXANDER, ESQ. (057207)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO and
JOSEPH STRZELECKI,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court upon the Defendant Joseph Strzelecki's Motion for Conventional Filing, filed on June 3, 2024. (DE 27). Defendant requests to provide the Court with police body worn camera videos on a flash drive that would be delivered to the U.S. District Court Clerk's office in West Palm Beach. Defendant states that the videos depict events recorded by Defendants, primarily after Plaintiff was placed under arrest and seated in the back of a police car. Plaintiff does not oppose the Motion. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) Defendant's Motion (DE 27) is **GRANTED.**

2) Defendant Joseph Strzelecki may file conventionally on a flash drive the police body worn camera videos.

SIGNED in Chambers at West Palm Beach, Florida, this 4 day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

**United States District Court**
**Southern District of Florida**

Case Number: __24-cv-80022__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: ____WPB____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files (**Scanned**)

____ • Poor quality scanned images (i.e. Handwritten, Photographs)

____ • Surety bonds

____ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files   (**Not Scanned**)

__X__ • CD, DVD, (USB drive) (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: __6-5-2024__

Revised: 2/20/2019