UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

**DEFENDANT, JOSEPH STRZELECKI'S**
**<u>SECOND MOTION FOR CONVENTIONAL FILING</u>**

Defendant, Defendant, JOSEPH STRZELECKI, by and through his undersigned counsel, requests to conventionally file audio, and states:

1. The CM/ECF filing system only allows for PDF documents to be uploaded. On Jume 5, 2024, this Court granted Defendant's motion to conventionally file body worn camera videos.

2. Upon finalizing Strzelecki's Motion for Summary Judgment, undersigned counsel formulated the belief that the Court would also benefit from having an opportunity to digest the 911 calls placed by Gould and the two other individuals with whom Gould was involved in a dispute. This audio is brief and will provide evidence of information available to officers upon response to the call.

3. Defense counsel apologizes for occupying the Court's time and recognizes that the requested audio should have been presented in the first motion.

4. The videos have been transferred to a USB flash drive and will be delivered to the U.S. District Court Clerk's office in West Palm Beach, subject to the Court's permission to

conventionally file the drive. They will be on the same flash drive as the videos for which the Court has already permitted conventional filing.

     5.     Plaintiff's counsel does not oppose the relief requested herein.

     6.     An Order utilizing the same format as the one entered is being provided for the Court's convenience.

WHEREFORE, Defendants move for leave to conventionally file video and audio.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
***Attorneys for Defendant, Strzelecki***
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 – Facsimile
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com

*/s/ Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207

**SERVICE LIST**

*Counsel for Plaintiff*
**James M. Slater, Esq. (111779)**
Slater Legal, PLLC
9000 Dadeland Blvd., Suite 1500
Miami, FL 33156
Tel: 305.523.9023
james@slater.legal
alicia@slater.legal

*Co-Counsel for Plaintiff*
**Eric A. Rice, Esq.**
**Law Office of Eric A. Rice, LLC.**
1 W. Water Street, Suite 275
St. Paul, MN 55107
Tel: 651.998.9660
Fax: 651.344.0763
eric@ricedefense.com

*Counsel for Defendant, Guerriero*
**Gregory J. Morse, Esq. (0505099)**
**R.E. "Rick" King, III, Esq. (90473)**
King Morse PLLC
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
Tel: 561.651.4145 / 561.557.1079
greg@morselegal.com
rick@kingmorselaw.com
kristen@kingmorselaw.com

---

*Counsel for Defendant, Strzelecki*
**SCOTT D. ALEXANDER, ESQ. (057207)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com