UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

## ORDER GRANTING SECOND MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court on Defendant Joseph Strzelecki's Second Motion for Conventional Filing, filed on June 5, 2024 (DE 29). Defendant requests to provide the Court with 911 audio on a flash drive that would be delivered to the U.S. District Court Clerk's Office in West Palm Beach. Defendant states that the audio contains 911 calls by Gould and two other individuals with whom Gould was involved in a dispute, that led to the police response. Plaintiff does not oppose the Motion. Accordingly, it is hereby **ORDERED AND ADJUDGED that:**

1) Defendant's Motion (DE 29) is **GRANTED.**

2) Defendant Joseph Strzelecki may file the audio on a flash drive.

    **SIGNED** in Chambers at West Palm Beach, Florida this \_\_\_ day of June, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE