**Kheren Hernandez**

| | |
|---|---|
| From: | noreply@civicplus.com |
| Sent: | Wednesday, May 10, 2023 1:26 PM |
| To: | Kheren Hernandez; Alana Ramai; Natalia De Lara |
| Subject: | Online Form Submittal: Commendations & Complaints |
| Importance: | High |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**EXTERNAL EMAIL:** The following email has originated from outside of PBGFL. Think before you click!

## Commendations & Complaints

**Palm Beach Gardens Police Department Employee Commendation & Complaint Form**

As a progressive, professional public service organization, we are dedicated to ensuring the integrity and performance of our department and its members as we go about the business of law enforcement, including community-based policing, crime prevention and crime control.

The integrity and performance of our Police Department depends on the personal integrity and performance of each and every member of the Department. These commendation and complaint processes are integral parts of maintaining that integrity and performance by recognizing and rewarding professional behavior and by identifying and correcting inappropriate behavior. These processes are a direct reflection of our commitment to professional excellence.

Whether you wish to make a commendation or complaint, be assured you will be treated with the same respect and dignity.

**How to Use This Form**

You may use this form to make your commendation or complaint, but the preferred method is to speak directly with a Police Department supervisor. Anonymous commendations and complaints will be reviewed, but formal action cannot be taken without independent corroborating evidence.

You can contact the department's Professional Standards and Training Division by calling 561-799-4416.

| | |
|---|---|
| Is this a commendation or a complaint? | Complaint |
| Your First Name | Ryan |
| Your Last Name | Gould |
| Street Number | 1901 |

1

**EXHIBIT 4**

| | |
|---|---|
| Street Name | sabal ridge |
| Street Type | ct |
| Apt # | c |
| City | palm beach gardens |
| State | fl |
| ZIP | 33418 |
| Phone Number | 8474711013 |
| Alternate Phone Number | Field not completed. |
| Email Address | rmgould13@aol.com |

Details
Please provide as much of the below information as possible.

| | |
|---|---|
| Department Employee's First Name | Bethany |
| Department Employee's Last Name | Guereirror |
| Date & Time | 5/9/2023 11:30 AM |
| Location | Elm/military |

Incident Description

I was swimming laps in my neighborhood pool on 5/9/23 at 11:30am (which I do every day) when after 30 minutes i was approached by a women and her husband who told me to leave the pool and threatened me with a gun. I left the pool and called the police. The first office on scene took my statement asked if I wanted to press charges (I said yes) he then went to confront the man still inside the pool area who had a gun. At this time I was only wearing my swimsuit and I sat down on the ground. Next a second police car arrived so I stood up to approach them to explain to them what was going on. Before I had a chance to say anything the female office who got out of her car immediately pulled her gun on me and screamed at me to get on the ground. I immediately complied got on the ground and she put me in cuffs. I was then in cuffs for hours they dragged me around to the police station and then to the county jail where I was literally next in line to be processed when they told me I was free to go all charges were dropped. I then went to request the body cam footage from the event they took my report and said I'd get it in 5 days. I went back this morning to

2

Case 9:24-cv-80022-DMM Document 32-2 Entered on FLSD Docket 06/05/2024 Page 3 of 3

see about getting this footage and was sitting there for an hour refusing to leave before I finally got a private meeting with the chief of police and the assistant chief. I asked them if I could record and they refused to talk to me if I did. I was then told there has now been an internal affairs investigation opened into the matter so I will no longer be getting the body cam footage for a long time.

Email not displaying correctly? View it in your browser.

3