# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Palm Beach Gardens Police Department
**ORI:** FL0502600
**Case#:** 23-002514
**Date / Time Reported:** 05/09/2023 11:27 Tue
**Last Known Secure:** 05/09/2023 11:27 Tue
**At Found:** 05/09/2023 11:27 Tue

## INCIDENT DATA

**Location of Incident:** 100 SABAL RIDGE CIR, Palm Beach Gardens FL
**Gang Relat:** NO
**Premise Type:** Community Center
**Grid/Beat:** 19, 3

| # | Crime Incident(s) | (Com) | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | Weapon - Improper Exhibit Firearm Or Dangerous Weapon - 790.10 | M | Handgun (semi-automatic) | U |
| | Entry | | Exit | Security |
| #2 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | Entry | | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | Entry | | Exit | Security |

**MO:**

## VICTIM

**# of Victims:** 1   **Type:**   **Injury:**   **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address:**
**Email:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** SOCIETY / PUBLIC   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | STATE OF FLORIDA | 1, | / / | | | | N/A | |

**Home Address:**
**Email:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

**Type:** INDIVIDUAL   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | IVANOVA, ANNA PETROVNA | | 08/12/1989 / 33 | W | F | | Resident | |

**Home Address:** 2201 SABAL RIDGE CT - G PALM BEACH GARDENS, FL 33418
**Email:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 13 | EVID | $1.00 | | 1 | GLOCK 43X 9MM WITH 10 ROUND MAGAZINE | 9M/GLOCK/43x | BXCB090 |
| | 59 | EVID | $1.00 | | 11 | 11 9MM ROUNDS | 9M/9MM ROUNDS | |
| | 13 | EVID | $1.00 | | 1 | PHLSTER HOLSTER | PHLSTER/Holster | |
| | 75 | EVID | $0.00 | | 2 | 2 - THUMB DRIVES | | |
| | 13 | RTOW | $1.00 | | 1 | GLOCK 43 SEMI-AUTOMATIC HANDGUN | 9M/GLOCK/43x | BXCB090 |
| | 59 | RTOW | $1.00 | | 11 | 9MM AMMUNITION | 9M/ | |
| | 59 | RTOW | $1.00 | | 1 | HOLSTER | PHLSTER | |

**Officer/ID#:** VALERIO, M. (487)
**Invest ID#:** (0)
**Supervisor:** BEATH, D. (0334)
**Complainant Signature:**
**Case Status:** Cleared By Arrest   05/11/2023
**Case Disposition:**
**Status:** Page 1

**Incident Report Additional Name List**

*Palm Beach Gardens Police Department*

OCA: 23-002514

## Additional Name List

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 1) | IO | 2 | GOULD, RYAN MICHAEL | 1, | 10/10/1991 | 31 | W | M |
| | Address | | 1901 SABAL RIDGE CT Apt. C, PALM BEACH GARDENS, FL | | H: 847-471-1013 | | | |
| | Empl/Addr | | | | B: - - | | | |
| | | | | | Mobile #: - - | | | |
| 2) | OW | 1 | SALVIA, BENEDETTO MIGLIORE | | 11/20/1996 | 26 | W | M |
| | Address | | 2201 SABLE RIDGE CT Apt. G, PALM BEACH GARDENS, FL | | H: 561-222-4407 | | | |
| | Empl/Addr | | | | B: - - | | | |
| | | | | | Mobile #: - - | | | |

## INCIDENT/INVESTIGATION REPORT

*Palm Beach Gardens Police Department*

Case # 23-002514

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**

WALKER, D. (263), GLASS, M.S. (293), AYALA, R. (418), BEATH, D. (334), STRZELECKI, J. (553), GUERRIERO, B.A. (321), STAIRS, K. (499), CARTER, R. (565)

Suspect Hate / Bias Motivated:

NARRATIVE

## REPORTING OFFICER NARRATIVE

**Palm Beach Gardens Police Department**

| | | OCA |
|---|---|---|
| Victim | Offense<br>WEAPON - IMPROPER EXHIBIT FIREARM OR | 23-002514<br>Date / Time Reported<br>Tue 05/09/2023 11:27 |

On Tuesday, May 9, 2023, at 11:27 AM, I (Officer Valerio) responded to Sabal Ridge community pool located at 100 Sabal Ridge Circle within the City of Palm Beach Gardens in reference to a disturbance involving a firearm. My body worn camera was activated during this call.

Upon arrival, I met with Ryan Gould who explained he was inside of the pool swimming laps on the far east side for the past 30 minutes a female, later identified as Anna Ivanova, asked him to start swimming somewhere else. A verbal argument ensued between the two at which time Ivanova called her husband, later identified as Benedetto Salvia. When Salvia showed up at the pool he approached Gould, flashing a gun while saying, "What the fuck are you going to do." When I asked Gould if he was in fear he replied, "I was terrified."

I made contact with Ivanova and Salvia inside of the pool area. Ivanova explained Gould was swimming laps in the pool and asked him if he could move to another side because more people would be coming. Ivanova stated that`s when Gould became upset and started yelling at her while using obscenities. Ivanova became scared and contacted Salvia to come and help.

