Ryan Gould
April 25, 2024

```
 1                    UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    CASE NO. 9:24CV80022DMM

 3

 4   RYAN GOULD,

 5                 Plaintiff,

 6   -vs-

 7

     BETHANY GUERRIERO and JOSEPH STRZELECKI,
 8
                   Defendants.
 9   _____/

10

11

                            US LEGAL SUPPORT.
12                          444 W Railroad Avenue
                            Suite 300
13                          West Palm Beach, Florida 33401
                            Thursday, April 25, 2024
14                          12:55 p.m. - 4:29 p.m.

15

                        DEPOSITION OF RYAN GOULD
16

17

18

19

20

21

22

23
                        Taken before Robyn Maxwell, RPR, FPR,
24   RSA, and Notary Public in and for the State of Florida at
     Large, pursuant to Notice of Taking Deposition filed in
25   the above-mentioned cause.
```

Ryan Gould
April 25, 2024                                    2

```
1    APPEARANCES (VIDEO CONFERENCE):

2


3         ON BEHALF OF THE PLAINTIFFS:
              ERIC ALAN RICE, ESQUIRE
4             erice@floridatax.com
              GUTTER CHAVES JOSEPHER RUBIN FORMAN FLEISHER
5             MILLER, P.A.
              2101 NW Corporate Boulevard
6             Suite 107
              Boca Raton, Florida 33431
7             561.998.7847

8


9         ON BEHALF OF BETHANY GUERRIERO:
              GREGORY JOSEPH MORSE, ESQUIRE
10            greg@morselegal.com
              KING | MORSE, PLLC
11            2240 Palm Beach Lakes Boulevard
              Suite 300
12            West Palm Beach, Florida 33409
              561.317.5766

13


14
          ON BEHALF OF THE DEFENDANTS:
15            SCOTT DAVID ALEXANDER, ESQUIRE
              alexander@jambg.com
16            JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER &
              HOCHMAN, P.A.
17            2455 E Sunrise Boulevard
              Suite 1000
18            Fort Lauderdale, Florida 33304
              954.463.0100

19

20

21

22

23

24

25
```

Ryan Gould
April 25, 2024                                    3

```
 1                    INDEX OF PROCEEDINGS

 2     WITNESS                                      PAGE

 3     RYAN GOULD                                     4
       DIRECT EXAMINATION BY MR. ALEXANDER            4
 4     CROSS-EXAMINATION BY MR. MORSE               126
       REDIRECT EXAMINATION BY MR. RICE             213
 5     CERTIFICATE OF OATH OF WITNESS               216
       REPORTER'S DEPOSITION CERTIFICATE            217
 6     READ & SIGN LETTER TO WITNESS                218

 7
                       PLAINTIFF EXHIBITS
 8
          EXHIBIT              DESCRIPTION           PAGE
 9
         Exhibit 4    5/10/23 email from              74
10                    noreply@civicplus.com to Kheren
                      Hernandez, Alana Ramai, Natalia
11                    De Lara; Subject: Online Form
                      Submittal:  Commendations &
12                    Complaint

13       Exhibit 5    Officer Valerio's body camera  192
                      video
14
         Exhibit 6    Complaint                      192
15

16

17

18     {Reporter's Note:  Exhibit 5 were retained by Mr. Rice.}

19

20

21

22

23

24

25
```

Ryan Gould
April 25, 2024                              4

1    Thereupon,

2    the following proceedings began at 12:55 p.m.:

3              THE COURT REPORTER:  Raise your right hand,

4         please.

5              Do you solemnly swear or affirm the

6         testimony you are about to give in this matter

7         will be the truth, the whole truth and nothing but

8         the truth?

9              THE WITNESS:  Yes, I do.

10   Thereupon,

11                 RYAN GOULD,

12   having been first duly sworn or affirmed, was examined

13   and testified as follows:

14                 DIRECT EXAMINATION

15   BY MR. ALEXANDER:

16        Q.   All right.  State your name, please.

17        A.   Ryan Gould.

18        Q.   All right.  Mr. Gould, my name is Scott

19   Alexander.  I'm an attorney for Officer Strzelecki; he's

20   one of the defendants in this case.  We're here today for

21   your deposition.

22             Have you ever given deposition testimony

23   before?

24        A.   No.

25        Q.   Okay.  So let me go over some rules that

Ryan Gould
April 25, 2024                                    5

1    will make this process easier for all of us, including

2    our court reporter.

3                    Today I'm going to be asking you questions.

4    If you would, please respond verbally to my questions; by

5    that I mean, avoid "uh-huh" or "uh-uh," nods, shrugs or

6    any type of nonverbal response that's not a word.

7                    If you don't understand a question that I

8    ask, and let me know that you don't understand it, and

9    I'll do everything I can to rephrase it for you.  It is

10   not my intention today through my questions to argue with

11   you.  So, you know, if you can't answer the question,

12   tell me you can't answer, but I'd appreciate it if you

13   don't fire back at me and say, well, what would you do if

14   you were in my shoes because I'm not here today to answer

15   your questions; you're here today to answer my questions.

16                   If you don't understand a question, if I

17   ask it or another attorney asks it, say you don't

18   understand.  If you don't know or don't recall, tell us

19   you don't know or don't recall, rather than guessing or

20   speculating or possibly guessing incorrectly under oath.

21                   If you need a break at any time, let us

22   know you need a break.

23                   And finally, it's important that we talk

24   one at a time.  So if you know what my question is going

25   to be while I am still asking it, still let me get it out

1    completely.  And in turn, I'm not going to jump in and

2    ask you another question while you are answering my last

3    one.  If you feel at any time I have interrupted you

4    while you were still answering, just put your hand up and

5    say, "I wasn't done," and I'll stop and let you complete

6    your answer, okay?

7            A.    Sounds good.

8            Q.    All right.  And you're going to tell the

9    truth, even if a truthful answer you may deem is harmful

10   to your case, right?

11           A.    Of course.

12           Q.    All right.  So while we're on that subject,

13   while you were with the police officers on the date of

14   your arrest, did you make any statements to any of the

15   police officers that was untruthful?

16           A.    Not to my recollection.

17           Q.    Have you watched the videos that were

18   secured from the officers's body-worn cameras?

19           A.    I've seen some of them.

20           Q.    Okay.  And when reviewing that back, did

21   you see yourself make any statements that you now look at

22   and say, that wasn't true, I shouldn't have said that?

23           A.    No.

24           Q.    Okay.  And have you reviewed your answers

25   to interrogatories in this case?

Ryan Gould
April 25, 2024                                      7

1          A.    Can you explain what that means?

2          Q.    Yeah.  I'm going hand them to you.

3                These are written questions that you

4    responded to for the attorneys.

5          A.    What was the question?

6          Q.    Yeah, have you had a chance to review

7    those, since those were provided to us?

8          A.    No.

9          Q.    Okay.  Is the information contained in

10   these interrogatory answers from you?

11         A.    Yes.

12         Q.    And is all the information, to your

13   knowledge, accurate?

14         A.    Yes.

15         Q.    Okay.  One of the first things I want to

16   ask you was, your current address, it says Oakland Hills,

17   Illinois.  I'm a Chicagoan, like yourself, and I've never

18   heard of Oakland Hills.

19                Where is --

20         A.    Oakwood.

21         Q.    Okay.

22         A.    Oakwood Hills.

23         Q.    So the first answer has a typo?

24         A.    Yes.  It should be Oakwood Hills, Illinois

25   60013.

Ryan Gould
April 25, 2024                                    8

1         Q.    Do you live at 109 Palisades Lane in

2    Oakwood Hills, Illinois?

3         A.    Correct.

4         Q.    When did you move there?

5         A.    I believe it was either September or

6    October of '23.  I would have to check for sure.

7         Q.    Okay.  And do you own or rent there?

8         A.    I'm renting.

9         Q.    Who do you rent from?

10        A.    His name's Kevin Baldwin, I believe.  It's

11   just some guy I found on -- wherever, searching for

12   apartments, Craigslist or Apartment Finder --

13        Q.    All right.

14        A.    -- or. . .

15        Q.    Now, in what month or year did you find

16   this location to move to?

17        A.    It would have been either, you know, August

18   or September of 2023.

19        Q.    When did you make the decision to move to

20   Illinois?

21        A.    I made that decision, I believe, near the

22   end of May, beginning of June of 2023.

23        Q.    Do you know who Joseph Strzelecki is, my

24   client?

25        A.    Yes.

Ryan Gould
April 25, 2024                                    9

1        Q.    Okay.  And do you recall if he is the
2   officer that transported you from the Palm Beach Gardens
3   Police Department to the county jail?
4        A.    Yes.
5        Q.    And isn't it true that you told
6   Officer Strzelecki during that ride that you were moving
7   Illinois?
8        A.    I don't recall that.
9        Q.    Okay.  And that you were going to work for
10  your father in Illinois, did you tell him that during
11  that car ride?
12       A.    I don't recall that.
13       Q.    In fact, when you left Palm Beach County to
14  move to Illinois in 2023, did you go and work for your
15  father?
16       A.    I did.
17       Q.    Okay.  And do you have any knowledge as to
18  how Officer Strzelecki would have information that you
19  were going -- moving Illinois to work for your father, if
20  it didn't come from you?
21            MR. RICE:  Objection; form.
22       A.    No.
23  BY MR. ALEXANDER:
24       Q.    Okay.  Isn't it true, Mr. Gould, that you
25  made the decision to move to Illinois prior to May 9th,

April 25, 2024                         10

```
 1   2023?
 2                MR. RICE:  Objection; form.
 3   BY MR. ALEXANDER:
 4        Q.    There's a question pending, sir.
 5                THE WITNESS:  Do I have to answer it?
 6                MR. RICE:  Yes.
 7        A.    Can you repeat the question?
 8   BY MR. ALEXANDER:
 9        Q.    Yeah.
10                MR. RICE:  And let me just state for the
11          record, I'm going to be objecting to form
12          occasionally.
13                THE WITNESS:  Uh-huh.
14                MR. RICE:  It's just to preserve an
15          objection.  Unless I direct you otherwise, you're
16          welcome to answer after my objection.
17                THE WITNESS:  All right.
18   BY MR. ALEXANDER:
19        Q.    Isn't it true that you had made the
20   decision to move to Illinois prior to May 9th, 2023?
21        A.    No.
22                MR. RICE:  Same objection.
23   BY MR. ALEXANDER:
24        Q.    When you lived in Palm Beach Gardens, what
25   was your address?
```

Ryan Gould
April 25, 2024                              11

```
1              A.    1901 Sabal Ridge Court, Apartment C.
2              Q.    Did you own or rent there?
3              A.    It's owned by my family.  I was paying rent
4    to my father.
5              Q.    Did you ever sign a lease?
6              A.    No.
7              Q.    Okay.  Did there come a point in time where
8    you informed your father that you were going to vacate
9    the apartment on Sabal and move to Illinois?
10             A.    Yes.
11             Q.    And did that occur before May 9th, 2023?
12             A.    No.
13             Q.    Is it true that this arrest that occurred
14   on May 9th, 2023, in fact, had nothing to do with your
15   decision to move to Illinois?
16             A.    No.
17             Q.    What did this arrest have to do with your
18   decision to move to Illinois?
19             A.    It made me feel unsafe here.
20             Q.    All right.  And so, because you were
21   arrested and you felt unsafe, you made the decision to
22   move to Illinois because of that?
23             A.    Among other reasons.
24             Q.    Okay.  So tell me all of the other reasons
25   that you chose to move to Illinois, other than the
```

Ryan Gould
April 25, 2024                          12

```
 1   arrest.
 2          A.    For a job.
 3          Q.    When you say "other reasons," plural, is
 4   there any other reason, besides the job?
 5          A.    Family, sense of safety.
 6          Q.    And your best recollection is that you made
 7   that decision at end of May or the beginning of June in
 8   2023?
 9          A.    Correct.
10          Q.    Okay.  And when you told your father that
11   you were going to be vacating the apartment in Palm Beach
12   Gardens and moving back to Illinois -- right, because you
13   had lived there before?
14          A.    Yeah.
15          Q.    -- did you tell him it had anything to do
16   with your arrest?
17          A.    Yes.
18          Q.    What's your father's name?
19          A.    Mike, Michael Gould.
20          Q.    All right.  What was your occupation while
21   living here in Florida?
22          A.    Area manager for the company -- well, the
23   company name is Lake Worth Medical Alliance.
24          Q.    Lake Worth Medical, what was the last word?
25          A.    Alliance.
```

Ryan Gould
April 25, 2024                          13

1          Q.    Alliance.

2                And from when to when did you work for Lake

3    Worth Medical?

4          A.    I would have to check.  I believe it was

5    from -- it was slightly over a year ending in April, to

6    the best of my recollection.  So I would venture to say

7    it was, you know, like, February 2022 until April 2023.

8          Q.    Okay.  And were you hired to work at that

9    company for a specified period of time?

10         A.    No.

11         Q.    Why did your job end in April?

12         A.    Because I felt I was not getting the -- the

13   proper -- you know, I just felt I wasn't being treated

14   there the way I wanted to be treated.

15         Q.    Is Lake Worth Medical Alliance still in

16   business?

17         A.    To the best of my knowledge.

18         Q.    What is the address of the company?

19         A.    I -- I don't know.

20         Q.    I'm not getting very good reception --

21         A.    We -- it operates as a Marijuana Doctor, so

22   there are multiple -- you know, I oversaw multiple

23   locations of them.  This is the -- the.  You know, owning

24   company.

25         Q.    It operates as Marijuana Doctor?

Ryan Gould
April 25, 2024                                    14

```
 1          A.    Correct.
 2          Q.    Okay.  And now, did there come a period of
 3   time where you provided notice to that company that you
 4   would no longer be working there?
 5          A.    Correct.
 6          Q.    And was that in April of 2023?
 7          A.    It was April 20th of 2023.
 8          Q.    So you quit a marijuana company on 4/20?
 9          A.    That's how bad they were treating me.
10          MR. MORSE:  That's great.
11          A.    Yeah.  It was a big day for them that day.
12   BY MR. ALEXANDER:
13          Q.    So at the time of the arrest at issue in
14   this case, were you unemployed?
15          A.    I was.
16          Q.    Were you actively searching for work in
17   South Florida.
18          A.    I was.
19          Q.    Do you have any documentation, internet
20   searches, job applications that put in or any materials
21   that could be reviewed which would substantiate that you
22   were looking for work in South Florida in May of 2023?
23          A.    I would have to check.
24          Q.    Okay.  Can you list for me the names of all
25   places where you put in applications for employment from
```

Ryan Gould
April 25, 2024                          15

```
1    the time that you left Marijuana Doctor until the time

2    you relocated back to Illinois?

3            A.    Not at this time.

4            Q.    You can't even recall one?

5            A.    Not at this time.

6            Q.    Do you use Indeed or any search engines,

7    when you seek employment?

8            A.    I use Google.

9            Q.    Okay.  All right.

10               So you indicated to me that you could not

11   think of a single place that you applied for work from

12   the time of your job ending at Lake Worth Medical

13   Alliance until you relocated to Chicago and your answer

14   was, "Not at this time."

15               Are you aware of any documentation,

16   anything that would be on your computer or your phone

17   that would refresh your recollection as to whether you

18   put in any job applications between 4/20/23 and your

19   relocation back to Illinois?

20           A.    No.

21           Q.    All right.  So when you say, "Not at this

22   time," does that, essentially, mean not ever, that you'll

23   never have any recollection, right?

24               MR. RICE:  Objection to form.

25           A.    It means not at this time.
```

1   BY MR. ALEXANDER:

2        Q.    Okay.  Is there anything that you could

3   look at or search at home that would assist you in

4   recalling information that you cannot recall at this

5   time?

6        A.    There might be.

7        Q.    And what would those things be?

8        A.    I would have to go check through emails.

9        Q.    How did you resign at Lake Worth Medical?

10       A.    On April 20th, I -- I was scheduled to meet

11   my supervisor in the Lake Worth office.  I went in early.

12   I had all of my equipment there ready for him and, you

13   know, pretty much just sent a text saying, hey, I'm not

14   interested in working for you anymore.

15       Q.    Did you provide any notice; in other words,

16   did you continue working after that day?

17       A.    No.

18       Q.    Okay.  What was your first employment after

19   your resignation from Lake Worth Medical Alliance?

20       A.    Working at MJG Enterprises.

21       Q.    And MJG, is that Michael Jay Gould?

22       A.    Correct.

23       Q.    What was your start date with your dad's

24   company?

25       A.    Again, I would have to check.  We can look

1   at my pay stubs.  They would -- they would explain.

2         Q.    All right.  Since we're not going to do

3   this right now, can you give me your best estimate -- and

4   I'm going to take your answer as an estimate; I'm not

5   going to hold you to a specific date.

6               Can you give me your best estimate as to

7   when you began working for your father's company in 2023?

8         A.    I can't.

9         Q.    Okay.  Was it before July?

10        A.    I -- I don't recall.  I've -- I've been

11  working on and off with him for over a decade.

12        Q.    Okay.  And are you making substantially

13  more money working for MJG Enterprises at the present

14  time than you were working for Lake Worth Medical

15  Alliance?

16        A.    At this point in time I am.

17        Q.    Because I'm looking at your answers to

18  interrogatories.

19              It appears that when you left Lake Worth

20  Medical Alliance, you were earning about $80,000 a year?

21        A.    Correct.

22        Q.    And presently, you're making $175,000 a

23  year?

24        A.    Correct.

25        Q.    That's more than double, right?

Ryan Gould
April 25, 2024                                    18

```
 1          A.    Yeah.
 2          Q.    And when you began working at
 3  MJG Enterprises in 2023, was your starting salary or
 4  compensation 175?
 5          A.    No.
 6          Q.    What did you start at?
 7          A.    100,000.
 8          Q.    Is your father still active in working in
 9  the company?
10          A.    Yeah.
11          Q.    What is your job title there?
12          A.    VP of operations.
13          Q.    Were you working at MJG Enterprises and
14  Lake Worth Medical Alliance simultaneously at any point?
15          A.    I don't believe so.
16          Q.    Were you aware at the time that you
17  resigned from Lake Worth Medical Alliance that you could
18  have a job working for your father's company for $20,000
19  more a year than you were making?
20          A.    Not for more.  I was hired at a similar pay
21  rate.
22          Q.    You were hired at what rate?
23          A.    The hundred thousand.  I would have to look
24  in -- you know, in totality what the bonuses -- it was,
25  you know, pretty much similar.  I was aware, of course,
```

1   that I could always go back there and -- and work for

2   him, though.

3          Q.    You also mentioned that one of the reasons

4   that you relocated back to Illinois was family; is that

5   right?

6          A.    (Nods head.)

7                Yes.

8          Q.    Okay.

9          A.    I'm sorry.

10         Q.    Do you have any family here in South

11  Florida?

12         A.    I do.

13         Q.    And what who are your relatives in South

14  Florida?

15         A.    I are have an uncle and his wife, my aunt.

16         Q.    What city do they live in?

17         A.    Jupiter.

18         Q.    And what are their names?

19         A.    Bill and Angie Schmeg (phonetic).

20         Q.    Okay.  And do you have a larger family in

21  Illinois?

22         A.    Yes.

23         Q.    Mom and dad or just dad?

24         A.    Yes.

25         Q.    Okay.  Mom and dad.

 1                  Aunts and uncles?

 2         A.    Yep.

 3         Q.    Cousins?

 4         A.    Cousins, grandmas.

 5         Q.    So when did you first move to Florida?

 6         A.    I would have to check, but to the best of

 7  my knowledge, it was -- it was, I believe, September of

 8  2020.

 9         Q.    Okay.  So, like, smack in the middle of

10  COVID?

11         A.    Yes.

12         Q.    And why did you decide to move to Florida?

13         A.    I was done with the cold weather.

14         Q.    All right.  So in total, you lived in

15  Florida for less than three years?

16         A.    Correct.

17         Q.    Did you have any addresses in Florida,

18  other than the condo on Sabal that your father owned?

19         A.    No.

20         Q.    Does your father still own the condominium?

21         A.    Yes.

22         Q.    Okay.  Does anyone reside there?

23         A.    Not at this time.

24         Q.    Is it, like, a snowbird condo for him?

25         A.    Yeah.

Ryan Gould
April 25, 2024                                    21

```
 1            Q.    What months is he here in Florida?
 2            A.    Well, previously, to me, it was always
 3   rented out, so it's only been unused since I -- I left,
 4   so it -- they don't -- there's no -- they're not really
 5   staying there more than, you know, a few days to a week
 6   at a time.
 7            Q.    Other than the approximate two-and-a-half
 8   years you lived in Florida, have you lived in any other
 9   states, other than Illinois?
10            A.    No.
11            Q.    You were born in Chicagoland area?
12            A.    Yeah.
13            Q.    Where did you go to high school?
14            A.    Warren Township.
15            Q.    What was your graduation year?
16            A.    2010.
17            Q.    What is your date of birth?
18            A.    10/10/91.
19            Q.    After you attended high school, did you go
20   to college?
21            A.    I did.
22            Q.    Where did you go to college?
23            A.    University of Illinois and Chicago for one
24   semester.
25            Q.    All right.  UIC?
```

```
 1            A.    Correct.

 2            Q.    After you attended one semester at UIC, did

 3    you attend any other colleges or universities?

 4            A.    I did.  I went to -- I'm not sure what

 5    the -- you know, the time frame was.  I also spent around

 6    a semester at UW Parkside.  And to the best of my

 7    knowledge, I took a few classes at CLC.

 8            Q.    What does "UW" stand for?

 9            A.    University of Wisconsin.

10            Q.    Do you have a college degree?

11            A.    No.

12            Q.    I have three body-worn camera videos today.

13    I'm going to call one Exhibit 1 Bethany Guerriero's body

14    cam, Exhibit 2 Strzelecki and Exhibit 3 I'll call other

15    officers -- other officer, I'm sorry.

16                 All right.  I'm going to show you the other

17    officer video.

18                 MR. ALEXANDER:  I'm going to start playing

19            it from 3:48.

20                 (Excerpts from Exhibit 3, other officer

21            body camera recording, were played and transcribed

22            to the best of the reporter's ability as follows:)

23                 RYAN GOULD:  I know, but you had -- you

24            need to do some investigating before you detain

25            people.
```

```
1              OTHER OFFICER:  No, we don't.

2              RYAN GOULD:  Yes, you do.  You cannot just

3         detain anyone and everyone you want.

4              OTHER OFFICER:  Okay.  Okay.  So,

5         obviously, you've been -- you've been to law

6         school and everything?  You know the law?

7              RYAN GOULD:  I'm a lawyer, yeah.  So go

8         ahead and arrest me.

9              OTHER OFFICER:  You're a lawyer?

10             RYAN GOULD:  Yeah.

11             OTHER OFFICER:  Okay.

12             (Video paused.)

13   BY MR. ALEXANDER:

14        Q.   All right.  Do you remember one of the

15   first questions I asked you today is whether you made any

16   statements to the officers that were untruthful?

17        A.   I do.

18        Q.   And your answer was that you did not,

19   right?

20        A.   I don't -- I believe I said, not to my

21   recollection.

22        Q.   Okay.  I just played from about three

23   minutes and 48 to 4:05 on Exhibit 3.

24             Did you tell one of the law enforcement

25   officers while you were in police custody that you were
```

Ryan Gould
April 25, 2024                                  24

```
 1   an attorney?
 2           A.    I don't recall.
 3           Q.    Let me see if I can refresh your
 4   recollection.  I'll play it again.
 5                 (Excerpts from Exhibit 3, other officer
 6           body camera recording, were played and transcribed
 7           to the best of the reporter's ability as follows:)
 8                 UNIDENTIFIED OFFICER:  So we're talking
 9           about -- she's finding the supervisor right now,
10           right.
11                 RYAN GOULD:  I know, but you had -- you
12           need do some investigating before you detain
13           people.
14                 UNIDENTIFIED OFFICER:  No, we don't.
15                 RYAN GOULD:  Yes, you do.  You cannot just
16           detain anyone and everyone you want.
17                 UNIDENTIFIED OFFICER:  Okay.  Okay.  So,
18           obviously, you've been -- you've been to law
19           school and everything?  You know the law?
20                 RYAN GOULD:  I'm a lawyer, yeah.  So go --
21                 (Video paused.)
22   BY MR. ALEXANDER:
23           Q.    Did you just see that clip I played?
24           A.    I did.
25           Q.    The officer asked, "Have you been to law
```

1   school?"  And you said, "Yes, I'm a lawyer."

2            A.    Yes, I did say that.

3            Q.    Was that a lie?

4            A.    Yes.

5            Q.    Okay.  Can you explain for us, sitting here

6   today, all of the reasons that you have as to why you

7   lied to a police officer while you were being questioned

8   in police custody?  Go ahead.

9            A.    Because I was in fear for my life.

10           Q.    Is there any other reason you can tell us

11  here today why you lied to a police officer and told him

12  that you were a lawyer, other than at that moment you

13  were in fear for your life?

14           A.    No.

15           Q.    Did you think they were going to murder

16  you?

17           A.    Yes.

18           Q.    Okay.  The officer that's talking to you on

19  camera while you're sitting in the back of a police car,

20  you thought he was going to kill you?

21           A.    Yes.

22           Q.    You thought by lying to him and telling him

23  you were a lawyer, that would prevent him from killing

24  you?

25           A.    Yes.

Ryan Gould
April 25, 2024                               26

```
 1              Q.    Is there any other reason you said that to
 2       him, other than that?
 3              A.    No, not to my knowledge.
 4              Q.    Did the officer have a gun out at the time?
 5              A.    I don't recall.
 6                    (Excerpts from Exhibit 3, other officer
 7              body camera recording, were played and transcribed
 8              to the best of the reporter's ability as follows:)
 9                    RYAN GOULD:  -- arrest me.
10                    UNIDENTIFIED OFFICER:  You're a lawyer?
11                    RYAN GOULD:  Yeah.
12                    UNIDENTIFIED OFFICER:  Okay.  All right.
13                    RYAN GOULD:  So, obviously, I was not
14              here --
15                    (Video paused.)
16       BY MR. ALEXANDER:
17              Q.    I want to show you your facial expression
18       when he asked you if you're a lawyer.
19                    (Excerpts from Exhibit 3, other officer
20              body camera recording, were played and transcribed
21              to the best of the reporter's ability as follows:)
22                    RYAN GOULD:  I know, but you had -- you
23              need to do some investigating before you detain
24              people.
25                    UNIDENTIFIED OFFICER:  No, we don't.
```

Ryan Gould
April 25, 2024                          27

1              RYAN GOULD:  Yes, you do.  You cannot just

2          detain anyone and everyone you want.

3              UNIDENTIFIED OFFICER:  Okay.  Okay.  So,

4          obviously, you've been -- you've been to law

5          school and everything?  You know the law.

6              RYAN GOULD:  I'm a lawyer, yeah.  So go

7          ahead and arrest me.

8              UNIDENTIFIED OFFICER:  You're a lawyer?

9              RYAN GOULD:  Yeah.

10             UNIDENTIFIED OFFICER:  Okay.

11             (Video paused.)

12   BY MR. ALEXANDER:

13        Q.    When he asked you if you were a lawyer,

14   would you agree with me that when you responded to him,

15   you smiled at him?

16        A.    No.

17        Q.    See, I'm looking right at 4:05, and I have

18   it frozen.

19             You're not smiling there?

20        A.    No.

21        Q.    Okay.  Did you think it was funny to tell

22   him that you were a lawyer, even though you're not?

23        A.    No.

24        Q.    Did you think that you would derive some

25   benefit from the police by falsely representing that you

Ryan Gould
April 25, 2024                                28

1   were an attorney?

2          A.    Yes.

3          Q.    What benefit did you think you would

4   derive?

5          A.    My safety.

6          Q.    All right.  Any other statements you made

7   while in custody that are false, other than that you were

8   an attorney?

9          A.    I don't recall.

10         Q.    Have you ever served in the military?

11         A.    No.

12         Q.    Do you dislike Americans that serve in the

13  military?

14         A.    No.

15         Q.    Do you recall imputing the officer's

16  military service while you were speaking with him?

17         A.    I don't.

18         Q.    Let me see if I can refresh your

19  recollection.

20              MR. ALEXANDER:  We're playing Exhibit 3 at

21         about the 27th minute.

22              (Excerpts from Exhibit 3, other officer

23         body camera recording, were played and transcribed

24         to the best of the reporter's ability as follows:)

25              RYAN GOULD:  I wish.

1            What do you guys like doing in your free

2       time?

3            UNIDENTIFIED OFFICER:  That's my business,

4       buddy.

5            RYAN GOULD:  Okay.  I've got nothing

6       against U.S. people.

7            UNIDENTIFIED OFFICER:  No, you just pretty

8       much -- you just pretty much said everyone --

9            RYAN GOULD:  Hold on.  You know what the

10      police and the military are doing.

11           UNIDENTIFIED OFFICER:  I was in the

12      military, dude.  You know what, I have three

13      combat tours.  On top of being in the military --

14           RYAN GOULD:  Where did you go?

15           UNIDENTIFIED OFFICER:  Unless you were in

16      my freaking shoes, all right?

17           RYAN GOULD:  Where did you go?

18           UNIDENTIFIED OFFICER:  It is none of your

19      business.

20           RYAN GOULD:  Yeah.  Think about what you

21      did to those people.

22           UNIDENTIFIED OFFICER:  Uh-huh.

23           (Video paused.)

24  BY MR. ALEXANDER:

25           Q.   I just played a colloquy that you had with

Ryan Gould
April 25, 2024                                        30

1   the officer about his military service and you said,

2   "think about what you did to those people."

3                Can you explain to us what you meant by

4   that?

5        A.    I assume he treated them the same way they

6   treated me.

7        Q.    Okay.  What did this officer that you're

8   speaking to do to you?

9        A.    Held me captive in the back of a police

10  car.

11       Q.    Okay.  So you made the assumption that

12  because he was in the military, he treated,

13  quote/unquote, those people like he treat you?

14       A.    No.

15       Q.    What other assumptions did you make about

16  his military service?

17       A.    I just assumed that he operated in this

18  manner.

19       Q.    Do you have any social media pages?

20       A.    I do.

21       Q.    What are they?

22       A.    I have Facebook, Instagram.

23       Q.    About how many Facebook friends do you

24  have?

25       A.    I don't know.

Ryan Gould
April 25, 2024                              31

1           Q.    About how many Instagram connections do you

2    have?

3           A.    I don't know.

4           Q.    Okay.  Tell me about your online, your

5    large online audience?

6                 MR. RICE:  Objection; form.

7           A.    I don't know anything about that.

8    BY MR. ALEXANDER:

9           Q.    Well, don't you have a large online

10   audience?

11                MR. RICE:  Objection.

12          A.    I don't.

13   BY MR. ALEXANDER:

14          Q.    You don't?

15                MR. RICE:  Objection; form.

16   BY MR. ALEXANDER:

17          Q.    Okay.  So because there's an objection, let

18   me ask it this way:  Do you have a large online audience

19   in the Internet?

20                MR. RICE:  Objection; form.

21          A.    I'm not sure what "large" is.

22                MR. ALEXANDER:  I'm going to play Exhibit 3

23          beginning at 14:30.

24                (Excerpts from Exhibit 3, other officer

25          body camera recording, were played and transcribed

Ryan Gould
April 25, 2024                    32

1            to the best of the reporter's ability as follows:)
2                 RYAN GOULD:  Come on, you guys didn't fight
3            for this.  This is not what you fought for.  But
4            you would be upset, too, sir.
5                 UNIDENTIFIED OFFICER:  I know.  Relax.
6            Thank you, first of all, for being calm.
7                 RYAN GOULD:  Well, I haven't done anything.
8                 UNIDENTIFIED OFFICER:  Listen.  Relax for a
9            second.
10                 RYAN GOULD:  You think I'm exited, but I'm
11            not.
12                 UNIDENTIFIED OFFICER:  The way this works
13            though -- you have to look at our point of view.
14            We get a call, right --
15                 RYAN GOULD:  I --
16                 UNIDENTIFIED OFFICER:  Listen.
17                 RYAN GOULD:  I know --
18                 UNIDENTIFIED OFFICER:  Listen, listen.
19                 RYAN GOULD:  Let me -- I understand.  You
20            get a call.  I -- I understand all of that.  I
21            understand all of that.  I have zero issues with
22            that.
23                 My issues come with her.  Listen, I mean,
24            everyone's going to see the body cam footage, so
25            it doesn't -- you know, you-all have seen -- we'll

Ryan Gould
April 25, 2024                              33

```
 1              going be filing multiple complaints.  I have a
 2              large audience online, so --
 3                   (Video paused.)
 4    BY MR. ALEXANDER:
 5         Q.    Okay.  At 15 minutes and 15 seconds, you
 6    said, quote, "I have a large audience online," end quote.
 7                   Tell me what you meant by that.
 8         A.    I was trying to get out of the situation.
 9    At that time, I can tell you I did not have a YouTube
10    channel.
11         Q.    So when you said, "I have a large audience
12    online," was that an untruthful statement?
13         A.    Correct.
14         Q.    So do you make untruthful statements when
15    you think it will -- you'll derive a benefit from doing
16    so?
17                   MR. RICE:  Objection; form.
18         A.    Not unless my safety -- you know, I'm in --
19    not unless I'm in fear of my -- my well-being.
20    BY MR. ALEXANDER:
21         Q.    What if you want money?  Would you make
22    untruthful statement in furtherance of getting money?
23                   MR. RICE:  Objection; form.
24         A.    No.
25
```

Ryan Gould
April 25, 2024                                    34

```
 1    BY MR. ALEXANDER:
 2         Q.    Have you made untruthful statements in this
 3    litigation?
 4         A.    No.
 5         Q.    Okay.  All right.
 6               So how old were you when you finished your
 7    schooling at UW Parkside?
 8         A.    I -- I don't know.
 9         Q.    Were you in your 20s?
10         A.    Yeah.
11         Q.    How old are you today?
12         A.    32.
13         Q.    Other than working for Lake Worth Medical
14    Alliance and your father's company, have you had any
15    other jobs since finishing college?
16         A.    No.
17         Q.    So you worked for dad, moved to Florida
18    worked for Lake Worth, and then went back to Illinois and
19    worked for dad again?
20         A.    Correct.
21         Q.    And you're still working there today?
22         A.    Correct.
23         Q.    And what is your job duties and
24    responsibilities working for your dad's company?
25         A.    I just oversee all operations for the 12
```

Ryan Gould
April 25, 2024                           35

```
1    Burger Kings that is owned by MJG Enterprises.
2            Q.    Okay.  So your dad owns 12 Burger King
3    franchises?
4            A.    12 locations.  It's one franchise.
5            Q.    All the same, for all Burger King?
6            A.    Correct.
7            Q.    How many hours a week do you work?
8            A.    50 plus.
9            Q.    And does your job entail travel?
10           A.    Yes.
11           Q.    Where do you travel to?
12           A.    All over Lake County, McHenry County, Cook
13   County.
14           Q.    All in, what we call, the Chicagoland area?
15           A.    Correct.
16           Q.    And who do you live with at your address on
17   Palisades Lane?
18           A.    Just my dog.
19           Q.    And is your house about a block or so from
20   Silver Lake?
21           A.    I -- I don't know where Silver Lake is.
22           Q.    Is there a big lake about a block from your
23   house --
24           A.    Yeah.
25           Q.    -- where people boat and swim?
```

Ryan Gould
April 25, 2024                                    36

```
1           A.     I don't believe there's any boating.

2           Q.     Do you swim in Silver Lake?

3           A.     No.

4           Q.     Have you ever swam in this Silver Lake?

5           A.     No.

6           Q.     Do you belong to a gym or health club?

7           A.     I do.

8           Q.     What's it called?

9           A.     The Edge.

10          Q.     What city is it in?

11          A.     Crystal Lake, Illinois.

12          Q.     And when you go The Edge in Crystal Lake,

13   Illinois, is your attendance recorded every time you go

14   in?

15          A.     Yep.

16          Q.     Like a scan card or something on your

17   phone?

18          A.     Yes.

19          Q.     How many days a week do you go?

20          A.     Six.

21          Q.     Is there a pool there?

22          A.     I don't believe so.

23          Q.     Have you been -- have you been in a

24   swimming pool since this incident where you were

25   arrested?
```

Ryan Gould
April 25, 2024                            37

```
 1          A.    I have not.

 2          Q.    Why not?

 3          A.    I don't feel comfortable.

 4          Q.    Why don't you feel comfortable in a

 5   swimming pool?

 6          A.    Loss of my senses, not being able to see my

 7   surroundings.

 8          Q.    And what does your workout routine consist

 9   of at The Edge six days a week?

10          A.    Lifting weights and light cardio,

11   calisthenics.

12          Q.    And about how many hours a week do you

13   workout?

14          A.    I would say anywhere from ten to 15.

15          Q.    All right.  And do you have any interest,

16   hobbies or activities or things that you like to do on

17   the days where you're not working; not part of your

18   50-plus hours working per week?

19          A.    Yeah, hiking, eating out at restaurants.

20          Q.    What type of car do you drive?

21          A.    I have a Passat TDI 2012.  It's gray.

22          Q.    Are there Any plans to leave your current

23   job?

24          A.    There're always plans looking for bigger

25   and better.
```

Ryan Gould
April 25, 2024                                    38

```
 1          Q.    Anything imminent?

 2          A.    No.

 3          Q.    Ever been arrested, other than on this

 4    occasion?

 5          A.    No.

 6          Q.    Even as a juvenile?

 7          A.    No.

 8          Q.    Have you had any encounters or interactions

 9    with Palm Beach Gardens Police Officers, at any time

10    prior to this encounter?

11          A.    Not -- not to my knowledge.

12          Q.    Like, traffic tickets, anything that a Palm

13    Beach Gardens Officer did that pissed you off?

14          A.    No.  I got one -- one, I think, handheld

15    ticket, but I don't know who.  It might've been a

16    sheriff.  You know, I'm not sure who.

17          Q.    Have you ever had occasion, in your

18    lifetime, to lodge a complaint against a law enforcement

19    officer with that officer's department?

20          A.    No.

21          Q.    Did you lodge a complaint against any

22    police officer that was involved in this incident?

23          A.    I tried.

24          Q.    Who did you try to lodge a complaint

25    against?
```

Ryan Gould
April 25, 2024                              39

```
1              A.    Chief Clint Shannon.

2              Q.    And was your complaint against Officer

3    Bethany Guerriero?

4              A.    Correct.

5              Q.    And you're aware that Chief Shannon

6    initiated an investigation against Officer Guerriero,

7    right?

8              A.    I'm unaware of that.

9              Q.    Are you aware -- and let me tell you, in

10   asking you these questions, I don't want you to disclose

11   to me the content of your conversations with your

12   attorney, so my questions should be assumed that they're

13   excluding conversations with your attorney.

14              Are you aware that Officer Guerriero lost

15   her job as a result of this incident?

16              A.    I am.

17              Q.    Okay.  So when you say you tried to lodge a

18   complaint, what do you mean you tried, if a complaint was

19   lodged and the officer lost her job?

20              A.    I was physically removed before even being

21   able to explain my story.

22              Q.    Okay.  We'll get back to that in a minute.

23              With your job working for MJG Enterprises,

24   does that company provide you with health insurance?

25              A.    Yes.
```

Ryan Gould
April 25, 2024                                    40

```
 1            Q.    And would you call it full coverage?
 2            A.    I -- I wouldn't say; I don't know.
 3            Q.    Who is your coverage with?
 4            A.    I would have to look.
 5            Q.    Have you had health insurance since you
 6   began working for MJG Enterprises in July of 2023?
 7            A.    No.
 8            Q.    Okay.  And during what period of time or
 9   months were you without coverage?
10            A.    I would have to check, but I believe I did
11   not gain coverage until within the last few months here.
12            Q.    Okay.  Did Officer Guerriero physically
13   injure you?
14            A.    Yeah.
15            Q.    Tell me what physical injuries you claim
16   that Officer Guerriero inflected upon you.
17            A.    I was shoved onto the hard, hot cement.  I
18   was forced to lay down with no clothing and scrapes.
19   I was -- my arms were bound behind my back for hours.  I
20   had, you know, back issues resulting from that.
21            Q.    Have you been diagnosed by any medical
22   providers having any back diagnosis?
23            A.    No.
24            Q.    Like, herniated discs, strain, anything
25   like that?
```

```
 1        A.    No.

 2        Q.    Is it your contention that you still have

 3  back pain now as a result of what Officer Guerriero did?

 4        A.    Yes.

 5        Q.    And where do you have this back pain?

 6        A.    Mid to upper back.

 7        Q.    And since you've had health coverage for

 8  the past several months, can you tell me all of the names

 9  of the doctors, chiropractors or medical facilities that

10  you've been to, to have that checked out?

11        A.    I haven't been to any.

12        Q.    Not one?

13        A.    No.

14        Q.    So it's your testimony that you've been

15  suffering from back pain since May of 2023?

16        A.    Correct.

17        Q.    Why haven't you gone to see any doctors,

18  chiropractors or medical provides as a result of having

19  back pain that you claim was traumatically induced upon

20  you?

21        A.    I'm not a big doctors guy.

22        Q.    Any other reason?

23        A.    No.

24        Q.    Okay.  It's not because you couldn't afford

25  it, right?
```

```
 1          A.    No.

 2          Q.    No.

 3                The officer's video that I played clips of

 4    earlier that shows you sitting in the back of the car,

 5    have you had a chance to review that at all?

 6          A.    I don't know if I saw that one in

 7    particular.

 8          Q.    Okay.  Well, I'm going to test your

 9    recollection then.  If you don't know or don't recall,

10    then you can tell me you don't know or don't recall.

11                Can you tell me how many times a day you

12    complained to anyone that your back was injured?

13          A.    I can't.

14          Q.    Can you tell me how many times a day you

15    complained to anyone that you were somehow burned or

16    adversely affected by the heat on the ground surface?

17          A.    I can't.

18          Q.    And in visualizing your body in the video,

19    do you see any scrapes or abrasions to yourself?

20          A.    No.

21          Q.    Have you been to any medical doctors for

22    any reasons, since May of 2023?

23          A.    I don't believe so.

24          Q.    Did you have a primary care physician in

25    Florida?
```

Ryan Gould
April 25, 2024                               43

```
 1          A.    No.

 2          Q.    Do you have a primary care physician in

 3   Illinois?

 4          A.    No.

 5          Q.    Does your insurance require you to

 6   designate a primary care physician?

 7          A.    I don't know.

 8          Q.    So one of the issues we have in lawsuits is

 9   we talk about economic damages versus noneconomic.

10   Economic means money at loss; noneconomic's like mental

11   anguish, pain and suffering.

12                Do you claim to have any economic damages,

13   as a result of this incident?

14                MR. RICE:  Objection; form.

15          A.    Yeah.

16   BY MR. ALEXANDER:

17          Q.    What economic damages do you claim to have?

18                MR. RICE:  Objection; form.

19          A.    Difficulty working after the event.

20   BY MR. ALEXANDER:

21          Q.    Okay.  Anything else?

22          A.    No.

23          Q.    You don't have any medical expenses, right?

24          A.    No.

25          Q.    And at the time of the incident, you were
```

1   unemployed, right?

2           A.    Correct.

3           Q.    And since the incident occurred, you moved

4   to Chicago, and you secured employment in less than a

5   year where you went from making $80,000 a year in Florida

6   to $175,000 a year in Chicago; is that accurate?

7           A.    Correct.

8           Q.    All right.  So explain to me, in light of

9   those facts that you just agreed with, how you have any

10  wage loss as a result of this incident that occurred in

11  May of '23?

12          A.    After it happened, I had -- I believe I

13  could've, you know, gotten a job sooner, but I was having

14  difficulty functioning.

15          Q.    Where could you have gotten a job sooner?

16          A.    I mean, anywhere.

17          Q.    According to your interrogatory answers,

18  your Illinois work at MJG started in July of 2023; is

19  that accurate?

20          A.    To the best of my knowledge.

21          Q.    Okay.  So you left the marijuana place

22  towards the end of April of 2023, and then within three

23  months, you were working for your dad's company in

24  Illinois?

25          A.    Correct.

```
 1            Q.    Making more than double?

 2                  MR. RICE:  Objection; form.

 3            A.    It's not more than double.

 4   BY MR. ALEXANDER:

 5            Q.    Presently, it's more than double?

 6            A.    It may end up being more than double.

 7            Q.    How did you come up with a rate of pay of

 8   $175,000 a year, approximately, in your answers to

 9   interrogatories?

10            A.    That is my -- you know, my salary.

11            Q.    Okay.  Other than your assumption that you

12   could have gotten a job somewhere, unknown, sooner, is

13   there any other basis that you can tell us today for any

14   claim that you have lost money or economic -- or that you

15   have economic damages, as a result of this incident?

16            A.    No.

17            Q.    All right.  Did you hire a criminal

18   attorney?

19            A.    No.

20            Q.    Okay.  Were you prosecuted?

21            A.    No.

22            Q.    Were any charges filed against you?

23            A.    I'm not aware.

24            Q.    Okay.  Did you ever have to appear in

25   court?
```

Ryan Gould
April 25, 2024                              46

```
 1            A.    No.
 2            Q.    Have you ever attended any law classes at
 3    any college?
 4            A.    Not to my knowledge.
 5            Q.    One of the comments you made in the video,
 6    and if you don't recall it, we'll find it and play it,
 7    was that resisting is a secondary charge.
 8                  Do you remember making a statement along
 9    those linings?
10            A.    I don't.
11            Q.    Do you know what a secondary charge is?
12            A.    Not -- not really.
13            Q.    Okay.
14            A.    I would assume it would be a charge that
15    comes after an initial charge.
16            Q.    Oh, okay.
17                  On the date of this incident after
18    Officer Guerriero -- you agree that Officer Guerriero
19    placed you in handcuffs, right?
20            A.    I don't recall.
21            Q.    Were you placed in handcuffs?
22            A.    Yes.
23            Q.    And do you know who placed you in
24    handcuffs?
25            A.    No.
```

1          Q.    After you were placed in handcuffs, was it
2    your desire to go to jail?
3          A.    No.
4          Q.    Did you want to go to jail?
5          A.    No.
6          Q.    Looking back at this event, would it have
7    been your preference to go to jail or to have been
8    released on scene?
9          A.    Be released.
10         Q.    Did you ever ask any officers to take you
11   to jail?
12         A.    I believe so.
13         Q.    Why?  If you did not want to go to jail,
14   explain for us today all the reasons why you would have
15   asked an officer to take you to jail.
16         A.    Because I wanted to get out of that
17   situation as quickly as possible.
18         Q.    Did you want to go to jail so you'd have a
19   lawsuit?
20         A.    No.
21         Q.    Do you agree with me that you, on multiple
22   occasions that day, asked officers to arrest you and take
23   you to jail?
24         A.    I don't know.  I don't know.
25         Q.    Okay.  All right.  We'll go through the

Ryan Gould
April 25, 2024                              48

1    video.
2                   Before we do that, I want to talk to you
3    about my client, Officer Joseph Strzelecki.
4                   Did Officer Strzelecki physically injure
5    you in any way?
6         A.    No.
7         Q.    Did Officer Strzelecki ever touch you?
8         A.    I'm sure he did.
9         Q.    Okay.  Tell me what touching he made of
10   you.
11        A.    I don't recall.
12        Q.    Okay.
13        A.    But I was in his custody.
14        Q.    Okay.  You're talking about taking you from
15   the Palm Beach Gardens Police Department to the county
16   jail?
17        A.    I believe he took me more places than just
18   that.
19        Q.    Where do you think he took you besides
20   that?
21        A.    I believe he's the one who took me away
22   from my home.
23        Q.    Okay.  You're not sure though, are you?
24        A.    No.
25        Q.    Okay.

```
 1              A.    No, no.

 2              Q.    All right.  Other than putting his hands on

 3    you to take you from the Palm Beach Gardens Jail to the

 4    county jail, are you aware of any other times he put his

 5    hands on you?

 6              A.    No.

 7              Q.    And you answered all these questions

 8    correctly, right?

 9              A.    To the best --

10              MR. RICE:  Object- --

11              A.    -- of my knowledge.

12              MR. RICE:  Objection; form.

13    BY MR. ALEXANDER:

14              Q.    Go ahead and just read to yourself the

15    question and answer to Number 6.  You don't have to read

16    it out loud in the record because we have a record of

17    what it says.

18              A.    (Witness reading document.)

19                    Okay.

20              Q.    All right.  So reading about two-thirds

21    down, it says, "He," referring to you, "He was then

22    brutally handled, chained and arrested by

23    Officer Guerriero while Officer Strzelecki watched and

24    failed to do anything to stop her."

25                    So you agree with me, based upon your sworn
```

1   response, that the arresting officer for your arrest was

2   Officer Bethany Guerriero?

3               MR. RICE:  Objection; form.

4          A.   I don't know how that works.

5   BY MR. ALEXANDER:

6          Q.   Okay.  Well, let me ask it this way:  Am I

7   reading your answer, your sworn under oath answer

8   correctly, quote "He was then brutally handled, chained

9   and arrested by Officer Guerriero while

10  Officer Strzelecki watched and failed to do anything to

11  stop her," end quote.

12              Did I read that correctly?

13              MR. RICE:  Objection; form.

14         A.   Yes.

15  BY MR. ALEXANDER:

16         Q.   Okay.  So in light of your answer, who was

17  the arresting officer?

18              MR. RICE:  Objection; form.

19         A.   I don't know how all that works.

20  BY MR. ALEXANDER:

21         Q.   What has Officer Strzelecki done to cause

22  you harm or damage?

23         A.   To the best of my knowledge, took me away

24  from my home.

25         Q.   Okay.  And when you say took away from

1   home, are you talking about your transport from the pool

2   area to the Palm Beach Gardens Jail?

3          A.     Correct.

4          Q.     Okay.  Okay.

5                 And held --

6          A.     And then held me captive in a cage.

7          Q.     And then you were held at the Palm Beach

8   Gardens Jail and then taken to the county jail?

9          A.     To the best of my knowledge.

10         Q.     Okay.  Other than take you from your home,

11  is there anything else that you claim Officer Strzelecki

12  did to cause you harm?

13         A.     Yes.

14         Q.     What else?

15         A.     Restricted my movement, my -- he took away

16  my freedom.

17         Q.     Okay.  All right.  So took you away from

18  your home and restricted your freedom.

19                Is there anything else that you claim that

20  Officer Strzelecki did to cause you harm?

21         A.     No.

22         Q.     Okay.  Who do you understand Strzelecki to

23  be in the events that occurred with you and the parking

24  lot in the pool area?

25                MR. RICE:  Objection; form.

```
 1           A.    Police officer.
 2   BY MR. ALEXANDER:
 3           Q.    Okay.  And do you understand him to be the
 4   first officer that arrived?
 5           A.    No.
 6           Q.    Okay.  That was Officer Velario (phonetic),
 7   right?
 8           A.    Correct.
 9           Q.    You know him by name?
10           A.    Yes.
11           Q.    Okay.  And then two other officers arrived
12   just about at the same time, right?
13           A.    You mean, they arrived -- are you -- I
14   don't know who you're speaking of.
15           Q.    Strzelecki and Guerriero.
16           A.    Oh, you're talking about them arriving.
17                 They arrived after, a few minutes after.
18           Q.    Right.
19                 And they arrived almost simultaneously?
20           A.    The two of them together, correct.
21           Q.    And in the course of those events, you were
22   told to get on the ground?
23           A.    Correct.
24           Q.    And you were handcuffed?
25           A.    Correct.
```

Ryan Gould
April 25, 2024                            53

1          Q.    And can you tell me how long after you were

2    handcuffed it was that Officer Strzelecki departed from

3    the scene?

4          A.    I can't.

5          Q.    Okay.  So what I'm going to do, it's not

6    even going to take two minutes, I'm going to play you

7    Officer Strzelecki's body camera.  Now, what we're going

8    to do is, we're going to hear what everyone's saying at

9    the time his camera leaves the scene, so when we go back

10   later to Guerriero's video, we'll have a good benchmark

11   of where Strzelecki was no longer there.

12         A.    Okay.

13         Q.    So Strzelecki video is Number 2, Exhibit 2.

14               (Excerpts from Exhibit 2,

15          Officer Strzelecki body camera recording, were

16          played and transcribed to the best of the

17          reporter's ability as follows:)

18               RYAN GOULD:  I don't know you.  You're the

19          one with the gun.  Why are you --

20               OFFICER GUERRIERO:  Get down on the ground

21          now.  Get down on the ground now.

22               RYAN GOULD:  What the fuck is this?

23               OFFICER GUERRIERO:  Get down on the ground.

24               OFFICER STRZELECKI:  Get on the ground.

25               OFFICER GUERRIERO:  Because I told you not

```
1              to reach for anything.

2                   RYAN GOULD:  I haven't committed a crime.

3                   OFFICER STRZELECKI:  Get down.  Hands out

4              to your side.

5                   OFFICER GUERRIERO:  Hands out to your side.

6                   RYAN GOULD:  I haven't committed a crime.

7              He's at the club.  You can't detain me if you --

8                   OFFICER GUERRIERO:  Yes, I can.

9                   RYAN GOULD:  For what?

10                  OFFICER GUERRIERO I:  I don't know you.

11                  RYAN GOULD:  I don't know you.  You're the

12             ones with guns.

13                  OFFICER GUERRIERO:  You think it's funny?

14                  RYAN GOULD:  Yeah.  You're arresting me for

15             nothing.

16                  OFFICER GUERRIERO:  I'm detaining you.

17                  OFFICER STRZELECKI:  You're detained.

18                  RYAN GOULD:  You're detaining me for what

19             crime?

20                  OFFICER GUERRIERO:  Because you don't know

21             how to listen.

22                  RYAN GOULD:  That's not a crime.  You're

23             fucked.

24                  Are your body cam's on?

25                  OFFICER GUERRIERO:  Yes.
```

1            OFFICER STRZELECKI:  Of course.

2            OFFICER GUERRIERO:  They sure are.

3            RYAN GOULD:  I called you guys for help

4       because this guy is brandishing a gun at me.

5            OFFICER GUERRIERO:  Do you have an -- do

6       you have an -- do you have an ID on you, bro?

7            RYAN GOULD:  No.

8            OFFICER GUERRIERO:  Sit down.  I didn't say

9       get up.  I said sit down.

10            RYAN GOULD:  Who the fuck is this?

11            OFFICER STRZELECKI:  Relax.

12            RYAN GOULD:  Where's your supervisor?

13            OFFICER STRZELECKI:  We'll get a unit.

14            (Unreportable, indecipherable crosstalk.)

15            OFFICER STRZELECKI:  Relax.

16            RYAN GOULD:  I haven't done anything.

17            OFFICER GUERRIERO:  You don't want --

18            RYAN GOULD:  Why am I --

19            OFFICER GUERRIERO:  -- to listen.

20            RYAN GOULD:  -- in handcuffs?

21            OFFICER GUERRIERO:  I don't care.

22            RYAN GOULD:  You're not my mom.

23            (Unreportable, indecipherable crosstalk.)

24            OFFICER GUERRIERO:  -- because I'm

25       coming --

Ryan Gould
April 25, 2024                        56

1               RYAN GOULD:  You're not my mom.

2               OFFICER GUERRIERO:  -- here for a gun.

3               RYAN GOULD:  That's fine.  I don't have a

4       gun.  I haven't committed a crime.

5               OFFICER STRZELECKI:  Do we know that before

6       we come?

7               OFFICER GUERRIERO:  Get your hands out of

8       your pocket --

9               RYAN GOULD:  You're not -- I didn't commit

10      a crime.  You -- you don't get to tell me what to

11      do.

12              OFFICER GUERRIERO:  Yes, I do.

13              RYAN GOULD:  No, you don't.

14              Why are you yelling at me?

15              OFFICER GUERRIERO:  Because I have every

16      right --

17              RYAN GOULD:  Who are you?

18              OFFICER GUERRIERO:  -- right now.

19              RYAN GOULD:  What's your badge number?

20              OFFICER GUERRIERO:  321 Guerriero;

21      G-U-E-R-R-I-E-R-O.  Make sure you spell it right.

22              RYAN GOULD:  If you're this scared of a

23      guy --

24              OFFICER GUERRIERO:  Yeah, I've been here

25      for 20 years.

1          RYAN GOULD:  You're terrified of a guy in a

2     swimsuit.  I didn't do anything.

3          OFFICER STRZELECKI:  (Inaudible.)

4          OFFICER GUERRIERO:  You should shut your

5     mouth now.

6          RYAN GOULD:  She just basically detained

7     me.  I explained there's no gun.  That guy has the

8     gun.

9          OFFICER GUERRIERO:  I don't detain anybody

10     for no reason.

11          RYAN GOULD:  Then what reason?

12          OFFICER GUERRIERO:  Because I told you --

13          RYAN GOULD:  What crime did I commit?

14          OFFICER GUERRIERO:  Can you shut your mouth

15     so I can explain it to you?

16          RYAN GOULD:  Are you in charge of this

17     lady?  Who's in charge?  This is absurd.  Why am I

18     in handcuffs on the ground?  Are you her

19     supervisor?

20          (Video paused.)

21     BY MR. ALEXANDER:

22     Q.    Okay.  So right where you say, "Why am I in

23     handcuffs on ground?  Are you her supervisor," at two

24     minutes and five seconds, do you see that

25     Officer Strzelecki's body-worn camera's departing?

1          A.    I see him turn away from me.

2               (Excerpts from Exhibit 2,

3          Officer Strzelecki body camera recording, were

4          played and transcribed to the best of the

5          reporter's ability as follows:)

6               OFFICER STRZELECKI:  So he's the victim.

7               (Video paused.)

8     BY MR. ALEXANDER:

9          Q.    He's now left the scene talking to another

10    officer, right?

11         A.    That's what I see.

12         Q.    Okay.

13              MR. ALEXANDER:  So just we get a good

14         timeline down -- and this doesn't let me work that

15         well.

16              (Excerpts from Exhibit 2,

17         Officer Strzelecki body camera recording, were

18         played and transcribed to the best of the

19         reporter's ability as follows:)

20              RYAN GOULD:  You're the one with the gun.

21         Why are you --

22              OFFICER GUERRIERO:  Get down on the ground

23         now.  Get down on the ground now.

24              RYAN GOULD:  What the fuck is this?

25              (Video paused.)

Ryan Gould
                    April 25, 2024                    59

```
 1   BY MR. ALEXANDER:

 2        Q.    Officer Guerriero yells at you to get down

 3   on the ground about 32 seconds into Exhibit 2, fair?

 4        A.    Yes.

 5        Q.    And about 90 seconds later at about two

 6   minutes and four seconds, Strzelecki's leaving.

 7              (Excerpts from Exhibit 2,

 8         Officer Strzelecki body camera recording, were

 9         played and transcribed to the best of the

10         reporter's ability as follows:)

11              OFFICER STRZELECKI:  He's the victim.

12              (Video paused.)

13   BY MR. ALEXANDER:

14        Q.    Okay.  So he's there for about 90 seconds

15   from the time you're told to go on the ground until he

16   leaves, right?

17              MR. RICE:  Objection; form.

18        A.    I believe he was there the whole time.

19   BY MR. ALEXANDER:

20        Q.    Well, we're looking at his body-worn camera

21   between two minutes and 12 seconds.

22              (Excerpts from Exhibit 2,

23         Officer Strzelecki body camera recording, were

24         played and transcribed to the best of the

25         reporter's ability as follows:)
```

```
 1                 OFFICER STRZELECKI:  -- said "to get your

 2           hands out of your pocket," and it's like --

 3                 (Video paused.)

 4    BY MR. ALEXANDER:

 5           Q.    Is he there is?  Is he in your vicinity at

 6    this point?

 7           A.    I believe so.

 8           Q.    What are you looking at right now?

 9           A.    Well, the video.

10           Q.    Where is he walking?

11           A.    I don't know.

12           Q.    Keep watching.  Tell me where he's walking

13    when you recognize another location.

14                 (Excerpts from Exhibit 2,

15           Officer Strzelecki body camera recording, were

16           played and transcribed to the best of the

17           reporter's ability as follows:)

18                 UNIDENTIFIED SPEAKER:  He said he was

19           swimming laps.  She came in and asked him to

20           leave.  When he did --

21                 UNIDENTIFIED OFFICER:  Was she the wife?

22                 OFFICER STRZELECKI:  No.  This is wife and

23           husband.

24                 (Video paused.)

25
```

```
 1   BY MR. ALEXANDER:

 2        Q.    Do you recognize where he is now, by a

 3   lake?

 4        A.    I believe he's at the pool house I was

 5   arrested at.

 6        Q.    He's in the back of the pool house, and you

 7   were arrested in the front, right?

 8        A.    To the best of my knowledge.

 9        Q.    I mean, can you even hear your conversation

10   with Officer Guerriero anymore?

11             MR. RICE:  Objection; form.

12        A.    I don't know.

13   BY MR. ALEXANDER:

14        Q.    Yeah, let me. . .

15             (Excerpts from Exhibit 2,

16        Officer Strzelecki body camera recording, were

17        played and transcribed to the best of the

18        reporter's ability as follows:)

19             OFFICER GUERRIERO:  You should shut your

20        mouth now.

21             RYAN GOULD:  She just basically detained

22        me.

23             (Video paused.)

24   BY MR. ALEXANDER:

25        Q.    Tell me at what point in this video, you
```

Ryan Gould
April 25, 2024                                    62

```
 1    can just put your hand or say right now or use words,
 2    however you want to do it, tell me at what point you can
 3    no longer hear you or Officer Guerriero speaking in this.
 4                 MR. RICE:  Objection; form.
 5                 (Excerpts from Exhibit 2,
 6            Officer Strzelecki body camera recording, were
 7            played and transcribed to the best of the
 8            reporter's ability as follows:)
 9                 OFFICER GUERRIERO:  Can you shut your mouth
10            so I can explain it to you?
11                 RYAN GOULD:  Are you in charge of this
12            lady?  This is absurd.  Why am I in handcuffs on
13            the ground?
14                 OFFICER STRZELECKI:  So he's the victim.
15                 (Video paused.)
16    BY MR. ALEXANDER:
17         Q.    Do you agree with me, about two minutes
18    and 11 seconds, you can no longer hear you and
19    Officer Guerriero going back and forth with each other?
20                 MR. RICE:  Objection; form.
21         A.    I can.
22    BY MR. ALEXANDER:
23         Q.    You can still hear them?
24         A.    Yes.
25                 (Excerpts from Exhibit 2,
```

Ryan Gould
April 25, 2024                              63

```
 1          Officer Strzelecki body camera recording, were
 2          played and transcribed to the best of the
 3          reporter's ability as follows:)
 4   BY MR. ALEXANDER:
 5          Q.   2:16, you still hear yourself?
 6               MR. RICE:  Objection; form.
 7          A.   Yes.
 8               (Excerpts from Exhibit 2,
 9          Officer Strzelecki body camera recording, were
10          played and transcribed as follows:)
11               UNIDENTIFIED SPEAKER:  -- the fire arm.
12          You can see the guy carrying the fire arm.
13   BY MR. ALEXANDER:
14          Q.   I guess we'll play it to a jury at some
15   point.
16               At 2:20, do you still hear yourself?
17               (Excerpts from Exhibit 2,
18          Officer Strzelecki body camera recording, were
19          played.)
20          A.   I don't believe so.
21               MR. RICE:  Objection; form.
22   BY MR. ALEXANDER:
23          Q.   Somewhere between 2 minutes and 2 minutes
24   and 15 seconds, they're no longer -- the camera's no
25   longer able to pick up audio between you and
```

Ryan Gould
April 25, 2024                                    64

1    Officer Guerriero, agree?

2              MR. RICE:  Objection; form.

3         A.   I don't know.

4    BY MR. ALEXANDER:

5         Q.   Did the conversation between you and

6    Officer Guerriero continue after you said, "Are you her

7    supervisor?"

8         A.   I don't recall.

9              MR. ALEXANDER:  Let's look at Exhibit 1.

10        We'll try to see if we can find that point on her

11        video.

12              (Excerpts from Exhibit 1, Officer Guerriero

13        body camera recording, were played and transcribed

14        to the best of the reporter's ability as follows:)

15        RYAN GOULD:  You -- you don't get to tell

16        me what to do.

17              OFFICER GUERRIERO:  Yes, I do.

18              RYAN GOULD:  No, you don't.

19              Why are you yelling at me?

20              OFFICER GUERRIERO:  Because I have every

21        right --

22              RYAN GOULD:  Who are you?

23              OFFICER GUERRIERO:  -- right now.

24              RYAN GOULD:  What's your badge number?

25              MR. RICE:  You know this is Exhibit 1.

1                    (Excerpts from Exhibit 1, Officer Guerriero

2            body camera recording, were played and transcribed

3            to the best of the reporter's ability as follows:)

4                    OFFICER GUERRIERO:  321 Guerriero;

5            G-U-E-R-R-I-E-R-O.  Make sure you spell it right.

6                    RYAN GOULD:  If you're this scared of a

7            guy --

8                    OFFICER GUERRIERO:  Yeah, I've been here

9            for 20 years.

10                   RYAN GOULD:  You're terrified of a guy in a

11           swimsuit.  I didn't do anything.

12                   OFFICER GUERRIERO:  You can shut your --

13                   (Video paused.)

14    BY MR. RICE:

15           Q.    Do you know if Officer Strzelecki is one of

16    the officers we see on the camera now at two minutes and

17    17 seconds?

18           A.    I don't believe so.

19                   (Excerpts from Exhibit 1, Officer Guerriero

20           body camera recording, were played and transcribed

21           to the best of the reporter's ability as follows:)

22                   RYAN GOULD:  Excuse me, I explained --

23                   (Video paused.)

24    BY MR. ALEXANDER:

25           Q.    Do we know if Officer Strzelecki's one of

Ryan Gould
April 25, 2024                              66

```
 1    the officers you could see a second later, two minutes
 2    and 18 seconds?
 3              A.    I believe so.
 4              Q.    He's the officer on the right side of the
 5    screen?
 6              A.    To the best of my knowledge.
 7                    (Excerpts from Exhibit 1, Officer Guerriero
 8              body camera recording, were played and transcribed
 9              to the best of the reporter's ability as follows:)
10                    OFFICER GUERRIERO:  -- anybody for no
11              reason.
12                    RYAN GOULD:  Then what reason?
13                    (Video paused.)
14    BY MR. ALEXANDER:
15              Q.    Okay.  So, while we're watching this, I'm
16    going to ask if you see him depart at any point.
17                    (Excerpts from Exhibit 1, Officer Guerriero
18              body camera recording, were played and transcribed
19              to the best of the reporter's ability as follows:)
20                    OFFICER GUERRIERO:  Because I told you --
21                    RYAN GOULD:  What crime did I commit for
22              you to detain me?
23                    OFFICER GUERRIERO:  Can you shut your mouth
24              so I can explain it to you?
25                    RYAN GOULD:  Are you in charge of this
```

                                    Ryan Gould
                            April 25, 2024                    67

```
 1               lady?  Who's in charge?  This is absurd.  Why am I
 2               in handcuffs on the ground?
 3                    (Video paused.)
 4     BY MR. ALEXANDER:
 5          Q.   Do you agree about two minutes and 30
 6     seconds, he's starting to walk away?
 7          A.   I don't know what he's doing.
 8          Q.   Is he in the screen anymore?
 9                    (Excerpts from Exhibit 1, Officer Guerriero
10               body camera recording, were played and transcribed
11               to the best of the reporter's ability as follows:)
12                    RYAN GOULD:  Are you her supervisor?
13                    (Video paused.)
14          A.   Yes.
15     BY MR. RICE:
16          Q.   After two minutes and 37 seconds, is he in
17     the screen of Officer Guerriero's body-worn camera?
18                    MR. RICE:  Objection; form.
19          A.   There's someone on the screen.
20                    (Video continues to play.)
21     BY MR. ALEXANDER:
22          Q.   The officer still in the screen is African
23     American, right?
24          A.   Correct.
25                    (Video continues to play.)
```

Ryan Gould
April 25, 2024                          68

BY MR. ALEXANDER:

     Q.    We don't even see Officer Strzelecki

heading back to the pool area on the left side of the

screen anymore once it hits two minutes and 50 seconds,

right?

     A.    I don't see him.

     Q.    Okay.

           (Video continues to play.)

BY MR. ALEXANDER:

     Q.    And at two minutes and 54 seconds you said,

quote, "She doesn't get to detain me," correct?

     A.    That's what I see on the video.

     Q.    So you agree with me that at the time

Officer Strzelecki left, it was your understanding that

you had been detained, correct?

           MR. RICE:   Objection; form.

     A.    Correct.

BY MR. RICE:

     Q.    And it was your understanding at the time

Officer Strzelecki left the scene of the parking lot at

the clubhouse at Sabal Ridge, that you had not yet been

arrested, correct?

           MR. RICE:   Objection; form.

     A.    I don't know.

```
 1   BY MR. ALEXANDER:
 2        Q.    Okay.  Up until the point where
 3   Officer Strzelecki left to go to the pool area, had any
 4   officer told you that you were under arrest?
 5        A.    I don't recall.
 6        Q.    Can you recall when the first time it was
 7   where any officer told you that you were under arrest or
 8   were going to be arrested?
 9        A.    I can't.
10        Q.    So now I'm going to play on from the three
11   minutes mark.  I understand my client's no longer there.
12   We're going watch it anyway.
13              (Video continues to play.)
14              (Video paused.)
15   BY MR. ALEXANDER:
16        Q.    All right.  You said about three minutes
17   and 30 seconds that to be detained, there has to be
18   reasonable suspicion of a crime.
19              Do you see that?
20        A.    I saw, yeah.
21        Q.    What was your understanding of what a
22   reasonable suspicion of a crime meant to detain someone?
23        A.    I didn't really have much understanding on
24   it.
25        Q.    Okay.
```

Ryan Gould
April 25, 2024                          70

```
 1                    (Video continues to play.)
 2                    (Video paused.)
 3    BY MR. ALEXANDER:
 4         Q.    Okay.  Do you agree that it was somewhere
 5    between the four-minute mark and four-minute and 10
 6    second mark on Officer Guerriero's body cam, Exhibit 1,
 7    when you were first told you that were going to be
 8    arrested?
 9                    MR. RICE:  Objection.
10         A.    I'd have to re-watch it.
11    BY MR. ALEXANDER:
12         Q.    How far back do you want me to go?
13         A.    To just before where you think she said it.
14         Q.    Okay.
15                    MR. ALEXANDER:  I'll go back to 3:39.
16                    (Video continues to play.)
17    BY MR. ALEXANDER:
18         Q.    And it's about four minutes and 10 seconds
19    was the first time anyone told you, you are under arrest?
20         A.    From what I see there.
21         Q.    And was that Officer Guerriero?
22         A.    To the best of my knowledge.
23         Q.    Okay.  And do you have any basis to contend
24    that your arrest was as a result of any officer's
25    decision, other than Officer Guerriero?
```

Ryan Gould
April 25, 2024                              71

```
 1                    MR. RICE:  Objection; form.

 2          A.    I don't know how that works.

 3   BY MR. ALEXANDER:

 4          Q.    Well, was Joseph Strzelecki present when

 5   you were first told that you were going to be arrested?

 6          A.    I don't know.

 7                    MR. RICE:  Objection; form.

 8   BY MR. RICE:

 9          Q.    Do you see him in the video?

10          A.    I don't know.

11          Q.    So when we looked at his video, you agree

12   with me, he went back to the pool area, right?

13          A.    I saw him walk to the pool -- back to the

14   pool area on his video.

15          Q.    Do you know how long he was there for?

16          A.    I don't.

17          Q.    So fortunately, this allows me to make 30

18   second jumps --

19                    (Video playing.)

20   BY MR. ALEXANDER:

21          Q.    -- so we don't have so sit and watch every

22   second of it, but...

23                    (Video continues to play.)

24   BY MR. ALEXANDER:

25          Q.    So we see Officer Guerriero starting to
```

```
 1  walk back towards the pool area about two minutes

 2  and five seconds agree?

 3              MR. RICE:  Objection; form.

 4        A.    I believe so.

 5              (Video continues to play.)

 6  BY MR. ALEXANDER:

 7        Q.    Okay.  I'm skipping 30 seconds at a time

 8  now to the seven-minute mark.

 9              Where is Officer Guerriero, according to

10  his body cam?  I'm sorry, where is Officer Strzelecki,

11  according to his body cam?

12              MR. RICE:  Objection; form.

13        A.    It looks like he's in the pool area.

14              (Video paused.)

15  BY MR. ALEXANDER:

16        Q.    Talking to the husband and wife that you

17  had had the issue with?

18        A.    From what I can see.

19        Q.    23-minute mark, still back there at that

20  pool area?

21              MR. RICE:  Objection; form.

22        A.    Correct.

23  BY MR. ALEXANDER:

24        Q.    36-minute mark, is he still back there in

25  that pool area are?
```

Ryan Gould
April 25, 2024                              73

```
1                    MR. RICE:  Objection; form.

2           A.   That's what it looks like.

3   BY MR. ALEXANDER:

4           Q.   48-minute mark, is he still back there at

5   the pool area now inside the clubhouse at the pool?

6                    MR. RICE:  Objection; form.

7           A.   He appears to be inside the clubhouse at

8   this time.

9   BY MR. ALEXANDER:

10          Q.   And this goes all the way over an hour

11  and two minutes.

12                   And he has not returned to where you are,

13  correct?

14                   MR. RICE:  Objection; form.

15          A.   From what I can see here.

16  BY MR. ALEXANDER:

17          Q.   Okay.  So do you agree with me that the sum

18  total of the time that Officer Strzelecki was in your

19  presence on the scene of this incident was two minutes?

20                   MR. RICE:  Objection.

21          A.   I don't recall.

22  BY MR. ALEXANDER:

23          Q.   Can you say without guessing or speculating

24  that you even saw him again on scene from the time he

25  walked back to the pool area until the time that you left
```

Ryan Gould
April 25, 2024                                    74

1   the scene?

2          A.     I don't recall.

3          Q.     Okay.  So what is it you claim that

4   Officer Strzelecki did to you on scene?

5          A.     Assisted, in my mind, illegally arresting

6   me, ignored my pleas for help.

7          Q.     Anything else?

8          A.     No.

9                 MR. ALEXANDER:  We'll go through the video

10                a little bit again later, but for now, I'll mark

11                Exhibit 4.

12                (Plaintiff Exhibit 4 was marked.)

13  BY MR. ALEXANDER:

14         Q.     And ask you to take a look at that and

15  after you've had you chance to do that, let me know if

16  you recognize what we've marked as Exhibit 4.

17         A.     (Witness reading document.)

18                Okay.

19         Q.     All right.  And what is Exhibit 4?

20         A.     I don't know.

21         Q.     And there's an incident description.

22                Can you tell me who typed it?

23         A.     I don't know.

24         Q.     Look at Page 2.

25         A.     Okay.

Ryan Gould
April 25, 2024                                    75

```
 1            Q.    All right.  It says, "I was swimming laps
 2     in my neighborhood."  It's in first-person.
 3                  Is that you who typed that?
 4            A.    I don't recall.
 5            Q.    Does Exhibit 4 have an accurate description
 6     of what occurred to you that day?
 7            A.    To the best of my knowledge.
 8            Q.    Okay.  Now, it says, "Before I had a chance
 9     to say anything, the female office who got out of her car
10     immediately pulled her gun on me and screamed at me to
11     get on the ground."
12                  Is that what happened?
13            A.    To the best of my knowledge.
14            Q.    Okay.  And you said, "I immediately
15     complied, got on the ground, and she put me in cuffs."
16                  Is that what happened?
17            A.    Yes.
18            Q.    Okay.  Did you make any reference here to
19     any type of force that Officer Strzelecki used in this
20     Exhibit 4 statement?
21            A.    I don't recall making the statement.
22            Q.    Okay.  According to the document, it's from
23     a Palm Beach Garden's website where a complaint can be
24     filed.
25                  Do you have any recollection of filing a
```

April 25, 2024                          76

1    complaint against any officer through the Palm Beach

2    Garden's website?

3              A.    No.

4              Q.    Okay.  Is all the biographical information

5    it has accurate, as it relates to you, as far as name,

6    address, email address, phone number?

7              A.    Yes.

8              Q.    Okay.  So looking at this, does this

9    refresh your recollection as to whether you typed this

10   up?

11             A.    I don't remember typing it.

12             Q.    Okay.  Did you at any time ask or seek to

13   have the Palm Beach Gardens Police Department conduct any

14   investigation of Officer Strzelecki?

15             A.    No.  I don't know.

16             Q.    Did Officer Strzelecki unholster a taser?

17             A.    To the best of my knowledge.

18             Q.    Did he ever discharge his taser?

19             A.    No.

20             Q.    Did you have any problems or issues with

21   the fact that he unholstered his taser?

22             A.    Yes.

23             Q.    What were your problems with it?

24             A.    That he intended to inflict harm on me.

25                   MR. ALEXANDER:  I'm going to play a little

Ryan Gould
April 25, 2024                                77

```
 1          clip.
 2                  This is back to Exhibit 3.
 3                  (Excerpts from Exhibit 3, other officer
 4          body camera recording, were played.)
 5  BY MR. RICE:
 6          Q.   You said, "I know I'm a stud, but I wasn't
 7  going to take her on."
 8                  Were you making light of the situation at
 9  the time?
10          A.   No.
11          Q.   Why were you talking to the officer about
12  you being a stud?
13          A.   Trying to do anything to get out of the
14  situation.
15                  (Excerpts from Exhibit 3, other officer
16          body camera recording, were played.)
17                  RYAN GOULD:  What are you guys carrying?
18                  UNIDENTIFIED OFFICER:  A Glock 19.
19                  RYAN GOULD:  See, I just bought a gun for
20          the first time, like two months ago.  I mean
21          it's -- it's scary.  That's a massive
22          responsibility you guys are walking around with
23          and to just be pulling it willy-nilly on people
24          with -- with swimsuits, you know, at least the
25          other guy pulled out his taser.
```

```
 1                   (Video paused.)
 2      BY MR. RICE:
 3            Q.    Okay.  The last quote I heard, it was, "The
 4      other guy at least pulled out his taser."
 5                   Is that what you said?
 6            A.    That's what I see myself saying here.
 7            Q.    All right.  And thinking back at that, can
 8      you recall for us why, in referring to
 9      Officer Strzelecki, seemingly, you said "At least he
10      pulled his taser."
11                   What did you mean by that?
12            A.    The chance of death was slightly less with
13      a -- having a taser used on me over the pavement than a
14      gun.
15            Q.    "Slightly less"?
16            A.    Yes.
17            Q.    Okay.  Do you consider a taser to be a
18      deadly weapon?
19            A.    It can be.
20            Q.    Do you know if anyone's ever been killed by
21      a taser?
22            A.    I've seen, yes.
23            Q.    Okay.  What have you seen?
24            A.    I've seen police use tasers on civilians
25      who have then died because of the use of the taser.
```

Ryan Gould
April 25, 2024                         79

1          Q.    You agree with me that no Palm Beach
2    Gardens officer used a taser on you, correct?
3          A.    I agree with that.
4                (Excerpts from Exhibit 3, other officer
5          body camera recording, were played.)
6                RYAN GOULD:  -- arguing for her, you know
7          it's not right.  After 20 years you don't think
8          this lady can appropriately roll -- roll up to a
9          swimming pool and assess the situation.  That's
10         terrifying.
11               UNIDENTIFIED OFFICER:  You've got to
12         realize that every officer here that has had
13         individuals --
14               RYAN GOULD:  You've got to realize you guys
15         are choosing to do this job.
16               UNIDENTIFIED OFFICER:  Listen, I am.  We do
17         it every day.  Every day, right?
18               RYAN GOULD:  Go get a real job where you're
19         not violating people's rights.
20               (Video paused.)
21   BY MR. ALEXANDER:
22         Q.    What did you mean by that when you said to
23   the police officer who was speaking to you, "Go get a
24   real job where you're not violating people's rights"?
25         A.    I don't feel illegally kidnapping people

Ryan Gould
April 25, 2024                                    80

```
 1   from their home is an appropriate or real -- should even

 2   be a real job.

 3          Q.    Okay.  Do you think being a police

 4   officer's a real job?

 5          A.    Yes.

 6          Q.    Do you think it's a dangerous job?

 7          A.    Very.

 8          Q.    Do you believe it's a job people do that

 9   don't make a lot of money doing?

10          A.    No.

11                MR. RICE:  Objection to form.

12   BY MR. ALEXANDER:

13          Q.    Do you believe it's a tough job?

14                MR. RICE:  Object- --

15          A.    At times.

16   BY MR. ALEXANDER:

17          Q.    Do you believe that all cops are the same?

18          A.    I believe the job makes it so that they're

19   all the same.

20          Q.    Uh-huh.

21                And what do you mean by "they're all the

22   same"?

23          A.    They have procedures and policies they have

24   to follow.

25          Q.    Do you believe that all police officers are
```

 1   bad?

 2          A.    No.

 3          Q.    All right.

 4                MR. ALEXANDER:  Let's go back to

 5          Officer Guerriero's body-worn camera, and go -- go

 6          through those first couple minutes.  So this is

 7          Exhibit 1.

 8                (Excerpts from Exhibit 1, Officer Guerriero

 9          body camera recording, were played.)

10   BY MR. ALEXANDER:

11          Q.    As we're allowing this to play through, had

12   you called 911?

13          A.    I believe -- I believe so.

14          Q.    And do you have any personal knowledge as

15   to whether the other individuals with whom you had been

16   interacting also called 911?

17          A.    No.

18          Q.    Did also see them on the phone?

19          A.    No.

20          Q.    All right.  While we're on the subject,

21   what started this incident between you and the pregnant

22   woman?

23          A.    I was there swimming laps.  She requested

24   that I swim differently than the way I was swimming.

25          Q.    All right.  Did you know she was pregnant?

1          A.    No.

2          Q.    Have you ever seen her before?

3          A.    Not to my knowledge, no.

4          Q.    Was swimming part of your daily exercises

5    back then?

6          A.    Yes.

7          Q.    You had never seen her there before?

8          A.    I don't remember seeing her.

9          Q.    Okay.  All right.  So did you have an

10   argument with her, a verbal argument?

11         A.    I don't believe so.

12         Q.    Did you call her stupid?

13         A.    I don't recall.

14         Q.    Okay.  When you were interacting with her,

15   was it in the pool or were you out of the pool?

16         A.    I believe I was in the pool.

17         Q.    Okay.  Did she ever have outward signs of

18   being pregnant while you were observing her?

19         A.    She had an enlarged belly.

20         Q.    Okay.  Is the fact that she was a pregnant

21   woman, did that cause you in any way to maybe soften your

22   tone or alter your interaction with her?

23              MR. RICE:  Objection to form.

24         A.    It caused me to move all of the way over to

25   the other side of the pool to take up as little space as

Ryan Gould
April 25, 2024                                    83

```
 1    possible.

 2    BY MR. ALEXANDER:

 3         Q.    All right.  What did you report when you

 4    called 911?

 5         A.    I don't recall.

 6         Q.    Okay.

 7               (Excerpts from Exhibit 1, Officer Guerriero

 8    body camera recording, were played.)

 9               OFFICER GUERRIERO:  Hey man, how are you

10         doing?

11               (Video paused.)

12    BY MR. ALEXANDER:

13         Q.    What is the first thing Officer Guerriero

14    said to you?

15         A.    I don't know.

16         Q.    You just hear it?  "Hey man, how are you

17    doing?"

18               Do you want to hear it again?

19         A.    Yeah, sure.

20               (Excerpts from Exhibit 1, Officer Guerriero

21    body camera recording, were played.)

22               OFFICER GUERRIERO:  Hey man, how are you

23         doing?

24               (Video paused.)

25
```

Ryan Gould
April 25, 2024                        84

```
 1   BY MR. RICE:

 2         Q.    Okay.  What is the first thing

 3   Officer Guerriero said to you?

 4         A.    "Young man, how are you doing?"

 5         Q.    What were you doing at the time she first

 6   addressed you?

 7         A.    It looks like I'm standing there.

 8         Q.    Are you walking towards her or are you

 9   standing in place?

10         A.    I don't know.

11               (Excerpts from Exhibit 1, Officer Guerriero

12   body camera recording, were played.)

13               OFFICER GUERRIERO:  Keep your hands out of

14         your pockets for me.

15               (Video paused.)

16   BY MR. RICE:

17         Q.    What is the first thing she said to you

18   after "how are you doing"?

19         A.    I don't recall.

20         Q.    I'll play it again.

21               (Excerpts from Exhibit 1, Officer Guerriero

22   body camera recording, were played.)

23               OFFICER GUERRIERO:  Hey man, how are you

24         doing?  Keep your hands out of your pockets for

25         me.
```

```
 1                  (Video paused.)
 2   BY MR. ALEXANDER:
 3        Q.    What was the second thing she said to you?
 4        A.    I hear her on video saying keep your hands
 5   out of your pockets.
 6        Q.    "Keep your hands out of your pockets for
 7   me," right?
 8        A.    Yeah.
 9        Q.    Did you hear her say that at the time?
10        A.    I don't recall.
11        Q.    At the time she said "keep your hands out
12   of your pocket for me," can you tell me where your hands
13   were?
14        A.    According to the video, it looks like one
15   is by my side and one is at my chest.
16        Q.    Okay.  And what did you do after she said
17   keep your hands out of your pocket for me?
18              MR. RICE:  Objection; form.
19        A.    It appears like I went in my pocket.
20   BY MR. ALEXANDER:
21        Q.    Okay.  Can you explain for us today all the
22   reasons that you have looking back at this event as to
23   why you went into your pocket right after an officer told
24   you not to do that?
25        A.    I don't recall her telling me not to do
```

Ryan Gould
April 25, 2024                                    86

1    that.

2             Q.    Okay.  Is it because you didn't hear her

3    say it?

4             A.    To the best of my knowledge.

5             Q.    Okay.  All right.  So we know now from

6    listening to the body cam video the microphone is a lot

7    closer to her on the video than it was to you at the

8    time.  That's fair, right?

9             A.    That's correct.

10            Q.    And from your subjective perspective you

11   were not aware that she told you to keep your hands out

12   of your pocket; is that what you're telling us here

13   today?

14            A.    To the best of my knowledge.

15            Q.    But clearly we hear on the audio she did

16   tell you to keep your hands out of your pocket?

17                  MR. RICE:  Object to the form.

18            A.    That's what you just heard.

19   BY MR. ALEXANDER:

20            Q.    Right.  After she told you to keep your

21   hands out of your pocket, you put your hand in the

22   pocket?

23                  MR. MORSE:  Object to the form.

24            A.    That's what I see on the video.

25

Ryan Gould
April 25, 2024                              87

```
 1    BY MR. ALEXANDER:
 2          Q.    What was your reason for going into your
 3    pocket?
 4          A.    My only safety net standing there with
 5    hardly any clothes with no link to any outside world,
 6    it's a habit.  I often play with my phone and flip it
 7    around.
 8          Q.    The reason is you wanted to have your phone
 9    in your hand?
10          A.    It wasn't even thought out like that.  This
11    is just, you know, something I do.  If I -- constantly
12    I'm, you know, messing with my phone.  I use my phone a
13    lot for my job.  It's in and out of my hand without me
14    thinking very often, unfortunately.
15          Q.    Was your bathing suit wet?
16          A.    I don't recall.
17          Q.    Do you keep your phone in your bathing suit
18    when it's wet?
19          A.    After I'm done swimming, I normally will
20    dry off and put it in my pocket.
21          Q.    Okay.
22                (Excerpts from Exhibit 1, Officer Guerriero
23    body camera recording, were played.)
24                (Video paused.)
25
```

 1  BY MR. RICE:

 2        Q.    Okay.  What was the next thing that she

 3  said to you?  We've covered, "hey man, how are you doing?

 4  Keep your hands out of your pocket for me."

 5              What is the next thing she said?

 6        A.    I think I heard her say, "keep your hands

 7  out of your pocket."

 8              (Excerpts from Exhibit 1, Officer Guerriero

 9  body camera recording, were played.)

10  BY MR. RICE:

11        Q.    Did she say that while your hands were in

12  your pocket or do you need to see it again?

13        A.    Play it again.

14              (Excerpts from Exhibit 1, Officer Guerriero

15        body camera recording, were played.)

16              OFFICER GUERRIERO:  Hey man, how are you

17        doing?  Keep your hands out of your pockets for

18        me.  Sir, I don't -- keep your hands out of your

19        pocket.

20              (Video paused.)

21  BY MR. RICE:

22        Q.    Was your hand in your pocket while she was

23  saying that?

24        A.    The second time she said it, I believe my

25  hand was already in my pocket before she said it.

```
 1          Q.    Okay.  And after she said, "Hey man, how
 2    are you doing; keep your hands out of your pocket for me;
 3    keep your hands out of your pocket," do you remember what
 4    she said next?
 5          A.    No.
 6          Q.    Okay I'm going play.
 7                (Excerpts from the videotape deposition of
 8                BETHANY GUERRIERO was played and transcribed to
 9                the best of the reporter's ability as follows:)
10                OFFICER GUERRIERO:  Hey man, how are you
11                doing?  Keep your hands out of your pockets for
12                me.
13                RYAN GOULD:  I'm not the one with the gun.
14                OFFICER GUERRIERO:  Sir, I don't -- keep
15                your hands out of your pockets.  Keep your
16                phone --
17                (Video paused.)
18    BY MR. RICE:
19          Q.    Did she tell you to put the phone down?
20          A.    I couldn't hear.
21          Q.    Let me play it again.
22                (Excerpts from Exhibit 1, Officer Guerriero
23    body camera recording, were played.)
24                OFFICER GUERRIERO:  Hey man, keep your
25                hands out of your are pockets for me.  Sir, I
```

```
 1           don't -- keep your hands out of your pockets.  Put
 2           the phone down.
 3                (Video paused.)
 4   BY MR. ALEXANDER:
 5           Q.    Did you hear her say put your phone down?
 6           A.    I can't distinguish what she's saying.
 7                (Excerpts from the videotape deposition of
 8           BETHANY GUERRIERO was played and transcribed to
 9           the best of the reporter's ability as follows:)
10                OFFICER GUERRIERO:  Hey man, how are you
11           doing?  Keep your hands out of your pockets for
12           me.
13                RYAN GOULD:  I'm not the one with the gun.
14                OFFICER GUERRIERO:  Sir, I don't -- keep
15           your hands out of your pockets.  Keep your phone
16           down.
17                (Video paused.)
18                MR. RICE:  Objection; form.
19   BY MR. ALEXANDER:
20           Q.    Do you now hear her say put the phone down?
21                MR. RICE:  Objection; form.
22           A.    No, I can't really distinguish what she
23   said -- is saying there.
24   BY MR. ALEXANDER:
25           Q.    Can you tell me today without guessing or
```

```
 1   speculating whether at the time these events unfolded you
 2   heard her tell you to put your phone don?
 3          A.    No.
 4          Q.    Did put your phone down?
 5          A.    I don't recall.
 6                (Excerpts from the videotape deposition of
 7          BETHANY GUERRIERO was played and transcribed to
 8          the best of the reporter's ability as follows:)
 9                RYAN GOULD:  Don't talk to me like that.
10                OFFICER GUERRIERO:  Listen to me, I don't
11          know you.
12                RYAN GOULD:  You're the one with the gun.
13                OFFICER GUERRIERO:  Get down on the ground
14          now.  Get down on the ground.
15                (Video paused.)
16   BY MR. RICE:
17          Q.    Now that I played it further, did you put
18   your phone down?
19          A.    I don't see myself put my phone down.
20                (Excerpts from the videotape deposition of
21          BETHANY GUERRIERO was played and transcribed to
22          the best of the reporter's ability as follows:)
23                OFFICER GUERRIERO:  Get down on the ground.
24          Because I told you not --
25                (Video paused.)
```

Ryan Gould
April 25, 2024                          92

1    BY MR. RICE:

2           Q.    It looks like when you go down to the

3    ground you are putting the phone down, right?

4           A.    I see myself putting the phone down.

5                 (Excerpts from the videotape deposition of

6           BETHANY GUERRIERO was played and transcribed to

7           the best of the reporter's ability as follows:)

8                 RYAN GOULD:  I haven't committed a crime.

9           You don't have any --

10                (Simultaneous, undecipherable crosstalk.)

11                RYAN GOULD:  I haven't committed a crime.

12          You don't have any --

13                (Simultaneous, undecipherable crosstalk.)

14                OFFICER GUERRIERO:  -- to your side now.

15          Put your hands behind your back.

16                RYAN GOULD:  You can't --

17                OFFICER GUERRIERO:  Yes, I can.

18                RYAN GOULD:  For what?

19                OFFICER GUERRIERO:  I don't know you.

20                RYAN GOULD:  I don't know you.  You're the

21          one with a gun.

22                (Video paused.)

23   BY MR. ALEXANDER:

24          Q.    Does looking at Officer Guerriero's body

25   worn camera refresh your recollection as to who

Ryan Gould
April 25, 2024                                93

```
 1   handcuffed you?

 2          A.    No.

 3          Q.    So by looking at this you can't tell if it

 4   was her or someone else?

 5          A.    No.

 6                (Excerpts from the videotape deposition of

 7          BETHANY GUERRIERO was played and transcribed to

 8          the best of the reporter's ability as follows:)

 9                RYAN GOULD:  You arrest me, you can arrest

10          me.

11                OFFICER GUERRIERO:  I'm detaining you right

12          now.

13                RYAN GOULD:  That's fine.  You're detaining

14          me for what crime?

15                (Video paused.)

16   BY MR. ALEXANDER:

17          Q.    And did Officer Guerriero tell you that she

18   was detaining you?

19          A.    I hear someone on the video saying that,

20   yes.

21          Q.    Okay.  And did you have any reason to

22   believe at this point that you were -- that you were

23   being arrested?

24                MR. RICE:  Objection; form.

25          A.    Not really.
```

Ryan Gould
April 25, 2024                        94

```
 1   BY MR. ALEXANDER:
 2        Q.    I'm sorry, I didn't mean to play that.
 3   What did you say?
 4        A.    What was the question?
 5        Q.    Did you have any reason to believe that at
 6   the time Officer Guerriero said "I'm detaining you" that
 7   she was placing you under arrest?
 8        A.    If I heard her saying detaining.  I believe
 9   she was detaining me not arresting me.
10        Q.    All right.  So looking back at this when
11   she said "put the phone down," can you think of any
12   reason why at that moment she said you didn't put your
13   phone right down?
14             MR. MORSE:  Objection; form.
15        A.    No.
16   BY MR. ALEXANDER:
17        Q.    Okay.
18             (Excerpts from the videotape deposition of
19        BETHANY GUERRIERO was played and transcribed to
20        the best of the reporter's ability as follows:)
21             RYAN GOULD:  Are your body cams on?
22             OFFICER GUERRIERO:  Yes, they are.
23             RYAN GOULD:  I called you guys for help.
24        Because this guy.  You're detaining me for what
25        crime?
```

Ryan Gould
April 25, 2024                              95

```
 1                    OFFICER GUERRIERO:  Because you don't want
 2           to listen.
 3                    RYAN GOULD:  That's not a crime.  You're
 4           fucked on your body --
 5                    (Video paused.)
 6   BY MR. ALEXANDER:
 7           Q.    You told her "you're fucked," right?
 8           A.    I hear myself saying that.
 9           Q.    What did you mean by that?
10           A.    I meant that she just pulled her gun and
11   handcuffed an independent man.
12           Q.    Okay.  And she was fucked because you were
13   going to sue her?
14           A.    Correct.
15           Q.    Okay.  And was she the only female officer
16   on the scene?
17           A.    I don't recall.
18           Q.    Can you recall for us how many male
19   officers you asked if they were in charge of this lady if
20   they were her supervisor or if they were in charge?
21           A.    No.
22           Q.    Okay.  Let's watch it for a minute.
23                    (Excerpts from the videotape deposition of
24           BETHANY GUERRIERO was played and transcribed as
25           follows:)
```

```
 1                  RYAN GOULD:  I called you guys for help
 2          because this guy is brandishing a gun on me.
 3                  OFFICER GUERRIERO:  Sit down.  I didn't say
 4          get up.  I said get down.
 5                  RYAN GOULD:  Who the fuck is this?
 6                  UNIDENTIFIED OFFICER:  Relax.
 7                  RYAN GOULD:  Who is your supervisor?
 8                  OFFICER GUERRIERO:  I'm getting one.
 9                  UNIDENTIFIED OFFICER:  Relax.
10                  (Simultaneous, undecipherable crosstalk.)
11                  RYAN GOULD:  Do you see how she's talking
12          to me?  I haven't done anything.  Why am I in
13          handcuffs?
14                  OFFICER GUERRIERO:  I don't care.
15                  RYAN GOULD:  You're not my mom.  You're not
16          my dad.
17                  OFFICER GUERRIERO:  Because -- a gun.
18                  RYAN GOULD:  That's fine.  I don't have a
19          gun.  I haven't committed a crime.
20                  OFFICER GUERRIERO:  When I told you to keep
21          your hands out of your pocket, you didn't.
22                  RYAN GOULD:  I didn't commit a crime.  You
23          don't get to tell me what to do.
24                  OFFICER GUERRIERO:  Yes, I do.
25                  RYAN GOULD:  No, you don't.  Why are you
```

```
 1            yelling at me?
 2                 OFFICER GUERRIERO:  Because I have every
 3            right to right now.
 4                 RYAN GOULD:  Who are you?  What's your
 5            badge number?
 6                 OFFICER GUERRIERO:  321 Guerriero,
 7            G-U-E-R-R-I-E-R-O.  Make sure you spell it right.
 8                 RYAN GOULD:  If you're this scared --
 9                 (Simultaneous, undecipherable crosstalk.)
10                 OFFICER GUERRIERO:  -- for 20 years.
11                 RYAN GOULD:  You're terrified of a guy in a
12            swimsuit.  I didn't do anything.
13                 OFFICER GUERRIERO:  You can shut your mouth
14            now.
15                 RYAN GOULD:  She just basically detained
16            me.  I explained there's no gun.  I don't have a
17            gun.
18                 OFFICER GUERRIERO:  I don't detain anybody
19            for no reason.
20                 RYAN GOULD:  Than what reason?
21                 OFFICER GUERRIERO:  Because I told you --
22                 RYAN GOULD:  What crime did I commit for
23            you to detain me?
24                 OFFICER GUERRIERO:  Can you just shut your
25            mouth so I can explain it to you?
```

```
 1              RYAN GOULD:  Are you in charge of this
 2        lady?  Who is in charge?  This is absurd.  Why am
 3        I in handcuffs on the ground?  Are you a
 4        supervisor?
 5              OFFICER GUERRIERO:  No.
 6              (Simultaneous, undecipherable crosstalk.)
 7              RYAN GOULD:  Can someone explain why I'm
 8        handcuffed?
 9              OFFICER GUERRIERO:  Can you shut your mouth
10        so I can talk to you?
11              RYAN GOULD:  Look at you.  You're furious.
12        What did I do?
13              OFFICER GUERRIERO:  You did not listen.
14              RYAN GOULD:  You're not my boss.
15              OFFICER GUERRIERO:  Listen to me.
16              RYAN GOULD:  I don't need to listen to you.
17              OFFICER GUERRIERO:  Yes, you do.
18              RYAN GOULD:  No, I don't.  Who are you?  I
19        didn't commit a crime.  I didn't commit a crime.
20        She doesn't get to detain me.
21              OFFICER GUERRIERO:  Yes I do.
22              RYAN GOULD:  Pull her gun on me --
23              OFFICER GUERRIERO:  Because when you put
24        your hands in your pockets and I said --
25              (Simultaneous, undecipherable crosstalk.)
```

Ryan Gould
April 25, 2024                        99

```
 1                RYAN GOULD:  I didn't commit a crime.  I
 2      don't care.  You're that terrified?  You shouldn't
 3      be a cop if you're that terrified.
 4                OFFICER GUERRIERO:  I've been here for
 5      20 years, punk.
 6                RYAN GOULD:  Yeah?  Here.  Here.  Go
 7      somewhere real.  You're terrified of Palm Beach
 8      Gardens?
 9                Are you a supervisor?  Can you ask this
10      lady why I'm in handcuffs?  Tell her what crime
11      I've committed.
12                OFFICER GUERRIERO:  I keep trying to tell
13      you but you keep talking over me.
14                RYAN GOULD:  What crime?
15                OFFICER GUERRIERO:  Okay.  Let's bring it
16      down a notch.
17                RYAN GOULD:  No.  Just tell what crime I'm
18      in handcuffs for.
19                OFFICER GUERRIERO:  Because I get called
20      because someone's --
21                RYAN GOULD:  Crime.  What suspicion?
22                UNIDENTIFIED OFFICER:  You don't need to
23      be --
24                (Simultaneous, undecipherable crosstalk.)
25                RYAN GOULD:  You need suspicion of a crime.
```

1           UNIDENTIFIED SPEAKER:  No, you do not.

2           RYAN GOULD:  Yes, you do.  You don't know

3      the law?  Please explain it to them.

4           You can't just go around detaining random

5      people.

6           UNIDENTIFIED SPEAKER:  Can you calm down

7      for a second?

8           RYAN GOULD:  I'm in handcuffs.

9           (Simultaneous, undecipherable crosstalk.)

10          RYAN GOULD:  I'll calm down if I can stand

11     up.

12          (Simultaneous, undecipherable crosstalk.)

13          OFFICER GUERRIERO:  I'm in charge not you.

14          RYAN GOULD:  No, you're not.

15          OFFICER GUERRIERO:  Toe nail polish, cute.

16          (Simultaneous, undecipherable crosstalk.)

17          RYAN GOULD:  What did I do?  What did I do?

18          UNIDENTIFIED OFFICER:  Don't try to get up.

19     Sit down.

20          OFFICER GUERRIERO:  Excuse me, sir.  Are

21     you in charge?

22          (Video paused.)

23 BY MR. ALEXANDER:

24     Q.   You asked five different male officers that

25 came on scene if they were in charge, right?

```
 1                 MR. RICE:  Objection; form.

 2          A.    I didn't hear the first time but the four

 3    times -- the four latest times you raised your finger, I

 4    agree, I asked the man.

 5    BY MR. ALEXANDER:

 6          Q.    Any particular reason why you didn't think

 7    the female officer could have been in charge?

 8          A.    No.

 9                 MR. RICE:  And I would just note for the

10          record that counsel was raising his hand and

11          numbering each instance that counsel identified

12          the request was made.

13    BY MR. ALEXANDER:

14          Q.    Yeah.  Did you ask a Caucasian officer to

15    explain the law to the black officer on scene?

16                 MR. RICE:  Objection; form.

17          A.    I don't recall.

18    BY MR. ALEXANDER:

19          Q.    I'll now show you 3:35.

20                 (Excerpts from the videotape deposition of

21          BETHANY GUERRIERO was played and transcribed to

22          the best of the reporter's ability as follows:)

23                 RYAN GOULD:  You need suspicion of a crime.

24                 UNIDENTIFIED SPEAKER:  No, you do not.

25                 RYAN GOULD:  Yes, you do.  You don't know
```

```
 1              the law?  Please explain it to him.  You cannot
 2              just go around --
 3                   (Video paused.)
 4  BY MR. ALEXANDER:
 5         Q.    Having seen between 3:28 and 3:35 did you
 6  ask a white officer to explain to the black officer what
 7  the law was?
 8                   MR. MORSE:  Objection; form.
 9         A.    I don't know.
10  BY MR. ALEXANDER:
11         Q.    Did you feel your conduct was sexist and
12  racist?
13                   MR. RICE:  Objection; form.
14         A.    No.
15  BY MR. ALEXANDER:
16         Q.    At this point in time at three minutes
17  and 36 seconds of Officer Guerriero's video, did you want
18  to go to jail?
19         A.    No.
20                   (Excerpts from the videotape deposition of
21              BETHANY GUERRIERO was played and transcribed to
22              the best of the reporter's ability as follows:)
23                   (Simultaneous, undecipherable crosstalk.)
24                   RYAN GOULD:  Tell me what crime I'm here
25              for.
```

Ryan Gould
April 25, 2024                                     103

```
 1                  (Simultaneous, undecipherable crosstalk.)
 2                  UNIDENTIFIED OFFICER:  You are.  You're
 3           under arrest.
 4                  RYAN GOULD:  For what crime?
 5                  UNIDENTIFIED OFFICER:  You have to give
 6           your name.  You're already under arrest.
 7                  RYAN GOULD:  That's fine.  For what crime
 8           though?
 9                  UNIDENTIFIED OFFICER:  She already told
10           you.
11                  (Simultaneous, undecipherable crosstalk.)
12                  RYAN GOULD:  Resisting arrest is a
13           secondary charge.  That's a secondary charge.
14                  OFFICER GUERRIERO:  It's not a secondary
15                  RYAN GOULD:  Then take me to jail.
16                  OFFICER GUERRIERO:  You are going to jail.
17           Don't worry about it.  I got you.
18                  RYAN GOULD:  Let's go.  That's fine.
19                  (Video paused.)
20   BY MR. RICE:
21           Q.    When Officer Guerriero says, "I am going to
22   take you to jail; that's fine, let's go:  Why did you say
23   that?
24           A.    I wanted to get out of the situation I was
25   in.
```

Ryan Gould
April 25, 2024                          104

1          Q.    Did you want to go to jail?

2          A.    No.

3          Q.    So when you told them that you wanted to go

4    to jail you were not being truthful, right?

5                MR. RICE:  Objection; form.

6          A.    I wanted to leave that situation wherever I

7    was going.  Wherever, wherever I had to go.

8    BY MR. RICE:

9          Q.    When you spoke to the third officer on

10   Exhibit 3, do you recall making any comments or

11   statements to that officer that you wanted to go to jail?

12               MR. RICE:  Objection; form.

13         A.    I don't recall.

14   BY MR. RICE:

15         Q.    Did you call Officer Guerriero a pussy?

16         A.    I don't recall.

17         Q.    Let me see if I can refresh your

18   recollection.

19               (Excerpts from the videotape deposition of

20         BETHANY GUERRIERO was played and transcribed to

21         the best of the reporter's ability as follows:)

22               OFFICER GUERRIERO:  You are under arrest.

23               RYAN GOULD:  Okay.  Arrest me.

24               OFFICER GUERRIERO:  You're under arrest for

25         resisting.  I am going take you to jail.

```
 1                    RYAN GOULD:  Take me to jail.  Take me to
 2            jail right now.  Pussy, take me to jail.  Do it.
 3                    (Video paused.)
 4    BY MR. RICE:
 5            Q.    Does watching between 45 seconds and 48
 6    seconds on Exhibit 3 refresh your recollection as to
 7    whether you called Officer Guerriero a pussy?
 8            A.    No.
 9            Q.    Does it refresh your recollection as to
10    whether you called anyone a pussy?
11            A.    No.
12            Q.    Do you want to watch it again?
13            A.    Sure.
14                    (Excerpts from the videotape deposition of
15            BETHANY GUERRIERO was played and transcribed to
16            the best of the reporter's ability as follows:)
17                    RYAN GOULD:  You are under arrest.
18                    OFFICER GUERRIERO:  Okay.  Arrest me.  Take
19            me to jail.  Go ahead and take me to jail.  Take
20            me to jail right now, pussy.  Take me to jail.  Do
21            it.
22                    (Video paused.)
23    BY MR. RICE:
24            Q.    What was that word that you used between
25    "take me to jail" and then saying "take me to jail" again
```

```
 1    "do it"?

 2             A.    I hear myself on the screen saying "pussy".

 3             Q.    Can you tell me what you meant by that?

 4             A.    No.

 5             Q.    Were you daring Officer Guerriero to take

 6    you to jail?

 7             MR. RICE:  Objection; form.

 8             A.    I don't believe so.

 9    BY MR. RICE:

10             Q.    And I'm now going to fast forward in

11    Exhibit 3 to 13 and a half minutes.

12                  (Excerpts from the videotape deposition of

13             the other officer was played and transcribed to

14             the best of the reporter's ability as follows:)

15                  UNIDENTIFIED OFFICER:  (Unintelligible)

16             resisting arrest.

17                  RYAN GOULD:  That's not a crime.  I

18             immediately got on the ground.  She -- she pulled

19             a gun on me.  You know, voicing my displeasure at

20             her arresting me, that's not resisting.  And I

21             would love for you -- okay.  I would love for you

22             guys to arrest me right now for this.

23                  (Video paused.)

24    BY MR. ALEXANDER:

25             Q.    Okay.  At 13 minutes and 37 seconds did you
```

Ryan Gould
April 25, 2024                              107

1   say, quote, "I would love for you guys to arrest me for

2   this"?

3              A.    I see myself saying that.

4              Q.    Why did you tell the police officers that

5   you would love to be arrested for this?

6              A.    I don't recall.

7              Q.    Okay.

8                    (Excerpts from the videotape deposition of

9              the other officer was played and transcribed to

10             the best of the reporter's ability as follows:)

11                   RYAN GOULD:  Well, at this point, I'm done

12             talking.  You can either get the handcuffs off or

13             can you arrest me?

14                   UNIDENTIFIED OFFICER:  Ryan, Ryan, Ryan,

15             listen to me.  Sir.

16                   RYAN GOULD:  I wouldn't be like this if

17             your officer did not pull a gun on me.

18             (Simultaneous, undecipherable crosstalk.)

19                   RYAN GOULD:  At this point I just want to

20             know am I free to go.  Yes or no?

21                   UNIDENTIFIED OFFICER:  The answer is no,

22             not yet.  Now, Ryan, I don't want you to talk

23             yourself into going to jail.  Do you understand

24             that?

25                   RYAN GOULD:  I'm not going to talk myself

1          into going to jail.  But if you're going to arrest

2          me for resisting, I would love it.

3                  UNIDENTIFIED OFFICER:  I don't --

4                  (Video paused.)

5    BY MR. ALEXANDER:

6          Q.    Your supervisor is telling you that he

7    didn't want you to talk yourself into going to jail and

8    your response to that was, if you are going to arrest me

9    for this, I would love it.  Do you agree?

10                 MR. RICE:  Objection; form.

11         A.    I see myself saying that on the screen.

12   BY MR. ALEXANDER:

13         Q.    Can you explain why you told a police

14   supervisor that you would love it if they arrested you

15   for this?

16         A.    I don't know why.

17         Q.    Is it because you wanted to file a lawsuit?

18         A.    If I was being unfairly treated.  Illegally

19   treated.

20         Q.    Was it stressful for you to be taken to

21   jail?

22         A.    Very.

23         Q.    Was it something that you enjoyed?

24         A.    No.

25         Q.    Did you think that you would enjoy it?

Ryan Gould
April 25, 2024                                    109

```
 1           A.    No.
 2           Q.    Why did you tell the officers you would
 3     love for them to do it?
 4                 MR. RICE:  Objection; form.
 5           A.    I thought it would be a better situation
 6     than the one I was in.
 7     BY MR. ALEXANDER:
 8           Q.    Did you know the officers were running
 9     cameras on you?
10           A.    What do you mean?
11           Q.    Do you know that their --
12           A.    The body cameras.
13           Q.    Did you know they had body cameras on you?
14           A.    I know at one point one or two officers
15     told me when I asked.  I remember that.
16           Q.    All right.  Going back to Interrogatory
17     Number 6 we asked you to describe your mental/emotional
18     and/or bodily injury that you allege you suffered as a
19     result of the incident alleged in the complaint.  The
20     first thing you said you suffered mental anguish.
21                 Do you agree that you suffered mental
22     anguish?
23           A.    Yes.
24           Q.    Have you been for any type of therapy,
25     mental health counseling, group therapy or emotional
```

1   counseling as a result of the mental anguish that you

2   claim stems from these events?

3          A.    No.

4          Q.    Any particular reason why?

5          A.    I'm not a big doctors guy.

6          Q.    Have you been in therapy at any time prior

7   to these events?

8          A.    In my whole life?

9          Q.    Yes.

10         A.    I believe I went one time when I was 13.

11         Q.    Like schoolage for something?

12         A.    Yeah.

13         Q.    Have you been in therapy as an adult at any

14  time either -- an adult means 18 or older.

15         A.    No.

16         Q.    At any time, either before or after these

17  events?

18         A.    No.

19         Q.    Do you have any plans to go for therapy?

20         A.    There are always plans to better my mental

21  health.

22         Q.    My question is a little more specific.

23              At the present time, have you made any

24  arrangements or appointments or done anything concrete

25  towards obtaining any type of therapy?

Ryan Gould
April 25, 2024                            111

```
 1            A.    No.
 2            Q.    If you want to go to therapy you have
 3    insurance coverage that will cover it, right?
 4            A.    I believe so.
 5            Q.    And if you --
 6            A.    I'm not sure what my coverage is, though.
 7            Q.    And if you had back pain and you wanted to
 8    go see a doctor your health insurance would cover the
 9    visit, right?
10            A.    I'm not sure what the coverage is.
11            Q.    Have you contacted your insurance company
12    to see if they would cover therapy for you?
13            A.    No.
14            Q.    Have you contacted your insurance company
15    to see if they would cover visits with a chiropractor or
16    orthopedic doctor for you?
17            A.    No.
18            Q.    In watching these videos today are you
19    contending in any way that any of the statements that we
20    see and hear you make on there were not actually made by
21    you?
22            A.    No.
23            Q.    Okay.  I actually once had someone in a
24    deposition tell me "I didn't say that, they doctored the
25    video, they dubbed the video."
```

Ryan Gould
April 25, 2024                           112

```
 1                    Are you contending that?
 2          A.    No.  I'm sure you had more than one person
 3    say that.
 4          Q.    No.  I only had one.  I only had one.
 5                Do you know how long Officer Strzelecki had
 6    his taser unholstered for?
 7          A.    I don't.
 8          Q.    Did he ever bring it up to your body?
 9                MR. RICE:  Objection; form.
10          A.    To the best of my understand he pointed it
11    at me.
12    BY MR. ALEXANDER:
13          Q.    All right.  I don't know if you know this,
14    but there's modes that you can use a taser where it
15    discharges the probes and dry stun where you touch
16    someone with it.
17                Did he ever come up to your body and try to
18    drive stun you?
19          A.    No.
20          Q.    Once you were in handcuffs did he put his
21    taser back in his holster?
22          A.    I don't recall.
23          Q.    Did you ever give an interview to the Palm
24    Beach Gardens Police Department?
25          A.    I don't recall.
```

Ryan Gould
April 25, 2024                                    113

```
 1          Q.    Who do you understand the arresting officer
 2   to be for your arrest?
 3                MR. RICE:  Objection; form.
 4          A.    I don't know.
 5   BY MR. ALEXANDER:
 6          Q.    In your lawsuit you have two counts, one is
 7   a federal fourth amendment count and false arrest false
 8   imprisonment arrest.
 9                Do you know that?
10          A.    No.
11          Q.    Do you know the difference?
12          A.    No.
13          Q.    Okay.  Is it your contention having seen
14   what Officer Strzelecki's actions were towards you today
15   on various playing of the videos that Officer Strzelecki
16   individually and personally acted towards you with bad
17   faith and malice?
18                MR. RICE:  Objection; form.
19          A.    Yes.
20   BY MR. ALEXANDER:
21          Q.    And what do you think Officer Strzelecki
22   did towards you that you believe he did in bad faith or
23   with malice?
24          A.    Allowed myself to be taken away from the
25   pool house there from my home.
```

1          Q.    When you were taken away from the pool
2    house was he even there?
3          A.    I don't recall.
4          Q.    We saw that video.  He was gone from two
5    minutes to over an hour.  He was gone for a full hour.
6                Were you there for a full hour?
7          A.    It felt longer.
8          Q.    Okay.  Do you know what it was though?
9          A.    No.
10         Q.    Did Officer Strzelecki detain you at any
11   time?
12               MR. RICE:  Objection; form.
13         A.    I don't recall.
14   BY MR. ALEXANDER:
15         Q.    As you watch yourself on the video in the
16   way you're speaking to the police officers do you think
17   looking at yourself that you appear to be someone that
18   was fearful?
19               MR. RICE:  Objection; form.
20         A.    Yes.
21   BY MR. ALEXANDER:
22         Q.    Don't you think you were arguing with the
23   officers?
24               MR. RICE:  Objection; form.
25         A.    No.

```
 1   BY MR. ALEXANDER:

 2        Q.    Yeah.  You were insulting the officers,

 3   weren't you?

 4              MR. RICE:  Objection; form.

 5        A.    I don't recall.

 6   BY MR. ALEXANDER:

 7        Q.    I mean, you called one officer a pussy,

 8   right?

 9              MR. RICE:  Objection; form.

10        A.    We saw that.

11   BY MR. ALEXANDER:

12        Q.    You told officers to get a real job, right?

13        A.    I recall that seeing that.

14        Q.    You said all officers are the same, right?

15              MR. RICE:  Objection; form.

16        A.    I don't remember that.

17   BY MR. ALEXANDER:

18        Q.    When you were calling officers pussies,

19   telling them to get a real job and saying they were all

20   the same, were you at those moments fearful?

21        A.    Yes.

22        Q.    Did you think by insulting and imputing the

23   officers personally and professionally that would make

24   you safer?

25        A.    No.
```

Ryan Gould
April 25, 2024                        116

1          Q.    Why did you do it?

2          A.    I can't recall.

3          Q.    All right.  Can you tell me without

4    guessing or speculating who you rode with from the scene

5    of the parking lot of the front of the clubhouse to the

6    Palm Beach Gardens Police Department?

7          A.    I believed it was Strzelecki.  If it is --

8    if -- if wasn't, I don't even -- I can't even remember

9    the ride.

10         Q.    Okay.  Do you recall having any

11   conversations with the officer that transported you from

12   the scene to the department?

13         A.    I don't recall.

14         Q.    Okay.  Can you tell me how long you

15   remained in a holding cell at the Palm Beach Gardens

16   Police Department?

17         A.    No.

18         Q.    How did you spend your time at the Palm

19   Beach Gardens Police Department?

20         A.    Sitting there.

21         Q.    Were you in a cell by yourself?

22         A.    I believe so.

23         Q.    No one threatened you or injured you in any

24   way, including other prisoners, right?

25         A.    I mean, the police threatened me and put me

1   in the cell.

2          Q.    Okay.  Who threatened you once you were at

3   the Palm Beach Gardens Police Department?

4          A.    I'm not sure which officers were there.

5          Q.    And how were you threatened once you were

6   at the Palm Beach Gardens Police Department?

7          A.    By being held in captivity.

8          Q.    Did anyone threaten to injury you?

9          A.    I don't recall.

10          MR. RICE:  Can we take five minutes.

11          (Recess taken at 2:31 p.m. to 2:41 p.m.)

12   BY MR. ALEXANDER:

13          Q.    I think we talked about this earlier that

14   Officer Strzelecki was the one that took you from the

15   Palm Beach County -- Palm Beach Gardens holding cell to

16   the county jail.  Do you recall having any conversations

17   with him on the way to the county jail?

18          A.    I recall speaking.

19          Q.    I mean, do you recall having generally,

20   like, cordial interaction with him?

21          A.    No.

22          Q.    When you were in the car with him, did you

23   blame him for your current plight?

24          A.    I'm sure I did.

25          Q.    If his recollection of the conversations he

Ryan Gould
April 25, 2024                          118

1  had with you on the way to the county jail was that they

2  were very pleasant and cordial in tone, would you have

3  any basis to disagree with that?

4            MR. RICE:  Objection; form.

5       A.   Yes.

6  BY MR. ALEXANDER:

7       Q.   What do you recall the tone being between

8  the two of you?

9       A.   I recall being handcuffed in the back of

10  his car.

11      Q.   What about your tone of voice?

12      A.   I don't -- I don't recall.

13      Q.   And I know I asked you earlier but sitting

14  here, and we'll talk in front of your attorney about

15  Chicago off the record, do you have any recollection of

16  speaking to Officer Strzelecki about Chicago while you

17  were en route to the jail?

18      A.   I don't.

19      Q.   Okay.  So once you arrived at the county

20  jail can you tell me what happened from the time the car

21  parked?  Where did you go?

22      A.   Just to the county jail where I was in the

23  room with all of the other, like, inmates or something?

24      Q.   Yes.

25      A.   So you want me just to recall that?

```
 1            Q.    So you get out.  Are you in handcuffs when
 2    you arrive?
 3            A.    I believe so.
 4            Q.    At what point when you were brought in were
 5    you then taken out of the handcuffs?
 6            A.    I don't believe I was.
 7            Q.    What type of room were you brought into?
 8            A.    It was a small, small room with anywhere,
 9    you know, multiple other men.
10            Q.    Can you give me a reasonable estimate as to
11    how many?  I know you didn't count but a reasonable
12    estimate.
13            A.    About five.
14            Q.    About five guys.  Did any of them threaten
15    or say anything to you?
16            A.    I believe I spoke with them.
17            Q.    Were any of those conversations threatening
18    towards you?
19            A.    I don't believe so.
20            Q.    Were you still in your bathing suit?
21            A.    I believe so.
22            Q.    Anyone give you a shirt?
23            A.    No.
24            Q.    And were you sitting on a bench?
25            A.    I don't believe so.
```

1          Q.    Okay.  And how much time did you spend in

2    the county jail from the time that you were brought in

3    until the time that you were brought out?

4          A.    I don't recall.

5          Q.    Were you ever booked into the jail?

6          A.    I don't know the process.

7          Q.    Okay.  Were you fingerprinted?

8          A.    No.

9          Q.    Were you photographed?

10         A.    I don't believe so.

11         Q.    Okay.  And were you given any prison jail

12   with clothing?

13         A.    No.

14         Q.    Do you know if you were there for more or

15   less than an hour?

16         A.    No.

17         Q.    Was Officer Strzelecki or the officer that

18   brought you there was he there with you the entire time?

19         A.    I don't recall.

20         Q.    And how did you spend your time there?

21         A.    That I don't remember.

22         Q.    Like did they have a TV on?

23         A.    Not that I know of.

24         Q.    You just are sitting there?

25         A.    I just remember standing in my swimsuit

Ryan Gould
April 25, 2024                                    121

1   among a bunch of other men who were clothed.

2        Q.    Okay.  And for how long of a time would you

3   be guessing?

4        A.    It felt like forever.

5        Q.    Okay.  And did there come a point in time

6   where you were told you that were going to be taken back

7   home?

8        A.    I believe so.

9        Q.    And, again, I don't want to be repetitive.

10  When you say you don't know, do you have any sense of

11  time of how long it was you were there until you were

12  told you were being brought out?

13       A.    No.

14       Q.    Who told you you were going to be going

15  home?

16       A.    I don't remember.

17       Q.    Was there any part -- do you recall any

18  Palm Beach Gardens police officer being there at the jail

19  other than Joseph Strzelecki?

20       A.    I don't know.  I don't remember.

21       Q.    Did the same officer who took you there

22  take you home?

23       A.    I believe so.

24       Q.    Do you recall having any discussions or

25  conversations with him on the way home about anything?

Ryan Gould
April 25, 2024                          122

1          A.    Yes.

2          Q.    What did the two of you talk about?

3          A.    I don't remember.

4          Q.    Is there anything that Officer Strzelecki

5    said to you on the way to the jail or on the way home

6    from the jail that you haven't told me about today that

7    you can recall?

8          A.    No.

9          Q.    As far as like what you guys were chatting

10   about, if anything?

11         A.    I don't remember much.

12         Q.    Was it just like light talk?

13         A.    I don't believe so.  I believe I probably

14   repeatedly espoused that I was not being treated fairly.

15         Q.    Okay.  And did he take you back to the City

16   of Palm Beach Gardens facility or take you back to your

17   house?

18         A.    I believe he took me to the parking lot

19   outside of my condominium there.

20         Q.    Where you first encountered him the parking

21   lot?

22         A.    It was probably, you know, like a hundred

23   yards south of there away from the pool house or

24   50 yards, something like that, south, southwest.

25         Q.    And were you handcuffed on the way home?

```
 1              A.    I believe so.
 2              Q.    Did he offer it take the handcuffs off on
 3    the way home?
 4              A.    I don't remember.
 5              Q.    Do you remember him saying, you know, I can
 6    take them off on the way home, and you said, no, I'm
 7    fine, something along those lines?
 8              A.    No.
 9              Q.    If he recalls that, would you dispute it?
10              A.    I don't know what he does or doesn't
11    recall.
12              Q.    Well, if Officer Strzelecki were to say, I
13    offered to take his cuffs off on the way home and he said
14    don't worry about it, it's fine, would you get up under
15    oath and say no, that didn't occur?
16              A.    I would say I don't -- I don't recall.
17              Q.    Okay.  That's fair.
18                    Did you work the next day?  Oh, you were
19    unemployed at the time.  I'm sorry.  I forgot.
20              A.    Yeah.
21              Q.    And so you didn't have anything in
22    particular scheduled the next day?
23              A.    I don't believe so.
24              Q.    Were you living with anyone while you lived
25    in Sabal?
```

Ryan Gould
April 25, 2024                                    124

1          A.    No.

2          Q.    You lived alone?

3          A.    Just my dog.

4          Q.    What type of dog?

5          A.    He's a light terrier mix.  I adopted him.

6    I'm not too sure.

7          Q.    And were you here when Officer Guerriero

8    testified earlier today?

9          A.    Today, no.

10         Q.    No.  And how long after this incident did

11   you go down to the Palm Beach Gardens Police Department?

12         A.    I don't recall.

13         Q.    And that form that was filled out in first

14   person with the email it says Wednesday May 10th.  Do you

15   recall if you filled anything out on the Palm Beach

16   Gardens website the next day?

17         A.    I don't remember.

18         Q.    Were you able to get a copy of the

19   body-worn camera from the City, you personally?

20         A.    I believe I was able to get some of them.

21         Q.    Okay.  And was it the ones that we saw

22   today?

23         A.    I don't -- I don't remember.  I don't think

24   so, though.

25         Q.    And did you ever speak with Former

 1   Chief Shannon?

 2          A.    Who's former chief --

 3          Q.    He retired.  He's an older guy.  I don't

 4   know if you met him.  Did you ever speak with him?

 5          A.    Yes.

 6          Q.    You could tell he's about 70 years old,

 7   right?

 8          A.    Yeah.

 9          Q.    All right.  So he retired a few months ago.

10   What was the content of your conversations with him?

11          A.    I don't remember.

12          Q.    Did he tell you he was going to initiate an

13   investigation into Officer Guerriero's actions?

14          A.    I don't recall.

15          Q.    Okay.  Are you displeased with the chief's

16   response to your complaints?

17          A.    Extremely.

18          Q.    What would you have liked the chief to do

19   that he did not do?

20          A.    Keep his hands off of me.

21          Q.    How did he put his hands on you?

22          A.    He physically pushed me out of the police

23   department.

24          Q.    And was that in the lobby?

25          A.    I believe so.

```
 1          Q.    Okay.  Do you know if there's any video
 2    footage of that?
 3          A.    Yes.
 4          Q.    Did you ask to preserve it?
 5          A.    Yes.
 6          Q.    Okay.  Have you lodged any complaints with
 7    any Palm Beach Gardens officers other than Exhibit 4 and
 8    this lawsuit?
 9          A.    I don't believe so.
10          Q.    Like a complaint with the Florida
11    Department of Law Enforcement or county or state?
12          A.    No, I have never -- I've never filed a
13    complaint, no.
14          Q.    Okay.  Have you ever been a party to a
15    lawsuit other than this one?
16          A.    No.
17          Q.    If we were to request from your attorney
18    for your health insurance information, that's something
19    that you can get to them?
20          A.    Yes.
21          Q.    Okay.  All right.  I'm going turn it over
22    to Officer Guerriero's attorneys.  Thank you for your
23    time.
24                     CROSS-EXAMINATION
25
```

Ryan Gould
April 25, 2024                                    127

BY MR. MORSE:

1

2        Q.    Good afternoon, Mr. Gould.

3        A.    How's it going?

4        Q.    Good my name is Greg Morse.  I represent

5   Bethany Guerriero and with me is my co-counsel Ray King.

6   I'm going to try to -- it's going to be quicker,

7   obviously, because you've been asked a lot of questions

8   already so I don't need to reinvent the wheel.

9              Also if something is on a video and you

10  don't have an issue with it or a recorded statement, I

11  tend to not ask about it because it's already there.

12             So I just want to start out and just talk

13  about some of the videos.  We've seen some today in the

14  body worn cameras, right?

15       A.    Correct.

16       Q.    And throughout this process at various

17  times you've seen other similar videos from other

18  officers?

19       A.    Correct.

20       Q.    Did you have a chance to listen to your 911

21  call at any point?

22       A.    I don't -- I don't recall.

23       Q.    Were you honest with 911 when you called?

24       A.    I believe so.

25       Q.    You gave them at least your honest

Ryan Gould
April 25, 2024                          128

1   assessment of why you were calling them?

2          A.    I believe so.

3          Q.    Any reason as we sit here to doubt that

4   there's something wrong with the recording of your call

5   to 911?

6          A.    Not that I know of.

7          Q.    You also initially interacted with Officer

8   Valerio, right?

9          A.    I believe so.

10         Q.    Did you ever review his body worn camera?

11         A.    I don't recall.

12         Q.    Okay.  If there's a body worn camera from

13  Officer Valerio, do you have any reason to doubt it's

14  accurate like what we saw here today?

15         A.    Not at this time.

16         Q.    Okay.  We'll go back to that in a second

17  because I'll introduce that as an exhibit but a little

18  bit later on.  Well, let's move away from the incident a

19  little bit.  I just want to get a little better

20  understanding of Ryan Gould before this incident

21  happened.

22              So you lived at that condominium in

23  Sabal -- was it Sabal Ridge for about a year?

24         A.    This happened in May of '23.  I believe I

25  was there for more than a year.

Ryan Gould
April 25, 2024                                  129

1          Q.    Okay.  But about how long was it?

2          A.    To the best of my knowledge, a year and a

3     half.

4          Q.    About a year and a half?

5          A.    Yeah.

6          Q.    And you had over the time your family owned

7     that condo, had you stayed there before this continuos

8     year and a half?

9          A.    I've never stayed there.

10          Q.    This is your first time coming here and

11     staying?

12          A.    It was always previously rented.  I

13     never -- I visited.  My uncle previously lived in there,

14     so I had visited him.  But I never slept there.  I never

15     stayed there.

16          Q.    Do you have any siblings?

17          A.    A brother and sister.

18          Q.    Older or younger?

19          A.    Younger.

20          Q.    Do they live here Florida or do they live

21     in Chicago?

22          A.    In Chicago.

23          Q.    Are you close with them?

24          A.    As close as you can be.

25          Q.    Do you communicate regularly with them?

Ryan Gould
April 25, 2024                          130

1          A.    Yeah.

2          Q.    By phone or in person?

3          A.    Both.  My brother is currently watching my

4    dog up in Chicago.

5          Q.    After this incident happened, did you speak

6    with them about this incident?

7          A.    No.

8          Q.    Did you text them about the incident?

9          A.    Not that I recall.

10         Q.    Any emails or anything about the incident?

11         A.    Not that I recall.

12         Q.    Okay.  And if you had to list your five

13   best friends at the time of the incident who would they

14   be?

15         A.    Alex Arismendi.

16         Q.    And does Alex have a phone number?

17         A.    Yeah.

18         Q.    What's Alex's phone number?  Feel free to

19   look.  Yeah, absolutely.

20         A.    (847) 693-6984.

21         Q.    And how long have you known Alex?

22         A.    Since 2009.  So 13 years or 15 years.

23         Q.    Does Alex live in Illinois or does he live

24   in South Florida?

25         A.    Here's in the Air Force in California.

Ryan Gould
April 25, 2024                                    131

1          Q.    How long do you talk or text with Alex?

2          A.    Regularly.

3          Q.    Do you see him regularly?

4          A.    Multiple times a year.

5          Q.    Okay.  And did you talk to him about the

6    incident after it happened?

7          A.    I believe so.

8          Q.    Okay.  And what did you talk to him about?

9          A.    I don't recall.

10         Q.    How did you talk to him?  In person, phone,

11   text?

12         A.    I don't recall.

13         Q.    And between this incident in May of 2023

14   until as we sit here today for the depo, have you had any

15   injuries, head injuries, car accidents, anything like

16   that from May 10th until today?

17         A.    Strictly head injuries?

18         Q.    Any type of injuries from any accidents or

19   anything like that from May 10, 2023 and today as we sit

20   here?

21         A.    Yeah.  I believe I fell off my bike.  It

22   was not a good time.  Pretty shortly after this I wrecked

23   my bike and messed up my knee pretty bad.  To the best,

24   whatever, I believe it was after.

25         Q.    Was this in Florida you were riding your

Ryan Gould
April 25, 2024                              132

1    bike?

2            A.    In Florida.

3            Q.    When you say bike, would you say bicycle?

4            A.    A pedal bicycle.

5            Q.    Did you hit your head during that injury?

6            A.    I don't believe so.

7            Q.    Or during that accident?

8            A.    No.

9            Q.    So it was just your knee?

10           A.    My knee and wrist and, you know, shins.

11           Q.    Okay.

12           A.    I believe I caught myself on the pavement.

13           Q.    Okay.  So between May 10th of 2023 until

14   now, you don't have -- you didn't have any head injuries

15   or accidents that would have led to any type of brain

16   injury?

17           A.    No.

18           Q.    Okay.  So you mentioned Alex.  What about

19   any local friends here while you lived here?  Did you

20   have any?

21           A.    Yeah.

22           Q.    Who are they?

23           A.    Ismarie Ramirez.

24           Q.    You said Ismarie?

25           A.    (Nods head.)  You can call her Sara

Ryan Gould
April 25, 2024                              133

```
 1   Ramirez.
 2           Q.    How long have you known Sara Ramirez?
 3           A.    As of now, about two years.
 4           Q.    Okay.  And a friend relationship or?
 5           A.    Yeah.
 6           Q.    And it's someone you saw regularly or
 7   talked to?
 8           A.    Yes.
 9           Q.    Talked to regularly?
10           A.    The only person at that time.
11           Q.    Did you talk to her about this situation?
12           A.    Yes.
13           Q.    Did you call her?
14           A.    I don't recall.  I know we spoke in person.
15           Q.    Text, email?
16           A.    I don't recall.
17           Q.    Okay.  And do you know her phone number?
18           A.    Yeah.
19           Q.    If you don't mind.
20           A.    It's (561) 293-0255.
21           Q.    And any other close friends that you engage
22   with regularly whether it be in person, by phone, text?
23           A.    I don't -- well, not -- no.
24           Q.    Those are your two main friends?
25           A.    Yeah.
```

Ryan Gould
April 25, 2024                                    134

```
 1              Q.    Okay.  And you said your brother and sister
 2       you have a regular relationship with and communicate with
 3       them?
 4              A.    Yes.
 5              Q.    And so what did you talk to Sara about with
 6       regard to this incident?
 7              A.    I'm not sure.  I'm sure I just, you know,
 8       explained what happened.  She was there often with me
 9       after this in the aftermath.
10              Q.    And you also mentioned -- well, when you
11       had the bike accident, did you go to the hospital?
12              A.    No.
13              Q.    Any doctors?
14              A.    No.
15              Q.    Okay.  You took care of it yourself?
16              A.    I probably shouldn't have but yeah.  We can
17       look at my knee, if you would like to see my work.  It
18       was not good.
19              Q.    Okay.  At the Sabal Ridge condominiums I
20       think you said you swam pretty much every day?
21              A.    Yes.
22              Q.    Is that pool like a lot of condos, pretty
23       empty most of the time?
24              A.    Yeah.
25              Q.    A lot of times did you have it to yourself?
```

Ryan Gould
April 25, 2024                    135

```
 1          A.   I don't -- there's -- for the most part
 2   there's only one or two other people in there.  But most
 3   often there's one or two.  But it could be.  I mean, it's
 4   pretty busy for a condo pool in Florida I would say.
 5          Q.   Prior to May 9th of 2023, did you have any
 6   issues with any other residents or visitors to that pool
 7   area?
 8          A.   No.
 9          Q.   And was it -- I think you had mentioned
10   before that this was the first time that you had
11   interacted with who at some point became known to you as
12   Benedetto Silva and Anna Ivanova (phonetic)?
13          A.   To the best of my knowledge.
14          Q.   Never saw them around there before around
15   there?  Never even a hello or anything like that?
16          A.   I don't remember.
17          Q.   You don't remember if you knew them or you
18   don't remember them?
19          A.   I know I don't know them.  I still don't
20   know them.
21          Q.   And so when you're -- what's a Friday night
22   like for Ryan Gould before this incident?
23          A.   I was going out regularly with Sara.  We
24   would visit I don't know if you've ever been to Spazio's
25   here in West Palm Beach above whatever that restaurant
```

1   is.  We would hang out in Clementine area.  We would go

2   to the beach or get dinner, movies, regular stuff.

3           Q.    Was it mainly Sara that you did those

4   things with?

5           A.    Yes.

6           Q.    And were you involved in any charity work,

7   volunteer organizations, anything like that?

8           A.    No.

9           Q.    Prior to this were you involved in any type

10  of intermural sports or club athletics?

11          A.    No.

12          Q.    Swimming was your main form of exercise?

13          A.    I was in the gym.

14          Q.    And the gym?

15          A.    Bike riding.  Bike riding, gym, swimming

16  was -- was my routine.

17          Q.    And what gym did you go to when you lived

18  here?

19          A.    LA Fitness.

20          Q.    Not the one in City Place?

21          A.    No.  I went to the one in -- well, I would

22  either go to the one on Donald Ross up there or the one

23  on PGA Boulevard.

24          Q.    And now I think you said since you moved

25  back to Illinois you go to the gym between five and six

Ryan Gould
April 25, 2024                    137

1  days a week?

2          A.    Six days.

3          Q.    Six days.  And do a range of exercises,

4  some weightlifting?

5          A.    Yeah.

6          Q.    I think you said light cardio work?

7          A.    Yeah.

8          Q.    What type of cardio are you doing when you

9  do cardio?

10          A.    Treadmill, calisthenics type stuff.

11          Q.    Do you use weightlifting gloves?

12          A.    No.

13          Q.    Do you use a weight belt?

14          A.    No.

15          Q.    Do you use any type of weightlifting

16  equipment for your body?

17          A.    No.

18          Q.    So as we sit here today in the last year

19  when you go to the gym you just go in whether it be in

20  shorts and a T-shirt with sweat pants and sneakers, just

21  regular gym clothes?

22          A.    Correct.

23          Q.    Okay.  Now I want to talk a little bit

24  about your employment.  So it looks like that your

25  father's company and then the Lake Worth Medical are your

1    two main jobs over the last several years.

2           A.    Yes.

3           Q.    So when you worked at Lake Worth Medical

4    Alliance, what did you actually do every day for them?

5           A.    I operated the eight doctor's offices they

6    have here in South Florida.  I would also help them out

7    in their Tampa locations.  Pretty much just making sure

8    they're up and running every day.

9           Q.    So when you say -- are you doing that by

10   onsite locations?

11          A.    Yeah.

12          Q.    So you're visiting these, maybe not all

13   eight in one day but --

14          A.    Every week I was at every single location.

15          Q.    Okay.  And interacting with the folks that

16   are working in the doctor's offices?

17          A.    Yeah.

18          Q.    Did also have to interact with customers?

19          A.    Yeah, I would, you know, yes.

20          Q.    Then you leave that job on 4/20.  And did

21   you give notice that day or you just -- that was your

22   last day?

23          A.    So I went in early.  I was supposed to meet

24   my boss there to do -- to go over the deposits as we do

25   every week.  So I had gone around and I collected all of

1   the deposits for him.  I took, you know, the laptop they

2   had given me and I just went in early and put it all in

3   the safe and said, hey, everything's in here, I'm no

4   longer, you know, interested in working with you guys.

5        Q.    And that was your last day, 4/20?

6        A.    I believe so.

7        Q.    Did you, yourself, or do you have a medical

8   marijuana card?

9        A.    It's expired currently.

10        Q.    It's expired.  But you did it under

11   Florida's medical program?

12        A.    Yeah.

13        Q.    And then you leave that job in April of

14   2023 and you eventually go to work back for your dad?

15        A.    Correct.

16        Q.    And is that have just a phone call to dad,

17   hey, I want to come back and work for the company or

18   explain the process of how you actually get back to work

19   with dad?

20        A.    He got the opportunity to -- Burger King

21   gave him the opportunity.  We previously it had two

22   locations only, which also led to me leaving because what

23   am I going to do with two Burger Kings.  COVID hit.

24   Things are slowing down and the weather is terrible so I

25   move down here.

1              Burger King actually came to him with an

2    opportunity to pick up more stores.  He called me and

3    said, I would like you to come back.  You know, they're

4    giving us an opportunity.  I initially told him no

5    because I was living in a paradise.  And then yes, to get

6    the job back, all I had to do was call him and say, I'm

7    going to come work for you.

8         Q.    Okay.  So it sounds like, and please

9    correct me if I'm wrong, the job offer from your father

10   to come back and work comes prior to May 9th?

11        A.    Correct.  But it was denied at that time.

12        Q.    At that time you're like, hey, I don't.

13   Were you looking at Lake Worth Medical Alliance at the

14   time that your dad asked you to come back?

15        A.    Yes.

16        Q.    At some point you call after May 9th and

17   say, hey, I'm going to come back?

18        A.    Correct.

19        Q.    And I think you said you're the VP of

20   operations?

21        A.    Correct.

22        Q.    Is that what you started in when you went

23   back this time in July, I think it's 2023 approximately?

24        A.    I mean you can say that.  I mean, as a son

25   working with his father whose worked for ten years I just

Ryan Gould
April 25, 2024                        141

1    I do everything, right.  You know, whatever we want to

2    call it.  You know, I run his business for him.

3            Q.    Okay.

4            A.    He likes to come down here.

5            Q.    Okay.  I get it.  From Chicago it's nice.

6            A.    Yeah.

7            Q.    Okay.  So how many employees does

8    MJG Enterprises have?

9            A.    260 about.

10           Q.    And does that include the Burger King

11   employees or office employees?

12           A.    So MJG Enterprises, like, corporate

13   employees I would say are like five.

14           Q.    Okay.  And then the other when you say that

15   number?

16           A.    260, that's going to be the crew members,

17   the shift leaders, the store managers, the district

18   managers, yeah.

19           Q.    And so I think you said there's 12

20   locations that the company owns --

21           A.    Correct.

22           Q.    -- or runs?

23                 So describe to me your job duties there.  I

24   know it's everything but explain to me what you're

25   actually doing on a daily basis.

Ryan Gould
April 25, 2024                                    142

```
1        A.    Yeah.  On a daily basis I'm verifying
2   everything from the day before, making sure all of the,
3   you know, procedures were followed, the money makes it to
4   where it's supposed to be, everyone clocks in and out
5   properly.  From there I pretty much just visit the stores
6   everyday and just coach people on the proper way to work
7   in the restaurants.
8        Q.    So when you're -- and so maybe similar to
9   the Lake Worth Medical Alliance, throughout the week
10  you're going to all of those locations?
11       A.    Correct.  I try to be.  You know, it's a
12  little harder with 12 of them, but I try to be everywhere
13  at least once a week.
14       Q.    And I would imagine since there's 12
15  locations and the Burger King, you know, has shifts of
16  employees, you're probably interacting with more people
17  for MJG Enterprises in any given week than you were for
18  Lake Worth Medical Alliance?
19       A.    Yeah, by far.
20       Q.    Do you do marketing also for the company?
21       A.    No.
22       Q.    No.  And what had type of -- what's a
23  Friday night now in Illinois for Ryan Gould?
24       A.    Either sitting at home or possibly heading
25  to dinner or maybe a movie.
```

```
 1          Q.    With whom, if you were to go out?

 2          A.    Just hopefully a nice dinner date.

 3          Q.    But, so Sara didn't move to Illinois?

 4          A.    No.

 5          Q.    So she is still here?

 6          A.    She did come with me and she visited.  She

 7   did help me move here, but -- back there and stayed for a

 8   little bit when I moved back.  But no, she lives down

 9   here.

10          Q.    Did you get involved in any type of

11   volunteering or charity work in Illinois?

12          A.    No.

13          Q.    Any type of sports or group leagues,

14   anything like that?

15          A.    No.

16          Q.    So working wise it sounds like you're kind

17   of doing about the same stuff.  You're working pretty

18   much every day and you go out sometimes on the weekend,

19   maybe a date and a friend, and then you go back to work

20   the following week?

21          A.    For the most part.

22          Q.    What is your social media handle on

23   Facebook and IG?

24          A.    Instagram it was changed to PBG or --

25                RICK KING:  I'm sorry, I didn't get that.
```

Ryan Gould
April 25, 2024                          144

1        I'm sorry.

2        A.    Instagram I have to look.  Instagram was

3   changed to PBGPAT.

4   BY MR. MORSE:

5        Q.    What was it changed from?

6        A.    I believe just my name.

7        Q.    Just Ryan Gould?

8        A.    Yeah, or Ryan underscore who knows.  It

9   was -- I've had it for years.

10       Q.    Okay.  And you have a YouTube channel?

11       A.    I do.

12       Q.    Is that under the same @PBGPAT?

13       A.    Correct.

14       Q.    Okay so that would be a consistent handle

15  that you have throughout whatever social media you may

16  use?

17       A.    As of this event, yeah.  No.  It's only

18  those two.

19       Q.    Only those two?

20       A.    Only those two.  My YouTube and Instagram

21  both share that handle.

22       Q.    Both share that handle.

23             Did you change this in response to this

24  event of May 9, 2023?

25       A.    Yes.

Ryan Gould
April 25, 2024                          145

1          Q.    Why?

2          A.    Because it made me feel better.

3          Q.    Okay.  So I just want to try and understand

4    that.  What do you mean?

5          A.    So PBGPAT 58 stands for Palm Beach Gardens

6    please are trash.

7          Q.    That's the handle that you made after this

8    incident?

9          A.    Correct.

10         Q.    Okay.  Prior to this incident, I believe

11   you said you had never had any interactions with law

12   enforcement.

13         A.    I mean, I've interacted with law

14   enforcement as anyone has but there's been no -- I've

15   never been arrested.

16         Q.    So have you receives traffic tickets and

17   the like?

18         A.    Yeah.

19         Q.    Okay.  You watched some of the videos of

20   your interaction here today, correct?

21         A.    Yes.

22         Q.    Would you describe your interaction at a

23   ticket that -- did you receive a speeding ticket in your

24   life?

25         A.    I have.

Ryan Gould
April 25, 2024                           146

1          Q.    Okay.  Would you say that you acted the

2    same way that you saw in the videos that were marked as

3    Exhibits 1, 2 and 3 today in that circumstance or reacted

4    accounted differently?

5          A.    Differently.

6          Q.    Were you calmer in the circumstance with

7    the speeding ticket?

8          A.    Yes.  I unfortunately just got a turn on

9    red.  If they had a sign "no turn on red," I got a

10   warning.  So if you would like, that happened about a

11   week ago, you can see how my normal interactions with

12   police officers go.

13         Q.    Okay.  And I'll get to that in a second.

14               So has your family or have you ever been

15   aware of your family interacting with the police?

16         A.    No.

17         Q.    Do you know if they've ever had tickets or

18   anything like that?

19         A.    I'm sure.

20         Q.    Okay.  Do you recall any time where maybe

21   your family received a ticket and you learned they acted

22   like you did on the videos that we saw here today,

23   aggressive and excited?

24         A.    Definitely not.

25         Q.    Okay.  So I just want to talk a little bit

Ryan Gould
April 25, 2024                    147

1    more about your exercise.  What type of weightlifting are

2    you doing when you do lift weights?

3           A.    Can I go to the bathroom real quick?

4           Q.    Yeah, that's fine.

5                 MR. MORSE:  Let's take five minutes.

6                 (Recess taken, 3:10 p.m. to 3:15 p.m.)

7    BY MR. MORSE:

8           Q.    I was asking you what's your general --

9    what type of weightlifting are you doing at the gym?

10          A.    I can just tell you.  Every morning I wake

11   up, take my dog for a walk.  I ride to the gym to do, you

12   know, some limbering movements, then I lift weights, I do

13   calisthenics, stretching, and then I go home.

14          Q.    So generally speaking when you're lifting

15   weights, are you a high rep weight person?  Are you a

16   pyramid where you're going to increase the weight and

17   then go lower reps as you do your sets?  What type of

18   model do you follow?

19          A.    So lately especially, you know, doing legs

20   and squatting I've reduced the weight a lot and focus

21   much more on mobility.  My mobility and my like

22   functional strength has really been my focus in the last

23   year or so here.

24          Q.    Okay.  As you get older that's an important

25   thing to do.

Ryan Gould
April 25, 2024                        148

```
 1          A.    Yeah.
 2          Q.    I wish I knew that when I was younger.
 3          A.    I wish I had started much sooner even.
 4          Q.    Then when you say calisthenics, are you
 5   doing like pushups?
 6          A.    I do lots of pushups, pull ups.  You know,
 7   like lunge type, you know, knee/hip movement type stuff.
 8          Q.    Okay.  And all right.  Prior to this
 9   incident do you know personally any Palm Beach Gardens
10   Police Officers?
11          A.    I don't believe so.
12          Q.    Okay.  And I wasn't suggesting you know
13   officers personally now.
14          A.    No.
15          Q.    I was just using that as a demarkation
16   line.
17                Did you know or anyone in your family know
18   any Florida officers prior to this on a personal level?
19          A.    I don't believe so.
20          Q.    Okay.  So I want to now go forward and talk
21   about this day May 9, 2023.
22                So the night before May 9th, if you
23   remember, did you go out?
24          A.    I don't recall.  Do you know what day it
25   was?
```

```
 1          Q.    It was May 9, 2023, no, but I can look.

 2                MR. ALEXANDER:  Do you want me to look for

 3        it?

 4                MR. MORSE:  Sure.

 5                It was a Friday.

 6                MR. ALEXANDER:  No, it was a Tuesday.

 7          A.    I doubt I would have.

 8   BY MR. MORSE:

 9          Q.    Okay.  When you did go out, did you consume

10   alcohol generally?

11          A.    I did then.

12          Q.    Okay.  What?  Beer, whiskey, tequila, what

13   was your --

14          A.    Yeah, spirits.

15          Q.    Spirits.  Mixed drinks or straight?

16          A.    It would just depend, yeah.

17          Q.    Okay.

18          A.    However the mood was going.

19          Q.    Okay.  Also smoke some marijuana?

20          A.    Yes.

21          Q.    Okay.  Are you more prone to smoke or do

22   you like edibles or maybe the topicals?  Do you have a

23   preference?

24          A.    Yeah.  I prefer smoke.

25          Q.    Okay.  Vape or flower?
```

Ryan Gould
April 25, 2024                                    150

```
1          A.    I don't like the vapes.

2          Q.    Okay.  More a traditionalist than.  Flower?

3          A.    I used to be a vapor and I was just not --

4   it -- it felt -- stuff started gunking up weird and I am

5   like you need to stay away from whatever this stuff is.

6          Q.    So more flower.  Just traditional?

7          A.    Yeah.

8          Q.    Any other drugs that you may have taken

9   when you went out before any elicit drugs?

10         A.    No.

11         Q.    What about any medications?

12         A.    No.

13         Q.    Any medications today as we sit here?

14         A.    No.

15         Q.    Take any vitamins or anything?

16         A.    No.  I bought -- I thought I might need to.

17  I bought a once a day container and my pee started

18  turning, you know, bright yellow and it's like, okay, you

19  have too many vitamins.  So I just stopped with that

20  stuff.

21         Q.    Okay.  All right.  So what had time do you

22  wake up on Tuesday May 9th?

23         A.    I don't recall, but I mean I'm sure it

24  would have been anywhere from seven to eight.

25         Q.    It's generally the time you wake up?
```

Ryan Gould
April 25, 2024                    151

1          A.    Now I'm a little earlier.  I'm around like
2  4:30, 5:00 now with the time change back also I'm sure.
3          Q.    But generally around that time that --
4                (Unreportable, indecipherable crosstalk.)
5                THE COURT REPORTER:  One at a time.
6          A.    Generally between six and seven.
7  BY MR. MORSE:
8          Q.    And so you got up on Tuesday, May 9th, and
9  I recall you explaining before you were unemployed at
10 this point, right?
11         A.    I believe so.
12         Q.    Okay.  And then you walk your dog?
13         A.    Yeah, that would be -- that would have been
14 my routine there also.  I would have walked my dog, then
15 I would have ridden my bike to the gym.  I would have
16 ridden home.  I would have gone for a swim and whatever
17 else the rest of my day.  No more exercise though for the
18 most part.
19         Q.    So before you went swimming on May 9th and
20 this incident occurred, you had gone to the gym.
21                Do you recall if you went to the gym that
22 morning?
23         A.    Yeah, I'm pretty sure I would have -- I
24 don't recall ever swimming without going to the gym
25 first.  I would have ridden my bike to the gym and lifted

Ryan Gould
April 25, 2024                         152

1  weights and then ridden home and then gone swimming.  The

2  only time I would not have ridden my bike is if it was

3  raining or cars are in the shop or whatever.  It's, you

4  know, for the most part.

5          Q.    But generally you --

6          A.    Yeah, that was pretty much the routine.

7          Q.    And do you today when living in Illinois do

8  you ride your bike to the gym?

9          A.    No, not yet.  Hopefully soon, though.

10         Q.    That's right.  You're still not into a

11 place weather wise.

12         A.    Yeah.

13         Q.    After May 9th, so on maybe May 10th,

14 May 11th, before you moved back to Illinois, did you ride

15 your bike to the gym?

16         A.    I don't recall.  I'm sure I did though

17 because I fell off my bike, you know, after this

18 incident.

19         Q.    In between.  Okay.

20               Is the gym that you go to now crowded when

21 you go?

22         A.    It's pretty crowded.

23         Q.    And then you go to the pool.  When you

24 first arrive at the pool, is anyone there or is it just

25 you?

 1          A.    I believe it was an older couple who I've

 2    seen there often.

 3          Q.    And at some point then, I guess, the

 4    pregnant woman Anna Ivanova shows up at the pool?

 5          A.    I believe so.

 6          Q.    Is she there for a while before you and her

 7    have an interaction or is it immediate?

 8          A.    I don't know.  I was swimming.

 9          Q.    Okay.  And how does it -- how do you start

10    interacting with her?

11          A.    We -- to the best of my knowledge, she --

12    to the best of my knowledge, I was just swimming and then

13    all of a sudden she's in front of me at a corner.  I

14    don't remember if we -- you know, it's all pretty

15    jumbled.  I don't remember if she asked me previously to

16    move and I told her no or if we had come together and

17    that's when she asked me to move.  I don't recall.

18          Q.    Okay.  But when you first interact with her

19    it sounds like she's in the pool.

20          A.    Yeah.  I mean, I don't know.  It's -- I

21    don't -- we would have to watch the video.  I don't --

22    yeah, I don't remember.

23          Q.    Okay.  And then is the -- at that time at

24    first, do you know, is Benedetto Silva there who became

25    known as, I guess, her husband?

Ryan Gould
April 25, 2024                                    154

1        A.    No.

2        Q.    It's just her?

3        A.    Just her.

4        Q.    Did the older couple leave?

5        A.    I don't -- I don't recall.

6        Q.    Okay.  Do you recall anyone saying anything

7   besides your interaction with -- I mean a civilian not a

8   police officer before anyone calls 911, your interaction

9   with Anna --

10       A.    No.

11       Q.    -- Ivanova?

12             So it was just you two interacting?

13       A.    I believe so.

14       Q.    Okay.  And about how long are you

15   interacting with her before the husband shows up?

16       A.    I don't -- I don't remember because I

17   was -- I believe I continued swimming even after whatever

18   short interaction I had with her --

19       Q.    Okay.

20       A.    -- before he arrived.

21       Q.    And so I would imagine and, again, I'm not

22   holding you to this.  I get that.

23       A.    Yeah.

24       Q.    And we have videos of all of these

25   incidents.  But it sounds like your interaction with Anna

1    Ivanova is pretty brief?

2         A.    Correct.

3         Q.    Okay.  And then you go back to swimming and

4    then at some point the husband shows up?

5         A.    Correct.

6         Q.    So how does that manifest itself, your

7    interaction with him?

8         A.    To the best of my knowledge, I see him

9    approach her from outside of the fence and that's -- I

10   believe I stopped swimming at that point and then they,

11   you know, voiced something to me and that is when -- you

12   know, then I started to engage with them.

13        Q.    Okay.  And then there's a back and forth?

14        A.    Yes.

15        Q.    And at some point I think you said that

16   Benedetto Silva lifts up his shirt?

17        A.    Correct.

18        Q.    And he had a firearm?

19        A.    Correct.

20        Q.    When do you call 911?

21        A.    Immediately after he showed me his gun, I

22   left the pool and called 911.

23        Q.    And do you see when they called 911?

24        A.    No.

25        Q.    And you may not know this, do you know that

1    you're the second caller to 911?

2            A.    No, I don't know.

3            Q.    You didn't know that.  Is there some point

4    where Benedetto Silva and Anna Ivanova are next to you

5    when you're on the phone with 911?

6            A.    I don't recall.

7            Q.    Do you recall laughing about his firearm

8    and asking him about what firearm he has to tell the 911

9    operator?

10           A.    No.  I don't recall.

11           Q.    Okay.  And then you call 911.  How long is

12   it before Officer Valerio shows up, if you recall, from

13   when you called 911?

14           A.    I remember being relieved at how quickly he

15   arrived.

16           Q.    And so in your mind it was like, oh, they

17   arrived quickly?

18           A.    Yes.

19           Q.    And you recall interacting with

20   Officer Valerio around the parking lot side of, it looks

21   like, a clubhouse, pool house to me?

22           A.    I remember leaving the pool area to go meet

23   him at the -- towards the entrance.

24           Q.    Okay.  And you had I think it's a towel?

25           A.    I believe so.

Ryan Gould
April 25, 2024                    157

1          Q.    Okay.  And when you're interacting with

2    Officer Valerio, are you able to see Silva and his wife?

3          A.    I believe he made sure he was the one able

4    to see them.

5          Q.    Meaning Officer Valerio?

6          A.    Correct.

7          Q.    Okay.  Were they engaging with the officer

8    at the time or just you?

9          A.    At the time it was just me speaking to him

10   and then I believe he was watching them over my shoulder,

11   you know, in the pool area.

12         Q.    Okay.  And at any time did Officer Valerio

13   before he left you did he search you?

14         A.    No.

15         Q.    Did he ask you to put the towel on the

16   ground?

17         A.    No.

18         Q.    Okay.  And, in fact, if you remember, you

19   actually -- when you were engaging with him, the towel

20   just stays over I think it's your left hand?

21         A.    I don't -- I don't recall.

22         Q.    Okay.  Do you have any reason again --

23   well, strike that.

24              Then do you recall Officer Valerio telling

25   you to stay where you and then he walks to the back of

Ryan Gould
April 25, 2024                    158

1   the -- or behind the pool house to the pool area?

2        A.   I don't recall him telling me to stay

3   there, but I recall him saying he was going to go speak

4   to the other people.

5        Q.   Okay.  And do you recall him telling you

6   that other officers were going to be arriving?

7        A.   No.

8             MR. MORSE:  Do you have Officer Valerio's

9        on there?  Because it would be quicker.

10            MR. ALEXANDER:  I don't think it's his that

11       I have.

12            MR. MORSE:  Okay.  Let's do this.  I should

13       be able to easily connect to this.

14            THE WITNESS:  Yes, as it is with

15       electronics, very easy.

16            MR. MORSE:  Famous last words but it should

17       be.

18            MR. ALEXANDER:  How are you doing that.

19            MR. MORSE:  This is an Roku TV, so this

20       should feed in and I should have a way to mirror

21       the computer.  It should recognize it.

22            MR. RICE:  Do you want to go off the

23       record?

24            (Discussion off the record.)

25            (Excerpts from Officer Valerio's body

Ryan Gould
April 25, 2024                    159

1      camera was played and transcribed to the best of

2      the reporter's ability as follows:)

3            OFFICER VALERIO:  Are you the one with the

4      fire arm?

5            RYAN GOULD:  I don't know but he does.

6            OFFICER VALERIO:  Okay.

7            RYAN GOULD:  He's walking around with a

8      concealed right now.  And I was swimming laps all

9      the way on this side back and forth, this lady

10     comes out and says, can you swim somewhere else?

11     I said, I've been here 30 minutes.  I'm just

12     going to keep.  Whatever you do, you've got the

13     whole pool.  I was swimming right here.

14            She called this guy and he showed up with a

15     gun.  He said, What the fuck are going to do?  He

16     was flashing it at me.

17            OFFICER VALERIO:  Were you in fear when he

18     flashed the gun?

19            RYAN GOULD:  Yeah, I was terrified.

20            OFFICER VALERIO:  Did he take it out

21     and point it at you or anything like that?

22            RYAN GOULD:  No he didn't take it out.  But

23     I mean, are you allowed to be walking -- I guess I

24     don't know if he has a --

25            OFFICER VALERIO:  Hold on.  I need you to

1            come over here.  I'm trying to keep him in my

2            sights too.  No, you're okay.  Just step over here

3                    RYAN GOULD:  I'm exhausted.  I've been

4            swimming laps for 25 minutes before these people

5            showed up.  I'm here everyday.  So I mean I'm sure

6            there are cameras we can find.

7                    OFFICER VALERIO:  Okay.  Okay.  So you're

8            swimming.

9                    RYAN GOULD:  I want to press charges

10           against this guy threatening me with his gun.

11                   OFFICER VALERIO:  Okay.  No problem.  If

12           you would just hang out for me.  Okay.  I have

13           more officers coming.  Just stay right here.

14           Okay?

15                   (Video paused.)

16   BY MR. MORSE:

17           Q.    We just watched what we will call Defense

18   Exhibit 5 which is Officer Valerio's body worn camera.

19                   And Mr. Gould, we just watched a minute and

20   37 seconds of this video.  Do you have any reason to

21   doubt the accuracy of the video?

22           A.    No.

23           Q.    As officer Valerio's leaving he says, hey,

24   stay put?

25           A.    We would have to replay it.  I didn't hear.

```
 1                    (Excerpts from Officer Valerio's body
 2     camera was played and transcribed to the best of the
 3     reporter's ability as follows:)
 4                    RYAN GOULD:  Flashing it at me.
 5                    OFFICER VALERIO:  Were you in fear when he
 6          flashed it?
 7                    RYAN GOULD:  Yeah, I was terrified.
 8                    OFFICER VALERIO:  Did he take it out
 9          and point it at you or anything like that?
10                    RYAN GOULD:  He didn't take it out.  Are
11          you allowed to be walking?  I guess I don't know.
12                    OFFICER VALERIO:  I need you to come over
13          here.  I am trying to keep him in my sights too.
14          You're okay.
15                    RYAN GOULD:  I'm exhausted I've been
16          swimming laps for like 25 minutes before these
17          people showed up.  I'm here everyday.  So I mean
18          I'm sure there are cameras we can find.
19                    OFFICER VALERIO:  Okay.  Okay.  So you're
20          swimming.
21                    RYAN GOULD:  I want to press charges
22          against this guy threatening me with a gun.
23                    OFFICER VALERIO:  Okay.  Okay.  No problem.
24          If you'll just hangout right here for me.  Okay?
25          I have more officers coming.  Just stay right here
```

```
 1          okay.

 2                  (Video paused.)

 3     BY MR. MORSE:

 4          Q.    So Officer Valerio says, "Stay right here.

 5     I have other officers coming."

 6                  Do you hear that?

 7                  MR. RICE:  Object to form.

 8          A.    I hear him say -- requesting that I hangout

 9     there.

10     BY MR. MORSE:

11          Q.    Okay.  And then he goes to, presumably, to

12     talk to Silva and the wife?

13          A.    Correct.

14          Q.    Okay.  And then shortly after that who you

15     later learn is Officer Beth Guerriero and Officer Joseph

16     Strzelecki they show up?

17          A.    Correct.

18          Q.    Now as soon as Officer Valerio showed up

19     did you have any reason to doubt he was a police officer?

20          A.    No.

21          Q.    He was wearing a police uniform?

22          A.    Yes.

23          Q.    Came in a police car?

24          A.    I believe so.

25          Q.    And when Officer Guerriero and
```

Ryan Gould
April 25, 2024                         163

1   Officer Strzelecki were pulling in did you have any

2   reason to doubt they were police officers?

3          A.    No.

4          Q.    So the folks you interacted -- the three

5   officers you interacted with you knew on site they were

6   police officers responding to your call?

7          A.    I assumed that's what they were doing, yes.

8          Q.    Or at least responding to one of the 911

9   calls to the incident?

10         A.    Correct.

11         Q.    And then earlier today, I know don't need

12  to go through it again, you went through

13  Officer Strzelecki's and you were asked about an Officer

14  Guerriero's body worn cameras, right?

15         A.    Correct.

16         Q.    And do you remember being asked about what

17  was said to you when Officer Guerriero got out of the

18  car, what you said back, and you had some questions about

19  that earlier today?

20              MR. RICE:  Objection; form.

21         A.    Yeah, I don't -- I don't know.  Are you

22  asking if we spoke about their body cams today?

23              MR. RICE:  That's all.

24         A.    Yes.

25

1   BY MR. MORSE:

2          Q.    I don't want to reinvent the wheel.  That's

3   all I'm asking about.

4          A.    Yes, we spoke about those two previous body

5   cams.

6          Q.    Okay.  And then would you agree with me

7   that when the other two police cars pull in after Valerio

8   goes to the back of the pool area that you get up and you

9   start kind of walking in the general direction slowly

10  towards the police cars that are pulling in?

11         A.    I don't recall.

12         Q.    I'm going to go to I think this was

13  Defendant's Exhibit 1 earlier which is Beth Guerriero's

14  body worn camera.  That's one.

15                (Excerpts from the videotape deposition of

16          BETHANY GUERRIERO was played and transcribed to

17          the best of the reporter's ability as follows:)

18                OFFICER GUERRIERO:  Hey man how are you

19          doing?

20                (Video paused.)

21  BY MR. MORSE:

22         Q.    So would you agree with me that as

23  Officer Guerriero is getting out Officer Strzelecki is

24  pulling up on this video we're watching, Defendant's

25  Exhibit 1, you slowly start proceeding towards the

1  officers as they're getting out of their car?

2          A.    I agree that I was standing around moving

3  in the same space I had been occupying.

4          Q.    Okay.  And we already talked about that

5  when Officer Guerriero gets out of the car she says, hey

6  man, you know, keep your hands out of your pocket, right?

7          A.    That's what we heard her say on the video.

8          Q.    Sure.  And you heard that on the video?

9          A.    On the video.

10          Q.    And so I would like to go to Exhibit 4

11  which is this complaint that purports to be made on your

12  behalf.  I know you said you don't recall making it but

13  either you or someone made this on your behalf?   Okay.

14  And if you go to Page 2?

15          A.    Yeah.

16          Q.    "So before I had a chance to say anything

17  the female officer who got out of the car immediately

18  pulled her gun on me and screamed at me to 'get on the

19  ground.'"

20                Do you see that sentence in about two --

21  two-thirds of the way down the incident description on

22  Page 2?

23          A.    Yes.

24          Q.    Okay.  So when we watched this body worn

25  camera video, though, that doesn't immediately happen.

Ryan Gould
April 25, 2024                    166

1   She gets out and has an interaction with you verbally

2   before the gun comes out.

3            Would you agree with that?

4            MR. RICE:  Objection; form.

5       A.   I mean, immediate -- I feel she immediately

6   pulled her gun on me, even watching this video.

7   BY MR. MORSE:

8       Q.   Okay.  So I'm referring to Defendant's

9   Exhibit 1.  At 47 seconds into the video is Officer

10  Guerriero's, would you agree with me her weapon is not

11  out of its holster?

12           MR. RICE:  Objection; form.

13      A.   I don't know.

14  BY MR. MORSE:

15      Q.   You don't know.  Okay.  What makes you not

16  know that from watching this video?

17      A.   I can't see it.

18      Q.   Okay.  Let me ask this question, Mr. Gould.

19  As you sit here today, do you have an independent

20  recollection whatsoever of this event?

21      A.   I do.

22      Q.   Okay.  And of this moment -- let me ask

23  this.

24           Independently of watching this video, do

25  you remember the moment a police officer showed up?

Ryan Gould
April 25, 2024                    167

1          A.    I do.

2          Q.    Okay.  Did Officer Guerriero get out of her

3   car with a gun to your recollection in her hand pointed

4   at you?

5          A.    I don't recall.

6                (Excerpts from the videotape deposition of

7          BETHANY GUERRIERO was played and transcribed to

8          the best of the reporter's ability as follows:)

9                OFFICER GUERRIERO:  Hey man, how are you

10         doing?

11               (Video paused.)

12  BY MR. MORSE:

13         Q.    Would you agree with me she says, "Hey man,

14  how are you doing?"

15         A.    I agree we can hear her say that on the

16  video.

17         Q.    Okay.  And would you agree with me that her

18  gun is not drawn yet?

19         A.    I can't see.

20         Q.    Okay.

21               (Excerpts from the videotape deposition of

22         BETHANY GUERRIERO was played and transcribed to

23         the best of the reporter's ability as follows:)

24               OFFICER GUERRIERO:  Hands out of your

25         pockets for me.

 1                        RYAN GOULD:  I'm not the one with the gun.

 2                        (Video paused.)

 3       BY MR. MORSE:

 4            Q.    Would you agree with me she says "hands out

 5       of your pockets"?

 6                        MR. RICE:  Objection.

 7            A.    I agree we heard that.

 8                        MR. RICE:  Objection; form.

 9       BY MR. MORSE:

10            Q.    Did you respond to that on the video?

11                        MR. RICE:  Objection; form.

12            A.    I don't recall.

13       BY MR. MORSE:

14            Q.    Okay.  Let's watch it again.

15                        (Excerpts from the videotape deposition of

16                  BETHANY GUERRIERO was played and transcribed to

17                  the best of the reporter's ability as follows:)

18                        OFFICER GUERRIERO:  Hey man, how are you

19                  doing?  Keep your hands out of your pockets for

20                  me.

21                        RYAN GOULD:  I'm not the one with the gun.

22                        (Video paused.)

23       BY MR. MORSE:

24            Q.    Do you see yourself after saying, hey man,

25       keep your hands out of your pockets, you say, "I'm not

1  the one with the gun"?

2          A.    I remember alerting her as I did with

3  Valerio that I was -- I did not have a firearm.

4          Q.    Okay.  So that's all I'm asking you from

5  the video.

6                She gets out of the car and says, hey man,

7  keep your hands out of your pocket, right?  You hear that

8  on the video?

9                MR. RICE:  On objection; form.

10         A.    On the video.

11 BY MR. MORSE:

12         Q.    And then you respond, "I'm not the one with

13 the gun"?

14                MR. RICE:  Object to the form.

15         A.    I don't believe I was responding to her.

16 BY MR. MORSE:

17         Q.    Who were you responding to?  Officer

18 Strzelecki?

19         A.    I was making it known in this situation

20 where police are being called to a scene with a gun that

21 I am not armed.

22         Q.    So it's your testimony under oath that

23 you're not responding to her?

24                MR. RICE:  Objection; form.

25         A.    I just know that I was making it clear that

 1    I did not have a gun.

 2    BY MR. MORSE:

 3         Q.    Okay.  Where is your hand in this moment?

 4         A.    In my pocket.

 5         Q.    Okay.  Now we know that up until even at

 6    this point you have a cell phone concealed in your

 7    pocket, correct?

 8         A.    Correct.

 9         Q.    Okay.  Do you have any reason to believe

10    that Officer Guerriero or Officer Strzelecki can see

11    through your pants to know what's in your pocket?

12              MR. RICE:  Objection; form.

13         A.    No.

14              (Excerpts from the videotape deposition of

15    BETHANY GUERRIERO was played and transcribed to the best

16    of the reporter's ability as follows:)

17              OFFICER GUERRIERO:  Sir, I don't -- keep

18         your hands out of your pocket.

19              (Video paused.)

20    BY MR. MORSE:

21         Q.    So we hear another time with an elevated

22    tone Officer Guerriero then says "keep your hands out of

23    your pocket," right?

24         A.    Yes.

25         Q.    And then we see you have your hand goes in

Ryan Gould
April 25, 2024                               171

1   the pocket?

2           A.    No.

3           Q.    No, you don't put your hand in your pocket?

4           A.    Not after she said that.

5           Q.    Okay.  Did you put your hand in your pocket

6   after she said it the first time?

7           A.    I don't recall.

8           Q.    Okay.  I see.

9                 (Excerpts from the videotape deposition of

10  BETHANY GUERRIERO was played and transcribed to the best

11  of the reporter's ability as follows:)

12                OFFICER GUERRIERO:  Hey man, how are you

13          doing?

14                (Video paused.)

15  BY MR. MORSE:

16          Q.    Okay.  Where is your right hand?  Well, let

17  me ask this question.

18                Did you hear her say, "Hey man, how are you

19  doing?"

20          A.    No.

21          Q.    Okay.  Did you hear her say that on the

22  video?

23          A.    On the video, yes.

24          Q.    Okay.  Do you see her right hand?  Do you

25  see her hand in the video?

```
 1            A.    I see a hand.

 2            Q.    Okay.  Do you have a reason to doubt that's

 3    Officer Guerriero's hand?

 4            A.    No.

 5            Q.    Okay.  Would you agree with me that that --

 6    I forget what they call those things but that's not a

 7    gun?

 8            A.    A carabiner, not a gun.

 9                  MR. ALEXANDER:  It's like a clip.

10    BY MR. MORSE:

11            Q.    I think the technical term is carabiner for

12    mountain climbers.

13                  (Excerpts from the videotape deposition of

14            BETHANY GUERRIERO was played and transcribed to

15            the best of the reporter's ability as follows:)

16                  OFFICER GUERRIERO:  Hands out of your

17            pockets for me.

18                  (Video paused.)

19    BY MR. MORSE:

20            Q.    So she says "hands out of your pockets for

21    me," right?

22            A.    We hear that on the video.

23            Q.    Okay.  And then you say, "I'm not the one

24    with the gun"?

25            A.    I make it clear, I'm not armed, yes.
```

Ryan Gould
April 25, 2024                    173

 1          Q.    And after this point do you put your hand

 2    in the -- and we're at 51 seconds of the video.  Do you

 3    put your hand in your pocket?

 4          A.    We would have to watch and see.

 5                (Excerpts from the videotape deposition of

 6                BETHANY GUERRIERO was played and transcribed to

 7                the best of the reporter's ability as follows:)

 8                OFFICER GUERRIERO:  Sir, keep your hands

 9                out.

10                (Video paused.)

11    BY MR. MORSE:

12          Q.    Did you put your hand in your pocket after

13    she told you?

14          A.    After.  After she said originally the first

15    time on the video "do not put your hands in your pocket,"

16    I would agree that my hand went in my pocket.

17          Q.    Okay.  And then you take a step back?

18                (Excerpts from the videotape deposition of

19                BETHANY GUERRIERO was played and transcribed to

20                the best of the reporter's ability as follows:)

21                OFFICER GUERRIERO:  Pocket.

22                RYAN GOULD:  I haven't committed a crime.

23                Don't talk to me like that.

24                OFFICER GUERRIERO:  Listen to me, I don't

25                know you.

Ryan Gould
                    April 25, 2024                    174

```
 1                    (Video paused.)

 2   BY MR. MORSE:

 3          Q.    Did would you agree with me that as she's

 4   approaching you your left foot goes back?

 5          A.    A half step.

 6          Q.    Okay.  Would you agree that it goes back?

 7          A.    Yes.

 8          Q.    Okay.  And then we see at 58 seconds into

 9   the video we see the parking stanchion and it appears is

10   that your towel over that video?

11          A.    Yes.

12          Q.    And when you take that left step back you

13   take it back which is towards the towel area?

14          A.    No.

15          Q.    Well, you don't take a step forward, right?

16          A.    No.

17          Q.    Okay.  You take a step back?

18          A.    It's more to the side I would say.

19          Q.    Would you agree with me your foot goes back

20   in the video?

21          A.    If you would like we can play the video and

22   see.

23          Q.    Sure.

24                (Excerpts from the videotape deposition of

25          BETHANY GUERRIERO was played and transcribed to
```

1          the best of the reporter's ability as follows:)

2               OFFICER GUERRIERO:  Hands out of your

3          pockets for me.

4               RYAN GOULD:  I'm not the one with the gun.

5               (Video paused.)

6     BY MR. MORSE:

7          Q.   Let me ask this question.  At that moment

8     would you agree with me that you are walking forward as

9     you're going -- before you go into your pocket, as she's

10    getting out of the car, Officer Guerriero, you're walking

11    forward?

12         A.   I would agree I'm just in the same area I

13    had been in this entire time.

14         Q.   So you disagree with me that your feet are

15    moving forward towards Guerriero?

16         A.   It's hard to tell from the video.

17         Q.   Okay.

18         A.   You can tell I'm moving around.

19         Q.   It's no problem for you to sit here and

20    look closer at it if you need to.  So if you would like

21    to, please, it would be easier if you sit here because I

22    don't know if the distance is causing a vision problem so

23    feel free.

24               So let's do that again.  I just want to get

25    the accuracy of the video and see why we're not on the

1    same page.

2                   (Video resumes.)

3    BY MR. MORSE:

4         Q.    Do you want to sit here?

5         A.    No, I'm alright.

6         Q.    Okay.  Do you appear to be walking forward,

7    albeit very slowly as Officer Guerriero is walking

8    forward towards you?

9                   MR. RICE:  Objection; form.

10        A.    I don't think so.

11   BY MR. MORSE:

12        Q.    No.

13                  (Video resumes.)

14        A.    Sir, I see my feet shuffling around.

15   BY MR. MORSE:

16        Q.    So we're at 54 seconds.  Is it your

17   contention in viewing this video that at 51 seconds

18   you're not in that white crossed out area that I will

19   point to right behind you and at 54 seconds your feet are

20   towards Guerriero out of that area?

21                  MR. RICE:  Objection; form.

22        A.    At this point in time it looks like I may

23   be a foot or two ahead of the white area you just pointed

24   at.

25

1    BY MR. MORSE:

2         Q.   Okay.  And, again, the white area is behind

3    you that I just talked about?

4         A.   As it appears on the video.

5         Q.   Okay.  And then -- and in that moment do

6    you see your left foot go back and then your right foot

7    and now you're standing on the white line and blue line

8    of that white area we just talked about?

9         A.   Yes.

10        Q.   Okay.  And that white line is closer to

11   your towel than where Officer Guerriero is and where you

12   were standing outside of the white line a few seconds

13   before?

14             MR. RICE:  Objection; form.

15        A.   I mean, I see myself moving more towards

16   the left.

17   BY MR. MORSE:

18        Q.   Okay.

19             (Excerpts from the videotape deposition of

20        BETHANY GUERRIERO was played and transcribed to

21        the best of the reporter's ability as follows:)

22             OFFICER GUERRIERO:  Listen to me, I don't

23        know you.  Get down.  Get down on the ground now.

24        Get down on the ground.

25             RYAN GOULD:  What the heck is this?

```
 1                (Video paused.)
 2   BY MR. MORSE:
 3        Q.    So as you're walking you say diagonal,
 4   which is fine.  But are you walking backwards in a
 5   diagonal line between the clips we just saw which go
 6   between 53 seconds and a minute and three seconds?
 7        A.    I see myself walking away from Bethany
 8   Guerriero as well as the pool and the clubhouse there.
 9        Q.    Okay.  And, in fact, at 1:03 your towel is
10   much closer to you in the video than it was at
11   53 seconds?
12        A.    I don't think so.
13        Q.    Okay.  Do you wear corrective lenses?
14        A.    No.
15        Q.    Have you ever?
16        A.    I wore them for a stigmatism when I was
17   growing up.
18        Q.    Okay.  When was the last time you went to
19   an eye doctor?
20        A.    Well, I went when I was 18 and I said, why
21   am I wearing glasses?  It was probably sooner.  It might
22   have been 16.  I said why am I wearing glasses?  What's
23   my vision?  And that's when I found out I had 20/20
24   vision and I never went back.
25        Q.    Okay.  So back to when we started showing
```

1    the videos, if we go to page 2 again to about middle,

2    two-thirds down it says, "Before I had a chance to say

3    anything the female officer who got out of the car

4    immediately pulled her gun."

5                    Would you agree with me that her gun comes

6    out after you have an interaction?  Whether you heard her

7    or not or she heard you, but that you spoke words, she

8    spoke words and then at some point the gun comes out?

9                    MR. RICE:  Objection; form.

10        A.    I heard words come out of both of our

11   mouths before I see her gun on the body cam.

12   BY MR. MORSE:

13        Q.    Okay.  Would you agree with me -- and,

14   again, this is so I don't have to reinvent the wheel, but

15   we can go through the video, obviously -- that you

16   eventually you get put in handcuffs shortly after the

17   minute and 3 second mark you go on the ground?

18        A.    Yes.

19        Q.    Put your hands out to your sides?

20        A.    Yes.

21        Q.    And then you are put into handcuffs?

22        A.    Yes.

23        Q.    Then you are sat up but still on the ground

24   in a sitting position?

25        A.    I believe so.

                                    Ryan Gould
                              April 25, 2024                    180

1              Q.    We went through the things that you are
2      asking for.  A supervisor, right?
3              A.    I believe so.
4              Q.    You're asking to be arrested?  And I'm not
5      getting into why you're saying these things.
6              A.    Yes.  Yes.
7              Q.    You're asking about the law and if people
8      understand the law?
9              A.    Yes.
10             Q.    Okay.  You're also, you know, both yourself
11     and Officer Guerriero are kind of drawing back and forth
12     at each other?
13             A.    No.
14             Q.    Did you say pussy?
15             A.    I did say that.
16             Q.    Okay.  And you told us she was scared, she
17     cursed at you?
18             A.    I heard that on the video.
19             Q.    Okay.  And would you agree with me in all
20     of that discussion back and forth at no time do you say
21     please take me off the pavement because it's too hot?  Do
22     you agree with me on that?
23             A.    No.
24             Q.    Okay.  So if you don't mind pointing out
25     where you said that as I play this and if you need, again

1    you need to come closer, you need to hear it, please.

2                (Excerpts from the videotape deposition of

3            BETHANY GUERRIERO was played and transcribed to

4            the best of the reporter's ability as follows:)

5                OFFICER GUERRIERO:  Get down on the ground

6            now.  Get down on the ground.

7                RYAN GOULD:  What the fuck is this?

8                OFFICER GUERRIERO:  Get down on the ground.

9                RYAN GOULD:  What the fuck?

10               OFFICER GUERRIERO:  Because I told you not

11           to reach for anything.

12               RYAN GOULD:  I haven't committed a crime.

13           You don't have any --

14               OFFICER GUERRIERO:  Hands down to your side

15           now.

16               RYAN GOULD:  I haven't committed a crime.

17               (Video paused.)

18   BY MR. MORSE:

19           Q.   At any time where we've seen a minute

20   and 10 seconds would agree with me you just went on the

21   ground in what we just watched?

22           A.   I saw myself gingerly get down on to the

23   pavement.

24           Q.   Do you yell out the pavement's hot?

25           A.   No.

```
 1                    (Excerpts from the videotape deposition of
 2              BETHANY GUERRIERO was played and transcribed to
 3              the best of the reporter's ability as follows:)
 4                    OFFICER GUERRIERO:  Put your hands behind
 5              your back.
 6                    RYAN GOULD:  I don't know you.  You're the
 7              ones with a gun.
 8                    OFFICER GUERRIERO:  I'm detaining you right
 9              now.
10                    RYAN GOULD:  For what crime?  You're
11              detaining me for what crime?
12                    OFFICER GUERRIERO:  Because you don't want
13              to listen.
14                    RYAN GOULD:  That's not a crime.
15                    (Video paused.)
16   BY MR. MORSE:
17         Q.    At this point your crocks are off, right?
18         A.    Yes.
19         Q.    Officer Guerriero didn't take them off, did
20   she?
21         A.    I don't know.
22         Q.    Okay.  She didn't.  Do you recall her going
23   to your feet and taking your shoes off?
24         A.    I don't recall.
25                    (Excerpts from the videotape deposition of
```

1          BETHANY GUERRIERO was played and transcribed to

2          the best of the reporter's ability as follows:)

3              RYAN GOULD:  Are your body cams on?

4              OFFICER GUERRIERO:  Yes, they sure are.

5              RYAN GOULD:  I called you guys for help

6          because this guy is brandishing a gun at me.

7              OFFICER GUERRIERO:  Sit down.  Sit down.  I

8          didn't say --

9              (Video paused.)

10   BY MR. RICE:

11       Q.    We are at a minute and 40 seconds.

12             Would you agree with me at this point

13   you're being put into a seated position?

14       A.    I would say at that point I was trying get

15   off the hot cement or pavement.

16       Q.    Would you agree with me on the video you're

17   being put into a seated position?

18       A.    I see myself trying to get off of the

19   pavement.

20       Q.    Okay.  All right.  Let's keep watching it.

21   Let's keep going back.

22             (Video resumes.)

23             (Video paused.)

24   BY MR. MORSE:

25       Q.    So at this point you're on the ground at a

Ryan Gould
April 25, 2024                                    184

1    minute 26 seconds?

2          A.    It appears so.

3          Q.    And handcuffs are being put on you?

4          A.    Yes.

5          Q.    And you're facedown on the ground?

6          A.    I believe so.

7          Q.    Not in a seated position?

8          A.    No.

9          Q.    Okay.  At this moment are you yelling out

10   the pavement's hot?

11         A.    In my head.

12         Q.    Are you yelling out verbally so officers or

13   anyone can hear you?

14         A.    No.

15         Q.    Okay.

16               (Excerpts from the videotape deposition of

17         BETHANY GUERRIERO was played and transcribed to

18         the best of the reporter's ability as follows:)

19               OFFICER GUERRIERO:  Because you don't want

20         to listen.

21               RYAN GOULD:  That's not a crime.  You're

22         fucked.  Are your body cams on?

23               OFFICER GUERRIERO:  Yes, they sure are.

24               (Video paused.)

25

Ryan Gould
April 25, 2024                    185

```
 1    BY MR. RICE:
 2         Q.    Do you recall this independently, this
 3    verbal interaction?
 4         A.    I don't -- I don't recall much of that day.
 5    There was a lot going on.  I said a lot, you know.
 6         Q.    Sure.  Do you hear Officer Guerriero tell
 7    you that you're not listening?  Did you hear that?
 8         A.    On the video, yes.
 9         Q.    On the video?
10         A.    Yes.
11         Q.    And then you say, "that's not a crime."
12    Would you agree with me that's that interaction in that
13    moment?
14         A.    Yes.
15              (Excerpts from the videotape deposition of
16    BETHANY GUERRIERO was played and transcribed to the best
17    of the reporter's ability as follows:)
18              RYAN GOULD:  I called you guys for help
19         because this guy is brandishing a gun at me.
20              OFFICER GUERRIERO:  Sit up.
21              (Video paused.)
22    BY MR. RICE:
23         Q.    Do you hear Officer Guerriero say "sit up"
24    on the video?
25         A.    I do.
```

Ryan Gould
April 25, 2024                    186

 1          Q.    Okay.  And, in fact, you're being put into
 2    a seated position?
 3          A.    No.  She said "sit up" and I immediately
 4    tried to get up because the pavement was hot.
 5          Q.    Okay.  Did you verbalize that?
 6          A.    We would have to watch the video.
 7          Q.    Up to this point, we're at a minute and
 8    38 seconds, did you verbalize to any officer as we've
 9    just watched the video of the event, did you verbalize to
10    any officer that the pavement was hot?
11          A.    At that point in time I had much bigger
12    issues than the hot pavement that I was being held on.
13          Q.    So is the answer no?
14          A.    To the best of my knowledge.
15          Q.    Okay.  And but you did talk to her about
16    the law in those moments?
17          A.    I don't recall.
18          Q.    Okay.
19                (Excerpts from the videotape deposition of
20          BETHANY GUERRIERO was played and transcribed to
21          the best of the reporter's ability as follows:)
22                OFFICER GUERRIERO:  I'm detaining you right
23          now.
24                RYAN GOULD:  What crime?  You're detaining
25          me for what crime?

```
 1                    (Video paused.)

 2    BY MR. RICE:

 3          Q.    Did you hear yourself say at a minute

 4    and 25 seconds into a minute and 26 seconds you're

 5    arresting me or detaining me for nothing?

 6          A.    Yes.

 7          Q.    Okay.  In that moment you don't say

 8    anything about the pavement, correct?

 9          A.    No.

10                    (Excerpts from the videotape deposition of

11                 BETHANY GUERRIERO was played and transcribed to

12                 the best of the reporter's ability as follows:)

13                 OFFICER GUERRIERO:  You don't want to

14                 listen.

15                 RYAN GOULD:  That's not a crime.

16                    (Video paused.)

17    BY MR. MORSE:

18          Q.    Then do you hear Officer Guerriero at a

19    minute and 28, into a minute and 29 you say you don't

20    want to listen and then you say at a minute and 29 that's

21    not a crime.

22          A.    Yes.

23          Q.    Okay.  Again in that back and forth right

24    there nothing about the pavement out of your mouth on the

25    video?
```

```
 1              A.    I don't hear anything.
 2                    (Excerpts from the videotape deposition of
 3              BETHANY GUERRIERO was played and transcribed to
 4              the best of the reporter's ability as follows:)
 5                    RYAN GOULD:  Are your body cams on?
 6                    OFFICER GUERRIERO:  Yes, they sure are.
 7                    (Video paused.)
 8    BY MR. MORSE:
 9              Q.    And you hear yourself ask about the body
10    cameras?
11              A.    Yes, because I was worried I was about to
12    be murdered.  I wanted to make sure there was video
13    proof.  I was much more worried about that.
14              Q.    Again you don't say anything about the
15    pavement?
16              A.    No.
17                    (Excerpts from the videotape deposition of
18              BETHANY GUERRIERO was played and transcribed to
19              the best of the reporter's ability as follows:)
20                    RYAN GOULD:  This guy is brandishing a gun
21              at me.
22                    OFFICER GUERRIERO:  Sit down.  I didn't say
23              get up.  I said get down.
24                    RYAN GOULD:  Who the fuck is this?  Who is
25              your supervisor?
```

Ryan Gould
April 25, 2024                    189

```
 1                    (Video paused.)
 2    BY MR. MORSE:
 3         Q.    Will you agree with me that in this picture
 4    your left heel is on the ground?
 5         A.    That's how it appears.
 6         Q.    You're not holding it up off the ground?
 7         A.    I'm not sure.  I could have.
 8         Q.    I'm just asking you if in that picture at
 9    freeze frame we're at, a minute and 48, is your heel on
10    the ground?
11         A.    In this single second freeze frame, no.
12         Q.    Okay.
13              (Excerpts from the videotape deposition of
14         BETHANY GUERRIERO was played and transcribed to
15         the best of the reporter's ability as follows:)
16              RYAN GOULD:  I don't care.  You're not my
17         mom.  You're not my dad.  That's fine.  I don't
18         have a gun.  I haven't committed --
19              (Video paused.)
20    BY MR. MORSE:
21         Q.    Is your heel still on the ground at a
22    minute and 40 seconds?
23         A.    I can't see it but I would assume so.
24         Q.    Okay.  Heel still on the ground?
25         A.    It's hard to tell.
```

Ryan Gould
April 25, 2024                    190

```
 1                    (Video resumes.)

 2                    (Video paused.)

 3    BY MR. MORSE:

 4         Q.    Is your heel still on the ground at two

 5    minutes and 3 seconds?  Would you agree with me that your

 6    left heel is on the ground and your right heel that we

 7    see in the bottom right of the video?

 8         A.    I agree that I see on the video I'm only

 9    trying to touch the pavement with my heels.

10         Q.    Okay.  You're sitting on the pavement in

11    your shorts?

12         A.    Not by choice.

13         Q.    No, no, no.  I'm not asking why you're

14    there.  I'm just asking if you're sitting on the pavement

15    in shorts?

16         A.    Yes.

17         Q.    Would you agree with me up to a minute

18    and three seconds there's been verbal back and forth

19    between you and Officer Guerriero and although the other

20    officers don't respond much you're kind of interacting

21    with them?

22         A.    Yes.

23         Q.    Again to none of the officers do you yell

24    out the pavement is hot?

25         A.    No.
```

Ryan Gould
April 25, 2024                   191

1          Q.     Okay.

2                 (Excerpts from the videotape deposition of

3          BETHANY GUERRIERO was played and transcribed to

4          the best of the reporter's ability as follows:)

5                 RYAN GOULD:  What's your badge number?

6                 OFFICER GUERRIERO:  321 Guerriero,

7          G-U-E-R-R-I-E-R-O.  Make sure you spell it right.

8                 RYAN GOULD:  If you're this scared of a guy

9          in a swimsuit.

10                (Simultaneous, undecipherable crosstalk.)

11                RYAN GOULD:  For 20 years.

12                OFFICER GUERRIERO:  You're terrified of a

13         guy in a swimsuit.  I didn't --

14                (Video paused.)

15   BY MR. MORSE:

16         Q.     Do you recall in this interaction with you

17   on the ground Officer Guerriero saying to you at some

18   point let's take it down a notch?

19         A.     No.

20         Q.     If it's on the video would you dispute it?

21         A.     I wouldn't dispute hearing those words if

22   you played them for me on the video.

23         Q.     Now throughout this time period, including

24   when you're in the police car, why do you refuse to give

25   your name to all of the officers that asked you?

```
 1           A.    Because these are men that just showed up
 2      at my house and put me in handcuffs.
 3           Q.    So you refused to give your name?
 4           A.    Yeah.  I fear retaliation at some point.
 5                 MR. MORSE:  Okay.  We will mark Valerio's
 6           video as five.  We'll mark the complaint as
 7           Exhibit 6.
 8                 Do you guys need a copy of the paper
 9           complaint?  If have it if you want it.
10                 MR. ALEXANDER:  Going back to the old days
11           when we had to bring exhibits for everyone.
12                 MR. MORSE:  Yeah.
13                 (Plaintiff Exhibit 5 was marked.)
14                 (Plaintiff Exhibit 6 was marked.)
15      BY MR. MORSE:
16           Q.    So a lawsuit was filed on your behalf and
17      I'm referring to Defendant's Exhibit 6, actually it would
18      be the complaint.
19                 Do you see or do you have Defendant's
20      Exhibit 6 the complaint and summons in this case?
21           A.    What page?
22           Q.    The whole --
23           A.    Yes.
24           Q.    Is there a complaint filed on your behalf?
25           A.    I believe so.
```

1          Q.    Have you read this before?

2          A.    I don't think so.

3          Q.    Okay.  Did you -- whomever filed this on

4    your behalf, did you give them the information to file

5    it?

6                MR. RICE:  Objection; privileged.  I am

7          directing you not to respond.

8    BY MR. MORSE:

9          Q.    Okay.  Are there any allegations in here

10   that you believe are false?

11         A.    I don't believe so.

12         Q.    Take a minute to read the whole thing.

13         A.    Okay.

14         Q.    And let's take, I would like to because

15   this is important.  You filed the complaint.  So I would

16   like to take a five-minute break.  I would like you to

17   read the complaint.

18         A.    Okay.

19               (Recess taken, 3:59 p.m. to 4:07 p.m.)

20   BY MR. MORSE:

21         Q.    Did you have a chance to review Defendant's

22   Exhibit 6 which is the summons and complaint in this

23   action?

24         A.    I did.

25         Q.    This was a complaint that was filed on your

1  behalf that started the lawsuit against Bethany Guerriero

2  and Joseph Strzelecki?

3         A.    I believe so.

4         Q.    Is there anything in this complaint that

5  you believe is false as you've read it?

6         A.    Not as I've read it.

7         Q.    So the allegation, and again this is not a

8  question to try to trick you or ha ha.  I'm just -- a

9  complaint was filed.  It has allegations.  I just want to

10 know if you believe, since it's on your behalf, they're

11 true or false.

12        So everything on here is true to the best

13 of your knowledge?

14        A.    Yes.

15        Q.    If you could turn to Page 3 please and

16 Paragraph 18.

17        A.    Okay.

18        Q.    Okay.  And if we see on this whole page

19 this starts, the paragraphs, would you agree with me,

20 just starting to talk about when the police are starting

21 to arrive on the scene of the 911 calls.

22        A.    The first sentence mentions that they're

23 exiting their vehicles, yes.

24        Q.    And even if we go up when we see

25 Paragraph 14 right above that, Officer Valerio is on

 1   scene and he's -- you're referencing the interaction with

 2   you in 14?

 3         A.    It's referenced there, yes.

 4         Q.    Okay.  And then it says you were in a

 5   bathing suit at the time?

 6         A.    Yes.

 7         Q.    Okay.  And then it says Officer Valerio

 8   left you in the parking lot and went to the other

 9   parties, right?

10         A.    Correct.

11         Q.    Okay.  And then Paragraph 17 when it says

12   the defendant officers were next to arrive, that's

13   referring to Guerriero and Strzelecki?

14         A.    I believe so.

15         Q.    That's what we've been watching today on

16   the videos, their two cars pulling in, right?

17         A.    Yes.

18         Q.    Then Paragraph 18 says:  "As the defendant

19   officers exited their vehicle Gould was using his cell

20   phone which he then placed in a pocket of his swimsuit.

21   This conduct was visible to Defendant Guerriero."

22               Do you see that paragraph?

23         A.    I do.

24         Q.    Now would you agree with me you don't know

25   what was visible to Defendant Guerriero?

1        A.    I would agree.

2        Q.    Okay.  Then Defendant Guerriero, Paragraph

3   19 asks how Gould was doing, which is you, and asked you

4   to keep the hands out of the pockets.

5             Do you see that?

6        A.    That's what it says there.

7        Q.    Okay.  And then you replied, it says,

8   Paragraph 20, "Gould replied that he was not the person

9   with the gun."

10             Do you see that?

11        A.    I see that there.

12        Q.    Okay.  And then 21 says, "Gould grabbed his

13   cell phone and then held his arms out wide."

14        A.    I see that there.

15        Q.    Okay.  When you're referring to "grabbed

16   his cell phone," you're referring to you going into your

17   pocket to take your cell phone out, correct?

18        A.    I believe so.

19        Q.    Okay.  Then you reference in 22 "Defendant

20   Guerriero told Gould to put his phone down," and we saw

21   that on the video today, right?

22        A.    I believe so.

23        Q.    Okay.  And, again, this is the sequence of

24   events that you've alleged in this complaint.  Any reason

25   to doubt them from what we've talked about or looked at

Ryan Gould
April 25, 2024                    197

1    today from your memory of the incident?

2           A.    From what I can see here it, you know,

3    describes what we saw on the video.

4           Q.    Okay.  I want to and, again, I'm almost

5    finished so I may bounce around a little bit to try to

6    not duplicate what was asked earlier.

7                 You were asked earlier about the process

8    when you get to the Palm Beach Gardens Police station and

9    then you're taken to the county jail, right?

10          A.    Yes.

11          Q.    And then I believe you mentioned when you

12   get to the county jail you're not fingerprinted?

13          A.    Yeah, no.

14          Q.    Not strip searched?

15          A.    I don't believe so.

16          Q.    Do you think you would remember being strip

17   searched?

18          A.    No.  I don't know if they did any searching

19   or any of that.

20          Q.    They didn't ask you to take your clothes

21   off?

22          A.    No.

23          Q.    They didn't put you in what would be a blue

24   uniform?

25          A.    They left me in my swimsuit the entire

Ryan Gould
April 25, 2024                          198

1   time.

2          Q.    No booking photo to your recollection?

3          A.    Not that I've seen.

4          Q.    And are you -- would you -- did you try to

5    look on the sheriff's office website after this incident

6    to see if it was made public, an arrest?

7          A.    No.

8          Q.    Would you agree did anyone inform or do you

9    know that wasn't there because you weren't actually fully

10   arrested?

11         A.    No.

12         Q.    Okay.  So you don't know whether there is

13   something on the sheriff's office or anything?

14         A.    No, I don't know.

15         Q.    Okay.

16         A.    No.

17         Q.    But you never actually get into the county

18   jail, meaning changed out go into a cell have to see a

19   judge, hire a lawyer, none of that happens?

20         A.    I was left in my swimsuit the entire time.

21         Q.    Okay.  And then someone comes and gets you

22   and that's the end of your process at the county jail?

23         A.    I mean, yes, someone came and got me,

24   brought me out to the car and we drive away from the

25   county jail.

```
1        Q.    You're not brought back there from this
2   incident at any other time?
3        A.    No.
4        Q.    Okay.  After you are -- you're brought home
5   from the county jail?
6        A.    Yes.
7        Q.    Eventually handcuffs are taken off?
8        A.    Yes.
9        Q.    Who is the first person you spoke with when
10  you -- after you get taken home?
11       A.    I don't recall.
12       Q.    Take your time to think about it.  Did you
13  talk to anybody?  Let me ask you this:  When did you talk
14  to Sara?
15       A.    It would have either been Sara or my
16  parents.
17       Q.    Would you have called or texted them?
18       A.    Probably a call.
19       Q.    And what is your dad's name?
20       A.    Michael.
21       Q.    Okay.  What's Michael's, your dad's cell
22  phone number?
23       A.    (847) 220-0920.
24       Q.    Okay.  So we talked a little bit earlier
25  about this handle PBGPAT which you said stands for Palm
```

Ryan Gould
April 25, 2024                                        200

```
 1    Beach Gardens Police are trash, right?
 2         A.    Correct.
 3         Q.    And you formed that social media handle
 4    after May 9th?
 5         A.    Correct.
 6         Q.    What did you use that for?  What things did
 7    you post?  And talk to me about how this manifested
 8    itself, your social media presence related to the Palm
 9    Beach Gardens after the incident.
10         A.    On Instagram?
11         Q.    Any social media platform.
12         A.    I don't believe I really posted much on
13    Instagram.
14         Q.    When you say "much" what did you post on
15    Instagram?
16         A.    It wouldn't have been about this.  It is
17    mostly personal.
18         Q.    Did you post anything about this incident
19    at any time?
20         A.    I posted about this incident on YouTube.
21         Q.    Okay.  And was that the, I'm going to say
22    body worn camera videos.  Was that the videos you were
23    able to obtain from the Gardens police department?
24         A.    Correct, and from my neighborhood
25    community.
```

Ryan Gould
April 25, 2024                                    201

```
 1            Q.    The surveillance videos?

 2            A.    Correct.

 3            Q.    At any time, did you make any type of video

 4     about this incident yourself?

 5            A.    Yes.

 6            Q.    Okay.  And describe that to me.

 7            A.    I mean, I don't recall.  I would have to go

 8     back and watch them.

 9            Q.    Were they videos that --

10                  (Phone interruption.)

11     BY MR. MORSE:

12            Q.    So did you make a video with your phone,

13     like maybe I see on Tik Tok you're just talking into it?

14     Did friends make a video, multiple?  I'm just trying to

15     get at what you made.

16            A.    I don't really recall.  It was a year ago

17     and I don't really like watching all of that stuff so I

18     can't remember much.

19            Q.    Still on your YouTube page or did you take

20     it down?

21            A.    I haven't deleted anything off of it.

22            Q.    So everything?

23            A.    Everything I posted is still there.

24            Q.    It's still the same?

25            A.    Yes.
```

```
 1            Q.    From this incident?

 2            A.    Correct.

 3            Q.    Okay.  Did you do any type of Go Fund Me?

 4            A.    I believe I did.

 5            Q.    Okay.  How much did you raise for that?

 6            A.    It was pretty much canceled.  I'm not sure

 7   if I raised anything.  I canceled, you know, within a few

 8   days.

 9            Q.    Okay.  And what was the Go Fund Me for?

10   What was your pitch?

11            A.    Legal fees to, you know, correct the

12   situation.

13            Q.    Legal fees for the criminal action?

14            A.    For to take, you know, legal action against

15   these officers who I felt, you know, kidnapped me.

16            Q.    Okay.  How quickly after May 9th do you set

17   up a Go Fund Me?

18            A.    I don't recall.

19            Q.    I'm sorry, you said the police kidnapped

20   you?

21            A.    I believe so.

22            Q.    Okay.  In any of the statements that you

23   made do you recall if you told the viewing public that

24   you asked the police no less than six times to arrest

25   you?
```

1          A.    I don't recall.

2                MR. RICE:  Objection; form.

3    BY MR. MORSE:

4          Q.    Why did you refuse to give a statement to

5    Internal Affairs about this incident?

6          A.    Because they wouldn't allow me to record

7    myself there.

8          Q.    Okay.  So you describe to me what happened

9    when you went to give a statement?

10         A.    I went down there, spoke with the Chief of

11   police.  I started recording our interaction because at

12   that point, obviously, and then I was physically removed

13   from the police department after being -- they refused to

14   talk to me about it on camera.

15         Q.    Okay.  Did you bring with you the person

16   that created the complaint for you?

17         A.    I don't -- I don't know.

18         Q.    Were you by yourself?

19         A.    I don't recall.

20         Q.    And again I say that because --

21         A.    Yeah, Sara was with me sometimes.  I don't

22   know specifically which time I went to the police

23   department and city hall there that she was with me.  I

24   don't know if I went alone or with her.  That would have

25   been the only people, though.

Ryan Gould
April 25, 2024                                204

```
 1              Q.    Did Sara create the Defendant's Exhibit 4,
 2     the complaint to the police department?  Is that who
 3     wrote this up?
 4                    MR. RICE:  Objection; form.
 5              A.    Not that I know of.
 6     BY MR. MORSE:
 7              Q.    Who did?
 8                    MR. RICE:  Objection; form.
 9              A.    I don't know.
10     BY MR. MORSE:
11              Q.    Okay.  Have there been any other times in
12     your life that you've allowed other people to use your
13     name and likeness to file complaints or reports?
14                    MR. RICE:  Objection; potentially
15              privileged.
16                    MR. MORSE:  Okay.  I don't know what
17              "potentially privileged" means.
18                    MR. RICE:  I'm going to go on the record
19              and say that you asked him -- my understanding was
20              has he given other people permission to use his
21              name and likeness to file complaints or actions
22              based on this.
23                    MR. MORSE:  Prior to this incident.
24                    MR. RICE:  Prior.  Oh.
25                    MR. MORSE:  No, not about this incident.
```

1          Prior to this incident.

2               MR. RICE:  I misunderstand that.

3          A.    Yeah.  Prior to this, I have not, no.  I

4     have not knowingly allowed anyone to use my name or

5     likeness or image.

6     BY MR. MORSE:

7          Q.    So who possibly would have done this for

8     you, the Exhibit 4?

9          A.    I can't speak on that.

10          Q.    Are you claiming a privilege or you don't

11     know?

12          A.    I don't know.

13          Q.    Okay.

14          A.    I feel I've said that multiple times.

15          Q.    Okay.  That's fine.  So then how did you

16     know to go to the police department about this complaint?

17          A.    How did I know to go complain to the police

18     department about my complaint about the police

19     department?

20          Q.    Well, so let's look at Exhibit 4.  Let's

21     break it down because I think we'll get -- maybe this

22     will be helpful.

23               So this incident occurs on May 9, 2023.

24     The videos we've been watching, right, the incident and

25     your interaction with the Silvas and the Palm Beach

Ryan Gould
April 25, 2024                                           206

1   Gardens Police Department?

2           A.    Yes.

3           Q.    Do you recall about what time you get home

4   that day?

5           A.    No.

6           Q.    Was it dark out?

7           A.    I don't believe so.

8           Q.    Okay.  But it was probably at least mid --

9   what had time do you normally swim?

10          A.    At the exact time you see on the video.

11          Q.    The exact time.  So you're swimming in the

12  morning on the video?

13          A.    Correct.

14          Q.    So then through the process you probably

15  get home, again I'm not going to hold you to it, to mid

16  to late afternoon?

17          A.    Four to five, clock I would assume.

18          Q.    Four to 5 o'clock.  Okay.

19                So in the next approximately 16 hours --

20  because would you agree with me that Exhibit 4 this

21  complaint is sent to Karen Hernandez on May 10, 2023 at

22  1:26 p.m.?  Do you see at the top there?

23          A.    I see that there.

24          Q.    Okay.  So in that time period who would you

25  have -- who did you fill in to all of the facts as you

Ryan Gould
April 25, 2024                              207

1   perceived them so they would go and file this complaint?

2          A.    I don't recall.

3          Q.    You don't recall who you spoke with?

4          A.    I'm sure I spoke with Sara and my parents.

5          Q.    Okay.  Did you ask them?

6          A.    Maybe even Alex.

7          Q.    Did you ask them to file this complaint?

8          A.    I don't remember asking them.

9          Q.    Okay.  And you didn't file it?

10         A.    I don't remember filing it.

11         Q.    Okay.  Do you know how the police knew to

12   call you to come down that you wanted to record your

13   interaction with them?

14         A.    I believe I -- to the best of my knowledge,

15   I believe almost immediately after getting home I went

16   back to the police station --

17         Q.    Okay.

18         A.    -- to file a complaint.

19         Q.    But it's not this complaint?

20         A.    I believe in -- my memory is I got home,

21   got dressed, and then went down to the police station to

22   complain about this.

23         Q.    Okay.  And is that when you tried to record

24   it and then they removed you?

25         A.    I don't -- I don't believe.  I don't

Ryan Gould
April 25, 2024                    208

1   recall.

2          Q.    Did you go multiple times?

3          A.    Yes.

4          Q.    In the short time after May 9th?

5          A.    Yes.

6          Q.    So it would have been maybe within a few

7   days around that time period?

8          A.    Yeah.

9          Q.    Okay.  Do you recall what officers -- you

10  said you were removed from the police station.  Do you

11  recall what officers?

12         A.    Chief Clint Shannon.

13         Q.    Okay.  Do you know if Chief Shannon had a

14  body worn camera on?

15         A.    No.

16         Q.    You don't know or he didn't?

17         A.    I don't know.

18         Q.    Do you know if there's any video of that

19  interaction?

20         A.    Yes.

21         Q.    Who has that video?

22         A.    I have some of the video.

23         Q.    From your interaction at the Palm Beach

24  Gardens Police station?

25         A.    Correct.

Ryan Gould
April 25, 2024                                    209

1          Q.    Okay.  And you didn't get any criminal
2    charges in that interaction, did you?
3          A.    When they physically removed me from the
4    police department?
5          Q.    Yes.
6          A.    No.
7          Q.    Okay.  Did they give you a trespass
8    warning?  Do you recall?
9          A.    I believe they told me I was not allowed to
10   be there.
11         Q.    Okay.  And, again, this is not
12   Officer Guerriero or Officer Strzelecki is it?
13         A.    This is the head of the police department.
14         Q.    Okay.  Shannon I think you said?
15         A.    Clint Shannon.
16         Q.    And it's after May 9th?
17         A.    I don't -- I mean, we would have to look at
18   the video but I don't know exactly what date.  If the
19   video says it's after May 9th, I would believe that.
20         Q.    Let me do it this way because the date
21   doesn't matter.
22               After you're released there from the jail?
23         A.    Yes, after my arrest.
24         Q.    I believe you answered this and I'm sorry.
25               Have you ever filed a lawsuit before

Ryan Gould
April 25, 2024                          210

1    against anyone besides this lawsuit?

2           A.    No.

3           Q.    Any type of administrative complaint

4    against anyone?

5           A.    Not anyone in government as far as I'm

6    aware of.  I don't believe so.  Maybe a fast-food

7    employee who upset me.

8           Q.    Okay.  Would that have been through your

9    job with your dad's business maybe?

10          A.    Would what have been?

11          Q.    A fast-food employee?

12          A.    Sure.

13          Q.    Okay.  And any type of -- has a lawsuit

14   ever been filed against you?

15          A.    I don't believe so.  I mean, I've been in,

16   like, one or two accidents.  I don't really know, you

17   know, how that was resolved.  It was done through

18   insurance.

19          Q.    Auto accidents?

20          A.    Yeah, auto accidents.

21          Q.    And have you ever been a witness in, if

22   any, type of lawsuit?

23          A.    I don't believe so.

24          Q.    Ever had to give a deposition or testify

25   maybe for your dad's business for any reason, anything

1    like that?

2              A.    No.

3              Q.    Okay.  So generally speaking what are your

4    work hours?  I think you said you work about 50 hours a

5    week currently?

6              A.    Yeah.  I mean, it's nonstop.  So I wake up

7    around 6:00 a.m.  I start communicating all the speed of

8    service calls from the day before with all of the

9    managers.  I check in with them and see if, you know,

10   whatever.  If they need their -- need anything, they're

11   prepared for the day.  I then go to the gym.  I come

12   home.  I hop on the computer for a few hours.  I review,

13   you know, all of the deposits, you know, whatever, emails

14   all of that stuff.

15             Then around 11:00 I'll head into work where

16   I'm seen and visit anywhere from one to, you know, four

17   or five Burger Kings over the course of a few hours.  I

18   head home, you know, normally eat dinner and then start

19   communicating with the team about how dinner service

20   went, what their plans are for the rest of the night, and

21   then I am normally exhausted and knocked out about 9:30,

22   10 o'clock.

23             Q.    Go to sleep and get up and do it over

24   again?

25             A.    Over and over and over, yes.

1          Q.    The hamster wheel of life, right?

2          A.    Yes, yes.

3          Q.    Now maybe your commitments were different

4    when you worked for Lake Worth Medical Alliance, but did

5    you generally have sort of the same pattern in your life?

6    You would get up, exercise, work?

7          A.    Yes.

8          Q.    You know, and then do whatever, eat dinner,

9    be exhausted, go to sleep, get up and do it again?

10          A.    Yes.  I would work out later though when I

11   was at Lake Worth because their hours are shortened.  So

12   I mean, they're only opened nine to five.  It's doctor's

13   hours.  I can't really use that time to workout.  I have

14   to at least be visiting there.  With Burger King, you

15   know, 24 hours and such you have more leeway to work

16   around that.  But it was pretty much the same habits.

17          Q.    Pretty much the same habit, okay.

18          A.    Yeah.

19          Q.    Okay.  So is there -- let's take two

20   minutes and then I'll see if I'm done.

21                (Recess taken, 4:26 p.m. to 4:28 p.m.)

22                MR. MORSE:  I appreciate your time,

23          Mr. Gould.  I don't have any other questions for

24          you but you may have a few more.  Thank you.

25                MR. RICE:  I believe it's my turn.  I

1              believe I'm going to ask you to put the complaint,

2              I believe it's Exhibit 6.

3                      MR. MORSE:  Yes.

4                          REDIRECT EXAMINATION

5      BY MR. RICE:

6              Q.    If you could direct your attention to

7      paragraph 20 of that document.  Do you see it?

8              A.    Yes.

9              Q.    And I don't want you to talk about again

10     any conversations with your attorneys or any legal

11     information related to it.  But my question is,

12     Paragraph 20, did you personally write that statement?

13             A.    No.

14             Q.    Looking at Paragraph 20 is that statement

15     consistent or inconsistent or can't you tell with Officer

16     Guerriero's body worn camera?

17             A.    It seems consistent kind of with the body

18     cam.

19             Q.    And is the statement consistent

20     inconsistent or can't you tell with your personal

21     perception of the incident?

22             A.    It's inconsistent.

23             Q.    How so?

24             A.    I don't recall replying to her.

25                     MR. RICE:  Nothing further.

Ryan Gould
April 25, 2024                        214

```
1              MR. ALEXANDER:  Okay.  No questions.  Do
2         you want him to read or waive?
3              MR. RICE:  We'll read and sign.
4              MR. ALEXANDER:  All right, guys.
5              MR. MORSE:  Take care.
6              (Thereupon, the deposition was concluded at
7         approximately 4:29 p.m.  Signature and formalities
8         were not waived.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Ryan Gould
April 25, 2024                                215

1                    EXCEPT FOR ANY CORRECTIONS MADE ON
                     THE ERRATA SHEET BY ME, I CERTIFY
2                    THIS IS A TRUE AND ACCURATE TRANSCRIPT.

3

4                    RYAN GOULD

5

                     Sworn to and subscribed before me this
6
          day of                    2024.
7
     Personally known        or I.D. _____
8

9

10
                             Notary Public in and for the
11                           State of Florida at Large

12   My commission expires:

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH OF WITNESS

1

2

3    THE STATE OF FLORIDA        )
                                 )  SS:
4    COUNTY OF PALM BEACH        )

5

6

7              I, Robyn Maxwell, Registered Professional

8    Reporter, Registered Professional Reporter, Notary Public

9    in and for the State of Florida at Large, certify that

10   the witness, RYAN GOULD, personally appeared before me on

11   April 25, 2024 and was duly sworn by me.

12             WITNESS my hand and official seal this

13   13th day of May, 2024.

14

15   _____
     Robyn Maxwell, RPR, FPR, CLR
16   Realtime Systems Administrator
     Notary Public, State of Florida at Large
17

18   Notary No. HH 232817

19   My Commission Expires: 4/4/2028

20

21

22

23

24

25

```
 1              REPORTER'S DEPOSITION CERTIFICATE

 2

 3    THE STATE OF FLORIDA  )

 4    COUNTY OF PALM BEACH  )

 5

 6              I, Robyn Maxwell, Florida Professional

 7    Reporter, certify that I was authorized to and did

 8    stenographically report the deposition of RYAN GOULD, the

 9    witness herein on April 25, 2024; that a review of the

10    transcript was requested; that the foregoing pages

11    numbered pages 1 through 219; and that the transcript is

12    a true and complete record of my stenographic notes.

13              I further certify that I am not a relative,

14    employee, attorney, or counsel of any of the parties, nor

15    am I a relative or employee of any of the parties'

16    attorney or counsel connected with the action, nor am I

17    financially interested in the action.

18

19              DATED this 13th day of May, 2024.

20

21

22    _____

           Robyn Maxwell, RPR, FPR, CLR
23         Realtime Systems Administrator

24

25
```

1   ERIC ALAN RICE, ESQUIRE
    erice@floridatax.com
2

3   13th of May, 2024

4   RE:  Gould, Ryan  vs. Guerriero, Bethany, et al.

5   04/25/2024, RYAN GOULD, FLA 6672224

6       The above-referenced transcript is available for

7   review.

8       The witness should read the testimony to verify its

9   accuracy. If there are any changes, The witness should

10  note those with the reason on the attached Errata Sheet.

11      The witness should, please, date and sign the Errata

12  Sheet and email to the deposing attorney as well as to

13  Veritext at Transcripts-fl@veritext.com and copies will

14  be emailed to all ordering parties.

15      It is suggested that the completed errata be returned

16  30 days from receipt of testimony, as considered

17  reasonable under Federal rules*, however, there is no

18  Florida statute to this regard.

19      If the witness fails to do so, the transcript may be

20  used as if signed.

21      Yours,

22      Veritext Legal Solutions

23  *Federal Civil Procedure Rule 30(e)/Florida Civil

24  Procedure Rule 1.310(e).

25

```
1    RE:  Gould, Ryan  vs. Guerriero, Bethany, et ano  | FLA

2    6672224

3

4    DEPO OF:  RYAN GOULD              TAKEN:  04/25/2024

5                    E R R A T A   S H E E T

6    PAGE_____ LINE_____ CHANGE_____

7    _____

8    REASON_____

9    PAGE_____ LINE_____ CHANGE_____

10   _____

11   REASON_____

12   PAGE_____ LINE_____ CHANGE_____

13   _____

14   REASON_____

15   PAGE_____ LINE_____ CHANGE_____

16   _____

17   REASON_____

18   PAGE_____ LINE_____ CHANGE_____

19   _____

20   REASON_____

21

22   Under penalties of perjury, I declare that I have
     read the foregoing document and that the facts
23   stated in it are true.

24   _____    _____

25   RYAN GOULD                              DATE
```

## Exhibits

**EX 0004 Ryan G**
**ould 042524**
  3:9 74:11,12,
  16,19 75:5,20
  126:7 165:10
  204:1 205:8,
  20 206:20
**EX 0006 Ryan G**
**ould 042524**
  3:14 192:7,
  14,17,20
  193:22 213:2

## $

**$175,000**
  17:22 44:6
  45:8
**$20,000**  18:18
**$80,000**  17:20
  44:5

## 1

**1**  22:13 64:9,
  12,25 65:1,19
  66:7,17 67:9
  70:6 81:7,8
  83:7,20
  84:11,21
  87:22 88:8,14
  89:22 146:3
  164:13,25
  166:9
**10**  70:5,18
  131:19 181:20
  206:21 211:22
**10/10/91**
  21:18
**100,000**  18:7
**109**  8:1
**10th**  124:14
  131:16 132:13
  152:13

**11**  62:18
**11:00**  211:15
**11th**  152:14
**12**  34:25
  35:2,4 59:21
  141:19
  142:12,14
**12:55**  4:2
**13**  106:11,25
  110:10 130:22
**14**  194:25
  195:2
**14:30**  31:23
**15**  33:5 37:14
  63:24 130:22
**16**  178:22
  206:19
**17**  65:17
  195:11
**175**  18:4
**18**  66:2
  110:14 178:20
  194:16 195:18
**19**  77:18
  196:3
**1901**  11:1
**1:03**  178:9
**1:26**  206:22

## 2

**2**  22:14
  53:13,14
  58:2,16 59:3,
  7,22 60:14
  61:15 62:5,25
  63:8,17,23
  74:24 146:3
  165:14,22
  179:1
**20**  56:25 65:9
  79:7 97:10
  99:5 191:11
  196:8
**20/20**  178:23
**2009**  130:22

**2010**  21:16
**2012**  37:21
**2020**  20:8
**2022**  13:7
**2023**  8:18,22
  9:14 10:1,20
  11:11,14 12:8
  13:7 14:6,7,
  22 17:7 18:3
  40:6 41:15
  42:22 44:18,
  22 131:13,19
  132:13 135:5
  139:14 140:23
  144:24 148:21
  149:1 205:23
  206:21
**20s**  34:9
**20th**  14:7
  16:10
**21**  196:12
**22**  196:19
**23**  8:6 44:11
  128:24
**23-minute**
  72:19
**24**  212:15
**25**  160:4
  161:16 187:4
**26**  184:1
  187:4
**260**  141:9,16
**27th**  28:21
**28**  187:19
**29**  187:19,20
**2:16**  63:5
**2:20**  63:16
**2:31**  117:11
**2:41**  117:11

## 3

**3**  22:14,20
  23:23 24:5
  26:6,19
  28:20,22
  31:22,24

**77:2,3,15**
  79:4 104:10
  105:6 106:11
  146:3 179:17
  190:5 194:15
**30**  67:5 69:17
  71:17 72:7
  159:11
**32**  34:12 59:3
**321**  56:20
  65:4 97:6
  191:6
**36**  102:17
**36-minute**
  72:24
**37**  67:16
  106:25 160:20
**38**  186:8
**3:10**  147:6
**3:15**  147:6
**3:28**  102:5
**3:35**  101:19
  102:5
**3:39**  70:15
**3:48**  22:19
**3:59**  193:19

## 4

**4**  74:11,12,
  16,19 75:5,20
  126:7 165:10
  204:1 205:8,
  20 206:20
**4/20**  14:8
  138:20 139:5
**4/20/23**  15:18
**40**  183:11
  189:22
**45**  105:5
**47**  166:9
**48**  23:23
  105:5 189:9
**48-minute**
  73:4
**4:05**  23:23
  27:17

**4:07**   193:19
**4:26**   212:21
**4:28**   212:21
**4:30**   151:2

---

**5**

**5**   160:18
  192:13 206:18
**50**   35:8 68:4
  122:24 211:4
**50-plus**   37:18
**51**   173:2
  176:17
**53**   178:6,11
**54**   68:10
  176:16,19
**561 293-0255**
  133:20
**58**   145:5
  174:8
**5:00**   151:2

---

**6**

**6**   49:15
  109:17 192:7,
  14,17,20
  193:22
**60013**   7:25
**6:00**   211:7

---

**7**

**70**   125:6

---

**8**

**847 220-0920**
  199:23
**847 693-6984**
  130:20

---

**9**

**9**   144:24
  148:21 149:1
  205:23
**90**   59:5,14
**911**   81:12,16
  83:4 127:20,
  23 128:5
  154:8 155:20,
  22,23 156:1,
  5,8,11,13
  163:8 194:21
**9:30**   211:21
**9th**   9:25
  10:20 11:11,
  14 135:5
  140:10,16
  148:22 150:22
  151:8,19
  152:13 200:4
  202:16 208:4
  209:16,19

---

**@**

**@PBGPAT**
  144:12

---

**A**

**a.m.**   211:7
**ability**   22:22
  24:7 26:8,21
  28:24 32:1
  53:17 58:5,19
  59:10,25
  60:17 61:18
  62:8 63:3
  64:14 65:3,21
  66:9,19 67:11
  89:9 90:9
  91:8,22 92:7
  93:8 94:20
  101:22 102:22
  104:21 105:16
  106:14 107:10

159:2 161:3
164:17 167:8,
23 168:17
170:16 171:11
172:15 173:7,
20 175:1
177:21 181:4
182:3 183:2
184:18 185:17
186:21 187:12
188:4,19
189:15 191:4
**able**   37:6
  39:21 63:25
  124:18,20
  157:2,3
  158:13 200:23
**above**   135:25
  194:25
**abrasions**
  42:19
**absolutely**
  130:19
**absurd**   57:17
  62:12 67:1
  98:2
**accident**
  132:7 134:11
**accidents**
  131:15,18
  132:15
  210:16,19,20
**accounted**
  146:4
**accuracy**
  160:21 175:25
**accurate**   7:13
  44:6,19 75:5
  76:5 128:14
**acted**   113:16
  146:1,21
**action**   193:23
  202:13,14
**actions**
  113:14 125:13
  204:21
**active**   18:8

**actively**
  14:16
**activities**
  37:16
**address**   7:16
  10:25 13:18
  35:16 76:6
**addressed**
  84:6
**addresses**
  20:17
**administrative**
  210:3
**adopted**   124:5
**adult**   110:13,
  14
**adversely**
  42:16
**Affairs**   203:5
**affected**
  42:16
**affirm**   4:5
**affirmed**   4:12
**afford**   41:24
**African**   67:22
**aftermath**
  134:9
**afternoon**
  127:2 206:16
**aggressive**
  146:23
**ago**   77:20
  125:9 146:11
  201:16
**agree**   27:14
  46:18 47:21
  49:25 62:17
  64:1 67:5
  68:13 70:4
  71:11 72:2
  73:17 79:1,3
  101:4 108:9
  109:21 164:6,
  22 165:2
  166:3,10
  167:13,15,17
  168:4,7 172:5

173:16 174:3,
6,19 175:8,12
179:5,13
180:19,22
181:20
183:12,16
185:12 189:3
190:5,8,17
194:19 195:24
196:1 198:8
206:20
**agreed** 44:9
**ahead** 23:8
25:8 27:7
49:14 105:19
176:23
**Air** 130:25
**albeit** 176:7
**alcohol**
149:10
**alerting**
169:2
**Alex** 130:15,
16,21,23
131:1 132:18
207:6
**Alex's** 130:18
**Alexander**
4:15,19 9:23
10:3,8,18,23
14:12 16:1
22:18 23:13
24:22 26:16
27:12 28:20
29:24 31:8,
13,16,22
33:4,20 34:1
43:16,20 45:4
49:13 50:5,
15,20 52:2
57:21 58:8,13
59:1,13,19
60:4 61:1,13,
24 62:16,22
63:4,13,22
64:4,9 65:24
66:14 67:4,21
68:1,9 69:1,

15 70:3,11,
15,17 71:3,
20,24 72:6,
15,23 73:3,9,
16,22 74:9,13
76:25 79:21
80:12,16
81:4,10 83:2,
12 85:2,20
86:19 87:1
90:4,19,24
92:23 93:16
94:1,16 95:6
100:23 101:5,
13,18 102:4,
10,15 106:24
108:5,12
109:7 112:12
113:5,20
114:14,21
115:1,6,11,17
117:12 118:6
149:2,6
158:10,18
172:9 192:10
**allegation**
194:7
**allegations**
193:9 194:9
**allege** 109:18
**alleged**
109:19 196:24
**Alliance**
12:23,25
13:1,15 15:13
16:19 17:15,
20 18:14,17
34:14 138:4
140:13 142:9,
18 212:4
**allow** 203:6
**allowed**
113:24 159:23
161:11 204:12
205:4 209:9
**allowing**
81:11
**allows** 71:17

**alright** 176:5
**alter** 82:22
**amendment**
113:7
**American**
67:23
**Americans**
28:12
**and/or** 109:18
**Angie** 19:19
**anguish** 43:11
109:20,22
110:1
**Anna** 135:12
153:4 154:9,
25 156:4
**answer** 5:11,
12,14,15 6:6,
9 7:23 10:5,
16 15:13 17:4
23:18 49:15
50:7,16
107:21 186:13
**answered** 49:7
209:24
**answering**
6:2,4
**answers** 6:24
7:10 17:17
44:17 45:8
**anybody** 57:9
66:10 97:18
199:13
**anymore** 16:14
61:10 67:8
68:4
**anyone** 20:22
23:3 24:16
27:2 42:12,15
70:19 105:10
117:8 119:22
123:24 145:14
148:17 152:24
154:6,8
184:13 198:8
205:4 210:1,
4,5

**anyone's**
78:20
**apartment**
8:12 11:1,9
12:11
**apartments**
8:12
**appears** 17:19
73:7 85:19
174:9 177:4
184:2 189:5
**applications**
14:20,25
15:18
**applied** 15:11
**appointments**
110:24
**appreciate**
5:12 212:22
**approach**
155:9
**approaching**
174:4
**appropriate**
80:1
**appropriately**
79:8
**approximate**
21:7
**approximately**
45:8 140:23
206:19
**April** 13:5,7,
11 14:6,7
16:10 44:22
139:13
**area** 12:22
21:11 35:14
51:2,24 68:3
69:3 71:12,14
72:1,13,20,25
73:5,25 135:7
136:1 156:22
157:11 158:1
164:8 174:13
175:12
176:18,20,23
177:2,8

Ryan Gould
April 25, 2024

4

argue   5:10
arguing   79:6
 114:22
argument
 82:10
Arismendi
 130:15
arm   63:11,12
 159:4
armed   169:21
 172:25
arms   40:19
 196:13
around   22:5
 77:22 87:7
 100:4 102:2
 135:14 138:25
 151:1,3
 156:20 159:7
 165:2 175:18
 176:14 197:5
 208:7 211:7,
 15 212:16
arrangements
 110:24
arrest   6:14
 11:13,17
 12:1,16 14:13
 23:8 26:9
 27:7 47:22
 50:1 69:4,7
 70:19,24 93:9
 94:7 103:3,6,
 12 104:22,23,
 24 105:17,18
 106:16,22
 107:1,13
 108:1,8
 113:2,7,8
 198:6 202:24
 209:23
arrested
 11:21 36:25
 38:3 49:22
 50:9 61:5,7
 68:22 69:8
 70:8 71:5
 93:23 107:5

108:14 145:15
 180:4 198:10
arresting
 50:1,17 54:14
 74:5 94:9
 106:20 113:1
 187:5
arrive   119:2
 152:24 194:21
 195:12
arrived   52:4,
 11,13,17,19
 118:19 154:20
 156:15,17
arriving
 52:16 158:6
asked   23:15
 24:25 26:18
 27:13 47:15,
 22 60:19
 95:19 100:24
 101:4 109:15,
 17 118:13
 127:7 140:14
 153:15,17
 163:13,16
 191:25 196:3
 197:6,7
 202:24 204:19
asking   5:3,25
 39:10 147:8
 156:8 163:22
 164:3 169:4
 180:2,4,7
 189:8 190:13,
 14 207:8
asks   5:17
 196:3
assess   79:9
assessment
 128:1
assist   16:3
Assisted   74:5
assume   30:5
 46:14 189:23
 206:17
assumed   30:17
 39:12 163:7

assumption
 30:11 45:11
assumptions
 30:15
athletics
 136:10
attend   22:3
attendance
 36:13
attended
 21:19 22:2
 46:2
attorney   4:19
 5:17 24:1
 28:1,8 39:12,
 13 45:18
 118:14 126:17
attorneys   7:4
 126:22
audience
 31:5,10,18
 33:2,6,11
audio   63:25
 86:15
August   8:17
aunt   19:15
Aunts   20:1
auto   210:19,
 20
avoid   5:5
aware   15:15
 18:16,25
 39:5,9,14
 45:23 49:4
 86:11 146:15
 210:6

         B

back   5:13
 6:20 12:12
 15:2,19 19:1,
 4 25:19 30:9
 34:18 39:22
 40:19,20,22
 41:3,5,6,15,
 19 42:4,12

47:6 53:9
 61:6 62:19
 68:3 70:12,15
 71:12,13
 72:1,19,24
 73:4,25 77:2
 78:7 81:4
 82:5 85:22
 92:15 94:10
 109:16 111:7
 112:21 118:9
 121:6 122:15,
 16 128:16
 136:25
 139:14,17,18
 140:3,6,10,
 14,17,23
 143:7,8,19
 151:2 152:14
 155:3,13
 157:25 159:9
 163:18 164:8
 173:17 174:4,
 6,12,13,17,19
 177:6 178:24,
 25 180:11,20
 182:5 183:21
 187:23 190:18
 192:10 199:1
 201:8 207:16
backwards
 178:4
bad   14:9 81:1
 113:16,22
 131:23
badge   56:19
 64:24 97:5
 191:5
Baldwin   8:10
based   49:25
 204:22
basically
 57:6 61:21
 97:15
basis   45:13
 70:23 118:3
 141:25 142:1
bathing
 87:15,17

119:20 195:5
**bathroom**
147:3
**beach** 9:2,13
10:24 12:11
38:9,13 48:15
49:3 51:2,7
75:23 76:1,13
79:1 99:7
112:24 116:6,
15,19 117:3,
6,15 121:18
122:16
124:11,15
126:7 135:25
136:2 145:5
148:9 197:8
200:1,9
205:25 208:23
**Beer** 149:12
**began** 4:2
17:7 18:2
40:6
**beginning**
8:22 12:7
31:23
**behalf**
165:12,13
192:16,24
193:4 194:1,
10
**behind** 40:19
92:15 158:1
176:19 177:2
182:4
**believe** 8:5,
10,21 13:4
18:15 20:7
23:20 36:1,22
40:10 42:23
44:12 47:12
48:17,21
59:18 60:7
61:4 63:20
65:18 66:3
72:4 80:8,13,
17,18,25
81:13 82:11,
16 88:24

93:22 94:5,8
106:8 110:10
111:4 113:22
116:22 119:3,
6,16,19,21,25
120:10 121:8,
23 122:13,18
123:1,23
124:20 125:25
126:9 127:24
128:2,9,24
131:7,21,24
132:6,12
139:6 144:6
145:10
148:11,19
151:11 153:1,
5 154:13,17
155:10 156:25
157:3,10
162:24 169:15
170:9 179:25
180:3 184:6
192:25
193:10,11
194:3,5,10
195:14
196:18,22
197:11,15
200:12 202:4,
21 206:7
207:14,15,20,
25 209:9,19,
24 210:6,15,
23 212:25
**believed**
116:7
**belly** 82:19
**belong** 36:6
**belt** 137:13
**bench** 119:24
**benchmark**
53:10
**Benedetto**
135:12 153:24
155:16 156:4
**benefit** 27:25
28:3 33:15

**besides** 12:4
48:19 154:7
210:1
**best** 12:6
13:6,17 17:3,
6 20:6 22:6,
22 24:7 26:8,
21 28:24 32:1
44:20 49:9
50:23 51:9
53:16 58:4,18
59:9,24 60:16
61:8,17 62:7
63:2 64:14
65:3,21 66:6,
9,19 67:11
70:22 75:7,13
76:17 86:4,14
89:9 90:9
91:8,22 92:7
93:8 94:20
101:22 102:22
104:21 105:16
106:14 107:10
112:10 129:2
130:13 131:23
135:13
153:11,12
155:8 159:1
161:2 164:17
167:8,23
168:17 170:15
171:10 172:15
173:7,20
175:1 177:21
181:4 182:3
183:2 184:18
185:16
186:14,21
187:12 188:4,
19 189:15
191:4 194:12
207:14
**Beth** 162:15
164:13
**Bethany** 22:13
39:3 50:2
89:8 90:8
91:7,21 92:6

93:7 94:19
95:24 101:21
102:21 104:20
105:15 127:5
164:16 167:7,
22 168:16
170:15 171:10
172:14 173:6,
19 174:25
177:20 178:7
181:3 182:2
183:1 184:17
185:16 186:20
187:11 188:3,
18 189:14
191:3 194:1
**better** 37:25
109:5 110:20
128:19 145:2
**bicycle**
132:3,4
**big** 14:11
35:22 41:21
110:5
**bigger** 37:24
186:11
**bike** 131:21,
23 132:1,3
134:11 136:15
151:15,25
152:2,8,15,17
**Bill** 19:19
**biographical**
76:4
**birth** 21:17
**bit** 74:10
128:18,19
137:23 143:8
146:25 197:5
199:24
**black** 101:15
102:6
**blame** 117:23
**block** 35:19,
22
**blue** 177:7
197:23

boat   35:25
boating   36:1
bodily   109:18
body   22:13,21
  24:6 26:7,20
  28:23 31:25
  32:24 42:18
  53:7,15 54:24
  58:3,17 59:8,
  23 60:15
  61:16 62:6
  63:1,9,18
  64:13 65:2,20
  66:8,18 67:10
  70:6 72:10,11
  77:4,16 79:5
  81:9 83:8,21
  84:12,22 86:6
  87:23 88:9,15
  89:23 92:24
  94:21 95:4
  109:12,13
  112:8,17
  127:14
  128:10,12
  137:16 158:25
  160:18 161:1
  163:14,22
  164:4,14
  165:24 179:11
  183:3 184:22
  188:5,9
  200:22 208:14
body-worn
  6:18 22:12
  57:25 59:20
  67:17 81:5
  124:19
bonuses   18:24
booked   120:5
booking   198:2
born   21:11
boss   98:14
  138:24
bottom   190:7
bought   77:19
  150:16,17

Boulevard
  136:23
bounce   197:5
bound   40:19
brain   132:15
brandishing
  55:4 96:2
  183:6 185:19
  188:20
break   5:21,22
  193:16 205:21
brief   155:1
bright   150:18
bring   99:15
  112:8 192:11
  203:15
bro   55:6
brother
  129:17 130:3
  134:1
brought
  119:4,7
  120:2,3,18
  121:12 198:24
  199:1,4
brutally
  49:22 50:8
buddy   29:4
bunch   121:1
Burger   35:1,
  2,5 139:20,23
  140:1 141:10
  142:15 211:17
  212:14
burned   42:15
business
  13:16 29:3,19
  141:2 210:9,
  25
busy   135:4

---

### C

---

cage   51:6
California
  130:25

calisthenics
  37:11 137:10
  147:13 148:4
call   22:13,14
  32:14,20
  35:14 40:1
  82:12 104:15
  127:21 128:4
  132:25 133:13
  139:16 140:6,
  16 141:2
  155:20 156:11
  160:17 163:6
  172:6 199:18
  207:12
called   36:8
  55:3 81:12,16
  83:4 94:23
  96:1 99:19
  105:7,10
  115:7 127:23
  140:2 155:22,
  23 156:13
  159:14 169:20
  183:5 185:18
  199:17
caller   156:1
calling
  115:18 128:1
calls   154:8
  163:9 194:21
  211:8
calm   32:6
  100:6,10
calmer   146:6
cam   22:14
  32:24 70:6
  72:10,11 86:6
  179:11
cam's   54:24
camera   22:12,
  21 24:6 25:19
  26:7,20 28:23
  31:25 53:7,9,
  15 58:3,17
  59:8,20,23
  60:15 61:16
  62:6 63:1,9,

18 64:13
  65:2,16,20
  66:8,18
  67:10,17
  77:4,16 79:5
  81:5,9 83:8,
  21 84:12,22
  87:23 88:9,15
  89:23 92:25
  124:19
  128:10,12
  159:1 160:18
  161:2 164:14
  165:25 200:22
  203:14 208:14
camera's
  57:25 63:24
cameras   6:18
  109:9,12,13
  127:14 160:6
  161:18 163:14
  188:10
cams   94:21
  163:22 164:5
  183:3 184:22
  188:5
canceled
  202:6,7
captive   30:9
  51:6
captivity
  117:7
car   9:11
  25:19 30:10
  37:20 42:4
  75:9 117:22
  118:10,20
  131:15 162:23
  163:18 165:1,
  5,17 167:3
  169:6 175:10
  179:3 191:24
  198:24
carabiner
  172:8,11
card   36:16
  139:8

cardio  37:10
137:6,8,9
care  42:24
43:2,6 55:21
96:14 99:2
134:15 189:16
carrying
63:12 77:17
cars  152:3
164:7,10
195:16
case  4:20
6:10,25 14:14
192:20
Caucasian
101:14
caught  132:12
caused  82:24
causing
175:22
cell  116:15,
21 117:1,15
170:6 195:19
196:13,16,17
198:18 199:21
cement  40:17
183:15
chained  49:22
50:8
chance  7:6
42:5 74:15
75:8 78:12
127:20 165:16
179:2 193:21
change  144:23
151:2
changed
143:24 144:3,
5 198:18
channel  33:10
144:10
charge  46:7,
11,14,15
57:16,17
62:11 66:25
67:1 95:19,20
98:1,2
100:13,21,25

101:7 103:13
charges  45:22
160:9 161:21
209:2
charity  136:6
143:11
chatting
122:9
check  8:6
13:4 14:23
16:8,25 20:6
40:10 211:9
checked  41:10
chest  85:15
Chicago  15:13
21:23 44:4,6
118:15,16
129:21,22
130:4 141:5
Chicagoan
7:17
Chicagoland
21:11 35:14
chief  39:1,5
125:1,2,18
203:10
208:12,13
chief's
125:15
chiropractor
111:15
chiropractors
41:9,18
choice  190:12
choosing
79:15
chose  11:25
circumstance
146:3,6
city  19:16
36:10 122:15
124:19 136:20
203:23
civilian
154:7
civilians
78:24

claim  40:15
41:19 43:12,
17 45:14
51:11,19 74:3
110:2
claiming
205:10
classes  22:7
46:2
CLC  22:7
clear  169:25
172:25
clearly  86:15
Clementine
136:1
client  8:24
48:3
client's
69:11
climbers
172:12
Clint  39:1
208:12 209:15
clip  24:23
77:1 172:9
clips  42:3
178:5
clock  206:17
clocks  142:4
close  129:23,
24 133:21
closer  86:7
175:20 177:10
178:10 181:1
clothed  121:1
clothes  87:5
137:21 197:20
clothing
40:18 120:12
club  36:6
54:7 136:10
clubhouse
68:21 73:5,7
116:5 156:21
178:8
co-counsel
127:5

coach  142:6
cold  20:13
collected
138:25
college
21:20,22
22:10 34:15
46:3
colleges  22:3
colloquy
29:25
combat  29:13
come  9:20
11:7 14:2
32:2,23 45:7
56:6 112:17
121:5 139:17
140:3,7,10,
14,17 141:4
143:6 153:16
160:1 161:12
179:10 181:1
207:12 211:11
comes  46:15
140:10 159:10
166:2 179:5,8
198:21
comfortable
37:3,4
comments  46:5
104:10
commit  56:9
57:13 66:21
96:22 97:22
98:19 99:1
commitments
212:3
committed
54:2,6 56:4
92:8,11 96:19
99:11 173:22
181:12,16
189:18
communicate
129:25 134:2
communicating
211:7,19

community
  200:25
company
  12:22,23
  13:9,18,24
  14:3,8 16:24
  17:7 18:9,18
  34:14,24
  39:24 44:23
  111:11,14
  137:25 139:17
  141:20 142:20
compensation
  18:4
complain
  205:17 207:22
complained
  42:12,15
complaint
  38:18,21,24
  39:2,18 75:23
  76:1 109:19
  126:10,13
  165:11 192:6,
  9,18,20,24
  193:15,17,22,
  25 194:4,9
  196:24 203:16
  204:2 205:16,
  18 206:21
  207:1,7,18,19
  210:3
complaints
  33:1 125:16
  126:6 204:13,
  21
complete  6:5
completely
  6:1
complied
  75:15
computer
  15:16 158:21
  211:12
concealed
  159:8 170:6
concrete
  110:24

condo  20:18,
  24 129:7
  135:4
condominium
  20:20 122:19
  128:22
condominiums
  134:19
condos  134:22
conduct  76:13
  102:11 195:21
connect
  158:13
connections
  31:1
consider
  78:17
consist  37:8
consistent
  144:14
constantly
  87:11
consume  149:9
contacted
  111:11,14
contained  7:9
container
  150:17
contend  70:23
contending
  111:19 112:1
content  39:11
  125:10
contention
  41:2 113:13
  176:17
continue
  16:16 64:6
continued
  154:17
continues
  67:20,25 68:8
  69:13 70:1,16
  71:23 72:5
continuos
  129:7

conversation
  61:9 64:5
conversations
  39:11,13
  116:11
  117:16,25
  119:17 121:25
  125:10
Cook  35:12
cop  99:3
cops  80:17
copy  124:18
  192:8
cordial
  117:20 118:2
corner  153:13
corporate
  141:12
correct  8:3
  12:9 14:1,5
  16:22 17:21,
  24 20:16 22:1
  33:13 34:20,
  22 35:6,15
  39:4 41:16
  44:2,7,25
  51:3 52:8,20,
  23,25 67:24
  68:11,15,17,
  22 72:22
  73:13 79:2
  86:9 95:14
  127:15,19
  137:22 139:15
  140:9,11,18,
  21 141:21
  142:11 144:13
  145:9,20
  155:2,5,17,19
  157:6 162:13,
  17 163:10,15
  170:7,8 187:8
  195:10 196:17
  200:2,5,24
  201:2 202:2,
  11 206:13
  208:25

corrective
  178:13
correctly
  49:8 50:8,12
could've
  44:13
counsel
  101:10,11
counseling
  109:25 110:1
count  113:7
  119:11
counts  113:6
county  9:3,13
  35:12,13
  48:15 49:4
  51:8 117:15,
  16,17 118:1,
  19,22 120:2
  126:11 197:9,
  12 198:17,22,
  25 199:5
couple  81:6
  153:1 154:4
course  6:11
  18:25 52:21
  55:1 211:17
court  4:3 5:2
  11:1 45:25
  151:5
Cousins  20:3,
  4
cover  111:3,
  8,12,15
coverage
  40:1,3,9,11
  41:7 111:3,6,
  10
covered  88:3
COVID  20:10
  139:23
Craigslist
  8:12
create  204:1
created
  203:16

crew 141:16
crime 54:2,6,
19,22 56:4,10
57:13 66:21
69:18,22
92:8,11 93:14
94:25 95:3
96:19,22
97:22 98:19
99:1,10,14,
17,21,25
101:23 102:24
103:4,7
106:17 173:22
181:12,16
182:10,11,14
184:21 185:11
186:24,25
187:15,21
criminal
45:17 202:13
209:1
crocks 182:17
CROSS-
EXAMINATION
126:24
crossed
176:18
crosstalk
55:14,23
92:10,13
96:10 97:9
98:6,25 99:24
100:9,12,16
102:23 103:1,
11 107:18
151:4 191:10
crowded
152:20,22
Crystal
36:11,12
cuffs 75:15
123:13
current 7:16
37:22 117:23
cursed 180:17
custody 23:25
25:8 28:7

48:13
customers
138:18
cute 100:15

—————————

D

dad 19:23,25
34:17,19 35:2
96:16 139:14,
16,19 140:14
189:17
dad's 16:23
34:24 44:23
199:19,21
210:9,25
daily 82:4
141:25 142:1
damage 50:22
damages 43:9,
12,17 45:15
dangerous
80:6
daring 106:5
dark 206:6
date 6:13
16:23 17:5
21:17 46:17
143:2,19
209:18,20
day 14:11
16:16 42:11,
14 47:22 75:6
79:17 123:18,
22 124:16
134:20 138:4,
8,13,21,22
139:5 142:2
143:18
148:21,24
150:17 151:17
185:4 206:4
211:8,11
days 21:5
36:19 37:9,17
137:1,2,3
192:10 202:8
208:7

deadly 78:18
death 78:12
decade 17:11
decide 20:12
decision
8:19,21 9:25
10:20 11:15,
18,21 12:7
70:25
deem 6:9
defendant
195:12,18,21,
25 196:2,19
Defendant's
164:13,24
166:8 192:17,
19 193:21
204:1
defendants
4:20
Defense
160:17
Definitely
146:24
degree 22:10
deleted
201:21
demarkation
148:15
denied 140:11
depart 66:16
departed 53:2
departing
57:25
department
9:3 38:19
48:15 76:13
112:24 116:6,
12,16,19
117:3,6
124:11 125:23
126:11 200:23
203:13,23
204:2 205:16,
18,19 206:1
209:4,13

depend 149:16
depo 131:14
deposition
4:21,22 89:7
90:7 91:6,20
92:5 93:6
94:18 95:23
101:20 102:20
104:19 105:14
106:12 107:8
111:24 164:15
167:6,21
168:15 170:14
171:9 172:13
173:5,18
174:24 177:19
181:2 182:1,
25 184:16
185:15 186:19
187:10 188:2,
17 189:13
191:2 210:24
deposits
138:24 139:1
211:13
derive 27:24
28:4 33:15
describe
109:17 141:23
145:22 201:6
203:8
describes
197:3
description
74:21 75:5
165:21
designate
43:6
desire 47:2
detain 22:24
23:3 24:12,16
26:23 27:2
54:7 57:9
66:22 68:11
69:22 97:18,
23 98:20
114:10

**detained**
54:17 57:6
61:21 68:15
69:17 97:15
**detaining**
54:16,18
93:11,13,18
94:6,8,9,24
100:4 182:8,
11 186:22,24
187:5
**diagnosed**
40:21
**diagnosis**
40:22
**diagonal**
178:3,5
**died** 78:25
**difference**
113:11
**different**
100:24 212:3
**differently**
81:24 146:4,5
**difficulty**
43:19 44:14
**dinner** 136:2
142:25 143:2
211:18,19
212:8
**direct** 4:14
10:15
**directing**
193:7
**direction**
164:9
**disagree**
118:3 175:14
**discharge**
76:18
**discharges**
112:15
**disclose**
39:10
**discs** 40:24
**discussion**
158:24 180:20

**discussions**
121:24
**dislike** 28:12
**displeased**
125:15
**displeasure**
106:19
**dispute** 123:9
191:20,21
**distance**
175:22
**distinguish**
90:6,22
**district**
141:17
**doctor** 13:21,
25 15:1
111:8,16
178:19
**doctor's**
138:5,16
212:12
**doctored**
111:24
**doctors** 41:9,
17,21 42:21
110:5 134:13
**document**
49:18 74:17
75:22
**documentation**
14:19 15:15
**dog** 35:18
124:3,4 130:4
147:11
151:12,14
**doing** 29:1,10
33:15 67:7
80:9 83:10,
17,23 84:4,5,
18,24 88:3,17
89:2,11 90:11
137:8 138:9
141:25 143:17
147:2,9,19
148:5 158:18
163:7 164:19
167:10,14

168:19
171:13,19
196:3
**don** 91:2
**Donald** 136:22
**double** 17:25
45:1,3,5,6
**doubt** 128:3,
13 149:7
160:21 162:19
163:2 172:2
196:25
**drawing**
180:11
**drawn** 167:18
**dressed**
207:21
**drinks** 149:15
**drive** 37:20
112:18 198:24
**drugs** 150:8,9
**dry** 87:20
112:15
**dubbed** 111:25
**dude** 29:12
**duly** 4:12
**duplicate**
197:6
**duties** 34:23
141:23

**E**

**earlier** 42:4
117:13 118:13
124:8 151:1
163:11,19
164:13 197:6,
7 199:24
**early** 16:11
138:23 139:2
**earning** 17:20
**easier** 5:1
175:21
**easily** 158:13
**easy** 158:15

**eat** 211:18
212:8
**eating** 37:19
**economic**
43:9,10,12,17
45:14,15
**Edge** 36:9,12
37:9
**edibles**
149:22
**eight** 138:5,
13 150:24
**either** 8:5,17
107:12
110:14,16
136:22 142:24
165:13 199:15
**electronics**
158:15
**elevated**
170:21
**elicit** 150:9
**email** 76:6
124:14 133:15
**emails** 16:8
130:10 211:13
**emotional**
109:25
**employee**
210:7,11
**employees**
141:7,11,13
142:16
**employment**
14:25 15:7
16:18 44:4
137:24
**empty** 134:23
**en** 118:17
**encounter**
38:10
**encountered**
122:20
**encounters**
38:8
**end** 8:22 12:7
13:11 33:6

44:22 45:6
50:11 198:22
**ending** 13:5
15:12
**enforcement**
23:24 38:18
126:11
145:12,14
**engage** 133:21
155:12
**engaging**
157:7,19
**engines** 15:6
**enjoy** 108:25
**enjoyed**
108:23
**enlarged**
82:19
**entail** 35:9
**Enterprises**
16:20 17:13
18:3,13 35:1
39:23 40:6
141:8,12
142:17
**entire** 120:18
175:13 197:25
198:20
**entrance**
156:23
**equipment**
16:12 137:16
**espoused**
122:14
**essentially**
15:22
**estimate**
17:3,4,6
119:10,12
**event** 43:19
47:6 85:22
144:17,24
166:20 186:9
**events** 51:23
52:21 91:1
110:2,7,17
196:24

**eventually**
139:14 179:16
199:7
**everyday**
142:6 160:5
161:17
**everyone** 23:3
24:16 27:2
29:8 142:4
192:11
**everyone's**
32:24 53:8
**everything's**
139:3
**exact** 206:10,
11
**exactly**
209:18
**EXAMINATION**
4:14
**examined** 4:12
**excerpts**
22:20 24:5
26:6,19 28:22
31:24 53:14
58:2,16 59:7,
22 60:14
61:15 62:5,25
63:8,17 64:12
65:1,19 66:7,
17 67:9 77:3,
15 79:4 81:8
83:7,20
84:11,21
87:22 88:8,14
89:7,22 90:7
91:6,20 92:5
93:6 94:18
95:23 101:20
102:20 104:19
105:14 106:12
107:8 158:25
161:1 164:15
167:6,21
168:15 170:14
171:9 172:13
173:5,18
174:24 177:19

181:2 182:1,
25 184:16
185:15 186:19
187:10 188:2,
17 189:13
191:2
**excited**
146:23
**excluding**
39:13
**Excuse** 65:22
100:20
**exercise**
136:12 147:1
151:17 212:6
**exercises**
82:4 137:3
**exhausted**
160:3 161:15
211:21 212:9
**exhibit**
22:13,14,20
23:23 24:5
26:6,19
28:20,22
31:22,24
53:13,14
58:2,16 59:3,
7,22 60:14
61:15 62:5,25
63:8,17 64:9,
12,25 65:1,19
66:7,17 67:9
70:6 74:11,
12,16,19
75:5,20 77:2,
3,15 79:4
81:7,8 83:7,
20 84:11,21
87:22 88:8,14
89:22 104:10
105:6 106:11
126:7 128:17
160:18
164:13,25
165:10 166:9
192:7,13,14,
17,20 193:22
204:1 205:8,

20 206:20
**exhibits**
146:3 192:11
**exited** 32:10
195:19
**exiting**
194:23
**expenses**
43:23
**expired**
139:9,10
**explain** 7:1
17:1 25:5
30:3 39:21
44:8 47:14
57:15 62:10
66:24 85:21
97:25 98:7
100:3 101:15
102:1,6
108:13 139:18
141:24
**explained**
57:7 65:22
97:16 134:8
**explaining**
151:9
**expression**
26:17
**Extremely**
125:17
**eye** 178:19

---

**F**

**Facebook**
30:22,23
143:23
**facedown**
184:5
**facial** 26:17
**facilities**
41:9
**facility**
122:16
**fact** 9:13
11:14 76:21

82:20 157:18
178:9 186:1
**facts** 44:9
206:25
**failed** 49:24
50:10
**fair** 59:3
86:8 123:17
**fairly** 122:14
**faith** 113:17,
22
**false** 28:7
113:7 193:10
194:5,11
**falsely** 27:25
**family** 11:3
12:5 19:4,10,
20 129:6
146:14,15,21
148:17
**Famous** 158:16
**far** 70:12
76:5 122:9
142:19 210:5
**fast** 106:10
**fast-food**
210:6,11
**father** 9:10,
15,19 11:4,8
12:10 18:8
20:18,20
140:9,25
**father's**
12:18 17:7
18:18 34:14
137:25
**fear** 25:9,13
33:19 159:17
161:5 192:4
**fearful**
114:18 115:20
**February** 13:7
**federal** 113:7
**feed** 158:20
**feel** 6:3
11:19 37:3,4
79:25 102:11

130:18 145:2
166:5 175:23
205:14
**fees** 202:11,
13
**feet** 175:14
176:14,19
182:23
**fell** 131:21
152:17
**felt** 11:21
13:12,13
114:7 121:4
150:4 202:15
**female** 75:9
95:15 101:7
165:17 179:3
**fence** 155:9
**fight** 32:2
**file** 108:17
193:4 204:13,
21 207:1,7,9,
18
**filed** 45:22
75:24 126:12
192:16,24
193:3,15,25
194:9 209:25
210:14
**filing** 33:1
75:25 207:10
**fill** 206:25
**filled**
124:13,15
**finally** 5:23
**find** 8:15
46:6 64:10
160:6 161:18
**Finder** 8:12
**finding** 24:9
**fine** 56:3
93:13 96:18
103:7,18,22
123:7,14
147:4 178:4
189:17 205:15
**finger** 101:3

**fingerprinted**
120:7 197:12
**finished** 34:6
197:5
**finishing**
34:15
**fire** 5:13
63:11,12
159:4
**firearm**
155:18 156:7,
8 169:3
**first** 4:12
7:15,23 16:18
20:5 23:15
32:6 52:4
69:6 70:7,19
71:5 77:20
81:6 83:13
84:2,5,17
101:2 109:20
122:20 124:13
129:10 135:10
151:25 152:24
153:18,24
171:6 173:14
194:22 199:9
**first-person**
75:2
**Fitness**
136:19
**five** 57:24
72:2 100:24
117:10
119:13,14
130:12 136:25
141:13 147:5
192:6 206:17
211:17 212:12
**five-minute**
193:16
**flashed**
159:18 161:6
**flashing**
159:16 161:4
**flip** 87:6
**Florida** 12:21
14:17,22

19:11,14
20:5,12,15,17
21:1,8 34:17
42:25 44:5
126:10 129:20
130:24 131:25
132:2 135:4
138:6 148:18
**Florida's**
139:11
**flower** 149:25
150:2,6
**focus** 147:20,
22
**folks** 138:15
163:4
**follow** 80:24
147:18
**followed**
142:3
**following** 4:2
143:20
**follows** 4:13
22:22 24:7
26:8,21 28:24
32:1 53:17
58:5,19
59:10,25
60:17 61:18
62:8 63:3,10
64:14 65:3,21
66:9,19 67:11
89:9 90:9
91:8,22 92:7
93:8 94:20
95:25 101:22
102:22 104:21
105:16 106:14
107:10 159:2
161:3 164:17
167:8,23
168:17 170:16
171:11 172:15
173:7,20
175:1 177:21
181:4 182:3
183:2 184:18
185:17 186:21
187:12 188:4,

19 189:15
191:4
**foot** 174:4,19
176:23 177:6
**footage** 32:24
126:2
**force** 75:19
130:25
**forced** 40:18
**forever** 121:4
**forget** 172:6
**forgot** 123:19
**form** 9:21
10:2,11 15:24
31:6,15,20
33:17,23
43:14,18 45:2
49:12 50:3,
13,18 51:25
59:17 61:11
62:4,20 63:6,
21 64:2 67:18
68:16,23
71:1,7 72:3,
12,21 73:1,6,
14 80:11
82:23 85:18
86:17,23
90:18,21
93:24 94:14
101:1,16
102:8,13
104:5,12
106:7 108:10
109:4 112:9
113:3,18
114:12,19,24
115:4,9,15
118:4 124:13
136:12 162:7
163:20 166:4,
12 168:8,11
169:9,14,24
170:12 176:9,
21 177:14
179:9 203:2
204:4,8
**formed** 200:3

**forth** 62:19
155:13 159:9
180:11,20
187:23 190:18
**fortunately**
71:17
**forward**
106:10 148:20
174:15 175:8,
11,15 176:6,8
**fought** 32:3
**found** 8:11
178:23
**four** 59:6
70:18 101:2,3
206:17,18
211:16
**four-minute**
70:5
**fourth** 113:7
**frame** 22:5
189:9,11
**franchise**
35:4
**franchises**
35:3
**freaking**
29:16
**free** 29:1
107:20 130:18
175:23
**freedom**
51:16,18
**freeze** 189:9,
11
**Friday** 135:21
142:23 149:5
**friend** 133:4
143:19
**friends** 30:23
130:13 132:19
133:21,24
201:14
**front** 61:7
116:5 118:14
153:13

**frozen** 27:18
**fuck** 53:22
55:10 58:24
96:5 159:15
181:7,9
188:24
**fucked** 54:23
95:4,7,12
184:22
**full** 40:1
114:5,6
**fully** 198:9
**functional**
147:22
**functioning**
44:14
**Fund** 202:3,9,
17
**funny** 27:21
54:13
**furious** 98:11
**furtherance**
33:22

---

### G

**G-U-E-R-R-I-E-
R-O** 56:21
65:5 97:7
191:7
**gain** 40:11
**Garden's**
75:23 76:2
**Gardens** 9:2
10:24 12:12
38:9,13 48:15
49:3 51:2,8
76:13 79:2
99:8 112:24
116:6,15,19
117:3,6,15
121:18 122:16
124:11,16
126:7 145:5
148:9 197:8
200:1,9,23
206:1 208:24

**gave** 127:25
139:21
**general** 147:8
164:9
**generally**
117:19 147:14
149:10 150:25
151:3,6 152:5
211:3 212:5
**getting**
13:12,20
33:22 96:8
164:23 165:1
175:10 180:5
207:15
**gingerly**
181:22
**give** 4:6
17:3,6 103:5
112:23
119:10,22
138:21 191:24
192:3 193:4
203:4,9 209:7
210:24
**given** 4:22
120:11 139:2
142:17 204:20
**giving** 140:4
**glasses**
178:21,22
**Glock** 77:18
**gloves** 137:11
**goes** 73:10
162:11 164:8
170:25 174:4,
6,19
**going** 5:3,24
6:1,8 7:2
9:9,19 10:11
11:8 12:11
17:2,4,5
22:13,16,18
25:15,20
31:22 32:24
33:1 42:8
53:5,6,7,8
62:19 66:16

69:8,10,12
70:7 71:5
76:25 77:7
87:2 89:6
95:13 103:16,
21 104:7,25
106:10
107:23,25
108:1,7,8
109:16 121:6,
14 125:12
126:21 127:3,
6 135:23
139:23 140:7,
17 141:16
142:10 147:16
149:18 151:24
158:3,6
159:12,15
164:12 175:9
182:22 183:21
185:5 192:10
196:16 200:21
204:18 206:15

**good**  6:7
13:20 53:10
58:13 127:2,4
131:22 134:18

**Google**  15:8

**Gould**  4:11,
17,18 9:24
12:19 16:21
22:23 23:2,7,
10 24:11,15,
20 26:9,11,
13,22 27:1,6,
9 28:25 29:5,
9,14,17,20
32:2,7,10,15,
17,19 53:18,
22 54:2,6,9,
11,14,18,22
55:3,7,10,12,
16,18,20,22
56:1,3,9,13,
17,19,22
57:1,6,11,13,
16 58:20,24
61:21 62:11

64:15,18,22,
24 65:6,10,22
66:12,21,25
67:12 77:17,
19 79:6,14,18
89:13 90:13
91:9,12 92:8,
11,16,18,20
93:9,13
94:21,23 95:3
96:1,5,7,11,
15,18,22,25
97:4,8,11,15,
20,22 98:1,7,
11,14,16,18,
22 99:1,6,14,
17,21,25
100:2,8,10,
14,17 101:23,
25 102:24
103:4,7,12,
15,18 104:23
105:1,17
106:17
107:11,16,19,
25 127:2
128:20 135:22
142:23 144:7
159:5,7,19,22
160:3,9,19
161:4,7,10,
15,21 166:18
168:1,21
173:22 175:4
177:25 181:7,
9,12,16
182:6,10,14
183:3,5
184:21 185:18
186:24 187:15
188:5,20,24
189:16 191:5,
8,11 195:19
196:3,8,12,20
212:23

**government**
210:5

**grabbed**
196:12,15

**graduation**
21:15

**grandmas**  20:4

**gray**  37:21

**great**  14:10

**Greg**  127:4

**ground**  42:16
52:22 53:20,
21,23,24
57:18,23
58:22,23
59:3,15 62:13
67:2 75:11,15
91:13,14,23
92:3 98:3
106:18 157:16
177:23,24
179:17,23
181:5,6,8,21
183:25 184:5
189:4,6,10,
21,24 190:4,6
191:17

**ground.'**
165:19

**group**  109:25
143:13

**growing**
178:17

**Guerriero**
39:3,6,14
40:12,16 41:3
46:18 49:23
50:2,9 52:15
53:20,23,25
54:5,8,10,13,
16,20,25
55:2,5,8,17,
19,21,24
56:2,7,12,15,
18,20,24
57:4,9,12,14
58:22 59:2
61:10,19
62:3,9,19
64:1,6,12,17,
20,23 65:1,4,
8,12,19 66:7,

10,17,20,23
67:9 70:21,25
71:25 72:9
81:8 83:7,9,
13,20,22
84:3,11,13,
21,23 87:22
88:8,14,16
89:8,10,14,
22,24 90:8,
10,14 91:7,
10,13,21,23
92:6,14,17,19
93:7,11,17
94:6,19,22
95:1,24 96:3,
8,14,17,20,24
97:2,6,10,13,
18,21,24
98:5,9,13,15,
17,21,23
99:4,12,15,19
100:13,15,20
101:21 102:21
103:14,16,21
104:15,20,22,
24 105:7,15,
18 106:5
124:7 127:5
162:15,25
163:17
164:16,18,23
165:5 167:2,
7,9,22,24
168:16,18
170:10,15,17,
22 171:10,12
172:14,16
173:6,8,19,
21,24 174:25
175:2,10,15
176:7,20
177:11,20,22
178:8 180:11
181:3,5,8,10,
14 182:2,4,8,
12,19 183:1,
4,7 184:17,
19,23 185:6,

16,20,23
186:20,22
187:11,13,18
188:3,6,18,22
189:14 190:19
191:3,6,12,17
194:1 195:13,
21,25 196:2,
20 209:12

**Guerriero's**
22:13 53:10
67:17 70:6
81:5 92:24
102:17 125:13
126:22 163:14
164:13 166:10
172:3

**guess**  63:14
153:3,25
159:23 161:11

**guessing**
5:19,20 73:23
90:25 116:4
121:3

**gun**  26:4
53:19 55:4
56:2,4 57:7,8
58:20 75:10
77:19 78:14
89:13 90:13
91:12 92:21
95:10 96:2,
17,19 97:16,
17 98:22
106:19 107:17
155:21
159:15,18
160:10 161:22
165:18 166:2,
6 167:3,18
168:1,21
169:1,13,20
170:1 172:7,
8,24 175:4
179:4,5,8,11
182:7 183:6
185:19 188:20
189:18 196:9

**gunking**  150:4

**guns**  54:12

**guy**  8:11
41:21 55:4
56:23 57:1,7
63:12 65:7,10
77:25 78:4
94:24 96:2
97:11 110:5
125:3 159:14
160:10 161:22
183:6 185:19
188:20 191:8,
13

**guys**  29:1
32:2 55:3
77:17,22
79:14 94:23
96:1 106:22
107:1 119:14
122:9 139:4
183:5 185:18
192:8

**gym**  36:6
136:13,14,15,
17,25 137:19,
21 147:9,11
151:15,20,21,
24,25 152:8,
15,20 211:11

---

**H**

**ha**  194:8

**habit**  87:6
212:17

**habits**  212:16

**half**  106:11
129:3,4,8
174:5

**hall**  203:23

**hamster**  212:1

**hand**  4:3 6:4
7:2 62:1
86:21 87:9,13
88:22,25
101:10 157:20
167:3 170:3,

25 171:3,5,
16,24,25
172:1,3
173:1,3,12,16

**handcuffed**
52:24 53:2
93:1 95:11
98:8 118:9
122:25

**handcuffs**
46:19,21,24
47:1 55:20
57:18,23
62:12 67:2
96:13 98:3
99:10,18
100:8 107:12
112:20 119:1,
5 123:2
179:16,21
184:3 192:2
199:7

**handheld**
38:14

**handle**  143:22
144:14,21,22
145:7 199:25
200:3

**handled**  49:22
50:8

**hands**  49:2,5
54:3,5 56:7
60:2 84:13,24
85:4,6,11,12,
17 86:11,16,
21 88:4,6,11,
17,18 89:2,3,
11,15,25
90:1,11,15
92:15 96:21
98:24 125:20,
21 165:6
167:24 168:4,
19,25 169:7
170:18,22
172:16,20
173:8,15
175:2 179:19
181:14 182:4

196:4

**hang**  136:1
160:12

**hangout**
161:24 162:8

**happen**  165:25

**happened**
44:12 75:12,
16 118:20
128:21,24
130:5 131:6
134:8 146:10
203:8

**hard**  40:17
175:16 189:25

**harder**  142:12

**harm**  50:22
51:12,20
76:24

**harmful**  6:9

**head**  19:6
131:15,17
132:5,14,25
184:11 209:13
211:15,18

**heading**  68:3
142:24

**health**  36:6
39:24 40:5
41:7 109:25
110:21 111:8
126:18

**hear**  53:8
61:9 62:3,18,
23 63:5,16
83:16,18
85:4,9 86:2,
15 89:20
90:5,20 93:19
95:8 101:2
106:2 111:20
160:25 162:6,
8 167:15
169:7 170:21
171:18,21
172:22 181:1
184:13 185:6,
7,23 187:3,18

188:1,9
**heard**   7:18
  78:3 86:18
  88:6 91:2
  94:8 165:7,8
  168:7 179:6,
  7,10 180:18
**hearing**
  191:21
**heat**   42:16
**heck**   177:25
**heel**   189:4,9,
  21,24 190:4,6
**heels**   190:9
**held**   30:9
  51:5,6,7
  117:7 186:12
  196:13
**hello**   135:15
**help**   55:3
  74:6 94:23
  96:1 138:6
  143:7 183:5
  185:18
**helpful**
  205:22
**Hernandez**
  206:21
**herniated**
  40:24
**hey**   16:13
  83:9,16,22
  84:23 88:3,16
  89:1,10,24
  90:10 139:3,
  17 140:12,17
  160:23 164:18
  165:5 167:9,
  13 168:18,24
  169:6 171:12,
  18
**high**   21:13,19
  147:15
**hiking**   37:19
**Hills**   7:16,
  18,22,24 8:2
**hire**   45:17
  198:19

**hired**   13:8
  18:20,22
**hit**   132:5
  139:23
**hits**   68:4
**hobbies**   37:16
**hold**   17:5
  29:9 159:25
  206:15
**holding**
  116:15 117:15
  154:22 189:6
**holster**
  112:21 166:11
**home**   16:3
  48:22 50:24
  51:1,10,18
  80:1 113:25
  121:7,15,22,
  25 122:5,25
  123:3,6,13
  142:24 147:13
  151:16 152:1
  199:4,10
  206:3,15
  207:15,20
  211:12,18
**honest**
  127:23,25
**hop**   211:12
**hospital**
  134:11
**hot**   40:17
  180:21 181:24
  183:15 184:10
  186:4,10,12
  190:24
**hour**   73:10
  114:5,6
  120:15
**hours**   35:7
  37:12,18
  40:19 206:19
  211:4,12,17
  212:11,13,15
**house**   35:19,
  23 61:4,6
  113:25 114:2

122:17,23
  156:21 158:1
  192:2
**How's**   127:3
**hundred**   18:23
  122:22
**husband**   60:23
  72:16 153:25
  154:15 155:4

_____

**I**
_____

**ID**   55:6
**identified**
  101:11
**IG**   143:23
**ignored**   74:6
**illegally**
  74:5 79:25
  108:18
**Illinois**
  7:17,24 8:2,
  20 9:7,10,14,
  19,25 10:20
  11:9,15,18,
  22,25 12:12
  15:2,19 19:4,
  21 21:9,23
  34:18 36:11,
  13 43:3
  44:18,24
  130:23 136:25
  142:23 143:3,
  11 152:7,14
**image**   205:5
**imagine**
  142:14 154:21
**immediate**
  153:7 166:5
**immediately**
  75:10,14
  106:18 155:21
  165:17,25
  166:5 179:4
  186:3 207:15
**imminent**   38:1
**important**
  5:23 147:24

193:15
**imprisonment**
  113:8
**imputing**
  28:15 115:22
**Inaudible**
  57:3
**incident**
  36:24 38:22
  39:15 43:13,
  25 44:3,10
  45:15 46:17
  73:19 74:21
  81:21 109:19
  124:10
  128:18,20
  130:5,6,8,10,
  13 131:6,13
  134:6 135:22
  145:8,10
  148:9 151:20
  152:18 163:9
  165:21 197:1
  198:5 199:2
  200:9,18,20
  201:4 202:1
  203:5 204:23,
  25 205:1,23,
  24
**incidents**
  154:25
**include**
  141:10
**including**   5:1
  116:24 191:23
**incorrectly**
  5:20
**increase**
  147:16
**indecipherable**
  55:14,23
  151:4
**Indeed**   15:6
**independent**
  95:11 166:19
**independently**
  166:24 185:2

indicated
  15:10
individually
  113:16
individuals
  79:13 81:15
induced  41:19
inflected
  40:16
inflict  76:24
inform  198:8
information
  7:9,12 9:18
  16:4 76:4
  126:18 193:4
informed  11:8
initial  46:15
initially
  128:7 140:4
initiate
  125:12
initiated
  39:6
injure  40:13
  48:4
injured  42:12
  116:23
injuries
  40:15 131:15,
  17,18 132:14
injury  109:18
  117:8 132:5,
  16
inmates
  118:23
inside  73:5,7
Instagram
  30:22 31:1
  143:24 144:2,
  20 200:10,13,
  15
instance
  101:11
insulting
  115:2,22
insurance
  39:24 40:5

43:5 111:3,8,
11,14 126:18
210:18
intended
  76:24
intention
  5:10
interact
  138:18 153:18
interacted
  128:7 135:11
  145:13 163:4,
  5
interacting
  81:16 82:14
  138:15 142:16
  146:15 153:10
  154:12,15
  156:19 157:1
  190:20
interaction
  82:22 117:20
  145:20,22
  153:7 154:7,
  8,18,25 155:7
  166:1 179:6
  185:3,12
  191:16 195:1
  203:11 205:25
  207:13
  208:19,23
  209:2
interactions
  38:8 145:11
  146:11
interest
  37:15
interested
  16:14 139:4
intermural
  136:10
Internal
  203:5
internet
  14:19 31:19
interrogatorie
s  6:25 17:18
  45:9

interrogatory
  7:10 44:17
  109:16
interrupted
  6:3
interruption
  201:10
interview
  112:23
introduce
  128:17
investigating
  22:24 24:12
  26:23
investigation
  39:6 76:14
  125:13
involved
  38:22 136:6,9
  143:10
Ismarie
  132:23,24
issue  14:13
  72:17 127:10
issues  32:21,
  23 40:20 43:8
  76:20 135:6
  186:12
Ivanova
  135:12 153:4
  154:11 155:1
  156:4

────────────

J

jail  9:3
  47:2,4,7,11,
  13,15,18,23
  48:16 49:3,4
  51:2,8 102:18
  103:15,16,22
  104:1,4,11,25
  105:1,2,19,
  20,25 106:6
  107:23 108:1,
  7,21 117:16,
  17 118:1,17,
  20,22 120:2,

5,11 121:18
122:5,6
197:9,12
198:18,22,25
199:5 209:22
Jay  16:21
job  12:2,4
  13:11 14:20
  15:12,18
  18:11,18
  34:23 35:9
  37:23 39:15,
  19,23 44:13,
  15 45:12
  79:15,18,24
  80:2,4,6,8,
  13,18 87:13
  115:12,19
  138:20 139:13
  140:6,9
  141:23 210:9
jobs  34:15
  138:1
Joseph  8:23
  48:3 71:4
  121:19 162:15
  194:2
judge  198:19
July  17:9
  40:6 44:18
  140:23
jumbled
  153:15
jump  6:1
jumps  71:18
June  8:22
  12:7
Jupiter  19:17
jury  63:14
juvenile  38:6

────────────

K

Karen  206:21
keep  60:12
  84:13,24
  85:4,6,11,17
  86:11,16,20

87:17 88:4,6,
17,18 89:2,3,
11,14,15,24
90:1,11,14,15
96:20 99:12,
13 125:20
159:12 160:1
161:13 165:6
168:19,25
169:7 170:17,
22 173:8
183:20,21
196:4
**Kevin** 8:10
**kidnapped**
202:15,19
**kidnapping**
79:25
**kill** 25:20
**killed** 78:20
**killing** 25:23
**kind** 143:16
164:9 180:11
190:20
**King** 35:2,5
127:5 139:20
140:1 141:10
142:15 143:25
212:14
**Kings** 35:1
139:23 211:17
**knee** 131:23
132:9,10
134:17
**knee/hip**
148:7
**knew** 135:17
148:2 163:5
207:11
**knocked**
211:21
**know** 5:8,11,
18,19,22,24
8:17,23 13:7,
13,19,22,23
16:13 18:24,
25 21:5 22:5,
23 23:6

24:11,19
26:22 27:5
29:9,12 30:25
31:3,7 32:5,
17,25 33:18
34:8 35:21
38:15,16
40:2,20 42:6,
9,10 43:7
44:13 45:10
46:11,23
47:24 50:4,19
52:9,14 53:18
54:10,11,20
56:5 60:11
61:12 64:3,25
65:15,25 67:7
68:24 71:2,6,
10,15 74:15,
20,23 76:15
77:6,24 78:20
79:6 81:25
83:15 84:10
86:5 87:11,12
91:11 92:19,
20 100:2
101:25 102:9
106:19 107:20
108:16 109:8,
11,13,14
112:5,13
113:4,9,11
114:8 118:13
119:9,11
120:6,14,23
121:10,20
122:22 123:5,
10 125:4
126:1 128:6
132:10
133:14,17
134:7 135:19,
20,24 138:19
139:1,4 140:3
141:1,2,24
142:3,11,15
146:17
147:12,19
148:6,7,9,12,

17,24 150:18
152:4,17
153:8,14,20,
24 155:11,12,
25 156:2,3
157:11 159:5,
24 161:11
163:11,21
165:6,12
166:13,15,16
169:25 170:5,
11 173:25
175:22 177:23
180:10 182:6,
21 185:5
194:10 195:24
197:2,18
198:9,12,14
202:7,11,14,
15 203:17,22,
24 204:5,9,16
205:11,12,16,
17 207:11
208:13,16,17,
18 209:18
210:16,17
211:9,13,16,
18 212:8,15
**knowingly**
205:4
**knowledge**
7:13 9:17
13:17 20:7
22:7 26:3
38:11 44:20
46:4 49:11
50:23 51:9
61:8 66:6
70:22 75:7,13
76:17 81:14
82:3 86:4,14
129:2 135:13
153:11,12
155:8 186:14
194:13 207:14
**known** 130:21
133:2 135:11
153:25 169:19

_____

**L**

_____

**LA** 136:19
**lady** 57:17
62:12 67:1
79:8 95:19
98:2 99:10
159:9
**lake** 12:23,24
13:2,15 15:12
16:9,11,19
17:14,19
18:14,17
34:13,18
35:12,20,21,
22 36:2,4,11,
12 61:3
137:25 138:3
140:13 142:9,
18 212:4,11
**Lane** 8:1
35:17
**laps** 60:19
75:1 81:23
159:8 160:4
161:16
**laptop** 139:1
**large** 31:5,9,
18,21 33:2,6,
11
**larger** 19:20
**late** 206:16
**latest** 101:3
**laughing**
156:7
**law** 23:5,6,24
24:18,19,25
27:4,5 38:18
46:2 100:3
101:15 102:1,
7 126:11
145:11,13
180:7,8
186:16
**lawsuit** 47:19
108:17 113:6
126:8,15

192:16 194:1
209:25 210:1,
13,22
**lawsuits** 43:8
**lawyer** 23:7,9
24:20 25:1,
12,23 26:10,
18 27:6,8,13,
22 198:19
**lay** 40:18
**leaders**
141:17
**leagues**
143:13
**learn** 162:15
**learned**
146:21
**lease** 11:5
**leave** 37:22
60:20 104:6
138:20 139:13
154:4
**leaves** 53:9
59:16
**leaving** 59:6
139:22 156:22
160:23
**led** 132:15
139:22
**leeway** 212:15
**left** 9:13
15:1 17:19
21:3 44:21
58:9 68:3,14,
20 69:3 73:25
155:22
157:13,20
174:4,12
177:6,16
189:4 190:6
195:8 197:25
198:20
**legal** 202:11,
13,14
**legs** 147:19
**lenses** 178:13
**level** 148:18

**lie** 25:3
**lied** 25:7,11
**life** 25:9,13
110:8 145:24
204:12 212:1,
5
**lifetime**
38:18
**lift** 147:2,12
**lifted** 151:25
**lifting** 37:10
147:14
**lifts** 155:16
**light** 37:10
44:8 50:16
77:8 122:12
124:5 137:6
**likeness**
204:13,21
205:5
**likes** 141:4
**limbering**
147:12
**line** 148:16
177:7,10,12
178:5
**lines** 123:7
**linings** 46:9
**link** 87:5
**list** 14:24
130:12
**listen** 32:8,
16,18,23
54:21 55:19
79:16 91:10
95:2 98:13,
15,16 107:15
127:20 173:24
177:22 182:13
184:20
187:14,20
**listening**
86:6 185:7
**litigation**
34:3
**little** 74:10
76:25 82:25

110:22
128:17,19
137:23 142:12
143:8 146:25
151:1 197:5
199:24
**live** 8:1
19:16 35:16
129:20 130:23
**lived** 10:24
12:13 20:14
21:8 123:24
124:2 128:22
129:13 132:19
136:17
**lives** 143:8
**living** 12:21
123:24 140:5
152:7
**lobby** 125:24
**local** 132:19
**location** 8:16
60:13 138:14
**locations**
13:23 35:4
138:7,10
139:22 141:20
142:10,15
**lodge** 38:18,
21,24 39:17
**lodged** 39:19
126:6
**long** 53:1
71:15 112:5
116:14 121:2,
11 124:10
129:1 130:21
131:1 133:2
154:14 156:11
**longer** 14:4
53:11 62:3,18
63:24,25
69:11 114:7
139:4
**look** 6:21
16:3,25 18:23
32:13 40:4
64:9 74:14,24

98:11 130:19
134:17 144:2
149:1,2
175:20 198:5
205:20 209:17
**looked** 71:11
196:25
**looking** 14:22
17:17 27:17
37:24 47:6
59:20 60:8
76:8 85:22
92:24 93:3
94:10 114:17
140:13
**looks** 72:13
73:2 84:7
85:14 92:2
137:24 156:20
176:22
**loss** 37:6
43:10 44:10
**lost** 39:14,19
45:14
**lot** 51:24
68:20 80:9
86:6 87:13
116:5 122:18,
21 127:7
134:22,25
147:20 156:20
185:5 195:8
**lots** 148:6
**loud** 49:16
**love** 106:21
107:1,5
108:2,9,14
109:3
**lower** 147:17
**lunge** 148:7
**lying** 25:22

---

**M**

**made** 8:21
9:25 10:19
11:19,21 12:6
23:15 28:6

30:11 34:2
46:5 48:9
101:12 110:23
111:20 145:2,
7 157:3
165:11,13
198:6 201:15
202:23
**main** 133:24
136:12 138:1
**make** 5:1
6:14,21 8:19
30:15 33:14,
21 56:21 65:5
71:17 75:18
80:9 97:7
111:20 115:23
172:25 188:12
191:7 201:3,
12,14
**makes** 80:18
142:3 166:15
**making** 17:12,
22 18:19 44:5
45:1 46:8
75:21 77:8
104:10 138:7
142:2 165:12
169:19,25
**male** 95:18
100:24
**malice**
113:17,23
**man** 83:9,16,
22 84:4,23
88:3,16 89:1,
10,24 90:10
95:11 101:4
164:18 165:6
167:9,13
168:18,24
169:6 171:12,
18
**manager** 12:22
**managers**
141:17,18
211:9

**manifest**
155:6
**manifested**
200:7
**manner** 30:18
**marijuana**
13:21,25 14:8
15:1 44:21
139:8 149:19
**mark** 69:11
70:5,6 72:8,
19,24 73:4
74:10 179:17
192:5,6
**marked** 74:12,
16 146:2
192:13,14
**marketing**
142:20
**massive** 77:21
**materials**
14:20
**matter** 4:6
209:21
**Mchenry** 35:12
**mean** 5:5
15:22 32:23
39:18 44:16
52:13 61:9
77:20 78:11
79:22 80:21
94:2 95:9
109:10 115:7
116:25 117:19
135:3 140:24
145:4,13
150:23 153:20
154:7 159:23
160:5 161:17
166:5 177:15
198:23 201:7
209:17 210:15
211:6 212:12
**meaning** 157:5
198:18
**means** 7:1
15:25 43:10
110:14 204:17

**meant** 30:3
33:7 69:22
95:10 106:3
**media** 30:19
143:22 144:15
200:3,8,11
**medical**
12:23,24
13:3,15 15:12
16:9,19
17:14,20
18:14,17
34:13 40:21
41:9,18 42:21
43:23 137:25
138:3 139:7,
11 140:13
142:9,18
212:4
**medications**
150:11,13
**meet** 16:10
138:23 156:22
**members**
141:16
**memory** 197:1
207:20
**men** 119:9
121:1 192:1
**mental** 43:10
109:20,21,25
110:1,20
**mental/
emotional**
109:17
**mentioned**
19:3 132:18
134:10 135:9
197:11
**mentions**
194:22
**messed** 131:23
**messing** 87:12
**met** 125:4
**Michael** 12:19
16:21 199:20
**Michael's**
199:21

**microphone**
86:6
**mid** 41:6
206:8,15
**middle** 20:9
179:1
**might've**
38:15
**Mike** 12:19
**military**
28:10,13,16
29:10,12,13
30:1,12,16
**mind** 74:5
133:19 156:16
180:24
**minute** 28:21
39:22 95:22
160:19 178:6
179:17 181:19
183:11 184:1
186:7 187:3,
4,19,20
189:9,22
190:17 193:12
**minutes** 23:23
33:5 52:17
53:6 57:24
59:6,21 62:17
63:23 65:16
66:1 67:5,16
68:4,10
69:11,16
70:18 72:1
73:11,19 81:6
102:16
106:11,25
114:5 117:10
147:5 159:11
160:4 161:16
190:5 212:20
**mirror** 158:20
**misunderstand**
205:2
**mix** 124:5
**Mixed** 149:15
**MJG** 16:20,21
17:13 18:3,13

35:1 39:23
40:6 44:18
141:8,12
142:17
**mobility**
147:21
**model** 147:18
**modes** 112:14
**mom** 19:23,25
55:22 56:1
96:15 189:17
**moment** 25:12
94:12 166:22,
25 170:3
175:7 177:5
184:9 185:13
187:7
**moments**
115:20 186:16
**money** 17:13
33:21,22
43:10 45:14
80:9 142:3
**month** 8:15
**months** 21:1
40:9,11 41:8
44:23 77:20
125:9
**mood** 149:18
**morning**
147:10 151:22
206:12
**Morse** 14:10
86:23 94:14
102:8 127:1,4
144:4 147:5,7
149:4,8 151:7
158:8,12,16,
19 160:16
162:3,10
164:1,21
166:7,14
167:12 168:3,
9,13,23
169:11,16
170:2,20
171:15
172:10,19

173:11 174:2
175:6 176:3,
11,15 177:1,
17 178:2
179:12 181:18
182:16 183:24
187:17 188:8
189:2,20
190:3 191:15
192:5,12,15
193:8,20
201:11 203:3
204:6,10,16,
23,25 205:6
212:22
**mountain**
172:12
**mouth** 57:5,14
61:20 62:9
66:23 97:13,
25 98:9
187:24
**mouths** 179:11
**move** 8:4,16,
19 9:14,25
10:20 11:9,
15,18,22,25
20:5,12 82:24
128:18 139:25
143:3,7
153:16,17
**moved** 34:17
44:3 136:24
143:8 152:14
**movement**
51:15 148:7
**movements**
147:12
**movie** 142:25
**movies** 136:2
**moving** 9:6,19
12:12 165:2
175:15,18
177:15
**multiple**
13:22 33:1
47:21 119:9
131:4 201:14

205:14 208:2
**murder** 25:15
**murdered**
188:12

---

## N

**nail** 100:15
**name** 4:16,18
12:18,23 52:9
76:5 103:6
127:4 144:6
191:25 192:3
199:19
204:13,21
205:4
**name's** 8:10
**names** 14:24
19:18 41:8
**need** 5:21,22
22:24 24:12
26:23 88:12
98:16 99:22,
25 101:23
127:8 150:5,
16 159:25
161:12 163:11
175:20 180:25
181:1 192:8
211:10
**neighborhood**
75:2 200:24
**net** 87:4
**never** 7:17
15:23 82:7
126:12 129:9,
13,14 135:14,
15 145:11,15
178:24 198:17
**nice** 141:5
143:2
**night** 135:21
142:23 148:22
211:20
**nine** 212:12
**nods** 5:5 19:6
132:25

**noneconomic**
43:9
**noneconomic's**
43:10
**nonstop** 211:6
**nonverbal** 5:6
**normal** 146:11
**notch** 99:16
191:18
**note** 101:9
**notice** 14:3
16:15 138:21
**number** 49:15
53:13 56:19
64:24 76:6
97:5 109:17
130:16,18
133:17 141:15
191:5 199:22
**numbering**
101:11

---

## O

**Oakland** 7:16,
18
**Oakwood** 7:20,
22,24 8:2
**oath** 5:20
50:7 123:15
169:22
**Object** 86:17,
23 162:7
169:14
**Object-** 49:10
80:14
**objecting**
10:11
**objection**
9:21 10:2,15,
16,22 15:24
31:6,11,15,
17,20 33:17,
23 43:14,18
45:2 49:12
50:3,13,18
51:25 59:17

61:11 62:4,20
63:6,21 64:2
67:18 68:16,
23 70:9 71:1,
7 72:3,12,21
73:1,6,14,20
80:11 82:23
85:18 90:18,
21 93:24
94:14 101:1,
16 102:8,13
104:5,12
106:7 108:10
109:4 112:9
113:3,18
114:12,19,24
115:4,9,15
118:4 163:20
166:4,12
168:6,8,11
169:9,24
170:12 176:9,
21 177:14
179:9 193:6
203:2 204:4,
8,14

**observing**
82:18

**obtain**  200:23

**obtaining**
110:25

**obviously**
23:5 24:18
26:13 27:4
127:7 179:15
203:12

**occasion**
38:4,17

**occasionally**
10:12

**occasions**
47:22

**occupation**
12:20

**occupying**
165:3

**occur**  11:11
123:15

**occurred**
11:13 44:3,10
51:23 75:6
151:20

**occurs**  205:23

**October**  8:6

**offer**  123:2
140:9

**offered**
123:13

**office**  16:11
75:9 141:11
198:5,13

**officer**  4:19
9:2,6,18
22:15,17,20
23:1,4,9,11
24:5,8,14,17,
25 25:7,11,18
26:4,6,10,12,
19,25 27:3,8,
10 28:22
29:3,7,11,15,
18,22 30:1,7
31:24 32:5,8,
12,16,18
38:13,19,22
39:2,6,14,19
40:12,16 41:3
46:18 47:15
48:3,4,7
49:23 50:1,2,
9,10,17,21
51:11,20
52:1,4,6
53:2,7,15,20,
23,24,25
54:3,5,8,10,
13,16,17,20,
25 55:1,2,5,
8,11,13,15,
17,19,21,24
56:2,5,7,12,
15,18,20,24
57:3,4,9,12,
14,25 58:3,6,
10,17,22
59:2,8,11,23
60:1,15,21,22

61:10,16,19
62:3,6,9,14,
19 63:1,9,18
64:1,6,12,17,
20,23 65:1,4,
8,12,15,19,25
66:4,7,10,17,
20,23 67:9,
17,22 68:2,
14,20 69:3,4,
7 70:6,21,25
71:25 72:9,10
73:18 74:4
75:19 76:1,
14,16 77:3,
11,15,18 78:9
79:2,4,11,12,
16,23 81:5,8
83:7,9,13,20,
22 84:3,11,
13,21,23
85:23 87:22
88:8,14,16
89:10,14,22,
24 90:10,14
91:10,13,23
92:14,17,19,
24 93:11,17
94:6,22 95:1,
15 96:3,6,8,
9,14,17,20,24
97:2,6,10,13,
18,21,24
98:5,9,13,15,
17,21,23
99:4,12,15,
19,22 100:13,
15,18,20
101:7,14,15
102:6,17
103:2,5,9,14,
16,21 104:9,
11,15,22,24
105:7,18
106:5,13,15
107:9,14,17,
21 108:3
112:5 113:1,
14,15,21

114:10 115:7
116:11 117:14
118:16 120:17
121:18,21
122:4 123:12
124:7 125:13
126:22 128:7,
13 154:8
156:12,20
157:2,5,7,12,
24 158:8,25
159:3,6,17,
20,25 160:7,
11,18,23
161:1,5,8,12,
19,23 162:4,
15,18,19,25
163:1,13,17
164:18,23
165:5,17
166:9,25
167:2,9,24
168:18 169:17
170:10,17,22
171:12 172:3,
16 173:8,21,
24 175:2,10
176:7 177:11,
22 179:3
180:11 181:5,
8,10,14
182:4,8,12,19
183:4,7
184:19,23
185:6,20,23
186:8,10,22
187:13,18
188:6,22
190:19 191:6,
12,17 194:25
195:7 209:12

**officer's**
28:15 38:19
42:3 70:24
80:4

**officers**
6:13,15 22:15
23:16,25 38:9
47:10,22

52:11 65:16
66:1 80:25
95:19 100:24
107:4 109:2,
8,14 114:16,
23 115:2,12,
14,18,23
117:4 126:7
127:18 146:12
148:10,13,18
158:6 160:13
161:25 162:5
163:2,5,6
165:1 184:12
190:20,23
191:25
195:12,19
202:15 208:9,
11

**officers's**
6:18

**offices**
138:5,16

**okay**  4:25
6:6,20,24
7:9,15,21 8:7
9:1,9,17,24
11:7,24 12:10
13:8 14:2,24
15:9 16:2,18
17:9,12 19:8,
20,25 20:9,22
23:4,11,22
24:17 25:5,18
26:12 27:3,
10,21 29:5
30:7,11 31:4,
17 33:5 34:5
35:2 39:17,22
40:8,12 41:24
42:8 43:21
44:21 45:11,
20,24 46:13,
16 47:25
48:9,12,14,
23,25 49:19
50:6,16,25
51:4,10,17,22
52:3,6,11

53:5,12 57:22
58:12 59:14
66:15 68:7
69:2,25 70:4,
14,23 72:7
73:17 74:3,
18,25 75:8,
14,18,22
76:4,8,12
78:3,17,23
80:3 82:9,14,
17,20 83:6
84:2 85:16,21
86:2,5 87:21
88:2 89:1,6
93:21 94:17
95:12,15,22
99:15 104:23
105:18
106:21,25
107:7 111:23
113:13 114:8
116:10,14
117:2 118:19
120:1,7,11
121:2,5
122:15 123:17
124:21 125:15
126:1,6,14,21
128:12,16
129:1 130:12
131:5,8
132:11,13,18
133:4,17
134:1,15,19
137:23 138:15
140:8 141:3,
5,7,14
144:10,14
145:3,10,19
146:1,13,20,
25 147:24
148:8,12,20
149:9,12,17,
19,21,25
150:2,18,21
151:12 152:19
153:9,18,23
154:6,14,19

155:3,13
156:11,24
157:1,7,12,
18,22 158:5,
12 159:6
160:2,7,11,
12,14 161:14,
19,23,24
162:1,11,14
164:6 165:4,
13,24 166:8,
15,18,22
167:2,17,20
168:14 169:4
170:3,5,9
171:5,8,16,
21,24 172:2,
5,23 173:17
174:6,8,17
175:17 176:6
177:2,5,10,18
178:9,13,18,
25 179:13
180:10,16,19,
24 182:22
183:20 184:9,
15 186:1,5,
15,18 187:7,
23 189:12,24
190:10 191:1
192:5 193:3,
9,13,18
194:17,18
195:4,7,11
196:2,7,12,
15,19,23
197:4 198:12,
15,21 199:4,
21,24 200:21
201:6 202:3,
5,9,16,22
203:8,15
204:11,16
205:13,15
206:8,18,24
207:5,9,11,
17,23 208:9,
13 209:1,7,
11,14 210:8,

13 211:3
212:17,19

**older**  110:14
125:3 129:18
147:24 153:1
154:4

**once**  68:4
111:23 112:20
117:2,5
118:19 142:13
150:17

**one**  4:20 5:24
6:3 7:15 15:4
19:3 21:23
22:2,13
23:14,24 35:4
38:14 41:12
42:6 43:8
46:5 48:21
53:19 58:20
65:15,25
85:14,15
89:13 90:13
91:12 92:21
96:8 109:6,14
110:10 112:2,
4 113:6 115:7
116:23 117:14
126:15 135:2,
3 136:20,21,
22 138:13
151:5 157:3
159:3 163:8
164:14 168:1,
21 169:1,12
172:23 175:4
210:16 211:16

**ones**  54:12
124:21 182:7

**online**  31:4,
5,9,18 33:2,
6,12

**onsite**  138:10

**opened**  212:12

**operated**
30:17 138:5

**operates**
13:21,25

operations
  18:12 34:25
  140:20
operator
  156:9
opportunity
  139:20,21
  140:2,4
organizations
  136:7
originally
  173:14
orthopedic
  111:16
outside  87:5
  122:19 155:9
  177:12
outward  82:17
oversaw  13:22
oversee  34:25
owned  11:3
  20:18 35:1
  129:6
owning  13:23
owns  35:2
  141:20

          P

p.m.  4:2
  117:11 147:6
  193:19 206:22
  212:21
page  74:24
  165:14,22
  176:1 179:1
  192:21
  194:15,18
  201:19
pages  30:19
pain  41:3,5,
  15,19 43:11
  111:7
Palisades  8:1
  35:17
Palm  9:2,13
  10:24 12:11

38:9,12 48:15
49:3 51:2,7
75:23 76:1,13
79:1 99:7
112:23 116:6,
15,18 117:3,
6,15 121:18
122:16
124:11,15
126:7 135:25
145:5 148:9
197:8 199:25
200:8 205:25
208:23
pants  137:20
  170:11
paper  192:8
paradise
  140:5
paragraph
  194:16,25
  195:11,18,22
  196:2,8
paragraphs
  194:19
parents
  199:16 207:4
parked  118:21
parking  51:23
  68:20 116:5
  122:18,20
  156:20 174:9
  195:8
Parkside  22:6
  34:7
part  37:17
  82:4 121:17
  135:1 143:21
  151:18 152:4
particular
  42:7 101:6
  110:4 123:22
parties  195:9
party  126:14
Passat  37:21
past  41:8
pattern  212:5

paused  23:12
  24:21 26:15
  27:11 29:23
  33:3 57:20
  58:7,25 59:12
  60:3,24 61:23
  62:15 65:13,
  23 66:13
  67:3,13 69:14
  70:2 72:14
  78:1 79:20
  83:11,24
  84:15 85:1
  87:24 88:20
  89:17 90:3,17
  91:15,25
  92:22 93:15
  95:5 100:22
  102:3 103:19
  105:3,22
  106:23 108:4
  160:15 162:2
  164:20 167:11
  168:2,22
  170:19 171:14
  172:18 173:10
  174:1 175:5
  178:1 181:17
  182:15 183:9,
  23 184:24
  185:21 187:1,
  16 188:7
  189:1,19
  190:2 191:14
pavement
  78:13 132:12
  180:21 181:23
  183:15,19
  186:4,10,12
  187:8,24
  188:15 190:9,
  10,14,24
pavement's
  181:24 184:10
pay  17:1
  18:20 45:7
paying  11:3
PBG  143:24

PBGPAT  144:3
  145:5 199:25
pedal  132:4
pee  150:17
pending  10:4
people  22:25
  24:13 26:24
  29:6,21 30:2,
  13 35:25
  77:23 79:25
  80:8 100:5
  135:2 142:6,
  16 158:4
  160:4 161:17
  180:7 203:25
  204:12,20
people's
  79:19,24
perceived
  207:1
period  13:9
  14:2 40:8
  191:23 206:24
  208:7
permission
  204:20
person  112:2
  124:14 130:2
  131:10
  133:10,14,22
  147:15 196:8
  199:9 203:15
personal
  81:14 148:18
  200:17
personally
  113:16 115:23
  124:19 148:9,
  13
perspective
  86:10
PGA  136:23
phone  15:16
  36:17 76:6
  81:18 87:6,8,
  12,17 89:16,
  19 90:2,5,15,
  20 91:2,4,18,

phonetic
19:19 52:6
135:12
photo   198:2
photographed
120:9
physical
40:15
physically
39:20 40:12
48:4 125:22
203:12 209:3
physician
42:24 43:2,6
pick   63:25
140:2
picture
189:3,8
pissed   38:13
pitch   202:10
place   15:11
44:21 84:9
136:20 152:11
places   14:25
48:17
placing   94:7
plaintiff
74:12 192:13,
14
plans   37:22,
24 110:19,20
211:20
platform
200:11
play   24:4
31:22 46:6
53:6 63:14
67:20,25 68:8

19 92:3,4
94:11,13
130:2,16,18
131:10
133:17,22
139:16 156:5
170:6 195:20
196:13,16,17,
20 199:22
201:10,12

69:10,13
70:1,16 71:23
72:5 76:25
81:11 84:20
87:6 88:13
89:6,21 94:2
174:21 180:25
played   22:21
23:22 24:6,23
26:7,20 28:23
29:25 31:25
42:3 53:16
58:4,18 59:9,
24 60:16
61:17 62:7
63:2,10,19
64:13 65:2,20
66:8,18 67:10
77:4,16 79:5
81:9 83:8,21
84:12,22
87:23 88:9,15
89:8,23 90:8
91:7,17,21
92:6 93:7
94:19 95:24
101:21 102:21
104:20 105:15
106:13 107:9
159:1 161:2
164:16 167:7,
22 168:16
170:15 171:10
172:14 173:6,
19 174:25
177:20 181:3
182:2 183:1
184:17 185:16
186:20 187:11
188:3,18
189:14 191:3,
22
playing   22:18
28:20 71:19
113:15
pleas   74:6
pleasant
118:2

please   4:4,16
5:4 100:3
102:1 140:8
145:6 175:21
180:21 181:1
194:15
plight   117:23
plural   12:3
pocket   56:8
60:2 85:12,
17,19,23
86:12,16,21,
22 87:3,20
88:4,7,12,19,
22,25 89:2,3
96:21 165:6
169:7 170:4,
7,11,18,23
171:1,3,5
173:3,12,15,
16,21 175:9
195:20 196:17
pockets
84:14,24
85:5,6 88:17
89:11,15,25
90:1,11,15
98:24 167:25
168:5,19,25
172:17,20
175:3 196:4
point   11:7
17:16 18:14
32:13 60:6
61:25 62:2
63:15 64:10
66:16 69:2
93:22 102:16
107:11,19
109:14 119:4
121:5 127:21
135:11 140:16
151:10 153:3
155:4,10,15
156:3 159:21
161:9 170:6
173:1 176:19,
22 179:8
182:17

183:12,14,25
186:7,11
191:18 192:4
203:12
pointed
112:10 167:3
176:23
pointing
180:24
police   6:13,
15 9:3 23:25
25:7,8,11,19
27:25 29:10
30:9 38:9,22
48:15 52:1
76:13 78:24
79:23 80:3,25
107:4 108:13
112:24 114:16
116:6,16,19,
25 117:3,6
121:18 124:11
125:22
146:12,15
148:10 154:8
162:19,21,23
163:2,6
164:7,10
166:25 169:20
191:24 194:20
197:8 200:1,
23 202:19,24
203:11,13,22
204:2 205:16,
17,18 206:1
207:11,16,21
208:10,24
209:4,13
policies
80:23
polish   100:15
pool   36:21,24
37:5 51:1,24
61:4,6 68:3
69:3 71:12,
13,14 72:1,
13,20,25
73:5,25 79:9
82:15,16,25

113:25 114:1
122:23 134:22
135:4,6
152:23,24
153:4,19
155:22
156:21,22
157:11 158:1
159:13 164:8
178:8
**position**
179:24
183:13,17
184:7 186:2
**possible**
47:17 83:1
**possibly**   5:20
142:24 205:7
**post**   200:7,
14,18
**posted**
200:12,20
201:23
**potentially**
204:14,17
**prefer**   149:24
**preference**
47:7 149:23
**pregnant**
81:21,25
82:18,20
153:4
**prepared**
211:11
**presence**
73:19 200:8
**present**   17:13
71:4 110:23
**presently**
17:22 45:5
**preserve**
10:14 126:4
**press**   160:9
161:21
**presumably**
162:11
**pretty**   16:13
18:25 29:7,8

131:22,23
134:20,22
135:4 138:7
142:5 143:17
151:23 152:6,
22 153:14
155:1 202:6
212:16,17
**prevent**   25:23
**previous**
164:4
**previously**
21:2 129:12,
13 139:21
153:15
**primary**   42:24
43:2,6
**prior**   9:25
10:20 38:10
110:6 135:5
136:9 140:10
145:10 148:8,
18 204:23,24
205:1,3
**prison**   120:11
**prisoners**
116:24
**privilege**
205:10
**privileged**
193:6 204:15,
17
**probably**
122:13,22
134:16 142:16
178:21 199:18
206:8,14
**probes**   112:15
**problem**
160:11 161:23
175:19,22
**problems**
76:20,23
**procedures**
80:23 142:3
**proceeding**
164:25

**proceedings**
4:2
**process**   5:1
120:6 127:16
139:18 197:7
198:22 206:14
**professionally**
115:23
**program**
139:11
**prone**   149:21
**proof**   188:13
**proper**   13:13
142:6
**properly**
142:5
**prosecuted**
45:20
**provide**   16:15
39:24
**provided**   7:7
14:3
**providers**
40:22
**provides**
41:18
**public**   198:6
202:23
**pull**   98:22
107:17 148:6
164:7
**pulled**   75:10
77:25 78:4,10
95:10 106:18
165:18 166:6
179:4
**pulling**   77:23
163:1 164:10,
24 195:16
**punk**   99:5
**purports**
165:11
**pushed**   125:22
**pushups**
148:5,6
**pussies**
115:18

**pussy**   104:15
105:2,7,10,20
106:2 115:7
180:14
**put**   6:4
14:20,25
15:18 49:4
62:1 75:15
86:21 87:20
89:19 90:1,5,
20 91:2,4,17,
19 92:15
94:11,12
98:23 112:20
116:25 125:21
139:2 157:15
160:24 171:3,
5 173:1,3,12,
15 179:16,19,
21 182:4
183:13,17
184:3 186:1
192:2 196:20
197:23
**putting**   49:2
92:3,4
**pyramid**
147:16

―――――――――

**Q**

**question**   5:7,
11,16,24 6:2
7:5 10:4,7
49:15 94:4
110:22 166:18
171:17 175:7
194:8
**questioned**
25:7
**questions**
5:3,4,10,15
7:3 23:15
39:10,12 49:7
127:7 163:18
212:23
**quick**   147:3

**quicker** 127:6
  158:9
**quickly** 47:17
  156:14,17
  202:16
**quit** 14:8
**quote** 33:6
  50:8,11 68:11
  78:3 107:1
**quote/unquote**
  30:13

---

**R**

**racist** 102:12
**raining** 152:3
**raise** 4:3
  202:5
**raised** 101:3
  202:7
**raising**
  101:10
**Ramirez**
  132:23 133:1,
  2
**random** 100:4
**range** 137:3
**rate** 18:21,22
  45:7
**Ray** 127:5
**re-watch**
  70:10
**reach** 54:1
  181:11
**reacted** 146:3
**read** 49:14,15
  50:12 193:1,
  12,17 194:5,6
**reading**
  49:18,20 50:7
  74:17
**ready** 16:12
**real** 79:18,24
  80:1,2,4 99:7
  115:12,19
  147:3

**realize**
  79:12,14
**reason** 12:4
  25:10 26:1
  41:22 57:10,
  11 66:11,12
  87:2,8 93:21
  94:5,12
  97:19,20
  101:6 110:4
  128:3,13
  157:22 160:20
  162:19 163:2
  170:9 172:2
  196:24 210:25
**reasonable**
  69:18,22
  119:10,11
**reasons**
  11:23,24 12:3
  19:3 25:6
  42:22 47:14
  85:22
**recall** 5:18,
  19 9:1,8,12
  15:4 16:4
  17:10 24:2
  26:5 28:9,15
  42:9,10 46:6,
  20 48:11 64:8
  69:5,6 73:21
  74:2 75:4,21
  78:8 82:13
  83:5 84:19
  85:10,25
  87:16 91:5
  95:17,18
  101:17
  104:10,13,16
  107:6 112:22,
  25 114:3,13
  115:5,13
  116:2,10,13
  117:9,16,18,
  19 118:7,9,
  12,25 120:4,
  19 121:17,24
  122:7 123:11,
  16 124:12,15

125:14 127:22
  128:11 130:9,
  11 131:9,12
  133:14,16
  146:20 148:24
  150:23 151:9,
  21,24 152:16
  153:17 154:5,
  6 156:6,7,10,
  12,19 157:21,
  24 158:2,3,5
  164:11 165:12
  167:5 168:12
  171:7 182:22,
  24 185:2,4
  186:17 191:16
  199:11 201:7,
  16 202:18,23
  203:1,19
  206:3 207:2,3
  208:1,9,11
  209:8
**recalling**
  16:4
**recalls** 123:9
**receive**
  145:23
**received**
  146:21
**receives**
  145:16
**reception**
  13:20
**recess** 117:11
  147:6 193:19
  212:21
**recognize**
  60:13 61:2
  74:16 158:21
**recollection**
  6:16 12:6
  13:6 15:17,23
  23:21 24:4
  28:19 42:9
  75:25 76:9
  92:25 104:18
  105:6,9
  117:25 118:15

166:20 167:3
  198:2
**record** 10:11
  49:16 101:10
  118:15
  158:23,24
  203:6 204:18
  207:12,23
**recorded**
  36:13 127:10
**recording**
  22:21 24:6
  26:7,20 28:23
  31:25 53:15
  58:3,17 59:8,
  23 60:15
  61:16 62:6
  63:1,9,18
  64:13 65:2,20
  66:8,18 67:10
  77:4,16 79:5
  81:9 83:8,21
  84:12,22
  87:23 88:9,15
  89:23 128:4
  203:11
**red** 146:9
**reduced**
  147:20
**reference**
  75:18 196:19
**referenced**
  195:3
**referencing**
  195:1
**referring**
  49:21 78:8
  166:8 192:17
  195:13
  196:15,16
**refresh** 15:17
  24:3 28:18
  76:9 92:25
  104:17 105:6,
  9
**refuse** 191:24
  203:4

refused  192:3
  203:13
regard  134:6
regular  134:2
  136:2 137:21
regularly
  129:25 131:2,
  3 133:6,9,22
  135:23
reinvent
  127:8 164:2
  179:14
related  200:8
relates  76:5
relationship
  133:4 134:2
relatives
  19:13
Relax  32:5,8
  55:11,15
  96:6,9
released
  47:8,9 209:22
relieved
  156:14
relocated
  15:2,13 19:4
relocation
  15:19
remained
  116:15
remember
  23:14 46:8
  76:11 82:8
  89:3 109:15
  115:16 116:8
  120:21,25
  121:16,20
  122:3,11
  123:4,5
  124:17,23
  125:11
  135:16,17,18
  148:23
  153:14,15,22
  154:16
  156:14,22
  157:18 163:16

166:25 169:2
197:16 201:18
207:8,10
removed  39:20
  203:12 207:24
  208:10 209:3
rent  8:7,9
  11:2,3
rented  21:3
  129:12
renting  8:8
rep  147:15
repeat  10:7
repeatedly
  122:14
repetitive
  121:9
rephrase  5:9
replay  160:25
replied
  196:7,8
report  83:3
reporter  4:3
  5:2 151:5
reporter's
  22:22 24:7
  26:8,21 28:24
  32:1 53:17
  58:5,19
  59:10,25
  60:17 61:18
  62:8 63:3
  64:14 65:3,21
  66:9,19 67:11
  89:9 90:9
  91:8,22 92:7
  93:8 94:20
  101:22 102:22
  104:21 105:16
  106:14 107:10
  159:2 161:3
  164:17 167:8,
  23 168:17
  170:16 171:11
  172:15 173:7,
  20 175:1
  177:21 181:4
  182:3 183:2

184:18 185:17
186:21 187:12
188:4,19
189:15 191:4
reports
  204:13
represent
  127:4
representing
  27:25
reps  147:17
request
  101:12 126:17
requested
  81:23
requesting
  162:8
require  43:5
reside  20:22
residents
  135:6
resign  16:9
resignation
  16:19
resigned
  18:17
resisting
  46:7 103:12
  104:25
  106:16,20
  108:2
resolved
  210:17
respond  5:4
  168:10 169:12
  190:20 193:7
responded  7:4
  27:14
responding
  163:6,8
  169:15,17,23
response  5:6
  50:1 108:8
  125:16 144:23
responsibiliti
es  34:24

responsibility
  77:22
rest  151:17
  211:20
restaurant
  135:25
restaurants
  37:19 142:7
restricted
  51:15,18
result  39:15
  41:3,18 43:13
  44:10 45:15
  70:24 109:19
  110:1
resulting
  40:20
resumes
  176:2,13
  183:22 190:1
retaliation
  192:4
retired
  125:3,9
returned
  73:12
review  7:6
  42:5 128:10
  193:21 211:12
reviewed  6:24
  14:21
reviewing
  6:20
RICE  9:21
  10:2,6,10,14,
  22 15:24
  31:6,11,15,20
  33:17,23
  43:14,18 45:2
  49:10,12
  50:3,13,18
  51:25 59:17
  61:11 62:4,20
  63:6,21 64:2,
  25 65:14
  67:15,18
  68:16,18,23
  70:9 71:1,7,8

72:3,12,21
73:1,6,14,20
77:5 78:2
80:11,14
82:23 84:1,16
85:18 86:17
88:1,10,21
89:18 90:18,
21 91:16 92:1
93:24 101:1,
9,16 102:13
103:20 104:5,
8,12,14
105:4,23
106:7,9
108:10 109:4
112:9 113:3,
18 114:12,19,
24 115:4,9,15
117:10 118:4
158:22 162:7
163:20,23
166:4,12
168:6,8,11
169:9,14,24
170:12 176:9,
21 177:14
179:9 183:10
185:1,22
187:2 193:6
203:2 204:4,
8,14,18,24
205:2 212:25

**RICK** 143:25

**ridden**
151:15,16,25
152:1,2

**ride** 9:6,11
116:9 147:11
152:8,14

**Ridge** 11:1
68:21 128:23
134:19

**riding** 131:25
136:15

**right** 4:3,16,
18 6:8,10,12
8:13 10:17
11:20 12:12,

20 15:9,21,23
17:2,3,25
19:5 20:14
21:25 22:16
23:14,19
24:9,10 26:12
27:17 28:6
29:16 32:14
34:5 37:15
39:7 41:25
43:23 44:1,8
45:17 46:19
47:25 49:2,8,
20 51:17
52:7,12,18
56:16,18,21
57:22 58:10
59:16 60:8
61:7 62:1
64:21,23 65:5
66:4 67:23
68:5 69:16
71:12 74:19
75:1 78:7
79:7,17 81:3,
20,25 82:9
83:3 85:7,23
86:5,8,20
92:3 93:11
94:10,13 95:7
97:3,7 100:25
104:4 105:2,
20 106:22
109:16 111:3,
9 112:13
115:8,12,14
116:3,24
125:7,9
126:21 127:14
128:8 141:1
148:8 150:21
151:10 152:10
159:8,13
160:13
161:24,25
162:4 163:14
165:6 169:7
170:23
171:16,24

172:21 174:15
176:19 177:6
180:2 182:8,
17 183:20
186:22 187:23
190:6,7 191:7
194:25 195:9,
16 196:21
197:9 200:1
205:24 212:1

**rights** 79:19,
24

**rode** 116:4

**Roku** 158:19

**roll** 79:8

**room** 118:23
119:7,8

**Ross** 136:22

**route** 118:17

**routine** 37:8
136:16 151:14
152:6

**rules** 4:25

**run** 141:2

**running** 109:8
138:8

**runs** 141:22

**Ryan** 4:11,17
22:23 23:2,7,
10 24:11,15,
20 26:9,11,
13,22 27:1,6,
9 28:25 29:5,
9,14,17,20
32:2,7,10,15,
17,19 53:18,
22 54:2,6,9,
11,14,18,22
55:3,7,10,12,
16,18,20,22
56:1,3,9,13,
17,19,22
57:1,6,11,13,
16 58:20,24
61:21 62:11
64:15,18,22,
24 65:6,10,22
66:12,21,25

67:12 77:17,
19 79:6,14,18
89:13 90:13
91:9,12 92:8,
11,16,18,20
93:9,13
94:21,23 95:3
96:1,5,7,11,
15,18,22,25
97:4,8,11,15,
20,22 98:1,7,
11,14,16,18,
22 99:1,6,14,
17,21,25
100:2,8,10,
14,17 101:23,
25 102:24
103:4,7,12,
15,18 104:23
105:1,17
106:17
107:11,14,16,
19,22,25
128:20 135:22
142:23 144:7,
8 159:5,7,19,
22 160:3,9
161:4,7,10,
15,21 168:1,
21 173:22
175:4 177:25
181:7,9,12,16
182:6,10,14
183:3,5
184:21 185:18
186:24 187:15
188:5,20,24
189:16 191:5,
8,11

─────────

          **S**

**Sabal** 11:1,9
20:18 68:21
123:25 128:23
134:19

**safe** 139:3

**safer** 115:24

safety 12:5
  28:5 33:18
  87:4
salary 18:3
  45:10
Sara 132:25
  133:2 134:5
  135:23 136:3
  143:3 199:14,
  15 203:21
  204:1 207:4
sat 179:23
saying 16:13
  53:8 78:6
  85:4 88:23
  90:6,23 93:19
  94:8 95:8
  105:25 106:2
  107:3 108:11
  115:19 123:5
  154:6 158:3
  168:24 180:5
  191:17
says 7:16
  49:17,21
  75:1,8 103:21
  124:14 159:10
  160:23 162:4
  165:5 167:13
  168:4 169:6
  170:22 172:20
  179:2 195:4,
  7,11,18
  196:6,7,12
  209:19
scan 36:16
scared 56:22
  65:6 97:8
  180:16 191:8
scary 77:21
scene 47:8
  53:3,9 58:9
  68:20 73:19,
  24 74:1,4
  95:16 100:25
  101:15 116:4,
  12 169:20
  194:21 195:1

scheduled
  16:10 123:22
Schmeg 19:19
school 21:13,
  19 23:6 24:19
  25:1 27:5
schoolage
  110:11
schooling
  34:7
Scott 4:18
scrapes 40:18
  42:19
screamed
  75:10 165:18
screen 66:5
  67:8,17,19,22
  68:4 106:2
  108:11
search 15:6
  16:3 157:13
searched
  197:14,17
searches
  14:20
searching
  8:11 14:16
  197:18
seated
  183:13,17
  184:7 186:2
second 32:9
  66:1 70:6
  71:18,22 85:3
  88:24 100:7
  128:16 146:13
  156:1 179:17
  189:11
secondary
  46:7,11
  103:13,14
seconds 33:5
  57:24 59:3,5,
  6,14,21 62:18
  63:24 65:17
  66:2 67:6,16
  68:4,10 69:17
  70:18 72:2,7

102:17 105:5,
  6 106:25
  160:20 166:9
  173:2 174:8
  176:16,17,19
  177:12 178:6,
  11 181:20
  183:11 184:1
  186:8 187:4
  189:22 190:5,
  18
secured 6:18
  44:4
see 6:21
  24:3,23 27:17
  28:18 32:24
  37:6 41:17
  42:19 57:24
  58:1,11 63:12
  64:10 65:16
  66:1,16 68:2,
  6,12 69:19
  70:20 71:9,25
  72:18 73:15
  77:19 78:6
  81:18 86:24
  88:12 91:19
  92:4 96:11
  104:17 107:3
  108:11 111:8,
  12,15,20
  131:3 134:17
  146:11 155:8,
  23 157:2,4
  165:20 166:17
  167:19 168:24
  170:10,25
  171:8,24,25
  172:1 173:4
  174:8,9,22
  175:25 176:14
  177:6,15
  178:7 179:11
  183:18 189:23
  190:7,8
  192:19
  194:18,24
  195:22 196:5,
  10,11,14

197:2 198:6,
  18 201:13
  206:10,22,23
  211:9 212:20
seeing 82:8
  115:13
seek 15:7
  76:12
seemingly
  78:9
semester
  21:24 22:2,6
sense 12:5
  121:10
senses 37:6
sentence
  165:20 194:22
September
  8:5,18 20:7
sequence
  196:23
serve 28:12
served 28:10
service 28:16
  30:1,16
  211:8,19
set 202:16
sets 147:17
seven 150:24
  151:6
seven-minute
  72:8
several 41:8
  138:1
sexist 102:11
Shannon 39:1,
  5 125:1
  208:12,13
  209:14,15
share 144:21,
  22
sheriff 38:16
sheriff's
  198:5,13
shift 141:17
shifts 142:15

| | | | |
|---|---|---|---|
| shins 132:10 | sights 160:2 | 116:20 118:13 | 122:23,24 |
| shirt 119:22 | 161:13 | 119:24 120:24 | 130:24 138:6 |
| 155:16 | sign 11:5 | 142:24 179:24 | southwest |
| shoes 5:14 | 146:9 | 190:10,14 | 122:24 |
| 29:16 182:23 | signs 82:17 | situation | space 82:25 |
| shop 152:3 | Silva 135:12 | 33:8 47:17 | 165:3 |
| short 154:18 | 153:24 155:16 | 77:8,14 79:9 | Spazio's |
| 208:4 | 156:4 157:2 | 103:24 104:6 | 135:24 |
| shortened | 162:12 | 109:5 133:11 | speak 124:25 |
| 212:11 | Silvas 205:25 | 169:19 202:12 | 125:4 130:5 |
| shortly | Silver 35:20, | skipping 72:7 | 158:3 205:9 |
| 131:22 162:14 | 21 36:2,4 | sleep 211:23 | SPEAKER 60:18 |
| 179:16 | similar | 212:9 | 63:11 100:1,6 |
| shorts 137:20 | 18:20,25 | slept 129:14 | 101:24 |
| 190:11,15 | 127:17 142:8 | slightly 13:5 | speaking |
| shoulder | simultaneous | 78:12,15 | 28:16 30:8 |
| 157:10 | 92:10,13 | slowing | 52:14 62:3 |
| shoved 40:17 | 96:10 97:9 | 139:24 | 79:23 114:16 |
| show 22:16 | 98:6,25 99:24 | slowly 164:9, | 117:18 118:16 |
| 26:17 101:19 | 100:9,12,16 | 25 176:7 | 147:14 157:9 |
| 162:16 | 102:23 103:1, | smack 20:9 | 211:3 |
| showed 155:21 | 11 107:18 | small 119:8 | specific 17:5 |
| 159:14 160:5 | 191:10 | smiled 27:15 | 110:22 |
| 161:17 162:18 | simultaneously | smiling 27:19 | specifically |
| 166:25 192:1 | 18:14 52:19 | smoke 149:19, | 203:22 |
| showing | single 15:11 | 21,24 | specified |
| 178:25 | 138:14 189:11 | sneakers | 13:9 |
| shows 42:4 | sir 10:4 32:4 | 137:20 | speculating |
| 153:4 154:15 | 88:18 89:14, | snowbird | 5:20 73:23 |
| 155:4 156:12 | 25 90:14 | 20:24 | 91:1 116:4 |
| shrugs 5:5 | 100:20 107:15 | social 30:19 | speed 211:7 |
| shuffling | 170:17 173:8 | 143:22 144:15 | speeding |
| 176:14 | 176:14 | 200:3,8,11 | 145:23 146:7 |
| shut 57:4,14 | sister 129:17 | soften 82:21 | spell 56:21 |
| 61:19 62:9 | 134:1 | solemnly 4:5 | 65:5 97:7 |
| 65:12 66:23 | sit 55:8,9 | someone's | 191:7 |
| 97:13,24 98:9 | 71:21 96:3 | 99:20 | spend 116:18 |
| siblings | 100:19 128:3 | son 140:24 | 120:1,20 |
| 129:16 | 131:14,19 | sooner 44:13, | spent 22:5 |
| side 54:4,5 | 137:18 150:13 | 15 45:12 | spirits |
| 66:4 68:3 | 166:19 | 148:3 178:21 | 149:14,15 |
| 82:25 85:15 | 175:19,21 | sort 212:5 | spoke 104:9 |
| 92:14 156:20 | 176:4 183:7 | sounds 6:7 | 119:16 133:14 |
| 159:9 174:18 | 185:20,23 | 140:8 143:16 | 163:22 164:4 |
| 181:14 | 186:3 188:22 | 153:19 154:25 | 179:7,8 199:9 |
| sides 179:19 | site 163:5 | south 14:17, | 203:10 207:3, |
| | sitting 25:5, | 22 19:10,13 | 4 |
| | 19 42:4 | | |

sports    136:10
143:13
squatting
147:20
stanchion
174:9
stand    22:8
100:10
standing
84:7,9  87:4
120:25  165:2
177:7,12
stands    145:5
199:25
start    16:23
18:6  22:18
127:12  153:9
164:9,25
211:7,18
started    44:18
81:21  140:22
148:3  150:4,
17  155:12
178:25  194:1
203:11
starting    18:3
67:6  71:25
194:20
starts    194:19
state    4:16
10:10  126:11
statement
33:12,22  46:8
75:20,21
127:10  203:4,
9
statements
6:14,21  23:16
28:6  33:14
34:2  104:11
111:19  202:22
states    21:9
station    197:8
207:16,21
208:10,24
stay    150:5
157:25  158:2
160:13,24

161:25  162:4
stayed    129:7,
9,15  143:7
staying    21:5
129:11
stays    157:20
stems    110:2
step    160:2
173:17  174:5,
12,15,17
stigmatism
178:16
stop    6:5
49:24  50:11
stopped
150:19  155:10
store    141:17
stores    140:2
142:5
story    39:21
straight
149:15
strain    40:24
strength
147:22
stressful
108:20
stretching
147:13
Strictly
131:17
strike    157:23
strip    197:14,
16
Strzelecki
4:19  8:23
9:6,18  22:14
48:3,4,7
49:23  50:10,
21  51:11,20,
22  52:15
53:2,11,13,
15,24  54:3,17
55:1,11,13,15
56:5  57:3
58:3,6,17
59:8,11,23

60:1,15,22
61:16  62:6,14
63:1,9,18
65:15  68:2,
14,20  69:3
71:4  72:10
73:18  74:4
75:19  76:14,
16  78:9  112:5
113:15,21
114:10  116:7
117:14  118:16
120:17  121:19
122:4  123:12
162:16  163:1
164:23  169:18
170:10  194:2
195:13  209:12
Strzelecki's
53:7  57:25
59:6  65:25
113:14  163:13
stubs    17:1
stud    77:6,12
stuff    136:2
137:10  143:17
148:7  150:4,
5,20  201:17
211:14
stun    112:15,
18
stupid    82:12
subject    6:12
81:20
subjective
86:10
substantially
17:12
substantiate
14:21
sudden    153:13
sue    95:13
suffered
109:18,20,21
suffering
41:15  43:11
suggesting
148:12

suit    87:15,17
119:20  195:5
sum    73:17
summons
192:20  193:22
supervisor
16:11  24:9
55:12  57:19,
23  64:7  67:12
95:20  96:7
98:4  99:9
108:6,14
180:2  188:25
supposed
138:23  142:4
sure    8:6  22:4
31:21  38:16
48:8,23  55:2
56:21  65:5
83:19  97:7
105:13  111:6,
10  112:2
117:4,24
124:6  134:7
138:7  142:2
146:19  149:4
150:23  151:2,
23  152:16
157:3  160:5
161:18  165:8
174:23  183:4
184:23  185:6
188:6,12
189:7  191:7
202:6  207:4
210:12
surface    42:16
surroundings
37:7
surveillance
201:1
suspicion
69:18,22
99:21,25
101:23
swam    36:4
134:20

swear   4:5
sweat   137:20
swim   35:25
  36:2 81:24
  151:16 159:10
  206:9
swimming
  36:24 37:5
  60:19 75:1
  79:9 81:23,24
  82:4 87:19
  136:12,15
  151:19,24
  152:1 153:8,
  12 154:17
  155:3,10
  159:8,13
  160:4,8
  161:16,20
  206:11
swimsuit   57:2
  65:11 97:12
  120:25 191:9,
  13 195:20
  197:25 198:20
swimsuits
  77:24
sworn   4:12
  49:25 50:7

---

T

T-SHIRT
  137:20
take   17:4
  47:10,15,22
  49:3 51:10
  53:6 74:14
  77:7 82:25
  103:15,22
  104:25 105:1,
  2,18,19,20,25
  106:5 117:10
  121:22
  122:15,16
  123:2,6,13
  147:5,11
  150:15

159:20,22
161:8,10
173:17
174:12,13,15,
17 180:21
182:19 191:18
193:12,14,16
196:17 197:20
199:12 201:19
202:14 212:19
taken   51:8
  108:20 113:24
  114:1 117:11
  119:5 121:6
  147:6 150:8
  193:19 197:9
  199:7,10
  212:21
taking   48:14
  182:23
talk   5:23
  43:9 48:2
  91:9 98:10
  107:22,25
  108:7 118:14
  122:2,12
  127:12 131:1,
  5,8,10 133:11
  134:5 137:23
  146:25 148:20
  162:12 173:23
  186:15 194:20
  199:13 200:7
  203:14
talked   117:13
  133:7,9 165:4
  177:3,8
  196:25 199:24
talking   24:8
  25:18 48:14
  51:1 52:16
  58:9 72:16
  77:11 96:11
  99:13 107:12
  201:13
Tampa   138:7
taser   76:16,
  18,21 77:25
  78:4,10,13,

17,21,25 79:2
112:6,14,21
tasers   78:24
TDI   37:21
team   211:19
technical
  172:11
tell   5:12,18
  6:8 9:10
  11:24 12:15
  23:24 25:10
  27:21 31:4
  33:7,9 39:9
  40:15 41:8
  42:10,11,14
  45:13 48:9
  53:1 56:10
  60:12 61:25
  62:2 64:15
  74:22 85:12
  86:16 89:19
  90:25 91:2
  93:3,17 96:23
  99:10,12,17
  102:24 106:3
  107:4 109:2
  111:24 116:3,
  14 118:20
  125:6,12
  147:10 156:8
  175:16,18
  185:6 189:25
telling   25:22
  85:25 86:12
  108:6 115:19
  157:24 158:2,
  5
ten   37:14
  140:25
tend   127:11
tequila
  149:12
term   172:11
terrible
  139:24
terrier   124:5
terrified
  57:1 65:10

97:11 99:2,3,
7 159:19
161:7 191:12
terrifying
  79:10
test   42:8
testified
  4:13 124:8
testify
  210:24
testimony
  4:6,22 41:14
  169:22
text   16:13
  130:8 131:1,
  11 133:15,22
texted   199:17
Thank   32:6
  126:22 212:24
therapy
  109:24,25
  110:6,13,19,
  25 111:2,12
There're
  37:24
thing   83:13
  84:2,17 85:3
  88:2,5 109:20
  147:25 193:12
things   7:15
  16:7 37:16
  136:4 139:24
  172:6 180:1,5
  200:6
think   15:11
  25:15 27:21,
  24 28:3 29:20
  30:2 32:10
  33:15 38:14
  48:19 54:13
  70:13 79:7
  80:3,6 88:6
  94:11 101:6
  108:25 113:21
  114:16,22
  115:22 117:13
  124:23 134:20
  135:9 136:24

137:6 140:19,
23 141:19
155:15 156:24
157:20 158:10
164:12 172:11
176:10 178:12
193:2 197:16
199:12 205:21
209:14 211:4
**thinking** 78:7
87:14
**third** 104:9
**thought**
25:20,22
87:10 109:5
150:16
**thousand**
18:23
**threaten**
117:8 119:14
**threatened**
116:23,25
117:2,5
**threatening**
119:17 160:10
161:22
**three** 20:15
22:12 23:22
29:12 44:22
69:10,16
102:16 163:4
178:6 190:18
**ticket** 38:15
145:23 146:7,
21
**tickets** 38:12
145:16 146:17
**Tik** 201:13
**time** 5:21,24
6:3 11:7 13:9
14:3,13 15:1,
3,5,12,14,22,
25 16:5
17:14,16
18:16 20:23
21:6 22:5
26:4 29:2
33:9 36:13

38:9 40:8
43:25 52:12
53:9 59:15,18
68:13,19 69:6
70:19 72:7
73:8,18,24,25
76:12 77:9,20
84:5 85:9,11
86:8 88:24
91:1 94:6
101:2 102:16
110:6,10,14,
16,23 114:11
116:18 118:20
120:1,2,3,18,
20 121:2,5,11
123:19 126:23
128:15 129:6,
10 130:13
131:22 133:10
134:23 135:10
140:11,12,14,
23 146:20
150:21,25
151:2,3,5
152:2 153:23
157:8,9,12
170:21 171:6
173:15 175:13
176:22 178:18
180:20 181:19
186:11 191:23
195:5 198:1,
20 199:2,12
200:19 201:3
203:22 206:3,
9,10,11,24
208:4,7
212:13,22
**timeline**
58:14
**times** 42:11,
14 49:4 80:15
101:3 127:17
131:4 134:25
202:24 204:11
205:14 208:2
**title** 18:11

**today** 4:20
5:3,10,14,15
22:12 23:15
25:6,11
34:11,21
45:13 47:14
85:21 86:13
90:25 111:18
113:14 122:6
124:8,9,22
127:13 128:14
131:14,16,19
137:18 145:20
146:3,22
150:13 152:7
163:11,19,22
166:19 195:15
196:21 197:1
**Toe** 100:15
**Tok** 201:13
**told** 9:5
12:10 25:11
52:22 53:25
57:12 59:15
66:20 69:4,7
70:7,19 71:5
85:23 86:11,
20 91:24 95:7
96:20 97:21
103:9 104:3
108:13 109:15
115:12 121:6,
12,14 122:6
140:4 153:16
173:13 180:16
181:10 196:20
202:23 209:9
**tone** 82:22
118:2,7,11
170:22
**top** 29:13
206:22
**topicals**
149:22
**total** 20:14
73:18
**totality**
18:24

**touch** 48:7
112:15 190:9
**touching** 48:9
**tough** 80:13
**tours** 29:13
**towel** 156:24
157:15,19
174:10,13
177:11 178:9
**Township**
21:14
**traditional**
150:6
**traditionalist**
150:2
**traffic** 38:12
145:16
**transcribed**
22:21 24:6
26:7,20 28:23
31:25 53:16
58:4,18 59:9,
24 60:16
61:17 62:7
63:2,10 64:13
65:2,20 66:8,
18 67:10 89:8
90:8 91:7,21
92:6 93:7
94:19 95:24
101:21 102:21
104:20 105:15
106:13 107:9
159:1 161:2
164:16 167:7,
22 168:16
170:15 171:10
172:14 173:6,
19 174:25
177:20 181:3
182:2 183:1
184:17 185:16
186:20 187:11
188:3,18
189:14 191:3
**transport**
51:1

transported
  9:2 116:11
trash   145:6
  200:1
traumatically
  41:19
travel   35:9,
  11
Treadmill
  137:10
treat   30:13
treated
  13:13,14
  30:5,6,12
  108:18,19
  122:14
treating   14:9
trespass
  209:7
trick   194:8
true   6:22
  9:5,24 10:19
  11:13 194:11,
  12
truth   4:7,8
  6:9
truthful   6:9
  104:4
try   38:24
  64:10 100:18
  112:17 127:6
  142:11,12
  145:3 194:8
  197:5 198:4
trying   33:8
  77:13 99:12
  160:1 161:13
  183:14,18
  190:9 201:14
Tuesday   149:6
  150:22 151:8
turn   6:1 58:1
  126:21 146:8,
  9 194:15
  212:25
turning
  150:18

TV   120:22
  158:19
two   52:11,20
  53:6 57:23
  59:5,21 62:17
  65:16 66:1
  67:5,16 68:4,
  10 72:1
  73:11,19
  77:20 109:14
  113:6 114:4
  118:8 122:2
  133:3,24
  135:2,3 138:1
  139:21,23
  144:18,19,20
  154:12 164:4,
  7 165:20
  176:23 190:4
  195:16 210:16
  212:19
two-and-a-half
  21:7
two-thirds
  49:20 165:21
  179:2
type   5:6
  37:20 75:19
  109:24 110:25
  119:7 124:4
  131:18 132:15
  136:9 137:8,
  10,15 142:22
  143:10,13
  147:1,9,17
  148:7 201:3
  202:3 210:3,
  13,22
typed   74:22
  75:3 76:9
typing   76:11
typo   7:23

            U

U.S.   29:6
uh-huh   5:5
  10:13 29:22

  80:20
uh-uh   5:5
UIC   21:25
  22:2
unaware   39:8
uncle   19:15
  129:13
uncles   20:1
undecipherable
  92:10,13
  96:10 97:9
  98:6,25 99:24
  100:9,12,16
  102:23 103:1,
  11 107:18
  191:10
underscore
  144:8
understand
  5:7,8,16,18
  32:19,20,21
  51:22 52:3
  69:11 107:23
  112:10 113:1
  145:3 180:8
understanding
  68:14,19
  69:21,23
  128:20 204:19
unemployed
  14:14 44:1
  123:19 151:9
unfairly
  108:18
unfolded   91:1
unholster
  76:16
unholstered
  76:21 112:6
UNIDENTIFIED
  24:8,14,17
  26:10,12,25
  27:3,8,10
  29:3,7,11,15,
  18,22 32:5,8,
  12,16,18
  60:18,21
  63:11 77:18

  79:11,16
  96:6,9 99:22
  100:1,6,18
  101:24 103:2,
  5,9 106:15
  107:14,21
  108:3
uniform
  162:21 197:24
Unintelligible
  106:15
unit   55:13
universities
  22:3
University
  21:23 22:9
unknown   45:12
unreportable
  55:14,23
  151:4
unsafe   11:19,
  21
untruthful
  6:15 23:16
  33:12,14,22
  34:2
unused   21:3
upper   41:6
ups   148:6
upset   32:4
  210:7
UW   22:6,8
  34:7

            V

vacate   11:8
vacating
  12:11
Valerio
  128:8,13
  156:12,20
  157:2,5,12,24
  159:3,6,17,
  20,25 160:7,
  11 161:5,8,
  12,19,23

162:4,18
164:7 169:3
194:25 195:7
**Valerio's**
158:8,25
160:18,23
161:1 192:5
**Vape** 149:25
**vapes** 150:1
**vapor** 150:3
**various**
113:15 127:16
**vehicle**
195:19
**vehicles**
194:23
**Velario** 52:6
**venture** 13:6
**verbal** 82:10
185:3 190:18
**verbalize**
186:5,8,9
**verbally** 5:4
166:1 184:12
**verifying**
142:1
**versus** 43:9
**vicinity** 60:5
**victim** 58:6
59:11 62:14
**video** 22:17
23:12 24:21
26:15 27:11
29:23 33:3
42:3,18 46:5
48:1 53:10,13
57:20 58:7,25
59:12 60:3,9,
24 61:23,25
62:15 64:11
65:13,23
66:13 67:3,
13,20,25
68:8,12
69:13,14
70:1,2,16
71:9,11,14,
19,23 72:5,14

74:9 78:1
79:20 83:11,
24 84:15
85:1,4,14
86:6,7,24
87:24 88:20
89:17 90:3,17
91:15,25
92:22 93:15,
19 95:5
100:22 102:3,
17 103:19
105:3,22
106:23 108:4
111:25 114:4,
15 126:1
127:9 153:21
160:15,20,21
162:2 164:20,
24 165:7,8,9,
25 166:6,9,
16,24 167:11,
16 168:2,10,
22 169:5,8,10
170:19
171:14,22,23,
25 172:18,22
173:2,10,15
174:1,9,10,
20,21 175:5,
16,25 176:2,
13,17 177:4
178:1,10
179:15 180:18
181:17 182:15
183:9,16,22,
23 184:24
185:8,9,21,24
186:6,9
187:1,16,25
188:7,12
189:1,19
190:1,2,7,8
191:14,20,22
192:6 196:21
197:3 201:3,
12,14 206:10,
12 208:18,21,
22 209:18,19

**videos** 6:17
22:12 111:18
113:15
127:13,17
145:19 146:2,
22 154:24
179:1 195:16
200:22 201:1,
9 205:24
**videotape**
89:7 90:7
91:6,20 92:5
93:6 94:18
95:23 101:20
102:20 104:19
105:14 106:12
107:8 164:15
167:6,21
168:15 170:14
171:9 172:13
173:5,18
174:24 177:19
181:2 182:1,
25 184:16
185:15 186:19
187:10 188:2,
17 189:13
191:2
**view** 32:13
**viewing**
176:17 202:23
**violating**
79:19,24
**visible**
195:21,25
**vision** 175:22
178:23,24
**visit** 111:9
135:24 142:5
211:16
**visited**
129:13,14
143:6
**visiting**
138:12 212:14
**visitors**
135:6

**visits** 111:15
**visualizing**
42:18
**vitamins**
150:15,19
**voice** 118:11
**voiced** 155:11
**voicing**
106:19
**volunteer**
136:7
**volunteering**
143:11
**VP** 18:12
140:19

---

**W**

**wage** 44:10
**wake** 147:10
150:22,25
211:6
**walk** 67:6
71:13 72:1
147:11 151:12
**walked** 73:25
151:14
**walking**
60:10,12
77:22 84:8
159:7,23
161:11 164:9
175:8,10
176:6,7
178:3,4,7
**walks** 157:25
**want** 7:15
23:3 24:16
26:17 27:2
33:21 39:10
47:4,13,18
48:2 55:17
62:2 70:12
83:18 95:1
102:17 104:1
105:12
107:19,22
108:7 111:2

118:25 121:9
127:12 128:19
137:23 139:17
141:1 145:3
146:25 148:20
149:2 158:22
160:9 161:21
164:2 175:24
176:4 182:12
184:19
187:13,20
192:9 194:9
197:4
**wanted** 13:14
47:16 87:8
103:24 104:3,
6,11 108:17
111:7 188:12
207:12
**warning**
146:10 209:8
**Warren** 21:14
**watch** 69:12
71:21 95:22
105:12 114:15
153:21 168:14
173:4 186:6
201:8
**watched** 6:17
49:23 50:10
145:19
160:17,19
165:24 181:21
186:9
**watching**
60:12 66:15
105:5 111:18
130:3 157:10
164:24 166:6,
16,24 183:20
195:15 201:17
205:24
**way** 13:14
30:5 31:18
32:12 48:5
50:6 73:10
81:24 82:21,
24 111:19
114:16 116:24

117:17 118:1
121:25 122:5,
25 123:3,6,13
142:6 146:2
158:20 159:9
165:21 209:20
**weapon** 78:18
166:10
**wear** 178:13
**wearing**
162:21
178:21,22
**weather** 20:13
139:24 152:11
**website** 75:23
76:2 124:16
198:5
**Wednesday**
124:14
**week** 21:5
35:7 36:19
37:9,12,18
137:1 138:14,
25 142:9,13,
17 143:20
146:11 211:5
**weekend**
143:18
**weight** 137:13
147:15,16,20
**weightlifting**
137:4,11,15
147:1,9
**weights** 37:10
147:2,12,15
152:1
**weird** 150:4
**well-being**
33:19
**went** 16:11
22:4 34:18
44:5 71:12
85:19,23
110:10 136:21
138:23 139:2
140:22 150:9
151:19,21
163:12 173:16

178:18,20,24
180:1 181:20
195:8 203:9,
10,22,24
207:15,21
211:20
**West** 135:25
**wet** 87:15,18
**whatsoever**
166:20
**wheel** 127:8
164:2 179:14
212:1
**whiskey**
149:12
**white** 102:6
176:18,23
177:2,7,8,10,
12
**whomever**
193:3
**wide** 196:13
**wife** 19:15
60:21,22
72:16 157:2
162:12
**willy-nilly**
77:23
**Wisconsin**
22:9
**wise** 143:16
152:11
**witness** 4:9
10:5,13,17
49:18 74:17
158:14 210:21
**woman** 81:22
82:21 153:4
**word** 5:6
12:24 105:24
**words** 16:15
62:1 158:16
179:7,8,10
191:21
**wore** 178:16
**work** 9:9,14,
19 13:2,8

14:16,22
15:11 19:1
35:7 44:18
58:14 123:18
134:17 136:6
137:6 139:14,
17,18 140:7,
10 142:6
143:11,19
211:4,15
212:6,10,15
**worked** 34:17,
18,19 138:3
140:25 212:4
**working** 14:4
16:14,16,20
17:7,11,13,14
18:2,8,13,18
34:13,21,24
37:17,18
39:23 40:6
43:19 44:23
138:16 139:4
140:25
143:16,17
**workout** 37:8,
13 212:13
**works** 32:12
50:4,19 71:2
**world** 87:5
**worn** 92:25
127:14
128:10,12
160:18 163:14
164:14 165:24
200:22 208:14
**worried**
188:11,13
**worry** 103:17
123:14
**Worth** 12:23,
24 13:3,15
15:12 16:9,
11,19 17:14,
19 18:14,17
34:13,18
137:25 138:3
140:13 142:9,

18 212:4,11
**wrecked**
  131:22
**wrist**  132:10
**written**  7:3
**wrong**  128:4
  140:9
**wrote**  204:3

————————————

Y

**yards**  122:23,
  24
**yeah**  7:2,6
  10:9 12:14
  14:11 18:1,10
  20:25 21:12
  23:7,10 24:20
  26:11 27:6,9
  29:20 34:10
  35:24 37:19
  40:14 43:15
  54:14 56:24
  61:14 65:8
  69:20 83:19
  85:8 99:6
  101:14 110:12
  115:2 123:20
  125:8 129:5
  130:1,17,19
  131:21 132:21
  133:5,18,25
  134:16,24
  137:5,7
  138:11,17,19
  139:12 141:6,
  18 142:1,19
  144:8,17
  145:18 147:4
  148:1 149:14,
  16,24 150:7
  151:13,23
  152:6,12
  153:20,22
  154:23 159:19
  161:7 163:21
  165:15 192:4,
  12 197:13

203:21 205:3
208:8 210:20
211:6 212:18
**year**  8:15
  13:5 17:20,23
  18:19 21:15
  44:5,6 45:8
  128:23,25
  129:2,4,8
  131:4 137:18
  147:23 201:16
**years**  20:15
  21:8 56:25
  65:9 79:7
  97:10 99:5
  125:6 130:22
  133:3 138:1
  140:25 144:9
  191:11
**yell**  181:24
  190:23
**yelling**  56:14
  64:19 97:1
  184:9,12
**yellow**  150:18
**yells**  59:2
**you-all**  32:25
**Young**  84:4
**younger**
  129:18,19
  148:2
**Youtube**  33:9
  144:10,20
  200:20 201:19

————————————

Z

**zero**  32:21