UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

## **DEFENDANT, JOSEPH STRZELECKI'S WITNESS LIST**

    Defendant, JOSEPH STRZELECKI, by and through his undersigned counsel, submits his Witness as follows:

1. Joseph Strzelcki
   c/o Johnson, Anselmo et al.

2. Bethany Guerriero
   c/o King Morse

3. Ryan Gould
   c/o Slater Legal

4. Sergeant Dennis Beach
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

5. Officer Michael Valerio
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

6. Chief Clinton Shannon (Retired)
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

7. Sergeant Mark Glass
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

8. Sergeant Todd Grossman
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

9. Officer Kellen Stairs
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

10. Anna Petrovna Ivanova
    2201 Sabal Ridge Court
    Palm Beach Gardens, FL

11. Benedetto Salvia
    2201 Sabal Ridge Court
    Palm Beach Gardens, FL

12. Records Custodian of the City of Palm Beach Gardens

13. All witnesses listed by other parties.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
***Attorneys for Defendant, Strzelecki***
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 – Facsimile
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com

*/s/ Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207

**SERVICE LIST**

*Counsel for Plaintiff*
**James M. Slater, Esq. (111779)**
Slater Legal, PLLC
9000 Dadeland Blvd., Suite 1500
Miami, FL 33156
Tel: 305.523.9023
james@slater.legal
alicia@slater.legal

*Co-Counsel for Plaintiff*
**Eric A. Rice, Esq.**
**Law Office of Eric A. Rice, LLC.**
1 W. Water Street, Suite 275
St. Paul, MN 55107
Tel: 651.998.9660
Fax: 651.344.0763
eric@ricedefense.com

*Counsel for Defendant, Guerriero*
**Gregory J. Morse, Esq. (0505099)**
**R.E. "Rick" King, III, Esq. (90473)**
King Morse PLLC
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
Tel: 561.651.4145 / 561.557.1079
greg@morselegal.com
rick@kingmorselaw.com
kristen@kingmorselaw.com

---

*Counsel for Defendant, Strzelecki*
**SCOTT D. ALEXANDER, ESQ. (057207)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com