UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

## **DEFENDANT, BETHANY GUERRIERO'S WITNESS LIST**

COMES NOW, the Defendant, Bethany Guerriero, by and through his undersigned counsel, submits his Witness as follows:

1. Bethany Guerriero
   c/o King Morse

2. Joseph Strzelecki
   c/o Johnson, Anselmo et al.

3. Ryan Gould
   c/o Slater Legal

4. Sergeant Dennis Beath
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

5. Officer Michael Valerio
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

6. Chief Clinton Shannon (Retired)
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

7. Sergeant Mark Glass
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

8. Sergeant Todd Grossman
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

9. Officer Kellen Stairs
   c/o Palm Beach Gardens Police Department
   10500 N. Military Trail
   Palm Beach Gardens, FL

10. Anna Petrovna Ivanova
    2201 Sabal Ridge Court
    Palm Beach Gardens, FL

11. Benedetto Salvia
    2201 Sabal Ridge Court
    Palm Beach Gardens, FL

12. Records Custodian of the City of Palm Beach Gardens

13. All witnesses listed by other parties.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Gregory J. Morse* | and | */s/ R.E. "Rick" King, III* |
| Gregory J. Morse, Esq. | | R.E. "Rick" King, III, Esq. |
| King \| Morse, PLLC | | King \| Morse, PLLC |
| 2240 Palm Beach Lakes Blvd. | | 2240 Palm Beach Lakes Blvd. |
| Suite 300 | | Suite 300 |
| West Palm Beach, FL 33409 | | West Palm Beach, FL 33409 |
| T: (561) 651-4145 | | T: (561) 557-1079 |
| E-mail: greg@kingmorselaw.com | | E-mail: rick@kingmorselaw.com |
| FL Bar No.: 0505099 | | FL Bar No.: 90473 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically according to CME/CF guidelines established by U.S. District Court for the Southern District of Florida on this 6th day of June 2024 on all counsel or parties of record on the Service List below.

James Murray Slater, Esq.
Slater Legal, PLLC
PO Box 522
Tallahassee, FL 32302
T: (305) 523-9023
E-mail: james@slater.legal
Counsel for Plaintiff

Eric A. Rice, Esq.
Eric A. Rice, LLC
1 W. Water Street, Suite 275
St. Paul, MN 55107
T: (651) 998-9660
E-mail: eric@ricedefense.com
Counsel for Plaintiff

Scott David Alexander, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & McDuff
International Building
2455 E. Sunrise Blvd., Suite 1000
PO Box 030220
Ft. Lauderdale, FL 33304
T: (954) 463-0100
E-mail: alexander@jambg.com
Counsel for Defendant Strzelecki