UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIIERO, *et ano*.,

    Defendants.

## **PLAINTIFF'S WITNESS LIST**

Pursuant to the Court's Scheduling Order [ECF No. 22], Plaintiff Ryan Gould submits the following list of witnesses that he may call at trial.

1. Ryan Gould
   c/o Slater Legal PLLC

2. Michael Gould
   (847) 220-0920
   660 Parkside Ct.
   Libertyville, IL 60048

3. Alex Arismendi
   (847) 693-6984
   2504 Elan Place
   Fairfield, CA 94533

4. Ismarie Ramirez
   (561) 293-0255
   13796 73rd St. N.
   West Palm Beach, FL 33412

5. Bethany Guerriero
   c/o Morse King P.A.

6. Officer Joseph Strzelecki
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

7. Officer Michael Valerio
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

8. Sergeant Todd Grossman
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

9. Chief Clinton Shannon
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

10. Assistant Chief Dominick Pape
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

11. Major Ed Guillen
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

12. Sergeant Dennis Beath
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

13. Sergeant Marc Glass
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

14. Sergeant Richard Pearce
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

15. Major Randall Anderson
c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

16. Assistant Chief Martin Bechtel
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

17. Captain Javier Garcia
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

18. Officer Kellen Stairs
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

19. Officer Robert Ayala
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

20. Officer Reuben Carter
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

21. Officer Darrin Walker
    c/o Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

22. Any and all witnesses listed by Defendants in their Rule 26 disclosures and/or witness lists are adopted and incorporated as if set forth herein.

Dated: June 6, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel. (305) 523-9023
james@slater.legal

        Eric Rice (admitted *pro hac vice*)
        Law Office of Eric A. Rice LLC
        1 West Water Street, Suite 275
        St. Paul, Minnesota 55107
        Tel.: (651) 998-9660
        eric@ricedefense.com

        *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on June 6, 2024, I served a true and correct copy of this document by electronic mail to all counsel of record.

        By: */s/ James M. Slater*
            James M. Slater