UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO and
JOSEPH STRZELECKI,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court upon the Defendant Joseph Strzelecki's Second Motion for Conventional Filing, filed on June 5, 2024. (DE 30). Defendant requests to provide the Court with the audio files of the 911 calls made by Plaintiff on a flash drive that would be delivered to the U.S. District Court Clerk's office in West Palm Beach. Defendant states that audio is brief and provides evidence of information available to the officers. Plaintiff does not oppose the Motion. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) Defendant's Motion (DE 30) is **GRANTED.**

2) Defendant Joseph Strzelecki may file conventionally on a flash drive the audio and video files of the 911 calls.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record