UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR CONVENTIONAL FILING

Plaintiff Ryan Gould seeks leave to file two recordings by conventional means. As grounds, Plaintiff states:

1. The CM/ECF system does not permit Plaintiff to electronically file audio and video files.

2. In response to Defendant Joseph Strzelecki's pending motion for summary judgment [ECF No. 31], Plaintiff plans to rely on (a) the police radio dispatch recording from the date of the incident as well as (b) surveillance camera footage that depicts the incident from a different vantage point than the bodyworn camera footage Defendant Strzelecki provided in support of his motion.

3. Plaintiff believes both pieces of evidence will be helpful to the Court in resolving Defendant Strzelecki's motion for summary judgment.

4. Each file has been downloaded to a USB drive and will be provided to the Clerk at the United States Courthouse in West Palm Beach, Florida subject to the Court's permission to conventionally file the USB drive. Pursuant to CM/ECF Administrative Procedures Sections 4A

and 4B, a copy of the order granting this motion and the notice set forth in Form A to the CM/ECF Administrative Procedures will be provided to the Clerk.

5.      Defendants do not oppose the filing of these recordings conventionally.

6.      A proposed order granting this motion is attached hereto.

WHEREFORE, Plaintiff Ryan Gould respectfully requests that the Court grant this motion and permit him leave to file a USB drive with the Clerk containing the recordings outlined above.

## Certificate of Good Faith Conference

Counsel for the Plaintiff has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Defendants do not oppose the relief sought herein.

Dated: June 18, 2024

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

Eric Rice (admitted *pro hac vice*)
Law Office of Eric A. Rice LLC
1 West Water Street, Suite 275
St. Paul, Minnesota 55107
Tel.: (651) 998-9660
eric@ricedefense.com

*Attorneys for Plaintiff*