UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CONVENTIONAL FILING

THIS MATTER is before the Court on Plaintiff Ryan Gould's Unopposed Motion for Conventional Filing [ECF No. 37] (the "Motion") in which he seeks leave to file two recordings by conventional means in connection with his response to Defendant Joseph Strzelecki's pending motion for summary judgment. Being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that

1.     The Motion is GRANTED.

2.     Plaintiff Ryan Gould may file conventionally on a flash drive the audio dispatch recording and the surveillance footage depicting the scene in the parking lot.

**DONE AND ORDERED** in Chamber at West Palm Beach, Florida, this _____ day of June 2024.

                                                             DONALD M. MIDDLEBROOKS
                                                             UNITED STATES DISTRICT JUDGE

Copies to: all counsel, via CM/ECF