UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIERO, *et ano.*,

    Defendants.

Case No. 9:24-cv-80022-DMM

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1.    I am counsel of record in this case for Plaintiff Ryan Gould.

2.    I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3.    The purpose of this declaration is to annex discovery documents and records in support of Plaintiff's forthcoming Response in Opposition to Defendant Joseph Strzelecki's Motion for Summary Judgment.

4.    Attached as Exhibit A is a true and correct copy of the police dispatch audio recording from May 9, 2023—the date of the incident—which was produced by the City of Palm Beach Gardens. Plaintiff has moved for leave to conventionally file this audio recording.

5.    Attached as Exhibit B is a true and correct copy of the Sabal Ridge surveillance footage depicting the parking lot adjacent to the community pool on May 9, 2023—the date of the incident—which was produced by the City of Palm Beach Gardens. Plaintiff has moved for leave to conventionally file this video recording.

6. Attached as Exhibit C is a true and correct copy of the "Event Report" or computer-aided dispatch report relating to the May 9, 2023 incident at Sabal Ridge, which was produced by the City of Palm Beach Gardens.

7. Attached as Exhibit D is a true and correct copy of Plaintiff's Verified Responses to Defendant Strzelecki's First Set of Interrogatories, which were served on counsel on April 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2024 in Atlanta, Georgia.

_____
James M. Slater