# Exhibit A
# (to be filed
# conventionally)