# Exhibit B
# (to be filed conventionally)