# Exhibit C

# POLICE DEPARTMENT

## Event Report

| | | |
|---|---|---|
| Event ID: **23-123255** | Call Ref #: 653 | Date/Time Received: 05/09/23 11:27:31 |
| Rpt #: 23-002514 | Prime Unit: GK911 | Services Involved |
| Call Source: W911 | VALERIO, MICHAEL | LAW |

Location: **100 SABAL RIDGE CIR**  
DIST: 169.41 FT (S) (N)SABAL RIDGE

X-ST: ELM AVE  
ELM AVE

Jur: CAD   Service: LAW   Agency: PBG  
St/Beat: 3   District:   RA: 19

Business: SABAL RIDGE   Phone:   GP: GP14

Nature: **22 DISTURBANCE NOT**   Alarm Lvl: 1   Priority: 1   Medical Priority:

Reclassified Nature:

Caller: BENNI SALVIA   Alarm:  
Addr:   Phone: (561) 222-4407   Alarm Type:

Vehicle #:   St:   Report Only: No   Race:   Sex:   Age:

Call Taker: KENDALL405   Console: CAD11

Geo-Verified Addr.: Yes   Nature Summary Code: 22   Disposition: RPT   Close Comments:

Notes:

*See Event Notes Addendum at end of this report*

### Times

| | Time From Call Received | |
|---|---|---|
| Call Received: 05/09/23 11:27:31 | | Unit Reaction: 000:01:53 *(1st Dispatch to 1st Arrive)* |
| Call Routed: 05/09/23 11:28:14 | 000:00:43 | En-Route: 000:00:21 *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 05/09/23 11:31:40 | 000:04:09 | On-Scene: 006:13:41 *(1st Arrive to Last Clear)* |
| 1st Dispatch: 05/09/23 11:28:20 | 000:00:49 *(Time Held)* | |
| 1st En-Route: 05/09/23 11:28:41 | 000:01:10 | |
| 1st Arrive: 05/09/23 11:30:13 | 000:02:42 *(Reaction Time)* | |
| Last Clear: 05/09/23 17:43:54 | 006:16:23 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| GB32 | 553 | D | Dispatched | 05/09/23 11:28:20 | Out Evt: [A] at 125 TRAILBLAZER LOO | | JAVOR390 |
| GB33 | 321 | D | Dispatched | 05/09/23 11:28:22 | Out Evt: [A] at 5110 117TH CT N | | JAVOR390 |
| GB33 | 321 | E | En-Route | 05/09/23 11:28:41 | | | Unit:GB33 |
| GB2 | 418 | D | Dispatched | 05/09/23 11:28:50 | On Evt: [A] at 4574 GARDENIA DR | | Unit:GB2 |
| GB2 | 418 | E | En-Route | 05/09/23 11:28:50 | On Evt: [A] at 4574 GARDENIA DR | | Unit:GB2 |
| GK911 | 487 | D | Dispatched | 05/09/23 11:29:54 | Stat/Beat: K9 | | Unit:GK911 |
| GK911 | 487 | E | En-Route | 05/09/23 11:29:54 | Stat/Beat: K9 | | Unit:GK911 |
| GB62 | 565 | D | Dispatched | 05/09/23 11:30:12 | | | Unit:GB62 |
| GB62 | 565 | E | En-Route | 05/09/23 11:30:12 | | | Unit:GB62 |
| GB1 | 263 | D | Dispatched | 05/09/23 11:30:13 | Stat/Beat: 1 | | Unit:GB1 |

Report Generated: 03/18/2024 09:53:25 | User ID: SOULE323   Note: Comments may truncate in portrait. Use landscape to avoid truncation.

