**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

      Plaintiff,

vs.

BETHANY GUERRIERO and
JOSEPH STRZELECKI,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court upon Plaintiff's Motion for Conventional Filing, filed on June 18, 2024. (DE 37). Plaintiff requests to provide the Court with two audio and video files, which would contain the police radio dispatch recording from the date of the incident at issue and the surveillance video camera footage depicting the incident. Plaintiff will provide the files on a USB drive to the Clerk at the U.S. District Court Clerk's office in West Palm Beach. Defendants do not oppose the Motion.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) Plaintiff's Motion (DE 37) is **GRANTED.**

2) Plaintiff may file conventionally on a flash drive the audio and video files described.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of June, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record