UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

FILED BY _____ D.C.

JUN 24 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

## PLAINITIFF'S NOTICE OF COVENTIONAL FILING

PLEASE TAKE NOTICE that the foregoing USB flash drive is being filed conventionally for the following reason:

    ☒ A Court Order (copy attached).

    ☐ It cannot be converted to an electronic format.

    ☐ A technical failure of the Court's CM/ECF website.

Dated: June 18, 2024

                                      Respectfully submitted,

                                      **James M. Slater**
                                      James M. Slater (FBN 111779)
                                      Slater Legal PLLC
                                      9000 Dadeland Blvd. #1500
                                      Miami, Florida 33156
                                      Tel. (305) 523-9023
                                      james@slater.legal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80022-MIDDLEBROOKS

RYAN GOULD,

       Plaintiff,
vs.

BETHANY GUERRIERO and
JOSEPH STRZELECKI,

       Defendants.
_____/

## ORDER GRANTING MOTION FOR CONVENTIONAL FILING

THIS CAUSE is before the Court upon Plaintiff's Motion for Conventional Filing, filed on June 18, 2024. (DE 37). Plaintiff requests to provide the Court with two audio and video files, which would contain the police radio dispatch recording from the date of the incident at issue and the surveillance video camera footage depicting the incident. Plaintiff will provide the files on a USB drive to the Clerk at the U.S. District Court Clerk's office in West Palm Beach. Defendants do not oppose the Motion. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1) Plaintiff's Motion (DE 37) is **GRANTED.**

2) Plaintiff may file conventionally on a flash drive the audio and video files described.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of June, 2024.

                                                 DONALD M. MIDDLEBROOKS
Cc: Counsel of Record                      UNITED STATES DISTRICT JUDGE



USPS Priority Mail label

FROM:
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, Georgia 30345

$9.85
R2304M113811-53
33401  0 Lb 2.40 Oz
RDC 03

TO:
CLERK
US DIST CT
701 CLEMATIS ST
RM 202
WEST PALM BEACH FL
33401

USMS INSPECTED

EXPECTED DELIVERY DAY: 06/24/24
USPS TRACKING #
9505 5114 1966 4173 6401 66



**United States District Court**
**Southern District of Florida**

Case Number: ___24-CIV-80022-DMM/WM___

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _West Palm Beach_

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files   **(Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _6/24/2024_____

Revised: 2/20/2019