UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE

THIS MATTER is before the Court on Plaintiff Ryan Gould's Motion In Limine [ECF No. 47] (the "Motion") in which he seeks an order excluding the post-arrest video from being introduced at trial. Being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that

1.     The Motion is GRANTED.

2.     The post-arrest video shall be excluded from trial in this case.

**DONE AND ORDERED** in Chamber at West Palm Beach, Florida, this _____ day of _____ 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: all counsel, via CM/ECF