UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:24-cv-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIERO, and
JOSEPH STRZLECKI,

    Defendant.
_____/

## MEDIATOR'S REPORT

Erika Deutsch Rotbart, Esq., the undersigned certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **July 15, 2024,** and

_____ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

___X___ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an Agreement is filed with the Court on or before __/__/24, then this Matter shall be deemed at an impasse.

_____ Other:_____

*s/Erika Deutsch Rotbart*
Erika Deutsch Rotbart, Esq.
FL Bar No. 0047686
Mediator Certification No. 17024 CR

1

## **CERTIFICATE OF SERVICE / SERVICE LIST**

**I HEREBY CERTIFY** that on **July 15, 2024**, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in this Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| James M. Slater, Esq.<br>Slater Legal PLLC<br>113 S. Monroe Street<br>Tallahassee, Florida 32301 | james@slater.legal |
| Eric Rice, Esq.<br>Law Office of Eric A. Rice LLC<br>1 West Water Street, Suite 275<br>St. Paul, Minnesota 55107 | eric@ricedefense.com |
| Scott D. Alexander, Esq.<br>Johnson, Anselmo, Murdoch, et al.<br>2455 East Sunrise Blvd., Suite 1000<br>Fort Lauderdale, FL 33304 | alexander@jambg.com |
| Gregory J. Morse, Esq.<br>R.E. King, III, Esq.<br>King Morse, P.L.L.C.<br>2240 Palm Beach Lakes Blvd., 300<br>West Palm Beach, FL 33409 | greg@morselegal.com<br>rick@kingmorselegal.com |

DEUTSCH ROTBART & ASSOCIATES, P.A.
Mediator
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone: 561.361.8010
Facsimile:  561.361.8086

BY:  *s/Erika Deutsch Rotbart*
       Erika Deutsch Rotbart
       Florida Bar No.: 0047686
       Mediator Certification No. 17024 CR