UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIERO, *et ano.*,

    Defendants.

Case No. 9:24-cv-80022-DMM

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1.    I am counsel of record in this case for Plaintiff Ryan Gould.

2.    I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3.    The purpose of this declaration is to annex discovery documents and records in support of Plaintiff's forthcoming Response in Opposition to Defendant Bethany Guerriero's Motion for Summary Judgment.

4.    Attached as Exhibit A is a true and correct copy of the only Rule 26(a)(1) disclosures Defendant Guerriero provided in this case.

5.    Those disclosures state in paragraph 1 that all information required to be provided by Defendant Guerriero pursuant to Rule 26 was either provided by Defendant Guerriero in response to Plaintiff's requests for production and interrogatories or in the parties' possession by service of discovery responses by Plaintiff or Defendant Strzelecki.

6. Attached as Exhibit B is a true and correct copy of Defendant Guerriero's answers to Plaintiff's First Set of Interrogatories, which she served on April 1, 2024.

7. In support of summary judgment, on July 11, 2024 Defendant Guerriero filed arbitration transcripts for a hearing held on April 16, 2024 (the "arbitration transcripts"). [ECF Nos. 49-2 and 49-3].

8. Discovery in this case closed on June 27, 2024. [ECF No. 22].

9. Prior to filing her motion on July 11, 2024, Defendant Guerriero did not disclose or produce the arbitration transcripts.

10. Prior to filing her motion on July 11, 2024, Defendant Guerriero did not supplement her interrogatories, which seek information concerning disciplinary action against her as a Palm Beach Gardens police officer. *See, e.g.*, Interrogatory No. 14.

11. Prior to filing her motion on July 11, 2024, neither Plaintiff nor his counsel had knowledge of the April 16, 2024 hearing nor the existence of the arbitration transcripts.

12. Neither Defendant Strzelecki nor the City of Palm Beach Gardens provided the arbitration transcripts during discovery or at any time prior to Defendant Guerriero's July 11 filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2024 in Atlanta, Georgia.

_____
James M. Slater