# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:24-cv-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIERO et al,

    Defendants.
_____/

### DEFENDANT BETHANY GUERRIERO'S RULE 26(a)(1) DISCLOSURES

COMES NOW, the Defendant, Bethany Guerriero, by and thorough undersigned counsels, and files this Rule 26(a)(1) disclosure:

1) All information required by Rule 26 has been provided to the parties on March 26 and April 1 in Guerriero's *Response to Plaintiff's First Request to Produce* (March 26) and *First Interrogatories* (April 1) or are already in the parties' possession by service of Plaintiff's and Defendant Stretzelecki's previously served discovery responses.

2) The Defendant expressly reserves the right to supplement these answers.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on all counsels of record via electronic mail on April 12, 2024.

| /s/ Ralph E. King III | | /s/ Gregory J. Morse |
|---|---|---|
| Ralph E. King III. Esq. | | Gregory J. Morse, Esq. |
| King \| Morse, P.L.L.C. | | King \| Morse, P.L.L.C. |
| 2240 Palm Beach Lakes Blvd., 300 | & | 2240 Palm Bch lakes Blvd., 300 |
| West Palm Beach, FL 33409 | | West Palm Beach, FL 33409 |
| (561) 557-1079 | | (561) 651-4145 |
| E-Mail: Rick@kingmorselaw.com | | E-Mail: greg@morselegal.com |
|       Kristen@kingmorselaw.com | |       tiffany@morselegal.com |
| Florida Bar No.: 0090473 | | Florida Bar No.: 0505099 |
| Attorney for Def. B. Guerriero | | Attorney for Def. B. Guerriero |

1