UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIIERO, *et ano*.,

    Defendants.

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Ryan Gould, through his undersigned counsel, submits the following exhibit list for trial:

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| P-1 | Guerriero Bodyworn Camera Footage | | | | |
| P-2 | Strzelecki Bodyworn Camera Footage | | | | |
| P-3 | Valerio Bodyworn Camera Footage | | | | |
| P-4 | Sabal Ridge Surveillance Footage (pool camera and clubhouse parking lot camera) | | | | |
| P-5 | Probable Cause Affidavit | | | | |
| P-6 | Palm Beach Gardens Police Department Internal Affairs Investigation Memoranda, Executive Summary Reports, and | | | | |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Recorded Interviews |  |  |  |  |
| P-7 | 911 calls from Gould, Sylvia, and Ivanova |  |  |  |  |
| P-8 | Radio Dispatch for May 9, 2023 |  |  |  |  |
| P-9 | CAD Report |  |  |  |  |
| P-10 | Incident Reports and Supplements (Case No. 23-002514) |  |  |  |  |
| P-11 | Department Policy Response to Resistance 4.2.1.1 |  |  |  |  |
| P-12 | Department Policy Rules of Conduct 2.3 |  |  |  |  |

Dated: August 8, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@slater.legal

Eric Rice (admitted *pro hac vice*)
Law Office of Eric A. Rice LLC
1 West Water Street, Suite 275
St. Paul, Minnesota 55107
Tel.: (651) 998-9660
eric@ricedefense.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

### DEFENDANT, JOSEPH STRZELECKI'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendant, JOSEPH STRZELECKI, by and through his undersigned counsel, submits his objections to Plaintiff's Exhibit List, as follows:

**Ex. 6 – Palm Beach Gardens Police Department Internal Affairs Investigation Memoranda, Executive Summary Reports and Recorded Interviews.**

Objections: A, I, R, H, UP

The subject item contains approximately 126 pages of summaries and statements, many of which contain information that is not relevant, contains inadmissible content, hearsay, and is unduly prejudicial. Given the array of different items that comprise Exhibit 6, Defendant would have to be advised of what specifically within the documentation Plaintiff seeks to introduce at trial to properly set forth a narrowly tailored objection.

**Ex. 11 – Department Policy 4.2.1.1.**

Objections: R, UP

The subject policy does not set forth the standard for whether any Response to Resistance employed violated the Constitution or state law.

**Ex. 12 – Department Policy Rules of Conduct 2.3**

Objections, R, UP

The subject policy does not set forth the standard or standard of care for whether any actions of the Defendants violated the Constitution or state law.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
***Attorneys for Defendant, Strzelecki***
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 – Facsimile
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com

*/s/ Scott D. Alexander*
SCOTT D. ALEXANDER
FLA. BAR NO. 057207

## SERVICE LIST

*Counsel for Plaintiff*
**James M. Slater, Esq. (111779)**
Slater Legal, PLLC
9000 Dadeland Blvd., Suite 1500
Miami, FL 33156
Tel: 305.523.9023
james@slater.legal
alicia@slater.legal

*Co-Counsel for Plaintiff*
**Eric A. Rice, Esq.**
**Law Office of Eric A. Rice, LLC.**
1 W. Water Street, Suite 275
St. Paul, MN 55107
Tel: 651.998.9660
Fax: 651.344.0763
eric@ricedefense.com

*Counsel for Defendant, Guerriero*
**Gregory J. Morse, Esq. (0505099)**
**R.E. "Rick" King, III, Esq. (90473)**
King Morse PLLC
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
Tel: 561.651.4145 / 561.557.1079
greg@morselegal.com
rick@kingmorselaw.com
kristen@kingmorselaw.com

---

*Counsel for Defendant, Strzelecki*
**SCOTT D. ALEXANDER, ESQ. (057207)**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Tel: 954.463.0100
Fax: 954.463.2444
Alexander@jambg.com
Cintron@jambg.com Andrews@jambg.com