✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RYAN GOULD

V.

JOSEPH STRZELECKI, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 9:24-CV-80022-DMM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DONALD M. MIDDLEBROOKS | JAMES SLATER, ESQ. | SCOTT D. ALEXANDER, ESQ. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | GUERRIERO'S BODY CAMERA FOOTAGE |
|  | 2 |  |  |  | STRZELECKI'S BODY CAMERA FOOTAGE |
|  | 3 |  |  |  | VALERIO'S BODY CAMERA FOOTAGE |
|  | 4 |  |  |  | SABAL RIDGE SURVEILLANCE FOOTAGE |
|  | 5 |  |  |  | PROBABLE CAUSE AFFIDAVIT |
|  | 6 |  |  |  | PB GARDENS POLICE DEPT IA INVESTIGATION MEMO, REPORTS, AND INTERVIEWS |
|  | 7 |  |  |  | 911 CALLS FROM GOULD, SYLVIA, AND IVANOVA |
|  | 8 |  |  |  | RADIO DISPATCH FOR 5/9/2023 |
|  | 9 |  |  |  | CAD REPORT |
|  | 10 |  |  |  | INCIDENT REPORTS AND SUPPLEMENTS - CASE NO. 23-002514 |
|  | 11 |  |  |  | GOULD CITIZEN COMPLAINT - 5/10/2023 |
|  | 12 |  |  |  | BODY CAMERA FOOTAGE OF GOULD'S POST-ARREST CONVERSATIONS WITH OFFICERS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80022-DMM

RYAN GOULD,

    Plaintiff,

v.

BETHANY GUERRIIERO, *et ano*.,

    Defendants.

### PLAINTIFF'S OBJECTIONS TO DEFENDANT STRZELECKI'S EXHIBIT LIST

Plaintiff Ryan Gould, through his undersigned counsel, objects to Defendant Joseph Strzelecki's Exhibit List as follows:

**Exhibit D-12: Post-Arrest Body Camera Footage**

Objections: R, UP

For the reasons stated in Plaintiff's pending motion in limine [ECF No. 47], Plaintiff contends that the post-arrest video is not relevant to these proceedings and its introduction at trial would be unfairly prejudicial.

Dated: August 12, 2024.

    Respectfully submitted,

    **James M. Slater**
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    9000 Dadeland Blvd. #1500
    Miami, FL 33156
    Tel.: (305) 523-9023
    james@slater.legal

    Eric Rice (admitted *pro hac vice*)
    Law Office of Eric A. Rice LLC
    1 West Water Street, Suite 275

St. Paul, Minnesota 55107
Tel.: (651) 998-9660
eric@ricedefense.com

*Attorneys for Plaintiff*