**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-80022-CV-MIDDLEBROOKS

RYAN GOULD,

      Plaintiff,

v.

BETHANY GUERRIERO and JOSEPH
STRZELECKI,

      Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order on Motions for Summary Judgment. (DE 56). Consistent with that Order and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered as set forth below.

It is hereby **ORDERED AND ADJUDGED** that

1) Final Judgment is **ENTERED** in favor of Defendants Bethany Guerriero and Jospeh Strzelecki and against Plaintiff Ryan Gould on all claims brought in Plaintiff's Complaint. (DE 1).

2) The Clerk of Court is instructed to **CLOSE** this case and **DENY** all pending motions as moot.

**SIGNED** in Chambers at West Palm Beach, Florida, this 29th day of August, 2024.

_____
Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record