UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

**DEFENDANT, BETHANY GUERRIERO'S**
**VERIFIED MOTION TO TAX COSTS**

Defendant, BETHANY GUERRIERO, by and through his undersigned counsel, pursuant to Local Rule 7.3 and 28 U.S.C. §1920, moves to tax costs against Plaintiff, and states:

1.    On August 29, 2024, this Court granted final summary judgment **[DE 56]** and entered a Final Judgment **[DE 57]** in favor of Defendant, Guerriero. The Defendant consequently requests an Order taxing costs against Plaintiff, Ryan Gould, as follows:

    a.  **28 U.S.C. §1920(2) – Transcripts (invoices attached):**

- 5/14/24 deposition of Joseph Strezelecki    $644.00
- 7/10/24 deposition of Bethany Guerriero    $849.45
- 7/10/24 deposition of Ryan Gould    $1,037.25

        **Total: $2530.70**

2.    **Verification and Local Rule Certification:** I have read the foregoing motion to tax costs and certify that the above costs were incurred by Defendant, Bethany Guerrerio, in the defense of this action. I certify this under penalty of perjury under the laws of the United States

1

of America pursuant to §28 U.S.C. §1746. I further certify that I have made a good faith effort to resolve the motion with opposing counsel, and Plaintiff does not object to this motion; however, the parties have agreed to stay this motion pending the outcome of the appeal. A joint motion to stay the motion is being filed simultaneously herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing Motion to tax costs with the Clerk of the Court using CM/ECF and served it this day on all parties/counsels of record through the CM/ECF efile system.

| */s/ Ralph E. King III* | | */s/ Gregory J. Morse* |
|---|---|---|
| Ralph E. King III. Esq. | | Gregory J. Morse, Esq. |
| King \| Morse, P.L.L.C. | | King \| Morse, P.L.L.C. |
| 2240 Palm Beach Lakes Blvd., 300 | & | 2240 Palm Bch lakes Blvd., 300 |
| West Palm Beach, FL 33409 | | West Palm Beach, FL 33409 |
| (561) 557-1079 | | (561) 651-4145 |
| E-Mail: Rick@kingmorselaw.com | | E-Mail: greg@morselegal.com |
| Kristen@kingmorselaw.com | | tiffany@morselegal.com |
| Florida Bar No.: 0090473 | | Florida Bar No.: 0505099 |
| Attorney for Def. B. Guerriero | | Attorney for Def. B. Guerriero |