

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240682468-12 | 5/14/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6566647 | 4/24/2024 | $878.60 |

| Case Name |
|---|
| Ryan Gould v. Bethany Guerriero |

| Case No. |
|---|
| 24CV80022DMM |

**SE - OCALA**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 352-401-0080**

**R. KING**
**King | Morse, PLLC**
**2240 Palm Beach Lakes Boulevard Suite 300**
**West Palm Beach FL 33409**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - West Palm Beach<br>515 North Flagler Drive 620<br>West Palm Beach FL 33401 | R. KING<br>King \| Morse, PLLC<br>2240 Palm Beach Lakes Boulevard Suite 300<br>West Palm Beach FL 33409 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Joseph Strezelecki | | | | |
| Copy | 184.00 | Pages | $3.50 | $644.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| **Total Due** | | | | **$764.00** |
| **(-) Payments/Credits** | | | | **$0.00** |
| **(+) Finance Charges/Late Fees** | | | | **$114.60** |
| **(=) New Balance** | | | | **$878.60** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                       Phone: 5616514145

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

R. KING
King | Morse, PLLC
2240 Palm Beach Lakes Boulevard Suite 300
West Palm Beach FL 33409

| Invoice No. | 20240682468-12 | Invoice Date | 5/14/2024 |
|---|---|---|---|
| Job No. | 6566647 | Case No. | 24CV80022DMM |
| Total Due | $878.60 | | |

Remit To:    **U.S. Legal Support, Inc.**
             **P.O. Box 4772**
             **Houston, TX 77210**

**PAY BY CREDIT CARD**    

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**            **Phone:**

**Billing Address:**

**Zip:**                  **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**