UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80022-DMM

RYAN GOULD,

    Plaintiff,

vs.

BETHANY GUERRIERO, and
JOSEPH STRZELECKI,

    Defendants.
_____/

## JOINT MOTION TO STAY DEFENDANT, BETHANY GUERRIERO'S MOTION TO TAX COSTS and MOTION FOR ATTORNEY FEES

COMES NOW, Plaintiff, Ryan Gould and Defendant, Bethany Guerriero, by and through undersigned counsels, and jointly moves this Court to issue a stay of the Defendant's Motion to tax costs and Motion for attorney fees pending the appeal filed by Plaintiff in this matter. As grounds:

    1.    On August 29, 2024, this Court granted final summary judgment **[DE 56]** and entered a Final Judgment **[DE 57]** in favor of Defendant, Guerriero.

    2.    Thereafter, Plaintiff filed a notice of appeal.

    3.    As a prevailing party (pending appeal), the Defendant, Bethany Guerriero, filed a motion to tax costs and motion for attorney fees.

    4.    The parties agree that the aforementioned motions should be stayed pending the outcome of the appeal. Defendant Joseph Strezelecki is no longer a party to this action at the trial or appellate level.

## CERTIFICATE OF SERVICE

1

2

      I hereby certify that on September 12, 2024, I electronically filed the foregoing Motion to tax costs with the Clerk of the Court using CM/ECF and served it this day on all parties/counsels of record through the CM/ECF efile system.

| | | |
|---|---|---|
| */s/ Ralph E. King III* | | */s/ Gregory J. Morse* |
| Ralph E. King III. Esq. | | Gregory J. Morse, Esq. |
| King \| Morse, P.L.L.C. | | King \| Morse, P.L.L.C. |
| 2240 Palm Beach Lakes Blvd., 300 | & | 2240 Palm Bch lakes Blvd., 300 |
| West Palm Beach, FL 33409 | | West Palm Beach, FL 33409 |
| (561) 557-1079 | | (561) 651-4145 |
| E-Mail: Rick@kingmorselaw.com | | E-Mail: greg@morselegal.com |
|       Kristen@kingmorselaw.com | |       tiffany@morselegal.com |
| Florida Bar No.: 0090473 | | Florida Bar No.: 0505099 |
| Attorney for Def. B. Guerriero | | Attorney for Def. B. Guerriero |