# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 23, 2024

James Murray Slater
Slater Legal, PLLC
2296 HENDERSON MILL RD STE 116
ATLANTA, GA 30345

FILED BY ____AP____ D.C.
Sep 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 24-12818-FF
Case Style: Ryan Gould v. Bethany Guerriero, et al
District Court Docket No: 9:24-cv-80022-DMM

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-12818

_____

RYAN GOULD,

                                                  Plaintiff-Appellant,

*versus*

BETHANY GUERRIERO,
JOSEPH STRZELECKI,
individually,

                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-80022-DMM

_____

| 2 | Order of the Court | 24-12818 |
|---|---|---|

Before JORDAN and JILL PRYOR, Circuit Judges.

BY THE COURT:

"Appellant's Unopposed Motion to Dismiss Appeal as to Appellee Joseph Strzelecki Only," requesting that Appellant's appeal as to Appellee Joseph Strzelecki be dismissed due to settlement, with the parties to bear their own fees and costs, is GRANTED. The motion does not affect Appellant's appeal as to remaining Appellee Bethany Guerriero.