# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

FILED BY _____ D.C.

DEC 0 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: 12/2/2024

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE:   District Court No: 24-80022-CV - DMM

U.S.C.A. No: 24-12818-FF

Style: RYAN GOULD V. BETHANY GUERRIERO, ET AL.

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; _____ folders;
- 1 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☑ Other: DE29 - USB Drive & DE43 - USB Drive

Sincerely,

Angela E. Noble, Clerk of Court

By: _____ Deputy Clerk

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
By: _____ Deputy Clerk
Date: 12/2/2024

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,CLOSED,MEDIATION,REF_EVENTS ONLY (NEFs),WM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## ABRIDGED CIVIL DOCKET FOR CASE #: 9:24-cv-80022-DMM
## Internal Use Only

Gould v. Guerriero et al
Assigned to: Judge Donald M. Middlebrooks
Referred to: Magistrate Judge William Matthewman
Case in other court: USCA, 24-12818-F
Cause: 42:1983 Civil Rights Act

Date Filed: 01/10/2024
Date Terminated: 08/29/2024
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**Ryan Gould**          represented by   **James Murray Slater**
Slater Legal PLLC
9000 Dadeland Blvd.
Ste 1500
Miami, FL 33156
305-523-9023
Email: james@slater.legal
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. Rice**
Eric A. Rice, LLC
1 W. Water Street, Suite 275
St. Paul, MN 55107
(651) 998-9660
Email: eric@ricedefense.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Bethany Guerriero**          represented by   **Gregory Joseph Morse**
*individually*                                   King / Morse, PLLC

2240 Palm Beach Lakes Blvd.
Suite 300
West Palm Beach, FL 33409
561-317-5766
Email: greg@morselegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Edward King , III**
KING, NIEVES & ZACKS
2240 PALM BEACH LAKES BLVD
SUITE 100
WEST PALM BEACH, FL 33409
(561) 723-2148
Fax: (561) 491-2101
Email: rking@knzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Strzelecki**
*individually*

represented by **Scott David Alexander**
Johnson Anselmo Murdoch Burke Piper & McDuff
International Building
2455 E Sunrise Boulevard
Suite 1000
PO Box 030220
Fort Lauderdale, FL 33304-0220
954-463-0100
Fax: 463-2444
Email: alexander@jambg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2024 | 29 | NOTICE OF CONVENTIONAL FILING of a USB Flash Drive re 28 Order on Motion for Miscellaneous Relief by Joseph Strzelecki. (ebz) (Entered: 06/05/2024) *See env.* |

| 06/24/2024 |  43 | NOTICE OF CONVENTIONAL FILING of a USB Flash Drive re 42 Order on Motion for Leave to File, by Ryan Gould. (ebz) (Entered: 06/25/2024) *See env.* |