# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 03, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _AP_ D.C.

JUN 09 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: **24-12818-DD**
Case Style: Ryan Gould v. Bethany Guerriero
District Court Docket No: 9:24-cv-80022-DMM

The following record materials in the referenced case are returned herewith:

One Folder of Exhibits.

(1) envelope containing DE 29.- USB Drive & DE 43- USB Drive.

Clerk's Office Phone Numbers
General Information:     404-335-6100      Attorney Admissions:            404-335-6122
Case Administration:     404-335-6135      Capital Cases:                  404-335-6200
CM/ECF Help Desk:        404-335-6125      Cases Set for Oral Argument:    404-335-6141

REC-3 Ltr Returning Record to DC/ wpm