I asked Salvia if he had a firearm on him, which he did. Salvia provided his Florida Driver`s License and Concealed Weapon Permit. I removed from Salvia`s appendix a black in color Glock 43X 9mm handgun (Serial # BXCB090) and rendered it safe. The firearm was loaded with ten rounds in the magazine and one round in the chamber. I asked Salvia how Gould knew that he had a firearm and both Salvia and Ivanova stated it was because Salvia raised his arms above his head during the argument. Salvia explained Gould was threatening them and had his hands balled into fists the entire time. I asked Salvia if he had taken a concealed carry class and if he understood the laws of being able to carry to which he acknowledged. When I asked Salvia he had exhibited the firearm at all, Salvia stated he kind of lifted his shirt while demonstrating it to me. Salvia advised he did not take the gun out or say anything about it.

It was at this time I established Gould to be a victim and obtained a sworn statement. Gould reiterated the above listed facts and went into detail. Gould stated how it was weird that Salvia, being such a small guy, began to approach him while continuing to escalate the situation. Salvia told Gould he better watch what he fucking says and asked him if he knew who the fuck he was talking to as Salvia continued to approach him. Gould explained as he began to back up a little bit Salvia lifted his shirt and displayed his gun. Gould advised it was black in color and in the front of his pants. Gould had no idea Salvia was carrying a firearm because it was completely concealed. After this occurred, Gould left the pool area and called the police.

I informed Officer Bethany Guerriero of the information I had so far. Officer Guerriero read Salvia his Miranda Warnings. I returned to the pool area and attempted to get a post Miranda interview with Saliva. Saliva stated when he arrived at the pool area Gould was on the far east side. Gould started screaming, balling up his fists, and lifting his arms while walking towards them. Ivanova began walking towards Gould, so Salvia inserted himself in between the two stopping four to five feet away from each other. I asked Salvia at what point in time he pulled up his shirt to which he replied, "Somewhere in there, I`m really not too sure."  When I asked Saliva what his intentions were by pulling up his shirt, he advised he was not comfortable saying anymore and asked if he could wait for a lawyer at which time the interview ended.

We made contact with Sabal Ridge homeowners association to obtain surveillance video, but the system was unable to be accessed. Salvia and Ivanova were informed of the situation and released from the scene. Salvia`s firearm, bullets, magazine, and holster were all seized pending the outcome of this investigation. Officer Joseph Strzelecki

**REPORTING OFFICER NARRATIVE**

| Palm Beach Gardens Police Department | | OCA<br>23-002514 |
|---|---|---|
| Victim | Offense<br>WEAPON - IMPROPER EXHIBIT FIREARM OR | Date / Time Reported<br>Tue 05/09/2023 11:27 |

took possession of all the items and transported them to the Palm Beach Gardens Police Department.

Shortly after, Sabal Ridge called and advised they were able to review the surveillance video. I made contact with ex-homeowner association president Jeanee Penny. The surveillance video depicts Salvia arriving at the pool area and making contact with Ivanova who is inside the fence on the northwest side. You can see a verbal argument ensuing between Salvia and Gould as he comes into view. Both continue yelling at each other as Ivanova walks down and opens the pool gate so Salvia can enter. Ivanova and Salvia stand on the southwest side of the pool while Gould remains on the north end and continue to argue. Ivanova walks around the pool and begins to approach Gould. Salvia comes around and inserts himself in between the two. As the argument continues, Saliva very quickly approaches Gould, stands directly in front of him, and raises his shirt displaying the firearm that he has concealed in the front of his pants. After that happens, Gould turns around, grabs his belongings, and exits the pool area.

I took possession of Salvia`s firearm, bullets, magazine, and holster submitting them into the Palm Beach Gardens Police evidence. The surveillance video was digitally obtained by Officer Kellen Stairs and uploaded into Evidence.com.

On Wednesday, May 10, 2023, at 7:41 PM, I was contacted by Saliva asking for a case update that was received by my department voicemail. On Thursday, May 11, 2023, at 9:45 AM, I made contact with Saliva via telephone on a recorded line though dispatch and provided a case update. I informed Saliva that he was going to be charged with improper exhibition of a firearm and asked if he could come by the Palm Beach Gardens Police Department where I could issue him the notice to appear. Saliva agreed and later arrived at the station where he signed for the notice to appear.

No further information.

## Incident Report Suspect List

Palm Beach Gardens Police Department

OCA: 23-002514

| 1 | Name (Last, First, Middle) SALVIA, BENEDETTO MIGLIORE | Also Known As SALVIA, BENEDETTO MIGLIORE | Home Address 2201 SABLE RIDGE CT - G PALM BEACH GARDENS, FL 33418 561-222-4407 |
|---|---|---|---|
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/1996 | 26 | W | M | N | 510 | 158 | BRO | BRO | LGT | S410073964200 FL |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| Veh Yr / Make / Model | | Drs | Style | Color | Lic Plate / State | | VIN |
| Notes | | | | | Physical Char | | |