\\pdvrmscad.police.pbgfl.local\ossicad\cad\rpt  
\EventHistory_Event_Portrait

| Event ID: 23-123255 | | | Call Ref #: 653 | **22 DISTURBANCE NOT NOISE/MUSIC at 100 SABAL RIDGE CIR** | | |
|---|---|---|---|---|---|---|
| GB1 | 263 | E | En-Route | 05/09/23 11:30:13  Stat/Beat: 1 | | Unit:GB1 |
| GB1 | 263 | A | Arrived | 05/09/23 11:30:13  Stat/Beat: 1 | | Unit:GB1 |
| GK911 | 487 | A | Arrived | 05/09/23 11:30:38 | | Unit:GK911 |
| GB52 | 499 | D | Dispatched | 05/09/23 11:32:04  Out Evt: [A] at 2490 PGA BLVD | | JAVOR390 |
| GB32 | 553 | A | Arrived | 05/09/23 11:32:52 | | JAVOR390 |
| GB33 | 321 | A | Arrived | 05/09/23 11:32:54 | | JAVOR390 |
| GB10 | 293 | D | Dispatched | 05/09/23 11:34:10 | | JAVOR390 |
| GB2 | 418 | A | Arrived | 05/09/23 11:34:55 | | Unit:GB2 |
| GB52 | 499 | E | En-Route | 05/09/23 11:35:13 | | JAVOR390 |
| GB10 | 293 | E | En-Route | 05/09/23 11:35:14 | | JAVOR390 |
| GB62 | 565 | A | Arrived | 05/09/23 11:36:12 | | JAVOR390 |
| GB52 | 499 | A | Arrived | 05/09/23 11:36:15 | | Unit:GB52 |
| GB10 | 293 | A | Arrived | 05/09/23 11:36:56 | | Unit:GB10 |
| GB30 | 334 | D | Dispatched | 05/09/23 11:37:51 | | JAVOR390 |
| GB30 | 334 | E | En-Route | 05/09/23 11:37:53 | | JAVOR390 |
| GB30 | 334 | A | Arrived | 05/09/23 11:51:06 | | JAVOR390 |
| GB2 | 418 | L | Location Change | 05/09/23 12:05:17  1053 1015 | | JAVOR390 |
| GB2 | 418 | L | Location Change | 05/09/23 12:10:15  1019 1015 | | JAVOR390 |
| GB1 | 263 | L | Location Change | 05/09/23 12:10:36  1019 ASSIST GB2 | | JAVOR390 |
| GB62 | 565 | C | Cleared | 05/09/23 12:15:16  BU | BU | JAVOR390 |
| GB32 | 553 | L | Location Change | 05/09/23 12:41:16  10-19 | | Unit:GB32 |
| GK911 | 487 | L | Location Change | 05/09/23 12:43:07  ENROUTE TO STATION | | Unit:GK911 |
| GB33 | 321 | C | Cleared | 05/09/23 12:44:35  BU | BU | JAVOR390 |
| GB10 | 293 | C | Cleared | 05/09/23 12:46:43 | BU | Unit:GB10 |
| GK911 | 487 | L | Location Change | 05/09/23 12:46:57  STATION | | Unit:GK911 |
| GB30 | 334 | C | Cleared | 05/09/23 12:53:35 | BU | Unit:GB30 |
| GB52 | 499 | L | Location Change | 05/09/23 12:56:03  GARDENS HOSPITAL | | Unit:GB52 |
| GB1 | 263 | C | Cleared | 05/09/23 12:59:30 | BU | Unit:GB1 |
| GB2 | 418 | C | Cleared | 05/09/23 13:00:54 | BU | Unit:GB2 |
| GB32 | 553 | T | Transport | 05/09/23 13:51:29  To: COUNTY JAIL/1015 | | JAVOR390 |
| GB32 | 553 | MILE | Beg Mileage | 05/09/23 13:51:29  Beg Mileage: 65895.0 | | JAVOR390 |
| GK911 | 487 | L | Location Change | 05/09/23 14:08:41  SABAL RIDGE | | Unit:GK911 |
| GB32 | 553 | A | Arrived | 05/09/23 14:11:26 | | JAVOR390 |
| GB32 | 553 | MILE | End Mileage | 05/09/23 14:11:26  End Mileage: 65909.0 | | JAVOR390 |
| GB52 | 499 | L | Location Change | 05/09/23 14:13:59  100 SABAL RIDGE CIR | | Unit:GB52 |
| GK911 | 487 | L | Location Change | 05/09/23 14:34:38  STATION | | Unit:GK911 |
| GB32 | 553 | L | Location Change | 05/09/23 14:44:36  1051 SABAL RIDGE CT | | JAVOR390 |
| GK911 | 487 | C | Cleared | 05/09/23 14:49:55 | RPT | Unit:GK911 |
| GK911 | 487 | D | Dispatched | 05/09/23 15:25:45  Stat/Beat: K9 | | Unit:GK911 |
| GK911 | 487 | E | En-Route | 05/09/23 15:25:45  Stat/Beat: K9 | | Unit:GK911 |
| GK911 | 487 | A | Arrived | 05/09/23 15:25:45  Stat/Beat: K9 | | Unit:GK911 |
| GK911 | 487 | L | Location Change | 05/09/23 15:25:52  STATION | | Unit:GK911 |
| GB52 | 499 | C | Cleared | 05/09/23 16:25:22 | BU | Unit:GB52 |
| GB32 | 553 | C | Cleared | 05/09/23 16:36:49 | BU | Unit:GB32 |
| GK911 | 487 | C | Cleared | 05/09/23 17:43:54  BU | BU | MCHONE41 |