## CASE SUPPLEMENTAL REPORT

Printed: 12/08/2023  08:06

**Palm Beach Gardens Police Department**

OCA: **23002514**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST     **Case Mng Status:** NA     **Occurred:** 05/09/2023
**Offense:** WEAPON - IMPROPER EXHIBIT FIREARM OR DANGEROUS WEAPON

**Investigator:** STRZELECKI, J. (553)     **Date / Time:** 05/09/2023 16:42:51, Tuesday
**Supervisor:** BEATH, D. (0334)     **Supervisor Review Date / Time:** 05/11/2023 16:07:08, Thursday
**Contact:**     **Reference:** Back Up / On Scene

On Monday, May 9, 2023, at approximately 1128 hours. I responded to Sabal Ridge Cir. (Sabal Ridge), Palm Beach Gardens, Palm Beach County, FL., in reference to a report of a disturbance with a possible firearm. My body-worn camera was activated for this investigation.

Upon arrival I Ofc. Strzelecki and Ofc. Guerriero made contact with a white male who was later identified as Ryan Michael Gould (W/M 10/10/1991). Mr. Gould was sitting down as we approached the scene. Due to the fact that we were told by dispatch that there was a male on scene with a firearm Ofc. Guerriero advised the subject to keep his hands out of his pockets. Mr. Gould was told multiple times by Ofc. Guerriero to keep his hands out of his pockets but Mr. Gould defied commands and reached into his front right pocket and pulled out a cellphone. Mr. Gould was being argumentative towards Ofc. Guerriero upon making contact with him. Mr. Gould was detained and placed into handcuffs as we investigated the incident.

Due to the facts above Ofc. Guerriero found probable cause to charge Mr. Gould with one count of resist officer without violence F.S.S. 843.02

Ofc. Guerriero was unable to complete the call and I was tasked with transporting Mr. Gould to the Palm Beach County Jail.

After reviewing surveillance footage obtained by the neighborhood HOA, it was determined that Ryan Michael Gould was the victim of an improper exhibition of a firearm. Upon further investigation and the new evidence obtained, Mr. Gould was taken back to his residence and released without criminal charges.

Investigator Signature     Supervisor Signature

r_supp3     Page 7

## CASE SUPPLEMENTAL REPORT

Printed: 12/08/2023  08:06

*Palm Beach Gardens Police Department*

OCA: **23002514**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *NA*  **Occurred:** *05/09/2023*

**Offense:** *WEAPON - IMPROPER EXHIBIT FIREARM OR DANGEROUS WEAPON*

**Investigator:** *ROMERO, J. (502)*  **Date / Time:** *05/16/2023 00:41:53, Tuesday*

**Supervisor:** *COOPER, K. (0283)*  **Supervisor Review Date / Time:** *05/16/2023 05:49:43, Tuesday*

**Contact:**  **Reference:** *Other*

On Monday, May 15, 2023, I received two drives collected by Sgt Beath on May 12, 2023, from Sabal Ridge HOA. The contents of the drives were uploaded to evidence.com.

Investigator Signature

Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 12/08/2023  08:06

Palm Beach Gardens Police Department

OCA: **23002514**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *NA*   **Occurred:** *05/09/2023*

**Offense:** *WEAPON - IMPROPER EXHIBIT FIREARM OR DANGEROUS WEAPON*

**Investigator:** *ROMERO, J. (502)*   **Date / Time:** *05/16/2023 17:04:17, Tuesday*

**Supervisor:** *COOPER, K. A. (283)*   **Supervisor Review Date / Time:** *05/16/2023 17:32:43, Tuesday*

**Contact:**   **Reference:** *Other*

---

On Monday, May 15, 2023, I received two drives collected by Sgt Beath on May 12, 2023, from Sabal Ridge HOA. The drives` contents were uploaded to evidence.com, and the two thumb drives were entered into evidence.

Investigator Signature

Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 12/08/2023 08:06

**Palm Beach Gardens Police Department**  OCA: **23002514**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** NA  **Occurred:** 05/09/2023

**Offense:** WEAPON - IMPROPER EXHIBIT FIREARM OR DANGEROUS WEAPON

---

**Investigator:** CONNORS, T. S. (201)  **Date / Time:** 06/13/2023 13:22:06, Tuesday
**Supervisor:** GROSSMAN, T. H. (297)  **Supervisor Review Date / Time:** 06/15/2023 07:52:20, Thursday
**Contact:** Salvia, Benedetto Migliore  **Reference:** Other
2201-G Sable Ridge Ct, Palm Beach
Gardens  561-222-4407

---

On Thursday June 8, 2023 at 2:18 pm I met with Benedetto Migliore Salvia (identified by the photo on his Florida Driver`s license) in the lobby of the Palm Beach Gardens Police Department 10500 N. Military Trail in the city of Palm Beach Gardens, Palm Beach County, FL. to claim recovered firearm(s) previously entered into property under case number 23-002514.

Mr Salvia`s personal information was entered into the FDLE Firearms Eligibility System under control number 28368202A.

An "approval" decision was subsequently received and assigned queue number 396053111. Based on the results of the FES, the recovered firearm(s) was turned over to Benedetto Migliore Salvia.

There is no further information.

---

Investigator Signature                                   Supervisor Signature