| Event ID: 23-123255 | Call Ref #: 653 | 22 DISTURBANCE NOT NOISE/MUSIC at 100 SABAL RIDGE CIR |
|---|---|---|

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 05/09/23 11:27:31 | By: E911 | | KENDALL40 |
| | | ENT | Entered Street | 05/09/23 11:27:31 | 3300 PGA BLVD TOWER NE FACE | | KENDALL40 |
| | | DLS | Duplicate List | 05/09/23 11:27:41 | Potential Duplicate Events Listed (1 | | KENDALL40 |
| | | CHG | Changed Street | 05/09/23 11:27:46 | 211 SABAL RIDGE CIR --> 100 SABAL | | KENDALL40 |
| | | CHG | Changed AddSt | 05/09/23 11:27:47 | DIST: 169.41 FT --> DIST: 169.41 FT (S | | KENDALL40 |
| | | ENT | Entered Remarks | 05/09/23 11:28:12 | | | KENDALL40 |
| | | ENT | Entered Nature | 05/09/23 11:28:13 | 22 DISTURBANCE NOT NOISE/MUSIC | | KENDALL40 |
| | | FF | Fast Forward to LAW | 05/09/23 11:28:14 | LAW | | KENDALL40 |
| | | VEV | Viewed Event | 05/09/23 11:28:17 | User First Viewed Event CAD | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:28:28 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:28:31 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:28:39 | | | KENDALL40 |
| | | VEV | Viewed Event | 05/09/23 11:28:44 | User First Viewed Event CAD | | MOYA560 |
| | | ARM | Added Remarks | 05/09/23 11:28:44 | | | KENDALL40 |
| | | VEV | Viewed Event | 05/09/23 11:29:01 | User First Viewed Event CAD | | JANNAF281 |
| | | VEV | Viewed Event | 05/09/23 11:29:10 | User First Viewed Event CAD | | MEANS277 |
| | | ARM | Added Remarks | 05/09/23 11:29:10 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:29:16 | | | MOYA560 |
| | | ARM | Added Remarks | 05/09/23 11:29:20 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:29:44 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:30:07 | | | KENDALL40 |
| | | CHG | Changed CallerName_ | 05/09/23 11:30:16 | T-MOBILE USA, INC. --> RYAN | | MEANS277 |
| | | CHG | Changed CallerName_ | 05/09/23 11:30:23 | T-MOBILE USA, INC. --> BENNI SALVI | | KENDALL40 |
| | | CHG | Changed CallerAddres | 05/09/23 11:30:23 | 211 SABAL RIDGE CIR --> | | KENDALL40 |
| | | CHG | Changed Street | 05/09/23 11:30:25 | 100 SABAL RIDGE CIR --> 100 SABAL | | MOYA560 |
| | | CHG | Changed CallerAddres | 05/09/23 11:30:26 | 211 SABAL RIDGE CIR --> | | MEANS277 |
| | | ARM | Added Remarks | 05/09/23 11:30:31 | | | KENDALL40 |
| | | VEV | Viewed Event | 05/09/23 11:30:40 | User First Viewed Event CAD | | OH365 |
| | | ARM | Added Remarks | 05/09/23 11:31:05 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:31:16 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:31:18 | | | MOYA560 |
| | | ARM | Added Remarks | 05/09/23 11:31:30 | | | MOYA560 |
| | | FIN | Finished Call Taking | 05/09/23 11:31:40 | | | MOYA560 |
| | | ARM | Added Remarks | 05/09/23 11:32:06 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:32:13 | | | MOYA560 |
| | | VEV | Viewed Event | 05/09/23 11:32:39 | User First Viewed Event CAD | | MEDINA512 |
| | | ARM | Added Remarks | 05/09/23 11:32:42 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:32:54 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:33:06 | | | KENDALL40 |
| | | ARM | Added Remarks | 05/09/23 11:33:32 | | | MOYA560 |
| | | ARM | Added Remarks | 05/09/23 11:34:15 | | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:34:25 | | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:36:06 | | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:38:04 | | | JAVOR390 |

| Event ID: 23-123255 | | | Call Ref #: 653 | | 22 DISTURBANCE NOT NOISE/MUSIC at 100 SABAL RIDGE CIR | |
|---|---|---|---|---|---|---|
| | | DLQ | Driver License Query | 05/09/23 11:38:10 | OLN:S410073964200 State: FL | JAVOR390 |
| GB32 | 553 | NCIC | QRY: | 05/09/23 11:38:10 | 1) UNIT:GB32 DOB=1/1/0001 00:00:00, | JAVOR390 |
| GB32 | 553 | ... | QRY:... | 05/09/23 11:38:10 | 2) OLNState=FL, OLN= | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:38:10 | OLN:S410073964200 State:  Name: <U | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:38:49 | OLN: State:  Name: SALVIA, BENEDET | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:39:41 | | JAVOR390 |
| | | RSW | Reset Watchdog Timer | 05/09/23 11:39:53 | 1) Units: GB1,GB10,GB2,GB62,GK911, | JAVOR390 |
| | | ... | Reset Watchdog Timer | 05/09/23 11:39:53 | 2) >>> 15Min. | JAVOR390 |
| | | VEV | Viewed Event | 05/09/23 11:40:31 | User First Viewed Event CAD | QUINTERO5 |
| | | DLQ | Driver License Query | 05/09/23 11:42:08 | OLN: State:  Name: IVANOVA, ANNA | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:42:31 | | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:42:39 | OLN:I151055897920 State: FL | JAVOR390 |
| GB32 | 553 | NCIC | QRY: | 05/09/23 11:42:39 | 1) UNIT:GB32 DOB=1/1/0001 00:00:00, | JAVOR390 |
| GB32 | 553 | ... | QRY:... | 05/09/23 11:42:39 | 2) OLNState=FL, OLN= | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:42:58 | OLN:S410073964200 State:  Name: SA | KENDALL40 |
| | | DLQ | Driver License Query | 05/09/23 11:43:17 | OLN:I151055897920 State:  Name: IVA | KENDALL40 |
| | | DLQ | Driver License Query | 05/09/23 11:45:25 | OLN: State:  Name: GOULD, RYAN M | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:45:43 | OLN: State:  Name: GOULD, RYAN | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:46:07 | | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 11:46:15 | OLN:G430733913700 State: FL | JAVOR390 |
| GB32 | 553 | NCIC | QRY: | 05/09/23 11:46:15 | 1) UNIT:GB32 DOB=1/1/0001 00:00:00, | JAVOR390 |
| GB32 | 553 | ... | QRY:... | 05/09/23 11:46:15 | 2) OLNState=FL, OLN= | JAVOR390 |
| | | VCH | Viewed Call History | 05/09/23 11:51:38 | Location Information | OH365 |
| | | VEV | Viewed Event | 05/09/23 11:53:51 | User First Viewed Event CAD | MCHONE41 |
| | | VPR | Viewed Premise | 05/09/23 11:53:55 | Location Information | MCHONE41 |
| | | ARM | Added Remarks | 05/09/23 11:53:59 | | JAVOR390 |
| | | VPR | Viewed Premise | 05/09/23 11:54:12 | Location Information | JAVOR390 |
| | | VPR | Viewed Premise | 05/09/23 11:54:18 | Location Information | OH365 |
| | | VCH | Viewed Call History | 05/09/23 11:54:52 | Location Information | OH365 |
| | | RSW | Reset Watchdog Timer | 05/09/23 11:55:04 | 1) Units: | JAVOR390 |
| | | ... | Reset Watchdog Timer | 05/09/23 11:55:04 | 2) GB1,GB10,GB2,GB62,GK911,GB32, | JAVOR390 |
| | | ... | Reset Watchdog Timer | 05/09/23 11:55:04 | 3) 15Min. | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:56:20 | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:56:33 | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 11:57:58 | | MCHONE41 |
| | | VCH | Viewed Call History | 05/09/23 11:58:07 | Location Information | MCHONE41 |
| | | ARM | Added Remarks | 05/09/23 12:00:04 | | MCHONE41 |
| | | ARM | Added Remarks | 05/09/23 12:04:03 | | MCHONE41 |
| | | VEV | Viewed Event | 05/09/23 12:04:22 | User First Viewed Event CAD | ROSS384 |
| | | ARM | Added Remarks | 05/09/23 12:04:28 | | MCHONE41 |
| | | ARM | Added Remarks | 05/09/23 12:05:12 | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 12:05:54 | | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 12:08:07 | | JAVOR390 |
| | | RSW | Reset Watchdog Timer | 05/09/23 12:10:42 | 1) Units: GB10,GB62,GK911,GB32,GB | JAVOR390 |
| | | ... | Reset Watchdog Timer | 05/09/23 12:10:42 | 2) 30Min. | JAVOR390 |
| | | ARM | Added Remarks | 05/09/23 12:11:25 | | JAVOR390 |
| | | DLQ | Driver License Query | 05/09/23 12:15:20 | OLN:G430733913700 State:  Name: G | KENDALL40 |

| Event ID: 23-123255 | Call Ref #: 653 | 22 DISTURBANCE NOT NOISE/MUSIC at 100 SABAL RIDGE CIR |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| RSW | Reset Watchdog Timer | 05/09/23 12:15:49 | Units: GB1,GB2 >>> 20Min. | JAVOR390 |
| VEV | Viewed Event | 05/09/23 12:30:47 | User First Viewed Event CAD | MILLS426 |
| ARM | Added Remarks | 05/09/23 12:33:26 | | JAVOR390 |
| ARM | Added Remarks | 05/09/23 12:35:12 | | MCHONE41 |
| ARM | Added Remarks | 05/09/23 12:35:49 | | JAVOR390 |
| ARM | Added Remarks | 05/09/23 12:36:42 | | MCHONE41 |
| ARM | Added Remarks | 05/09/23 12:38:58 | | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 12:41:29 | Units: GB10,GK911,GB33,GB30,GB52 | JAVOR390 |
| RPT | Requested Report# | 05/09/23 12:44:11 | PBG Report #23-002514 | JAVOR390 |
| ARM | Added Remarks | 05/09/23 12:44:32 | | JAVOR390 |
| ARM | Added Remarks | 05/09/23 12:46:39 | | Unit:GB10 |
| RSW | Reset Watchdog Timer | 05/09/23 12:48:23 | Units: GB2 >>> 15Min. | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 12:48:28 | Units: GB1,GB2,GK911,GB32 >>> 15Mi | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 13:02:15 | Units: GB52 >>> 20Min. | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 13:12:41 | Units: GK911,GB32,GB52 >>> 25Min. | JAVOR390 |
| VEV | Viewed Event | 05/09/23 13:39:54 | User First Viewed Event CAD | MILLER388 |
| ARM | Added Remarks | 05/09/23 13:50:40 | | Unit:GB32 |
| ARM | Added Remarks | 05/09/23 13:51:29 | | JAVOR390 |
| ARM | Added Remarks | 05/09/23 13:51:29 | | JAVOR390 |
| VEV | Viewed Event | 05/09/23 14:00:09 | User First Viewed Event CAD | BELL416 |
| ARM | Added Remarks | 05/09/23 14:11:31 | | JAVOR390 |
| ARM | Added Remarks | 05/09/23 14:11:54 | | Unit:GB32 |
| RSW | Reset Watchdog Timer | 05/09/23 14:13:08 | Units: GK911,GB52 >>> 30Min. | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 14:39:02 | Units: GB32 >>> 15Min. | JAVOR390 |
| RSW | Reset Watchdog Timer | 05/09/23 14:40:20 | Units: GK911,GB52 >>> 25Min. | JAVOR390 |
| ARM | Added Remarks | 05/09/23 14:42:43 | | Unit:GB32 |
| ARM | Added Remarks | 05/09/23 14:44:58 | | Unit:GB32 |
| CHG | Changed PrimeUnit | 05/09/23 14:49:41 | GB32 --> GK911 | Unit:GK911 |
| RSW | Reset Watchdog Timer | 05/09/23 14:54:25 | Units: GB32,GB52 >>> 20Min. | JAVOR390 |
| ARM | Added Remarks | 05/09/23 15:10:05 | | Unit:GB32 |
| VEV | Viewed Event | 05/09/23 16:06:23 | User First Viewed Event CAD | BUTALA307 |
| VEV | Viewed Event | 05/09/23 16:17:14 | User First Viewed Event CAD | KAPPER401 |
| VEV | Viewed Event | 05/09/23 16:25:51 | User First Viewed Event CAD | YODER351 |
| VEV | Viewed Event | 05/09/23 16:35:02 | User First Viewed Event CAD | SOULE323 |
| VEV | Viewed Event | 05/09/23 17:20:26 | User First Viewed Event CAD | PLANT557 |
| ARM | Added Remarks | 05/09/23 20:19:19 | | Unit:GK911 |
| ARM | Added Remarks | 05/11/23 12:37:51 | | MILLER388 |

### Event Notes Addendum

Notes  WM 1015 @1236 HRS RELEASED WITH NTA  [05/11/23 12:37:18 MILLER388]  [05/11/23 12:37:51 MILLER388]
Argument ensued at the pool area which led to one party calling her husband who later arrived and displayed a firearm at the victim. Video surveillance was obtained later in the day. Warrant will be filed with the State for aggravated assault with a deadly weapon. BWC activated.  [05/09/23 20:19:19 Unit:GK911]
EM: 65924  [05/09/23 15:10:05 Unit:GB32]
SM: 65909  [05/09/23 14:44:58 Unit:GB32]
51 to Sabal Ridge Ct Palm Beach gardens with the male for a courtesy drop off  [05/09/23 14:42:43 Unit:GB32]
EM: 65909  [05/09/23 14:11:54 Unit:GB32]
[GB32-TRANSPORT] {GB32} End Mileage: 65909.0  [05/09/23 14:11:31 JAVOR390]
[GB32-TRANSPORT] {GB32} Beg Mileage: 65895.0  [05/09/23 13:51:29 JAVOR390]

| Event ID: 23-123255 | Call Ref #: 653 | 22 DISTURBANCE NOT NOISE/MUSIC at 100 SABAL RIDGE CIR |
|---|---|---|

[GB32-TRANSPORT] {GB32} 1015  [05/09/23 13:51:29 JAVOR390]
SM: 65895  [05/09/23 13:50:40 Unit:GB32]
BWC Used  [05/09/23 12:46:39 Unit:GB10]
GB33 SUP  [05/09/23 12:44:32 JAVOR390]
{GB10} FD 1097  [05/09/23 12:38:58 JAVOR390]
10-39 FR  [05/09/23 12:36:42 MCHONE412]
{GB30} ADV FR FOR AN OFFICER  [05/09/23 12:35:49 JAVOR390]
FR IS 51  [05/09/23 12:35:12 MCHONE412]
{GB10} 1071 REF DIFF BREATHING  [05/09/23 12:33:26 JAVOR390]
{GB10} MAINT ADV ON SITE MANAGER 1051  [05/09/23 12:11:25 JAVOR390]
1015 @ 1204 HRS*****  [05/09/23 12:08:07 JAVOR390]
{GB2} 1015 GOULD  [05/09/23 12:05:54 JAVOR390]
{GB2} GB3 IS 1015, IM 1053  [05/09/23 12:05:12 JAVOR390]
HOA PREZ ADV THAT SHE CAN HAVE A PERSON THERE AT 1400HRS IF NEEDED  [05/09/23 12:04:28 MCHONE412]
SEABREEZE IS CALLING BACK REF RESPONDING  [05/09/23 12:04:03 MCHONE412]
HOA PREZ SHIRL 561-301-7792  [05/09/23 12:00:04 MCHONE412]
HOA PREZ ADV SEABREEZE 561-626-0917 ALSO  [05/09/23 11:57:58 MCHONE412]
{GB52} TRYING TO GET VIDEO FOOTAGE FROM THE POOL  [05/09/23 11:56:33 JAVOR390]
{GB52} PROP MGMT CO SEABREEZE 561-626-0917  [05/09/23 11:56:20 JAVOR390]
{GB33} SEE IF CAN CONTACT HOA OR EMERG REP FOR CLUBHOUSE  [05/09/23 11:53:59 JAVOR390]
G-430-733-91-370-0
RYAN,MICHAEL,GOULD WM 10101991/CLR VALID  [05/09/23 11:46:07 JAVOR390]
I-151-055-89-792-0
ANNA,PETROVNA,IVANOVA  WF 081289/CLR VALID  [05/09/23 11:42:31 JAVOR390]
S-410-073-96-420-0
BENEDETTO,MIGLIORE,SALVIA   WM 11201996/CLR VALID  [05/09/23 11:39:41 JAVOR390]
{GB32} S410073964200  [05/09/23 11:38:04 JAVOR390]
****DETAINED @ 1134 HRS*****  [05/09/23 11:36:06 JAVOR390]
{GB33} NEED SUPV  [05/09/23 11:34:25 JAVOR390]
{GB33} ONE DETAINED  [05/09/23 11:34:15 JAVOR390]
WIFE NO LONGER LL  [05/09/23 11:33:32 MOYA560]
WIFE POSS ON THE PHONE WITH PD  [05/09/23 11:33:06 KENDALL405]
WIFE IS WALKING AWAY  [05/09/23 11:32:54 KENDALL405]
WIFE IS 54 S/00  [05/09/23 11:32:42 KENDALL405]
MALE IS 1012 WITH OFC  [05/09/23 11:32:13 MOYA560]
CALLER HAS BEEN ADV TO SHOW HIS HANDS AT ALL TIMES TO THE OFFICER AND TO KEEP HIS HANDS AWAY FROM HIS GROIN AREA  [05/09/23 11:32:06 KENDALL405]
ANNA IS PREGNANT  [05/09/23 11:31:30 MOYA560]
MALE STARTED SCREAMING AT HER OVER POOL LANE  [05/09/23 11:31:18 MOYA560]
HE DID NOT PULL OUT THE S/00  [05/09/23 11:31:16 KENDALL405]
CALLER ADV HE LIFTED HIS SHIRT TO SHOW THE S/00 TO THE CALLER BECAUSE THE MALE STARTED COMING TOWARDS HIM AND HE FELT THREATENED  [05/09/23 11:31:05 KENDALL405]
MALE IS STILL 1012 ---  [05/09/23 11:30:31 KENDALL405]
CALLER AND WIFE ARE IN A SAFE SPOT --- ALTHOUGH THEY DO NOT SEE HIM  [05/09/23 11:30:07 KENDALL405]
HAS THE WEAPON IN A HOLSTER IN A GROIN AREA  [05/09/23 11:29:44 KENDALL405]
CALLER IS CCW --- HAS A S/00 ON HIM  [05/09/23 11:29:20 KENDALL405]
ANNA -WIFE ALSO CALLED -561-631-5809  [05/09/23 11:29:16 MOYA560]
MALE IS WALKING TO THE OTHER SIDE OF CLUB HOUSE  [05/09/23 11:29:10 KENDALL405]
CALLER IS 1012  [05/09/23 11:28:44 KENDALL405]
POSS S/57  [05/09/23 11:28:39 KENDALL405]
NO S/00  [05/09/23 11:28:31 KENDALL405]
MALE CALLING THE WIFE NAMES AND TELLING PPL TO GET OUT OF POOL  [05/09/23 11:28:28 KENDALL405]
CLUB HOUSE POOL
WM BROWN HAIR MULTI COLORED SUIT
CALLER ADV MALE IS HARASSING WIFE  [05/09/23 11:28:12 KENDALL405]]